CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUNIPER NETWORKS, INC.  )
)
)
)
vs   Plaintiff  )   Civil Action No._____
)
ABDULLAH ALI BAHATTAB  )
)
)
Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JUNIPER NETWORKS, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUNIPER NETWORKS, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

DC 453068
_____
BAR IDENTIFICATION NO.

Alan M. Fisch
_____
Print Name

Kaye Scholer LLP, 901 Fifteenth St., N.W.
_____
Address

Washington, DC    20005
_____
City        State       Zip Code

202.682.3600
_____
Phone Number