AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JUNIPER NETWORKS, INC.

        Plaintiff(s)    )  **APPEARANCE**

        vs.    )  CASE NUMBER  1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Jason F. Hoffman** as counsel in this
(Attorney's Name)

case for: **Juniper Networks, Inc.**
(Name of party or parties)

October 5, 2007
Date

*/s/ Jason F. Hoffman*
Signature

Jason F. Hoffman
Print Name

DC 467827
BAR IDENTIFICATION

Kaye Scholer LLP, 901 Fifteenth Street, N.W.
Address

Washington, DC   20005
City   State   Zip Code

202-682-3531
Phone Number