AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JUNIPER NETWORKS, INC.

        Plaintiff(s) )
) **APPEARANCE**
)
        vs. ) CASE NUMBER  1:07-cv-01771-PLF
ABDULLAH ALI BAHATTAB )
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David L. Cousineau__ as counsel in this
                                (Attorney's Name)

case for: __Juniper Networks, Inc.__
            (Name of party or parties)

October 5, 2007                      /s/ David L. Cousineau
Date                                       Signature

DC 482691                          David L. Cousineau
BAR IDENTIFICATION           Print Name

                                         Kaye Scholer LLP, 901 Fifteenth Street, N.W.
                                         Address

                                         Washington, DC  20005
                                         City          State        Zip Code

                                         202-682-3617
                                         Phone Number