CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.

_____
Plaintiff(s)

vs.                                                          Civil Action No.: 1:07cv1771-PLF

ABDULLAH ALI BAHATTAB

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

ABDULLAH ALI BAHATTAB
College of Telecommunication & Electronics
P.O. Box 50868
Jeddah 21533
Saudi Arabia


by: (check one)    ☑   registered mail, return receipt requested
                   ☐   DHL

pursuant to the provisions of: (check one)
                   ☑   FRCP 4(f)(2)(C)(ii)
                   ☐   28 U.S.C. § 1608(a)(3)
                   ☐   28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Saudi Arabia _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)
Jason F. Hoffman
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, DC 20005

(Name and Address)