# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUNIPER NETWORKS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 1:07cv1771-PLF |
| ABDULLAH ALI BAHATTAB, | ) ) ) | |
| Defendant. | ) ) ) | |

## RETURN OF SERVICE

I hereby certify that, pursuant to the Court's January 30, 2008 Order, on January 30, 2008 at 3:00 PM, I served a copy of (1) the Court's January 30, 2008 Order, (2) the Summons, Complaint, and Exhibits A through D of the Complaint, (3) the Notice of Right to Consent, (4) Certificate Rule LCvR 7.1, and (5) Initial Electronic Case Filing Order on Abdullah Ali Bahattab ("Dr. Bahattab"), via electronic mail to abahattab@gmail.com and abahattab@yahoo.com. A true and correct copy of the electronic mail without the attachments is enclosed as Exhibit A. I did not receive any error messages from either gmail.com or yahoo.com in response to the electronic mail message. The total size of the attachments in the electronic mail was less than 1.8 megabytes, and below the limits for size of attachments for Gmail and Yahoo! Mail accounts. Gmail accounts can receive attachments up to 20 megabytes.[1] Yahoo! Mail accounts can receive attachments up to 10 megabytes.[2]

---

[1] *See* http://mail.google.com/support/bin/answer.py?hl=en&answer=8770 ("With Gmail, you can send and receive messages up to 20 megabytes (MB) in size.").

[2] *See* http://us.info.mail.yahoo.com ("Send and receive messages up to 10MB. Photos. Presentations. Documents. Attach them all. Total message size can be up to 10MB.").

I hereby certify that, pursuant to the Court's January 30, 2008 order, on January 30, 2008, January 31, 2008, February 1, 2008, and February 4, 2008, the facsimile department of my law firm attempted to send via facsimile to 011 9662 6176783 the above listed documents. Attached as Exhibit B is a true and correct copy of the six attempts made on January 30, 2008. Attached as Exhibit C is a true and correct copy of the six attempts made on January 31, 2008. Attached as Exhibit D is a true and correct copy of the six attempts made on February 1, 2008. Attached as Exhibit E is a true and correct copy of the three attempts made on February 4, 2008. None of the transmissions were successful.

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in this Return of Service is true and correct.

Date: February 5, 2008

Jason F. Hoffman (DC-467827)
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
(202) 682-3500 Tel.
(202) 682-3580 Fax.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2008, I filed the foregoing Return of Service via the Court's ECF system. I hereby certify that on February 5, 2008, I served a copy of the foregoing document on the defendant, Abdullah Ali Bahattab, via electronic mail at abahattab@gmail.com and abahattab@yahoo.com.

Dated: February 5, 2008

_____

Jason F. Hoffman

# EXHIBIT A

| | | |
|---|---|---|
| **Jason Hoffman/DC/US/KSFHH** | To | abahattab@gmail.com; abahattab@yahoo.com |
| 01/30/2008 03:00 PM | cc | Alan Fisch/DC/US/KSFHH@KSFHHNotes; David Cousineau/DC/US/KSFHH@KSFHHNotes |
| Phone: (202) 682-3531 | bcc | Melissa Richardson/DC/US/KSFHH |
| | Subject | Juniper Networks v. Abdullah Ali Bahattab |

Dear Dr. Bahattab:

Pursuant to the attached January 30, 2008 Memorandum Opinion and Order from the United States District Court for the District of Columbia, please find enclosed a copy of that January 30, 2008 Memorandum Opinion and Order as well as copies of the summons, complaint, and exhibits A through D of the complaint, from *Juniper Networks, Inc. v. Abdullah Ali Bahattab*, Civ. Action No. 07-1771(PLF).

In addition, please find enclosed the Notice of Right to Consent, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order also from the case.

This email contains the following files:

2008-01-30 Memorandum Opinion and Order
Summons in a Civil Action
Complaint
Complaint - Exhibit A
Complaint - Exhibit B
Complaint - Exhibit C
Complaint - Exhibit D
Notice of Right to Consent
Certificate Rule LCvR 7.1
Initial Electronic Case Filing Order

 

2008-01-30  #10  Memorandum Opinion and Order.pdf   Summons in a Civil Action.pdf

 

Complaint for Declaratory Judgment 07cv01771.pdf   Complaint - Exhibit A - U.S. Patent No. 6,816,457.pdf

 

Complaint - Exhibit B - 01-29-2005 Email from Abdullah Bahattab.pdf   Complaint - Exhibit C - 05-30-2005 Letter from Wood to Gaynor.pdf

  

Complaint - Exhibit D - Dubai Complaint.pdf   Notice of Right to Consent.pdf   Certificate Rule LCvR 7.1.pdf



Initial Electronic Case Filing Order.pdf

*************************************
Jason Hoffman
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, DC  20005
202-682-3531

202-414-0431 (Fax)
jahoffman@kayescholer.com

# EXHIBIT B

Confirmation Report—Memory Send

```
                              Time      : Jan-30-08  04:12pm
                              Tel line 1 : 2026823580
                              Name      : KAYE SCHOLER  LLP
```

Job number          :    414

Date                :    Jan-30 04:02pm

To                  :    5328210003-01196626176783

Document Pages      :    47

Start time          :    Jan-30 04:02pm

End time            :    Jan-30 04:12pm

Pages sent          :    00

Job number     : 414          *** SEND FAILED ***

# KAYE SCHOLER LLP

From: Jason F. Hoffman
      202 682-3531
      Fax 202 414-0431
      jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 30, 2008                    Total number of pages including this cover sheet:    47

DELIVER TO:                PRIMARY FAX NUMBER:              TELEPHONE NUMBER:
Dr. Bahattab                  +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
### PLEASE CALL US BACK AS SOON AS POSSIBLE AT:  (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1786                                                    Client/Matter #: 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

Confirmation Report—Memory Send

```
                            Time      : Jan-30-08  04:48pm
                            Tel line 1 : +
                            Name      : KAYE SCHOLER
```

Job number          :    927

Date                :    Jan-30 04:38pm

To                  :    5328210003-01196626176783

Document Pages      :    47

Start time          :    Jan-30 04:38pm

End time            :    Jan-30 04:48pm

Pages sent          :    00

Job number    : 927              *** SEND FAILED ***

## KAYE SCHOLER LLP

From: Jason F. Hoffman
      202 682-3531
      Fax 202 414-0431
      jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 30, 2008                    Total number of pages including this cover sheet:   47

DELIVER TO:                 PRIMARY FAX NUMBER:              TELEPHONE NUMBER:
Dr. Bahattab                  +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

## IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

USER #: 1786                                      Client/Matter #: 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

**Confirmation Report—Memory Send**

Time        : Jan-30-08  05:29pm
Tel line 1 : 2026823580
Name        : KAYE SCHOLER  LLP

| | | |
|---|---|---|
| Job number | : | 415 |
| Date | : | Jan-30 05:18pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-30 05:18pm |
| End time | : | Jan-30 05:29pm |
| Pages sent | : | 00 |
| Job number | : 415 | *** SEND FAILED *** |

**KAYE SCHOLER** LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 30, 2008

Total number of pages including this cover sheet:  47

DELIVER TO:                PRIMARY FAX NUMBER:              TELEPHONE NUMBER:

Dr. Bahattab                +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519**

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1786                                                    Client/Matter #: 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

**Confirmation Report—Memory Send**

```
                              Time      : Jan-30-08  07:28pm
                              Tel line 1 : 2026823580
                              Name      : KAYE SCHOLER  LLP
```

| | | |
|---|---|---|
| Job number | : | 416 |
| Date | : | Jan-30 07:18pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-30 07:18pm |
| End time | : | Jan-30 07:28pm |
| Pages sent | : | 00 |
| Job number | : 416 | **\*\*\* SEND FAILED \*\*\*** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 30, 2008                          Total number of pages including this cover sheet:    47

DELIVER TO:                    PRIMARY FAX NUMBER:                    TELEPHONE NUMBER:
Dr. Bahattab                        +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT:  (202) 682-3519**

| NOTE: |
|---|
| |

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1786                                                          Client/Matter # 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

## Confirmation Report—Memory Send

Time      : Jan-30-08  08:04pm
Tel line 1 : 2026823580
Name      : KAYE SCHOLER  LLP

| | | |
|---|---|---|
| Job number | : | 417 |
| Date | : | Jan-30 07:54pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-30 07:54pm |
| End time | : | Jan-30 08:04pm |
| Pages sent | : | 00 |
| Job number | : 417 | *** S E N D  F A I L E D *** |

## KAYE SCHOLER LLP

From Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 30, 2008        Total number of pages including this cover sheet:    47

DELIVER TO:              PRIMARY FAX NUMBER:         TELEPHONE NUMBER:

Dr. Bahattab              +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT:  (202) 682-3519**

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1786                                         Client/Matter # 32821/0003

NEW YORK      CHICAGO      LOS ANGELES      WASHINGTON, D C      WEST PALM BEACH      FRANKFURT      LONDON      SHANGHAI

# Confirmation Report—Memory Send

```
                                  Time      : Jan-30-08  08:51pm
                                  Tel line 1 : 2026823580
                                  Name      : KAYE SCHOLER  LLP
```

| | | |
|---|---|---|
| Job number | : | 418 |
| Date | : | Jan-30 08:40pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-30 08:40pm |
| End time | : | Jan-30 08:51pm |
| Pages sent | : | 00 |
| Job number | : 418 | *** SEND FAILED *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

**DATE:** January 30, 2008

Total number of pages including this cover sheet: 47

**DELIVER TO:**
Dr. Bahattab

**PRIMARY FAX NUMBER:**
+9662 6176783

**TELEPHONE NUMBER:**

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519**

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1786

Client/Matter #: 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# EXHIBIT C

Confirmation Report—Memory Send

```
                                Time      : Jan-31-08  10:23am
                                Tel line 1 : 2026823580
                                Name      : KAYE SCHOLER  LLP
```

| | | |
|---|---|---|
| Job number | : | 419 |
| Date | : | Jan-31 10:14am |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-31 10:14am |
| End time | : | Jan-31 10:23am |
| Pages sent | : | 00 |
| Job number | : 419 | *** SEND FAILED *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 31, 2008                    Total number of pages including this cover sheet:    47

DELIVER TO:                    PRIMARY FAX NUMBER:                    TELEPHONE NUMBER:

Dr. Bahattab                    +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

## IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1876                                        Client/Matter #: 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

Confirmation Report—Memory Send

```
                            Time    : Jan-31-08  10:25am
                            Tel line 1 : +
                            Name    : KAYE SCHOLER
```

| | | |
|---|---|---|
| Job number | : | 934 |
| Date | : | Jan-31 10:15am |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-31 10:15am |
| End time | : | Jan-31 10:25am |
| Pages sent | : | 00 |

Job number   : 934          *** SEND FAILED ***

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3551
Fax 202 414-0431
jahoffman@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 31, 2008          Total number of pages including this cover sheet:   47

DELIVER TO:                PRIMARY FAX NUMBER:          TELEPHONE NUMBER:
Dr. Bahattab                +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1876                          Client/Matter # 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

Confirmation Report—Memory Send

```
                                    Time      : Jan-31-08  11:33am
                                    Tel line 1 : 2026823580
                                    Name      : KAYE SCHOLER  LLP
```

| | | |
|---|---|---|
| Job number | : | 421 |
| Date | : | Jan-31 11:23am |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-31 11:23am |
| End time | : | Jan-31 11:33am |
| Pages sent | : | 00 |
| Job number | : 421 | *** SEND FAILED *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE: January 31, 2008                    Total number of pages including this cover sheet:    47

DELIVER TO:                    PRIMARY FAX NUMBER:                    TELEPHONE NUMBER:

Dr. Bahattab                    +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1876                                        Client/Matter #. 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

Confirmation Report—Memory Send

Time        : Jan-31-08  11:44am
Tel line 1 : +
Name        : KAYE SCHOLER

Job number          :    936

Date                :    Jan-31 11:33am

To                  :    5999993500-01196626176783

Document Pages      :    47

Start time          :    Jan-31 11:33am

End time            :    Jan-31 11:44am

Pages sent          :    00

Job number    : 936            *** SEND FAILED ***

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 31, 2008                Total number of pages including this cover sheet:    47

DELIVER TO:                  PRIMARY FAX NUMBER:              TELEPHONE NUMBER:

Dr. Bahattab                      +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT:  (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1876                                          Client/Matter #. 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# Confirmation Report—Memory Send

```
Time     : Jan-31-08  01:40pm
Tel line 1 : +
Name     : KAYE SCHOLOR
```

| | | |
|---|---|---|
| Job number | : | 937 |
| Date | : | Jan-31 01:29pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Jan-31 01:29pm |
| End time | : | Jan-31 01:40pm |
| Pages sent | : | 00 |
| Job number | : 937 | *** SEND FAILED *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

**DATE:** January 31, 2008

Total number of pages including this cover sheet:    47

**DELIVER TO:**
Dr. Bahattab

**PRIMARY FAX NUMBER:**
+9662 6176783

**TELEPHONE NUMBER:**

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1876

Client/Matter #: 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

**Confirmation Report—Memory Send**

```
                              Time    : Jan-31-08  04:11pm
                              Tel line 1 : 2026823580
                              Name    : KAYE SCHOLER  LLP
```

Job number            :    423

Date                  :    Jan-31 04:01pm

To                    :    5328210003-01196626176783

Document Pages        :    47

Start time            :    Jan-31 04:01pm

End time              :    Jan-31 04:11pm

Pages sent            :    00

Job number      : 423            **\*\*\* SEND FAILED \*\*\***

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  January 31, 2008                    Total number of pages including this cover sheet:    47

DELIVER TO:                PRIMARY FAX NUMBER:            TELEPHONE NUMBER:

Dr. Bahattab                    +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT:  (202) 682-3519**

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1876                                Client/Matter # 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# EXHIBIT D

## Confirmation Report—Memory Send

Time     : Feb-01-08  10:58am
Tel line 1 : +
Name     : KAYE SCHOLOR

| | | |
|---|---|---|
| Job number | : | 947 |
| Date | : | Feb-01 10:47am |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Feb-01 10:47am |
| End time | : | Feb-01 10:58am |
| Pages sent | : | 00 |
| Job number | : 947 | *** S E N D   F A I L E D *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

**DATE:**  February 1, 2008                                      Total number of pages including this cover sheet:    47

**DELIVER TO:**                          **PRIMARY FAX NUMBER:**                    **TELEPHONE NUMBER:**
Dr. Bahattab                                   +966 2 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
### PLEASE CALL US BACK AS SOON AS POSSIBLE AT:  (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1876                                                    Client/Matter #: 32821.0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# Confirmation Report—Memory Send

Time       : Feb-01-08  11:17am
Tel line 1 : 2026823580
Name       : KAYE SCHOLER  LLP

| | | |
|---|---|---|
| Job number | : | 427 |
| Date | : | Feb-01 11:09am |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Feb-01 11:09am |
| End time | : | Feb-01 11:17am |
| Pages sent | : | 00 |
| Job number | : 427 | *** SEND FAILED *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682–3531
Fax 202 414–0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682–3500
Fax 202 682–3580
www.kayescholer.com

# FAX

DATE:   February 1, 2008

Total number of pages including this cover sheet:    47

DELIVER TO:
Dr. Bahattab

PRIMARY FAX NUMBER:
+966 2 6176783

TELEPHONE NUMBER:

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

## IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1876                                                    Client/Matter # 32821 0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# Confirmation Report—Memory Send

Time        : Feb-01-08  01:57pm
Tel line 1 : 2026823580
Name        : KAYE SCHOLER  LLP

Job number           :   431

Date                 :   Feb-01 01:47pm

To                   :   92022983814

Document Pages       :   01

Start time           :   Feb-01 01:48pm

End time             :   Feb-01 01:57pm

Pages sent           :   00

Job number    : 431          *** SEND FAILED ***

Page 1 of 1                      **Triangle Tots**
**Customer Charge/Credit Summary**        Center 0464                      Friday, February 01, 2008
1/1/2007 to 12/31/2007

Cory Welt
11708 Putting Green CT
Ruston, VA  20191

| | |
|---|---|
| **Beginning Balance:** | 0.00 |
| **Tuition** | |
| Annual Fee | 40.00 |
| Child Care Infant | 3,333.90 |
| Child Care Preschool | 6,945.95 |
| Registration Fees | 20.00 |
| | 10,339.85 |
| **Other Charge** | |
| Deposit | 710.00 |
| | 710.00 |
| **Credit** | |
| Deposit Refund | 1,221.00 |
| | 1,221.00 |
| **Payment** | |
| ACH Payments | 9,431.00 |
| Payment by Check | 397.85 |
| | 9,828.85 |
| **Ending Balance:** | 0.00 |

Message:
Tax Id #62-13-2117

Customer Charge/Credit Summary [credit] rev

Received  Feb-01-08  12:38pm    From-202 565 3021          To-KAYE SCHOLER  LLP      Page 02

# Confirmation Report—Memory Send

Time       : Feb-01-08  02:01pm
Tel line 1 : 2026823580
Name       : KAYE SCHOLER LLP

| | | |
|---|---|---|
| Job number | : | 432 |
| Date | : | Feb-01 01:52pm |
| To | : | 53282810003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Feb-01 01:52pm |
| End time | : | Feb-01 02:00pm |
| Pages sent | : | 00 |
| Job number | : 432 | *** SEND FAILED *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  February 1, 2008                     Total number of pages including this cover sheet:    47

DELIVER TO:                 PRIMARY FAX NUMBER:              TELEPHONE NUMBER:
Dr. Bahattab                 +966 2 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
### PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1876                                           Client/Matter #: 32821 0003

NEW YORK     CHICAGO     LOS ANGELES     WASHINGTON, D C     WEST PALM BEACH     FRANKFURT     LONDON     SHANGHAI

# Confirmation Report—Memory Send

Time      : Feb-01-08  03:18pm
Tel line 1 : 2026823580
Name      : KAYE SCHOLER  LLP

| | | |
|---|---|---|
| Job number | : | 433 |
| Date | : | Feb-01 03:09pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Feb-01 03:09pm |
| End time | : | Feb-01 03:18pm |
| Pages sent | : | 00 |
| Job number | : 433 | |

## *** SEND FAILED ***

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  February 1, 2008                    Total number of pages including this cover sheet:    47

DELIVER TO:                    PRIMARY FAX NUMBER:                    TELEPHONE NUMBER:
Dr. Bahattab                    +966 2 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

## IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
## PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1876                                                      Client/Matter # 32821.0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

## Confirmation Report—Memory Send

```
                              Time      : Feb-01-08  03:35pm
                              Tel line 1 : 2026823580
                              Name      : KAYE SCHOLER  LLP
```

| | | |
|---|---|---|
| Job number | : | 434 |
| Date | : | Feb-01 03:24pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Feb-01 03:24pm |
| End time | : | Feb-01 03:35pm |
| Pages sent | : | 00 |
| Job number | : 434 | *** SEND FAILED *** |

# KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

**DATE:** February 1, 2008                    Total number of pages including this cover sheet: 47

**DELIVER TO:**                    **PRIMARY FAX NUMBER:**                    **TELEPHONE NUMBER:**

Dr. Bahattab                    +966 2 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
### PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1876                                        Client/Matter #. 32821.0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# EXHIBIT E

# Confirmation Report—Memory Send

Time        : Feb-04-08  12:17pm
Tel line 1 : 2026823580
Name        : KAYE SCHOLER  LLP

| | | |
|---|---|---|
| Job number | : | 436 |
| Date | : | Feb-04 12:07pm |
| To | : | 5328210003-01196626176783 |
| Document Pages | : | 47 |
| Start time | : | Feb-04 12:07pm |
| End time | : | Feb-04 12:17pm |
| Pages sent | : | 00 |

Job number      : 436              \*\*\* SEND FAILED \*\*\*

## KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:   February 4, 2008

Total number of pages including this cover sheet:    47

DELIVER TO:                    PRIMARY FAX NUMBER:              TELEPHONE NUMBER:
Dr. Bahattab                     +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

## IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1786                                    Client/Matter #: 32821/0003

NEW YORK     CHICAGO     LOS ANGELES     WASHINGTON, D C     WEST PALM BEACH     FRANKFURT     LONDON     SHANGHAI

## Confirmation Report—Memory Send

Time      : Feb-04-08  03:15pm
Tel line 1 : 2026823580
Name      : KAYE SCHOLER  LLP

Job number          :    438

Date                :    Feb-04  03:04pm

To                  :    5328210003-01196626176783

Document Pages      :    47

Start time          :    Feb-04  03:04pm

End time            :    Feb-04  03:15pm

Pages sent          :    00

Job number    : 438              *** SEND FAILED ***

## KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE:  February 4, 2008                    Total number of pages including this cover sheet:    47

DELIVER TO:                PRIMARY FAX NUMBER:              TELEPHONE NUMBER:
Dr. Bahattab                  +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
### PLEASE CALL US BACK AS SOON AS POSSIBLE AT:  (202) 682-3519

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1786                                    Client/Matter # 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

Confirmation Report—Memory Send

```
                              Time      : Feb-04-08  03:42pm
                              Tel line 1 : 2026823580
                              Name      : KAYE SCHOLER  LLP
```

Job number          :    439

Date                :    Feb-04 03:31pm

To                  :    5328210003-01196626176783

Document Pages      :    47

Start time          :    Feb-04 03:31pm

End time            :    Feb-04 03:42pm

Pages sent          :    00

Job number     : 439              *** SEND FAILED ***

## KAYE SCHOLER LLP

From: Jason F. Hoffman
202 682-3531
Fax 202 414-0431
jahoffman@kayescholer.com
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

## FAX

DATE:   February 4, 2008                    Total number of pages including this cover sheet:    47

DELIVER TO:                    PRIMARY FAX NUMBER:            TELEPHONE NUMBER:
Dr. Bahattab                   +9662 6176783

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3519**

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1786                                          Client/Matter #: 32821/0003

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI