# United States District Court
# For the District of Columbia

JUNIPER NETWORKS, INC.

        Plaintiff(s)      )
                              )    **APPEARANCE**
                              )
              vs.            )    CASE NUMBER   1:07-cv-01771-PLF
ABDULLAH ALI BAHATTAB    )
                              )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Henry W. Asbill   as counsel in this
                              (Attorney's Name)

case for:   Abdullah Ali Bahattab
           (Name of party or parties)

March 7, 2008
Date

*[Signature: Henry W. Asbill]*
Signature

Henry W. Asbill
Print Name

D.C. Bar No. 938811
BAR IDENTIFICATION

Dewey & LeBoeuf LLP, 1101 New York Ave., NW, Suite 1100
Address

Washington, DC   20005-4213
City     State     Zip Code

(202) 986-8141
Phone Number