UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO.1:07-cv-01771PLF

Juniper Networks, Inc.,

    Plaintiff,

v.

Abdullah Ali Bahattab,

    Defendant.

_____/

## MOTION FOR THE *PRO HAC VICE* ADMISSION OF
## GEORGE G. MAHFOOD

George G. Mahfood, a member of the The Florida Bar, respectfully requests *pro hac vice* admission to the United States District Court for the District of Columbia, in order that he may represent Abdullah Ali Bahattab before this Honorable Court during proceedings in the above styled case. As grounds, and in support thereof, the following is stated:

1. George G. Mahfood is a member in good standing of the bar of Pennsylvania, admitted in 1978, the bar of Florida, admitted in 1996, and the bar of New York, admitted in 2006, and has been a member in good standing continuously throughout his membership in these bars.

2. Mr. Mahfood is a member of Ferrell Law, P.A. and has his principal office at 201 S. Biscayne Boulevard, Miami Center, 34th Floor, Miami, FL 33131.

3. Mr. Mahfood certifies, in his accompanying declaration, that he has never been disciplined by any Bar of which he has ever been a member.

4. Mr. Mahfood has not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the past two years.

5. Mr. Mahfood has served as sole or lead counsel in jury and non-jury trials in U.S. District Courts and state courts of general jurisdiction.

WHEREFORE, it is respectfully requested that Mr. Mahfood be granted *pro hac vice* admission to the United States District Court for the District of Columbia, in order that he may represent Mr. Bahattab before this Honorable Court during proceedings in the above styled case.

        Respectfully submitted,

        DEWEY & LEBOEUF, LLP
        1101 New York Avenue, N.W.
        Suite 1100
        Washington, D.C. 20005-4213
        hasbill@dl.com
        Tel: 202-986-1141
        Fax: 202-956-3303

By: _____/s/_____
        Henry W. Asbill
        DC Bar No.: DC 938811
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served, via the Court's Electronic Case Filing system, upon Alan M. Fische, counsel for Plaintiff, Kaye Scholer LLP, 901 Fifteenth Street, N.W., Washington, D.C., 20005-2327, this 7th day of March 2008.

By:    /s/   
      Henry W. Asbill

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO.1:07-cv-01771PLF

Juniper Networks, Inc.,

    Plaintiff,

v.

Abdullah Ali Bahattab,

    Defendant.
_____/

## DECLARATION OF GEORGE G. MAHFOOD

1.    I am George G. Mahfood, a member in good standing of the bars of Pennsylvania, Florida and New York.

2.    My office is located at 201 S. Biscayne Blvd, 34th Floor, Miami, Florida 33131, my phone number is (305) 371-8585.

3.    I was admitted to the bar of Pennsylvania in 1978, to the bar of Florida in 1996 and to the bar of New York in 2006 and have been a member in good standing in these bars continuously throughout this time period. Additionally, I am admitted to the following federal courts: United States Supreme Court, admitted in 1982, United States Court of Appeal for the Third Circuit, admitted in 1981, United States Court of Appeal for the Sixth Circuit, admitted in 1993, United States Court of Appeal for the Eleventh Circuit, admitted in 2001, U.S. District Court for the Western District of Pennsylvania, admitted in 1978, U.S. District Court for the Middle District of Pennsylvania, admitted in 1982, U.S. District Court for the Southern District of Florida, admitted in 1996, U.S. District Court for the Southern District of New York, admitted in 2006, U.S. District Court for the Eastern District of New York, admitted in 2006, and the U.S.

District Court for the Middle District of Florida, admitted in 2008. These are the only bars to which I have ever been a member.

    4.    I certify that I have never been disciplined by any Bar of which I have ever been a member.

    5.    I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the past two years.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 6th, 2008.

_____
George G. Mahfood