## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

      Plaintiff,

      v.                              Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

## DEFENDANT'S MOTION FOR ENLARGMENT OF TIME

Defendant, Abdullah Ali Bahattab ("Bahattab"), by and through his undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) requests that this Honorable Court grant a two-week enlargement of time, through and including, April 29, 2008, in which to file his Answer and Counterclaims to the Complaint filed by Juniper Networks, Inc. ("Juniper").  Dr. Bahattab states the following in support of this Motion:

1.      Juniper filed their Complaint on October 3, 2007 and had great difficulty in serving Bahattab, as he currently resides in Saudi Arabia.

2.      In order to effectuate service, Juniper filed a Motion to Authorize Service by email on January 2, 2008.

3.      The Court granted this Motion, and on February 5, 2008, Bahattab was served by email.

4.      Bahattab did not have U.S. counsel for this matter, so he filed a Pro Se Motion to Dismiss the Complaint on February 15, 2008.

1

5.      Juniper filed its Opposition to Defendant's Motion to Dismiss on February 22, 2008.

6.      Bahattab's counsel entered his appearance on March 7, 2008 and has diligently been investigating the claims contained in the Complaint during that time.

7.      This Court, acknowledging that Bahattab now has counsel entered a Minute Order denying Bahattab's Motion to Dismiss without Prejudice on April 1, 2008.

8.      This denial of Bahattab's Motion to Dismiss, by operation of Rule 12(a)(4)(A), set the date for filing the Answer and Counterclaims for April 15, 2008.

9.      Counsel for Bahattab has only been associated with this case for a short time and requires additional time to finalize Bahattab's Answer and Counterclaims.

10.      Bahattab's counsel requested a two week enlargement of time from Juniper's counsel on April 11, 2008.

11.      Juniper's counsel informed Bahattab's counsel this morning that Juniper opposes the requested two week enlargement.

12.      Bahattab is not requesting this motion in order to further delay the proceedings. On the contrary, Bahattab and his Counsel require additional time to ensure a proper investigation into each of the Counts in Juniper's Complaint and to ensure all compulsory Counterclaims are filed with the Answer.

13.      Pursuant to Local Rule 7(c), a proposed order is attached.

14.      This Motion is made in good faith and not for purposes of delay.

2

WHEREFORE, Bahattab respectfully asks this Court for an order enlarging the time to file his Answer and Counterclaim by two weeks, from April 15, 2008, up to and including April 29, 2008.

Respectfully submitted,

DEWEY & LEBOEUF, LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005-4213
hasbill@dl.com
Tel: 202-986-8141
Fax: 202-956-3263

By:   _s/Henry W. Asbill_____
Henry W. Asbill (DC Bar No. 938811)

FERRELL LAW, P.A.
34th Floor, Miami Center
201 South Biscayne Blvd.
Miami, FL 33131
gmahfood@ferrellworldwide.com
Tel: 305-371-8585
Fax: 305-371-5732

By:_ s/George G. Mahfood_____
George G. Mahfood (Fl. Bar No.  0077356)

*Attorneys for the Defendant*

3

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

      Plaintiff,

          v.                               Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                            Respectfully submitted,

                            DEWEY & LEBOEUF, LLP
                            1101 New York Avenue, N.W., Suite 1100
                            Washington, D.C. 20005-4213
                            hasbill@dl.com
                            Tel: 202-986-8141
                            Fax: 202-956-3263

                            By: _s/Henry W. Asbill_____
                                  Henry W. Asbill (DC Bar No. 938811)

                            FERRELL LAW, P.A.
                            34th Floor, Miami Center
                            201 South Biscayne Blvd.
                            Miami, FL 33131
                            gmahfood@ferrellworldwide.com
                            Tel: 305-371-8585
                            Fax: 305-371-5732

                            By: _s/George G. Mahfood_____
                                  George G. Mahfood (Fl. Bar No. 0077356)

                            *Attorneys for the Defendant*

CASE NO.: 1:07-cv-01771-PLF

SERVICE LIST

JUNIPER NETWORKS, INC. v. ABDULLAH ALI BAHATTAB

CASE NO.: Case No.: 1:07-cv-01771-PLF
United States District Court for the District Of Colombia


Alan M. Fisch
E-mail: afisch@kayescholer.com
Jason F. Hoffman
E-mail: jahoffman@kayescholer.com
David L. Cousineau
E-mail: dcousineau@kayescholer.com
Kay Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W.
Washington, DC 20005
Tel: 202-682-3500 / Fax: 202-682-3580
*Attorneys for Plaintiff*

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUNIPER NETWORKS, INC.,

     Plaintiff,

v.                                                          Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

     Defendant.

_____/

## <u>ORDER</u>

Upon consideration of Defendant Abdullah Ali Bahattab's ("Bahattab") Motion for Enlargement of Time to file an Answer and Counterclaims, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED and the time for filing the Bahattab's Answer and Counterclaims is extended from April 15, 2008 up to and including April 29, 2008.

Date:_____          _____
                                        Paul L. Friedman
                                        United States District Judge