## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

      Plaintiff,

v.                                                                    Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## AS TO PART OF COUNT I AND ALL OF COUNT II
## AND MEMORANDUM OF LAW

Defendant, Abdullah Ali Bahattab ("Bahattab"), by and through his undersigned counsel, hereby moves for partial summary judgment as to part of Count I and all of Count II of the Complaint filed by Juniper Networks, Inc. ("Juniper") on October 3, 2007, and in support Defendant states as follows:

### STATEMENT OF UNCONTESTED FACTS

1.      Juniper filed its Complaint on October 3, 2007 with three counts. Count I is a request for Declaratory Judgment of Invalidity; Count II is a request for Declaratory Judgment of Unenforceability; and Count III is a request for Declaratory Judgment of Non-Infringement. Complaint ¶¶ 14-30.

2.      On June 2, 2000, Dr. Bahattab filed his Provisional Patent Application, Ser. No. 60/208,888, with the U.S. Patent and Trademark Office. In the bibliography, Dr. Bahattab listed the following paper at page 123 of 127, lines 4-8, Bodnar, B., Bahattab, A., Kraft, G., Evens, M. "Predicting IP Addresses to Speed Up Routing Lookup," 2000 Advanced Simulation

1

Technologies Conference. Proceedings of the Applied Telecommunications Symposium, April 16-20, 2000, pp. 207-213. See **Exhibit** 1.

    3.      During the 2000 Advanced Simulation Technologies Conference, April 16 -20, 2000, Dr. Bahattab presented a paper, based on his thesis, entitled "Predicting IP Addresses to Speed Up Routing Lookup" and listed his doctoral thesis advisors, Dr. Martha Evens, Dr. Bohdan Bodnar and Dr. George Kraft as co-authors. Complaint ¶20. Answer ¶20.

    4.      On August 7, 2000, Dr. Bahattab filed his non-provisional U.S. Patent Application, Ser. No. 09/633,754, entitled "Predictive Routing Table Cache Population," listing himself as the only inventor. This patent issued on November 9, 2004 as U.S. Patent No. 6,816,457 (the "457 Patent"). **Exhibit** 2, U.S. Patent No. 6,816,457.

    5.      Dr. Martha Evens is not a co-inventor of the '457 patent. Dr. Evens' declaration states that all the "original ideas, the core research work, the derivation of the equations, as well as the prototype implementation were all the independent work of Dr. Bahattab." **Exhibit** 3, Martha W. Evens Declaration ¶ 6 ("Evens Dec. ¶ X").

    6.      Dr. Bohdan Bodnar is not a co-inventor of the '457 patent. Dr. Bodnar's declaration states that all the work that Dr. Bahattab presented at conferences and presented during the patent application process were the independent work of Dr. Bahattab. **Exhibit** 4, Bohdan Bodnar Declaration ¶ 6 ("Bodnar Dec. ¶ X").

    7.      Dr. George Kraft is not a co-inventor of the '457 patent. Dr. Kraft's declaration states that all the ideas were Dr. Bahattab's and that Dr. Kraft's function was solely administrative. **Exhibit** 5, George D. Kraft Declaration ¶¶ 7, 8. ("Kraft Dec. ¶X")

8.      Each advisor declares that the help provided by the members of the thesis committee was of a kind ordinarily provided by a thesis committee (Evens Dec. ¶ 9, Bodnar Dec. ¶ 10, Kraft Dec. ¶ 9).

9.      Each advisor declares that the statements made in Juniper's Complaint that Dr. Bahattab misled the USPTO by not disclosing co-inventors are not correct (Evens Dec. ¶ 11, Bodnar Dec. ¶ 12, Kraft Dec. ¶ 11).

10.     Each advisor declares that he or she is not a co-inventor of the '457 Patent (Evens Dec. ¶ 12, Bodnar Dec. ¶ 13, Kraft Dec. ¶ 12).

## MEMORANDUM OF LAW

### Standard for Summary Judgment

Summary judgment is appropriate if there is no genuine issue as to any material fact and the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c); *see Chambers v. Green*, ---F. Supp. 2d ---, 2008 WL 925551 (D.D.C. 2008). The movant bears the burden of proving that there is no material fact in dispute. *Id.* A party can move for summary judgment on all or part of the claim and may support the motion with affidavits. Fed. R. Civ. P. 56(a). 28 U.S.C 1746 permits the use of unsworn declarations in lieu of required or permissive affidavits if subscribed as true under penalty of law. While the nonmoving party is entitled to all reasonable inferences in his favor, that party may not only rely on allegations or conclusory statements. *Epstein v. Geren*, --- F. Supp. 2d ---, 2008 WL 769190 (D.D.C. 2008); *see also Greene v. Dalton,* 164 F.3d 671, 675 (D.C.Cir.1999). In order to prevent summary judgment, the nonmoving party must present specific facts that would enable a reasonable jury to find in its favor. *Id.*

3

Juniper alleges, based solely on "information and belief," that Dr. Bahattab engaged in inequitable conduct and misled the U.S. Patent and Trademark Office ("USPTO") by withholding the names of all inventors of the '457 patent. Part of Count I of Juniper's Complaint alleges that each of the claims of the '457 patent is invalid for failure to include all the inventors on the patent application, pursuant to 35 U.S.C. §§ 102(f) and 116. Complaint ¶ 16. In Count II of the Complaint, Juniper alleges that the patent is unenforceable due to Bahattab's inequitable conduct in failing to disclose to the USPTO information material to the patentability of the invention. Complaint ¶ 18. Juniper alleges that Bahattab intentionally misrepresented and failed to disclose all of the inventors of the '457 Patent to the USPTO. Complaint ¶ 19. 35 U.S.C. §102(f) states "A person shall be entitled to a patent unless--... (f) he did not himself invent the subject matter sought to be patented..." 35 U.S.C. §116 mandates that when an invention is made by two or more persons together, the patent should be applied for jointly.

Fed. R. Civ. P. 9(b) requires more than information and belief – it requires particularity for allegations of fraud or inequitable conduct. *See Intex Recreation Corp. v. Team Worldwide Corp.*, 390 F. Supp. 2d 21, 24 (D.D.C. 2005) ("The particularity requirement of Rule 9(b) demands that the pleader must specify what statements were made and in what context, when they were made, who made them, and the manner in which the statements were misleading.") To establish inequitable conduct, a party must have clear and convincing evidence that the "applicant breached its duty to prosecute patent applications with candor, good faith and honesty" and that the applicant intended to deceive or mislead the USPTO. *Intex Recreation*, 390 F. Supp. 2d at 25. In fact, courts generally disfavor inequitable conduct allegations. *See Burlington Industries, Inc. v. Dayco Corp.*, 849 F.2d 1418, 1422 (Fed. Cir. 1988) (The court stated that the "habit" of alleging inequitable conduct in major patent cases "has become an

4

absolute plague....A patent litigant should be made to feel, therefore, that an unsupported charge of inequitable conduct in the Patent Office is a negative contribution to the rightful administration of justice.") Juniper fails meet the standard under Fed. R. Civ. P. 9(b) or the clear and convincing evidence standard for inequitable conduct claims. To the contrary, there is clear and convincing evidence that Dr. Bahattab is the **only** inventor for the patent claimed and disclosed in the ' 457 patent.

Juniper's allegations are simply false. If Juniper, or its lawyers, had undertaken even the most basic investigation of the USPTO records, they would have indeed discovered that Dr. Bahattab did disclose his article and his co-authors. See **Exhibit** 1, Provisional Patent Application No. 60/208,888, filed with the USPTO on June 2, 2000, at page 123 of 127, lines 4-8. The court may take judicial notice of this patent office document. *See Vitek Systems Inc. v. Abbot Laboratories,* 675 F.2d 190, 192 n.4 (9th Cir. 1982); Fed. R. Evid. 201(b). Dr. Bahattab's identification of this article and his co-authors directly contradicts and refutes Juniper's allegation that Dr. Bahattab intentionally deceived the USPTO.

Dr. Martha Evens, Dr. Bohdan Bodnar and Dr. George Kraft were each advisors to Dr. Bahattab on his doctoral thesis at the Illinois Institute of Technology in Chicago. Each of Dr. Bahattab's advisors has signed Declarations that are attached in support of this Motion. Each advisor refutes any rights or claim of inventorship in Dr. Bahattab's patented invention. Juniper relies solely on the fact that Dr. Bahattab published a paper at the 2000 Advanced Simulation Technologies Conference, entitled "Predicting IP Addresses to Speed Up Routing Lookup", listing Dr. Evens, Dr. Bodnar and Dr. Kraft as co-authors. This is not evidence that the co-authors assisted in the invention that is the subject of the '457 patent. Juniper offers no support from these alleged co-inventors of the '457 patent that they claim any rights to the patent. In

5

fact, it is clear from each of the Declarations filed in support of this Motion, that Dr. Bahattab is the only inventor of the '457 patent.

It is customary practice for a doctoral student to give credit to his or her thesis advisors even though they do not technically assist in the origination of the ideas in the doctoral thesis. Therefore, although Dr. Bahattab graciously listed his doctoral thesis advisors on the presentations and papers based on his invention, they did not thereby become inventors. There is no doubt that Dr. Bahattab is the sole inventor of the '457 patent and that he did not mislead the USPTO.

## CONCLUSION

Each of the alleged co-inventors have signed Declarations under penalty of law denying that they are co-inventors of the '457 Patent. There are no genuine issues of material fact. Dr. Bahattab is entitled to Summary Judgment as a matter of law. Defendant Bahattab respectfully requests that this Honorable Court enter an order granting summary judgment in his favor, and against Juniper, as to that part of Count I and all of Count II of the Complaint alleging improper inventorship and inequitable conduct and such other relief as the Court deems just and proper.

Respectfully submitted,

DEWEY & LEBOEUF, LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005-4213
hasbill@dl.com
Tel: 202-986-8141
Fax: 202-956-3263

By:  s/Henry W. Asbill
Henry W. Asbill (DC Bar No. 938811)

FERRELL LAW, P.A.
34th Floor, Miami Center
201 South Biscayne Blvd.

6

Miami, FL 33131
gmahfood@ferrellworldwide.com
Tel: 305-371-8585
Fax: 305-371-5732

By: s/George G. Mahfood
George G. Mahfood (Fl. Bar No. 0077356)
*Attorneys for the Defendant*

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC ,

    Plaintiff,

       v.                        Case No : 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                     Respectfully submitted,
                                     DEWEY & LEBOEUF, LLP
                                     1101 New York Avenue, N.W., Suite 1100
                                   Washington, D.C. 20005-4213
                                   hasbill@dl.com
                                   Tel: 202-986-8141
                                   Fax: 202-956-3263

                              By:  _s/Henry W. Asbill_____
                                     Henry W. Asbill (DC Bar No. 938811)

SERVICE LIST

JUNIPER NETWORKS, INC. v. ABDULLAH ALI BAHATTAB

CASE NO.: Case No.: 1:07-cv-01771-PLF
United States District Court for the District Of Colombia


Alan M. Fisch
E-mail: afisch@kayescholer.com
Jason F. Hoffman
E-mail: jahoffman@kayescholer.com
David L. Cousineau
E-mail: dcousineau@kayescholer.com
Kay Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W.
Washington, DC 20005
Tel: 202-682-3500 / Fax: 202-682-3580
Attorneys for Plaintiff

9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUNIPER NETWORKS, INC.,

     Plaintiff,

v.                                                     Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

     Defendant.

_____/

## ORDER

     This motion is before the Court on Defendant's Motion for Partial Summary Judgment as to Part of Count I and all of Count II of the Complaint. The Court has reviewed the Defendant's supporting evidence and the response of the Plaintiff and finds that there is no dispute as to a material fact. For good cause shown, Defendant's Motion for Partial Summary Judgment is hereby granted.

Date:_____          _____
                                         Paul L. Friedman
                                         United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

      Plaintiff,

v.

                                 Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## AS TO PART OF COUNT I AND ALL OF COUNT II
## AND MEMORANDUM OF LAW

# EXHIBIT 1

C6-05-00

A/PROV

Attorney Docket: A.A. Bahattab 1P

# IN THE UNITED STATES
# PATENT AND TRADEMARK OFFICE

**PROVISIONAL PATENT
APPLICATION**

**INVENTOR**   Abdullah Ali Bahattab

**CASE**   1P

**TITLE**   Predictive Router Line
Card Cache Population

> "Express Mail" mailing label number EK594326223US;
> Date of Deposit: June 2, 2000.
>
> I hereby certify that this application is being deposited with the
> United States Postal Service "Express Mail Post Office to
> Addressee" service under 37 CFR 1.10 on the date indicated
> above and is addressed to "Box Provisional Patent Application,
> Assistant Commissioner of Patents, Washington, D.C. 20231".
> Jason Paul DeMont

**ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231**

**SIR:**

This is a request for filing a Provisional Patent Application under 37 CFR 1.53(c).

Enclosed are the following papers relating to the above-named application for patent:

1.   Transmittal Letter — 2 Pages (3x)
2.   Check for $75.00
3.   Specification — 127 Pages (1x)
4.   Executed PTO/SB/09 Statement Claiming Small Entity Status — 1 Page (1x)

   **The applicant is a small entity.** A check for $75.00 is enclosed to cover the filing fee.
Duplicate copies of this letter are enclosed. In the event of non-payment or improper payment of a
required fee, the Commissioner is authorized to charge or to credit Jason Paul DeMont Deposit Account
No. 50-1045 as required to correct the error.

   The invention was not made by an agency of the United States Government nor under a contract
with any agency of the United States Government.

Sole Inventor:   Abdullah Ali Bahattab
Residence:   3100 S. Michigan Avenue, Apt. #902
   Chicago, IL 60616

Please address all correspondence to:

> **Customer Number 22897**

   Pursuant to 37 C.F.R. 1.136(a)(3), please treat this and any concurrent or future reply in this
application that requires a petition for an extension of time for its timely submission as incorporating a
petition for extension of time for the appropriate length of time.

Attorney Docket: A.A  Bahattab 1P

Respectfully,

By _Jan Paul DeMont_

Jason Paul DeMont
Attorney for Applicants
Reg. No. 35,793
908-903-1255

Date: JUNE 2, 2000
DeMont & Breyer, L.L.C.
P.O. Box 437
Basking Ridge, NJ 07920-0437

- 2 of 2 -

FROM : Abdullah Bahattab IIT Chicago    PHONE NO. : 312 3264529    May. 31 2000 09:39AM P1

PTO/SB/09 (12-97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

| STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))--INDEPENDENT INVENTOR | Docket Number (Optional) A.A Bahattab 1P |
|---|---|

Applicant, Patentee, or Identifier: Abdullah Ali Bahattab

Application or Patent No.: Not Yet Assigned

Filed or Issued: Not Yet Assigned

Title: PREDICTIVE ROUTER LINE CARD CACHE POPULATION

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

☑ the specification filed herewith with title as listed above.

☐ the application identified above

☐ the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☑ No such person, concern, or organization exists

☐ Each such person, concern, or organization is listed below

Separate statements are required from each named person, concern, or organization having rights to the invention stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

Abdullah Ali Bahattab
NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR

Signature of inventor | Signature of inventor | Signature of inventor

5-31-2000
Date | Date | Date

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

A.A. Bahattab 1P

# PREDICTIVE ROUTER LINE CARD CACHE POPULATION

The present invention relates to packet networks in general, and, more particularly, to a technique for populating the cache of a line card in a packet network router.

5

## LIST OF FIGURES

| Figure | | Page |
|--------|--------------------------------------------------------------------|------|
| 1.1 | The architecture of the earliest routers | 8 |
| 1.2 | Router architecture with intelligence on each line card | 9 |
| 3.1 | The IP address 1.0.1.0 and its frequencies in 5ms periods | 33 |
| 3.2 | The data for IP1 | 34 |
| 3.3 | The data for IP2 | 35 |
| 3.4 | The data for IP3 | 35 |
| 3.5 | The data for IP4 | 36 |
| 3.6 | The data for IP5 | 36 |
| 3.7 | The data for IP6 | 37 |
| 3.8 | The data for IP7 | 37 |
| 3.9 | The data for IP8 | 38 |
| 3.10 | The data for IP9 | 38 |
| 3.11 | The data for IP10 | 39 |
| 3.12 | The data for IP11 | 39 |
| 3.13 | The data for IP12 | 40 |
| 3.14 | The data for IP13 | 40 |
| 3.15 | The data for IP14 | 41 |
| 3.16 | The data for IP15 | 41 |
| 3.17 | The data for IP16 | 42 |
| 3.18 | The data for IP17 | 42 |
| 3.19 | The data for IP18 | 43 |
| 3.20 | The sample autocorrelation function for IP1 with lag=5000 | 44 |
| 3.21 | The sample autocorrelation function for IP2 with lag=5000 | 45 |
| 3.22 | The sample autocorrelation function for IP3 with lag=5000 | 45 |
| 3.23 | The sample autocorrelation function for IP4 with lag=5000 | 46 |
| 3.24 | The sample autocorrelation function for IP5 with lag=5000 | 46 |
| 3.25 | The sample autocorrelation function for IP6 with lag=5000 | 47 |
| 3.26 | The sample autocorrelation function for IP7 with lag=5000 | 47 |
| 3.27 | The sample autocorrelation function for IP8 with lag=5000 | 48 |
| 3.28 | The sample autocorrelation function for IP9 with lag=5000 | 48 |
| 3.29 | The sample autocorrelation function for IP10 with lag=5000 | 49 |
| 3.30 | The sample autocorrelation function for IP11 with lag=5000 | 49 |
| 3.31 | The sample autocorrelation function for IP12 with lag=5000 | 50 |
| 3.32 | The sample autocorrelation function for IP13 with lag=5000 | 50 |
| 3.33 | The sample autocorrelation function for IP14 with lag=5000 | 51 |
| 3.34 | The sample autocorrelation function for IP15 with lag=5000 | 51 |
| 3.35 | The sample autocorrelation function for IP16 with lag=5000 | 52 |

A.A. Bahattab 1P

3.36    The sample autocorrelation function for IP17 with lag=5000 ............    52
3.37    The sample autocorrelation function for IP18 with lag=5000 ............    53
3.38    An example of a small Theta matrix (actual matrices based on our data    56
        are much larger) ..........................................................
3.39    The residuals for the model of IP1 data using the data for IP1 ............    60
3.40    The residuals for the model of IP1 data using the data for IP2 ...........    60
Figure                                                                          Page
3.41    The residuals for the model of IP1 data using the data for IP3 ...........    61
3.42    The residuals for the model of IP1 data using the data for IP4 ...........    61
3.43    The residuals for the model of IP1 data using the data for IP10 ..........    62
3.44    The residuals for the model of IP1 data using the data for IP12 .........    62
3.45    The residuals for the model of IP2 data using the data for IP1 .......  ...    63
3.46    The residuals for the model of IP2 data using the data for IP2 ... .... ....    63
3.47    The residuals for the model of IP2 data using the data for IP3 ...........    64
3.48    The residuals for the model of IP2 data using the data for IP4 ...........    64
3.49    The residuals for the model of IP2 data using the data for IP10 .......  ..    65
3.50    The residuals for the model of IP2 data using the data for IP12 .........    65
3.51    The residuals for the model of IP3 data using the data for IP1 ...........    66
3.52    The residuals for the model of IP3 data using the data for IP2 ...........    66
3.53    The residuals for the model of IP3 data using the data for IP3  .........    67
3.54    The residuals for the model of IP3 data using the data for IP4 ...........    67
3.55    The residuals for the model of IP3 data using the data for IP10 .........    68
3.56    The residuals for the model of IP3 data using the data for IP12 . .......    68
3.57    The residuals for the model of IP7 data using the data for IP5 ...........    69
3.58    The residuals for the model of IP7 data using the data for IP6 ...........    70
3.59    The residuals for the model of IP7 data using the data for IP7 ...........    70
3.60    The residuals for the model of IP7 data using the data for IP8 ...........    71
3.61    The residuals for the model of IP7 data using the data for IP9 ...........    71
3.62    The residuals for the model of IP7 data using the data for IP13 ... ......    72
3.63    The residuals for the model of IP7 data using the data for IP17 .........    72
3.64    The residuals for the model of IP7 data using the data for IP18 .........    73
3.65    The residuals for the model of IP8 data using the data for IP5 ...........    73
3.66    The residuals for the model of IP8 data using the data for IP6 ...........    74
3.67    The residuals for the model of IP8 data using the data for IP7 ...........    74
3.68    The residuals for the model of IP8 data using the data for IP8 ...........    75
3.69    The residuals for the model of IP8 data using the data for IP9 . ..........    75
3.70    The residuals for the model of IP8 data using the data for IP13 ... ......    76
3.71    The residuals for the model of IP8 data using the data for IP17 .........    76
3.72    The residuals for the model of IP8 data using the data for IP18 ... ......    77
3.73    The residuals for the model of IP5 data using the data for IP5 ...........    77
3.74    The residuals for the model of IP5 data using the data for IP6 ...........    78
3.75    The residuals for the model of IP5 data using the data for IP7 ...........    78
3.76    The residuals for the model of IP5 data using the data for IP8 ...........    79
3.77    The residuals for the model of IP5 data using the data for IP9 ...........    79
3.78    The residuals for the model of IP5 data using the data for IP13 . .......    80
3.79    The residuals for the model of IP5 data using the data for IP17 .......  ..    80

A.A. Bahattab 1P

3.80   The residuals for the model of IP5 data using the data for IP18 .......   81
3.81   The architecture of a high-end router ....................................   86
3.82   The cache size versus the hit ratio for the replacement algorithms ....   88
3.83   The prediction system's flowchart ........................................   93


Figure                                                                      Page

3.84   The prediction system versus the LRU using cache size = 8 and tested   95
       IP addresses = 32 ...................................................

3.85   The Prediction system versus the Random using cache size=8 and         96
       tested IP addresses=32 ..............................................

3.86   The Prediction, the Random, and the LRU algorithms using cache         97
       size=8 and tested IP addresses=32 ..................................

3.87   The prediction and the Random algorithms using cache size=8 and        98
       tested IP addresses=32 .............................................

3.88   The prediction and the Random algorithms using cache size=8 and        99
       tested IP addresses=64 .............................................

3.89   The prediction and the Random algorithms using cache size=8 and       100
       tested IP addresses=128 ............................................

3.90   The prediction and the Random algorithms using cache size=8 and       100
       tested IP addresses=256 ............................................

3.91   The prediction and the Random algorithms using cache size=8 and       101
       tested IP addresses=512 ............................................

## Chapter 1

## Introduction

### 1.1 Statement of the Problem.

One of the main tasks that routers carry out is
5  packet (datagram) forwarding. The continuously
increasing number of users connected to the Internet
has caused network traffic to grow rapidly.
Researchers are paying a great deal of attention to
router development to cope with current applications
10  such as video conferencing, long distance learning, and
Internet telephony. All of these need high-speed
packet forwarding to overcome increasing network delay.

A typical router uses a routing table and a cache
table (forwarding table). The routing table is
15  initialized by receiving information from the
neighborhood routers and is updated every 30 seconds
[SLAT99]. The routing table contains all the next-hop
routes, which are stored in Dynamic Random Access
Memory (DRAM). The cache table (forwarding table) is
20  in RAM and derived from the routing table. The

function of a cache table is to speed the lookup for the IP addresses since the search in cache is much faster than in the routing table (database). The architecture of a high-end (typically, backbone) router

5  is shown in Figure 3.81. It consists of line cards (which accept input traffic), the switching fabric (which sends datagrams from the line cards to the output cards), the output cards (which aggregate traffic and send it out on selected output ports), and

10  a centralized controller, which holds the entire routing table.

The forwarding function is moved from the central controller to the line cards in order to obtain high speed. Each line card has a small forwarding table

15  cache. The cache contains a small part of the IP addresses of the routing table, and its function is to speed the lookup for IP addresses since the search in the local RAM is much faster than in the centralized routing table. When a packet comes, a router checks

20  its destination IP address in the cache table. If it

is found, then it will continue the process to forward the packet. In case the destination IP address was not in the cache table, the router will search in the routing table (database), which takes more time. Thus,

5 it is desirable to have a high hit ratio, which means that most of the IP addresses are found in the cache table rather than in the routing table (cache hits/cache accesses).

The IP address that has been fetched must be replaced
10 in the cache table. Therefore, one of the IP addresses must be removed from the cache table in order to make room for the new one. We mentioned three of the commonly used replacement algorithms. First, the Random Algorithm performs well when the cache table
15 size is less than the optimal size. Second, the Least Recently Used Algorithm (LRU) performs well when the cache table size is near or exceeds the optimal size [CHEN91]. Third, the Round Robin performs almost the same as the Random Algorithm.

A A. Bahattab 1P

A large forwarding cache table size (up to a certain point) implies a high hit ratio. However, it also means a high search time in the cache table, which means more delay in the routing packets. Furthermore, 5 this cache is loaded on demand; that is, if a cache miss occurs, a query is sent to the central database for an update. The database updates the cache and forwarding can then continue (another option is to have the central database do the forwarding and, 10 concurrently, update the cache). Although the cache will eventually operate with a high hit ratio [FELD88], the on-demand nature of the updating results in poor transient response of the cache. That is, a long time is spent updating the cache until the (steady-state) 15 hit ratio is achieved.

Also, during this updating, it is probable that several of the line cards are experiencing cache misses. This results in the central database being subjected to a high load condition with the attendant 20 queuing for processing the updates. Therefore, during

A.A. Bahattab 1P

the cache updating, datagrams queued in the line cards because of the (temporary) lack of forwarding information will be delayed for, possibly, a long time. Although this excessive queuing may be tolerable for

5 certain types of data, real-time sensitive data (e.g., packetized voice used in voice-over-IP applications) may be excessively queued to the point that the performance of the application using this data may suffer.     Moreover, the appropriate replacement

10 algorithm will reduce the need for frequently fetching the IP addresses into the cache and produce a better hit ratio since it will replace an IP address that is not needed in the near future.    Therefore, there is a trade-off between the hit ratio and the search time.

15 The intention of our study is to have a high hit ratio and, at the same time, a small search time, so routers can cope with the huge traffic that may be encountered.

## 1.2 Motivation.

Recent studies have shown that the traffic in

20 computer communications is self-similar [LELA94,

ERRA96, HEYM96, PAXS95b, CROV97, LI98]. This means
that there is a long-range dependence in the
interarrival time of the packets. Also, many studies
in the literature look at the traffic as flows, packet
5  trains, conversations, or HTTP traffic (Web objects),
but none of them recently has studied the IP address
streams at a backbone router combining all types of
traffic to predict them. The difference is that flow
behavior depends on a particular application or
10 protocol. This happens with TELNET, FTP, HTTP, for
example, no matter whether the flow is directional or
bi-directional. But when we look at the IP address
streams we combine all types of traffic for each IP
address. For example, the user runs TELNET to check
15 and/or send his/her e-mail. He/she then runs Netscape
to navigate in the World Wide Web (WWW), and downloads
a huge file from a Web site. In this example, the user
performs different applications, one after another,
that represent different flows of information. Since
20 the World Wide Web traffic was not popular until the

mid-to late 1990s, but today it dominates computer
network traffic, it is important to study this traffic.
Studying the IP address streams combining all types of
traffic will enable us to optimize the routing
5  operation in a cache table.

## 1.3 Research goal.

As mentioned above, fast routing is essential to
cope with Internet traffic. This can be achieved by
having a high hit ratio and, at the same time, a low
10  search time in the cache table. A high hit ratio can
be achieved if we have a good replacement algorithm,
which removes a particular IP address from a cache
table. This IP address is the least likely to be used
in the near future. Low search time can be achieved by
15  having a small cache size. The above goal can be
achieved by analyzing the IP address streams in a
router to predict the future IP addresses and pre-fetch
them into the cache table before the router requests
them. Furthermore, our intention is not to have a
20  large cache size. Otherwise, the search time will be

high.  A high hit ratio can be achieved with an optimal

size cache table if the proper replacement algorithm is

used [KNOX93].    In this dissertation we develop a

replacement algorithm based on prediction of the IP

5  addresses and show that it produces a high hit ratio

with a small cache size.

## 1.4 Background

### 1.4.1 The architecture of Internet routers

To understand the bottlenecks in achieving high

10  speed routing and how these are handled in the design

of gigabit routers, we will give a brief introduction

about the architecture of routers and the functions of

its various components.  In general, we can classify

the functions of a router into two main categories:

15  Datapath Functions:  When a datagram reaches the

router, three functions are applied.  First, the

forwarding decision, which is achieved by looking at

the forwarding table to find the destination IP

address and its associated output port number.  Also,

20  a next-hop Media Access Control (MAC) address is

appended to the front of the datagram, the time-to-live (TTL) field of the IP datagram header is decremented, and a new header checksum is calculated.

If the IP address is not in the forwarding table,

5 then the router will check the entire routing table to find the above information, which costs more time. Then the datagram is queued before it can be transferred to the output port across the backplane. If the queues are full, then the datagram will be

10 discarded.

Second, forwarding through the backplane refers to the physical path between the input port and the output port. Third, the output-link-scheduling queues the datagram before transmission. In

15 traditional routers a FIFO queue is maintained, but the advanced routers maintain separate queues for different flows in order to meet various delay and throughput guarantees.

Control functions: These functions include mainly

20 system configuration, management and update of

routing table information. These functions do not apply to each datagram and therefore are performed relatively infrequently.

Thus, the datapath functions must be improved to

5   enhance the routing performance [SING2000].

### 1.4.1.1 Evolution of present routers

The first generation routers were designed on a workstation-like platform, see Figure 1.1. This platform consisted of a central CPU, memory, a shared

10  bus, and line cards. The CPU functions processed a routing protocol operation, routing table maintenance, and routing table lookups. When a packet arrived at the line card, it was forwarded over the shared bus to the CPU. The CPU performed the processing on a per-

15  packet basis then forwarded the packet back over the bus to the appropriate output line card. The drawbacks of this design were limited



- 13 of 127 -

A A  Bahattab 1P

Figure 1.1. The Architecture of the Earliest Routers.

to two major factors.  First, the CPU had to do all

5  processing to forward each packet.  Second, each packet

had

to traverse the shared bus twice, one packet at a time.

To improve the above design, some vendors added

multiple CPUs to share the traffic load [METZ98].

10  In the next generation, the design of router

architecture advanced one step further as shown in

Figure 1.2.  In this design, the forwarding decisions

were made locally at each line card; therefore, the

packet had to traverse the shared bus once from the

15  input port to the output port, but only one packet at a

time was allowed to traverse the shared bus.  Further

improvements were applied

20



5

Figure 1.2. Router Architecture with intelligence on each line card.

to the line cards by placing Application Specific Integrated Circuits (ASICs), which outperformed the CPU in making the decisions, managing the queues and arbitration access to the bus. But the bottleneck was still there, which was the shared bus.

15  Finally, the bottleneck was eliminated by replacing a shared bus with a crossbar switch. Now, multiple line cards can communicate simultaneously with each other [SING2000]. The above design has made the backbone router possible in a market where multiple

input/output line cards can communicate simultaneously with each other for packet forwarding, see Figure 3.81.

## 1.4.2 Time series analysis

A time series is a collection of observations made
5 sequentially in time. The successive observations are not independent and the analysis must take into account the order of the observations. When successive observations are dependent, future values may be predicted from the past observations. The time series is called deterministic if it can be predicted
10 exactly, but most time series are stochastic (random) where the future is only partly determined by past values. Thus exact predictions are impossible and must be replaced by a probability distribution, which is conditioned by a knowledge of past values [CHAT89].

15 ### 1.4.2.1 Objectives of time series analysis

The objectives of time series analysis are: description, explanation, prediction (forecasting), and control.

1. **Description:** the first step that must be taken with a given time series is to plot the data and obtain simple descriptive
20 measures of the main properties of the series. Some time series are simple like the ones that describe a trend and seasonal variation, while others need more sophisticated techniques to provide an adequate analysis. In this case, stochastic processes are applied. The outliers, which do not

appear to be consistent with the rest of the data, are complex to deal with. An outlier may be a freak observation arising, for example, when a recording device goes wrong or may be significant. Thus, the data may need to be adjusted in some

5    way before further analysis of the data.

2. **Explanation:** when observations are taken on two or more variables, it may be possible to use the variation in one time series to explain the variation in another series (a regression technique is applied). For example, we can use

10   price and economic conditions as independent variables to see how they affect sales.

3. **Prediction** (Forecasting): one may want to predict the future values of the series depending on the observed values. This is an important task in computer networks, for example.

15   4. **Control:** if the time series has been given for a manufacturing process, the aim of the analysis of the series is to control the process, to keep it from moving off target [CHAT89].

**1.4.2.2 Simple descriptive techniques:**

1.   **Types of variation:** the methods of time-series analysis are

20   mainly concerned with decomposing the variation in a series into trends, seasonal variation, other cyclic changes, and the remaining "irregular fluctuations." This method is valuable when the variation is dominated by trends and/or seasonal

changes.    The different sources of variation are described as follows:

a) Seasonal effect: many time series exhibit variations that are annual in period.    For example, unemployment is typically high in winter, but lower in summer.

b) Other cyclic changes: some time series exhibit variation at a fixed period due to some other physical cause such as a daily variation in temperature.    Also, some time series exhibit oscillations, which do not have a fixed period, but which are predictable to some extent.

c) Trend: is defined as comprising all cyclic components whose wavelength exceeds the length of the observed time series.    Also, it is defined as the change in the mean level per unit time.    Thus it depends on long term change.    For example, climatic variables sometimes exhibit cyclic variation over a very long time period such as 50 years.    If one just has 20 years' data this long-term oscillation would appear to be a trend, but if several hundred years' data were available, the long-term oscillation would be visible.

d) Other irregular fluctuations: after removing trends and cyclic variations from a set of data, we are left with a series of residual data, which may or may not be random. We will mention various techniques for analyzing series

of this type to see if some of the apparently irregular variation may be explained in terms of models, such as moving average or autoregressive models.

2. **Stationary time series:** A time series is said to be
5    "stationary" if there is no systematic change in mean (no trend), if there is no systematic change in variance, and if strictly periodic variations have been removed. Thus, by removing the variations such as trends, we turn a non-stationary series into a stationary one so that we can apply
10   one of the probability models for time series such as an autoregressive process.

3. **The time plot:** the first important step in any time-series analysis is to plot the observations against time.

4. **Transformations:** after plotting the data, one may need to
15   consider transforming them, for example, by taking logarithms or square roots. There are three reasons for making a transformation which are:

a) To stabilize the variance: if the variance appears to increase with the mean and there is a trend then it may be
20       advisable to transform the data, for example, if the standard deviation is directly proportional to the mean, a logarithmic transformation is indicated.

b) To make the seasonal effect additive: by transforming the data to make the seasonal effect constant from year to year

A.A. Bahattab IP

in case the trend in the series and the size of the seasonal effect appear to increase with the mean.

c) To make the data normally distributed: when we have skewness, we can perform the Box-Cox transformation, which is a logarithmic or square-root transformation [CHAT89].

5. **Analyzing series, which contain a trend**: depends on whether one wants to measure the trend and/or removes the trend in order to analyze local fluctuations. Three techniques are used: curve fitting, filtering, and differencing.

6. **Analyzing series, which contain seasonal variation**: depends on whether one wants to measure the seasonal effect and/or eliminate seasonality.

7. **Autocorrelation**: is an important guide to the properties of a time series. It measures the correlation between observations at different distances apart. Thus, the correlation between observations a distance k apart is given by:

$$r_k = \frac{\sum_{t=1}^{N-k}(x_t - \bar{x})(x_{t+k} - \bar{x})}{\sum_{t=1}^{N}(x_t - \bar{x})^2}$$

A.A. Bahattab 1P

This is called the autocorrelation coefficient at lag k. To interpret a set of autocorrelation coefficients one can use a graph called a correlogram in which $r_k$ is plotted against a lag k target [CHAT89].

5    **1.4.2.3 Probability models for time series:**

1. **Stochastic processes:** are a statistical phenomenon that evolves in time according to probabilistic laws, for example, air temperature on successive days at a particular site. The word stochastic means pertaining to chance. Thus, a random

10    process is a synonym for a stochastic process. The mathematical definition is a collection of random variables that are ordered in time and defined at a set of time points, which may be continuous or discrete. A simple way to describe a stochastic process is to give the moments of the process,

15    particularly the first and second moments, which are called the mean, variance and autocovariance functions.

2. **Stationary processes:** a time series is strictly stationary when the joint distribution of $X(t_1), \ldots, X(t_n)$ is the same as the joint distribution of $X(t_1 + \tau), \ldots, X(t_n + \tau)$ for all $t_1, \ldots, t_n, \tau$. In

20    other words, shifting the time origin by an amount $\tau$ has no effect on the joint distributions, which must therefore depend only on the intervals between $t_1, t_2, \ldots, t_n$.

3. **Some useful stochastic processes:**

a) A purely random process (also called white noise).

b) Random walk processes.

c) Moving average processes.

d) Autoregressive processes.

5    e) Mixed   autoregressive/moving-average   processes   (ARMA models).

f) Integrated   autoregressive   integrated   moving   average processes (ARIMA models).

g) General linear processes.

10    h) Continuous processes.

### 1.4.2.4 Building a model

Generally, in the modeling process, three basic stages are carried out.   First, the identification, second, parameter fitting, third diagnosis [THOM89].

### 1.4.2.4.1 Identification stage

15    The purpose of this stage is to select an appropriate forecasting model, which seems to fit the time series under study. Many techniques can be used to identify the ARMA model, but we will mention the ones that we used in our study.   First, Akaike's   Information   Criterion   (AIC),   also   called   Final Prediction   Error   (FPE),   which   should   be   minimized   [CHAT89, DESB92], can be found in the second row and the first column in the Theta matrix.   Second, the variance of the error should be

minimized.    Thus,  several  combinations  of  orders  should  be

tested.   Then the smallest value is chosen.

### 1.4.2.4.2 Fitting stage

Once  we  select  the  model,  the  unknown  coefficients  can  be

5  estimated.    Computer  software  such  as  MATLAB  can  find  the

coefficients of our model.

### 1.4.2.4.3 Diagnostic stage

After  we  fit  the  model  to  the  time  series  by  building  the

model  based  on  the  first  half  of  the  data,  we  should  check  the

10  model   prediction   (forecasting),   and   see   if   it   provides   an

adequate  description  of  the  data.   This  is  achieved  by  plotting

and  looking  at  the  autocorrelation  function  of  the  residual.

Thus,  we  predict  one-step-ahead  using  the  second  half  of  the

data  to  check  the  model  prediction,  and  subtract  it  from  the

15  original  data.   Therefore,  the  residual = (observation – fitted

value).    Now,  we  plot  the  autocorrelation  function  of  the

residual  against  lag  k.   If  the  autocorrelation  function  at  lag

k  (at  least  for  the  first  lags)  is  within  the  confidence  band

$(\frac{\pm 2}{\sqrt{n}}$,  where  n  is  the  length  of  the  series),  then  the  model  is

20  adequate  [BERA94].   Also,  we  can  check  our  model  by  using  the

absolute  mean  error,  which  tells  us  on  average,  how  much  data  we

are  missing.

A.A. Bahattab IP

## CHAPTER 2

### *Literature Review*

Routing packets over the Internet is a concern of researchers since computer communications traffic is increasing rapidly. Routers cannot cope with the current traffic because of the new multimedia applications that send over high bandwidth media and need fast packet routing. There are many factors that affect router speed, but we are interested in studying two of them. First, it is desirable to achieve a high hit ratio. The hit ratio depends on the replacement algorithm and the locality of the IP addresses. The locality is the frequency of appearance of a certain IP address. Second, it is desirable for the search time to be low. The larger the size of the cache table the higher the search time. Thus, there is a trade-off between the hit ratio and the search time. The ideal case is to increase the hit ratio and decrease the search time. For simplicity, we have divided this chapter into two parts relating to different factors

*affecting router speed. The first part reviews papers involving the hit ratio. The second part reviews papers involving search time.*

5

### 2.1 The hit ratio factor.

*A high hit ratio can be achieved if the replacement algorithm removes an IP address from the cache that will not be requested by the router in the near future. Also, the locality of the IP addresses increases the hit ratio.*

*[JAIN90] examines the locality in the address pattern in bridges of Local Area Networks (LANs) based on a trace of destination addresses observed on an extended Local Area Network in use at Digital's facility at the King Street, Littleton facility. This network consists of several Ethernet LANs interconnected via bridges. By monitoring the Ethernet LANs, 2 million frames with a time-stamped reference string were produced. Several replacement algorithms*

10

15

20

were compared using this data trace. Also, it had been observed that the frame destinations exhibit locality behavior, which makes caching a possible alternative for efficiently supporting large networks. Thus, if

5  there is a locality in the address reference pattern, caching can reduce the lookup search time. Moreover, the interactive traffic in the sample had quite different locality behavior than that of noninteractive traffic. Therefore, in some cases there is an optimal

10 cache size over which caching does not pay since the search time becomes large.

In [ESTR92], the number of active conversations is estimated, and then this number is used to derive the storage requirements for the associated conversation

15 state table. Router caching is used, but their scheme (a stateful scheme) requires a table lookup based on source-destination pairs. Current router caching schemes are based only on the destination address. They use their traffic traces to perform trace-driven

20 simulations of a least recently used (LRU) cache for

different  conversation  granularities.    According  to
their  results,  locality  of  reference  does  indeed  exist
in    each    of    the    conversation    types    that    were
investigated.

5      [CLAF95] presents a parameterizable methodology for
profiling  Internet  traffic  flows  at  a  variety  of
granularities.    This  methodology  is  inspired  by  the
packet  train  model  of  arrivals.    Some  results  from  the
case    studies    can    be    utilized    to    demonstrate    its
10  usefulness  through  explicit  examples  of  how  to  use  the
methodology  to  optimize  the  carriage  of  IP  traffic  over
various    fabrics,    such    as    traditional    IP    routers,
possibly  with  address  caching  optimization.    Routing
efficiency  can  be  achieved  by  understanding  the  effect
15  of  the  packet  train  phenomena  on  router  behavior  and
vice  versa.    Flows,  which  are  the  appearance  of  packets
within    a    given    time    interval    to/from/or    between
entities,    are    not    associated    with    connections,    but
rather  are  defined  on  the  basis  of  traffic  satisfying

*temporal and spatial locality conditions, as observed at the Internet access points of the network.*

*Partridge et al. [PART98] designed a router called the Multigigabit Router (MGR). It consists of multiple*

5 *line cards and forwarding engine cards, which are both plugged into a high-speed switch. Since retrieving a route (destination IP address) from the central table takes a long time, the central table can become a bottleneck in high speed networks. Thus, the solution*

10 *presented in this literature is to push the routing tables down into each forwarding engine. The forwarding engines only require next hop information; therefore, a copy of a routing table (also called forwarding table or cache table) can hold 50K routes with a size of 100KB. The processor has three internal*

15 *caches and an external one. The Icache and Dcache are for instruction and data respectively. There is a 96-KB on-chip secondary cache (Scache), which is used to cache the recent routes. Each route entry takes 64*

20 *bits. Therefore, we have a maximum of 12,000 routes in*

the cache.  Cache tables of this size will have a hit

rate in excess of 95%.  Bcache, which is an external

memory of several megabytes (16MB), keeps a complete

forwarding table.  All the above caches are available

5    in each input line card.

The NSS group [NSS99] proposes CacheFlow 100, a

device that can be connected to a LAN in order to speed

up the Web traffic.  It can be used in two ways.

First, proxy caching touches every client in order to

10   configure the Web browser to point to the Web cache.

This can be automated to a certain extent.  Second,

transparent caching makes it easier to deploy the

CacheFlow 100 on the network.  This is done when a

router or a load-balancing switch forwards all packets

15   destined for port 80 (HTTP traffic) to the CacheFlow

device.  CacheFlow 100 uses an operating system

(CacheOS), with active caching technology as a special

feature.  Active caching constantly analyses the cache

contents and determines which objects (e.g., text,

20   pictures, documents, applets) are most likely to be

A.A. Bahattab 1P

requested again by using an intelligent algorithm. This algorithm is used to speed up the loading of Web pages.

CacheOS, the patent-pending operating system 5 embedded within CacheFlow's family of Internet accelerators, was built to improve Web page response time. It has emerged as the foundation of the world's fastest Internet accelerators. An Internet accelerator must keep its temporary store of content up to date 10 because the content on Web servers changes. To keep the content fresh, it must send a "refresh check" to the origin server; however, it must do so before the user requests. Otherwise, the user will experience round-trip delays. One function of CacheOS, which is 15 related to our research, is the adaptive refresh algorithm. This algorithm selectively refreshes Web objects based upon their need to be refreshed, and its occurrence is asynchronous to actual user requests. By understanding object behaviors, it can be determined 20 what objects must be refreshed. Thus, the adaptive

A.A Bahattab IP

refresh algorithm develops a "model of change" for every Web object in its store. Also, it develops a "model of use" based on the history of objects that are requested by users. Accordingly, it combines these two

5 pieces of information to determine the refresh pattern appropriate to that object [CACH99]. The prediction for Web objects is employed by CacheOS to make the response time as quick as possible. In our research, we perform prediction for the IP addresses to make them

10 available for the router before it requests them.

## 2.2 The search time factor.

Another important factor that affects router speed is the search time in the cache table. Thus, if the cache is large, then we need an efficient search

15 algorithm to fetch destination IP addresses.

Joudeh and Hall [JOUD92] propose and analyze a new model based on a packet train, for traffic arrival in a computer network to speed the routing operation and reduce the overhead bits per packet. The traffic

20 reaching the router consists of a number of trains.

These trains have the possibility of traversing the link a random number of times. The overhead bits are carried in the first packet in the train. The overhead block contains the addressing bits and special formats

5   required to handle the data being sent on that train. The remaining packets in the train carry information bits only and have no overhead bits. A routing decision is made only by the first packet, and all remaining packets in the train follow automatically.

10   Using a cache table in a router could be harmful in some cases in the sense that the performance would be better without it. Thus, for efficiency several different hashing functions have been compared such as cyclic redundancy checking (CRC), folding of address

15   octets using the exclusive OR operation, and bit extraction from the address. To compare these hashing functions, Jain has used a trace of the destination addresses observed on an Ethernet LAN in use. A total of 495 distinct station addresses were observed, which

20   generated 2.046 million frames over a period of 1.09

A. A. Bahattab IP

hours. In general, hashing means chopping into small pieces. Therefore, a big table can be chopped up into several small tables in order to be able to find the information quickly once it has determined which
5   subtable to search. A subtable determination is performed by using a mathematical function, which maps a given key to a particular hash cell in the table. This cell could point to the subtable of its size [JAIN92]. Hence, the number of lookups required per
10  frame is minimized.

Another way to reduce the search time is to employ classless interdomain routing (CIDR), which is a minimal extension to IP interdomain routing. CIDR uses IP prefixes instead of using the whole IP address.
15  Thus, the routing overhead of the IP Internet is significantly reduced. Using a process called summarization, IP address prefixes provide hierarchical abstraction. Therefore, two prefixes of length N can be summarized by a single prefix of length N-1 if the
20  prefixes have the first N-1 bits in common, for

example, the prefixes 1010 and 1011 can be summarized by prefix 101. Thus, multiple routing entries can be aggregated into a single entry. A CIDR addressing hierarchy is capable of routing a set of 10,000

5 networks with fewer than 200 routing entries in the cache table [FORD93]. This helps to reduce the number of entries in the cache table, hence, the search time in the cache table will be reduced.

Routers search for the IP addresses in a routing

10 table (cache) to direct the IP datagrams toward the destination. The result of the search is the next hop on the path toward the destination. An entry in a routing table is a length prefix (number of bits considered as a network address) with associated next-

15 hop information. Thus, routing lookups use the longest matching prefix to find an entry. Degermarket et al. [DEGE97] presented a data structure organized in such a way that it can fit a large routing table with 40K routing entries. The routing table with 40K routing

20 entries can be compacted to a forwarding table of 150-

160 Kbytes.  This technique can support at least two million full IP routing lookups per second using a few memory references.

Gupta et al. [GUPT98] have presented a routing lookup mechanism that can achieve one route lookup every memory access.  This mechanism must be implemented in a pipelined fashion in hardware. Therefore, using current 50 ns DRAM, $20 \times 10^6$ packets per second can be routed.  Also, novel schemes for performing quick updates to the forwarding table in hardware have been presented.

Christopher Metz [METZ98] mentioned a technique, introduced by the researchers from Stanford University, to speed up the table look up.  The technique is to perform a single 50-nanosecond memory access that generates 20 million lookups per second by placing the entire routing table in 33 Mbytes of inexpensive DRAM. Another technique is to store a compact data structure, which represents the routing table, in fast memory and use several memory accesses to perform the lookup.

*This technique was developed by researchers at Washington University and Lulea University of Technology in Lulea, Sweden [METZ98]. Moreover,*

*researchers at Washington University presented an*

5 *algorithm to compute a hash table for each possible prefixes length. Then, a binary search was performed on the prefix lengths and "markers" assigned for those that contain correct entries. The search path for a particular forwarding entry is compactly stored in the*

10 *form of a "rope", which reduces the storage requirements for markers [KESH98].*

*The tiny tera switch is a small, high-bandwidth, and single stage switch. It has 32 ports, each operating at 10 Gb/s (OC-192 rate). Also, it switches*

15 *fixed-size packets such as Asynchronous Transfer Mode (ATM) network cells. The switch supports all classes of traffic including multicasting. This switch could serve as an ATM switch or an Internet router [McKE96]. In the latter case, an IP over ATM protocol is used,*

20 *which means that the IP packets have to be chopped off*

A A Bahattab 1P

into cells.    This adds more complexity and functional

redundancy to the network.

5

10

15

20

## CHAPTER 3

## Research Plan

### 3.1 Data Collection.

We downloaded file traces from the National Laboratory for Applied Network Research (www.nlanr.net). They collect the data using their backbone routers. More information about their network architecture is available on their Web site.

We picked up one file and downloaded it and converted it to ASCII using their Perl scripts. Although the IP addresses were encrypted for privacy reasons, there was a mapping between these IP addresses, and even the IP classes were preserved. This means if an IP address 128.47.60.20 is mapped to 1.0.1.0, no other IP address will be given the same mapping (1.0.1.0). Thus, our analysis is not affected by the encryption of the IP addresses.

### 3.2 Determining the Sampling Size.

When we started our research, our sampling time T =5ms (sampling period) was arbitrary, and to make sure that it was the correct sampling time, we applied the sampling theorem. The sampling theorem states that the signal can be reconstructed from the original one if the signal is sampled at a frequency rate ($F_s$) greater than or equal twice the bandwidth (B). Thus,

A.A. Bahattab 1P

$F_s \geq 2B$ or $T < \dfrac{1}{2B}$, where $F_s = \dfrac{1}{T}$. The definition of the bandwidth

is the range of frequencies over which the power or energy

density spectrum of the signal is concentrated [PROA96].

Finding the bandwidth (B) under a signal can be achieved by

5    measuring 50%, 90%, or 99% of the power of the signal. We chose

50% because we do not want to have a very small sampling time T.

To show how we conducted this test, we sampled at different

sampling times (i.e., 2ms, 3ms, 4ms, 5ms, 6ms, 7ms, and 10ms).

Then we took one of the low correlated data vectors and applied

10    a Fourier Transform (FFT in MATLAB package). After that we

measured all the power under the signal (total). Then, we

measured a portion of the power under the signal, which

corresponds to the bandwidth (B) in such away that we divide

this value (B) by all the power (total), the result is 50%

15    (result=B/total). Now, we can use the value of B in our

equation $T < \dfrac{1}{2B}$ to find T. We found out that the sampling time

has to be 2ms. This test was performed on all above signals

that had been sampled at different sampling times (2ms, 3ms,

4ms, etc.). All results show that T=2ms or close to 2ms;

20    therefore, the sampling time is 2ms instead of 5ms.

### 3.3 Data Analysis.

We are interested in examining the IP address streams.

Therefore, we chose an IP address one at a time, and we counted

A A Bahattab IP

its frequency in each 5 ms interval. Using our own Perl script, we fed the program with a certain IP address, which is in the file traces. In the file traces, the Perl script checks the frequency of occurrence of that IP address, which appears either

5   in the source or destination field (bi-directional flow), in 5 millisecond periods, and records this information for that particular IP address. We did this analysis for eighteen IP addresses chosen randomly. Thus, we repeated the process for each IP address. Then, we exported these output files (one for

10  each IP address, see Figure 3.1) to MATLAB.

| Fixed IP address | Frequencies |
|---|---|
| 1.0.1.0 | 7 |
| 1.0.1.0 | 12 |
| 1.0.1.0 | 14 |
| 1.0.1.0 | 8 |
| 1.0.1.0 | 4 |

Figure 3.1. The IP address 1.0.1.0 and its frequencies in 5ms

Periods.

| | |
|---|---|
| 1.0.1.0 | 9 |
| 1.0.1.0 | 21 |
| 1.0.1.0 | 8 |
| 1.0.1.0 | 16 |
| 1.0.1.0 | 12 |

Figure 3.1. (Continued).

A.A. Bahattab IP

Each output file (time series) has 23,000 values, which are taken in 5 ms time periods. Therefore, the file traces last for 23000*5ms = 115 seconds = 1.91 minutes. Then, we plotted the data for each IP address, see Figures 3.2-3.19. The plots show

5    that most of the data is stationary (has constant mean and variance). The X-axis represents the size of the vector, and the Y-axis represents the frequencies of the values in the vector.





10        Figure 3.2. The Data for IP1 = 1.0.1.0

A.A. Bahattab 1P



Figure 3.3. The Data for IP2



Figure 3.4. The Data for IP3

5

A A Bahattab IP



Figure 3.5. The Data for IP4



Figure 3.6. The Data for IP5

5

A. A. Bahattab 1P



Figure 3.7. The Data for IP6



5

Figure 3.8. The Data for IP7

A A  Bahattab 1P



Figure 3.9. The Data for IP8



Figure 3.10. The Data for IP9

5

A.A Bahattab IP



Figure 3.11. The Data for IP10



Figure 3.12. The Data for IP11

A A Bahattab IP



Figure 3.13. The Data for IP12



Figure 3.14. The Data for IP13

5

A A Bahattab 1P



Figure 3.15. The Data for IP14



Figure 3.16. The Data for IP15

A A  Bahattab 1P



Figure 3.17. The Data for IP16



Figure 3.18. The Data for IP17

5



Figure 3.19. The Data for IP18

5    Also, we plotted the sample autocorrelation functions for each IP address, see Figures 3.20-3.37. We found out that most of the IP addresses have a strong autocorrelation and/or long range dependency (fourteen of the IP addresses) except for a few of them (four of the IP addresses), which have weak

10    autocorrelation. These results gave us the confidence to pursue our research.

In Figure 3.20, the autocorrelation starts from 0.75 and it does not even reach 0.55. This figure shows that the data has a high correlation (since it starts from 0.75) and a long-range

15    dependency (since it does not reach zero). In Figure 3.21, the autocorrelation starts from 0.70 and it does not even reach

A.A. Bahattab 1P

0.50.   This figure shows not only highly correlated data and long-range dependence but also spatial locality (see APPENDX B) for the IP address that is represented by the cyclic behavior. In Figure 3.24, the auto correlation drops quickly to zero. This type of data has a low correlation.

The other figures, which have one of the above behaviors of the auto correlation, can be explained the same way.

5



10      Figure 3.20. The Sample Autocorrelation Function for IP1 with

Lag=5000.

A.A Bahattab 1P



Figure 3.21. The Sample Autocorrelation Function for IP2 with

Lag=5000.



Figure 3.22. The Sample Autocorrelation Function for IP3 with

Lag=5000.





Figure 3.23. The Sample Autocorrelation Function for IP4 with Lag=5000.



5    Figure 3.24. The Sample Autocorrelation Function for IP5 with Lag=5000.

A A Bahattab IP



Figure 3.25. The Sample Autocorrelation Function for IP6 with

Lag=5000.



5    Figure 3.26. The Sample Autocorrelation Function for IP7 with

Lag=5000.

A. A. Bahattab IP





Figure 3.27. The Sample Autocorrelation Function for IP8 with

Lag=5000.



5      Figure 3.28. The Sample Autocorrelation Function for IP9 with

Lag=5000.

A.A. Bahattab IP



Figure 3.29. The Sample Autocorrelation Function for IP10 with
Lag=5000.



5    Figure 3.30. The Sample Autocorrelation Function for IP11 with
Lag=5000.

A.A. Bahattab IP



Figure 3.31. The Sample Autocorrelation Function for IP12 with

Lag=5000.



5     Figure 3.32. The Sample Autocorrelation Function for IP13 with

Lag=5000.

A.A. Bahattab IP



Figure 3.33. The Sample Autocorrelation Function for IP14 with

Lag=5000.



Figure 3.34. The Sample Autocorrelation Function for IP15 with

Lag=5000.

A.A. Bahattab IP



Figure 3.35. The Sample Autocorrelation Function for IP16 with

Lag=5000.



5    Figure 3.36. The Sample Autocorrelation Function for IP17 with

Lag=5000.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

      Plaintiff,

v.

                             Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

## MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PART OF COUNT I AND ALL OF COUNT II AND MEMORANDUM OF LAW

# EXHIBIT 1



Figure 3.37. The Sample Autocorrelation Function for IP18 with Lag=5000.

**3.4 Determining the threshold between high and low correlated data.**

There is no rule to check if the data is highly correlated or not, but a standard methods for checking a non-zero correlations in the data is to look at the confidence band ($\frac{\pm 2}{\sqrt{n}}$, where n is the length of the series) of the auto correlation functions of the residual. In our study, to determine if the data shows high or low correlation, we multiply the confidence band by two (we use this value as a threshold to distinguish between the high and low correlated data). Then, we calculate

the autocorrelation functions for all lags (k=n/4). After that,
we compute the mean of the autocorrelation functions. If the
mean is greater than or equal to the threshold, we say the data
is highly correlated; otherwise it has low correlation.

5   **3.5 Building the model.**

From the above analysis we proved that most of the data in
each file, which belongs to a particular IP address, is
correlated even though some of addresses have a weak
correlation. Now, we can model the data using one or more of
the time series models [MONT97] [autoregressive (AR),
autoregressive moving-average (ARMA), etc., available in
MATLAB], which best fit our data. Each of the above output
files belongs to a certain IP address stream. Thus, we try to
fit the output data files on different model structures and
15  various model orders (depending on how far we go in the past to
predict the future).

To build the model we have to go through the stages that we
mentioned in the background section. They are the
identification stage, the fitting stage, and the diagnostic
20  stage. Also, we have decided to have two models, one for the
data that has strong correlation and another one for the data
that has weak correlation. This decision was made after we
noticed in Table A.1 that changing the order of the model for
some IP addresses, which have a weak correlation, does not make

a significance change in the AIC and variance values.  Thus, we
divided our data into two groups.

### 3.5.1 The identification stage

5      As mentioned above, in this stage we try to select an
appropriate forecast model that matches our time series.  Since
we divided the data into two groups, we will identify a model
for each group.  Moreover, we subtracted the mean from the data
for the purpose of normalization:

$$W_t = Z_t - \mu$$

10   ### 3.5.1.1 Model    identification    for    strongly    correlated    IP
### addresses

      To identify the ARMA model, we used two techniques, the
Akaike information criterion (AIC) and the variance error, see
Table A.1.  Thus, we end up with the following model structure
15   (depending on the optimum value of the AIC and the variance
error) for the data that has strong correlation.

      Theta = ARMAX(IP(1:11500),[20 15]);

where Theta is the matrix, which has the estimated variance of
error in row 1 column 1, has the AIC in row 2 column 1, and has
20   the vector of estimated parameters in row 3, which are the
solution values of the coefficient of the model, see Figure
3.38.

IP(1:11500) is the first half of the time series on which the model was built, and we test the forecasting model on the second half, IP(11500:23000), see the diagnostic section 3.5.3.

5    The numbers 20 and 15 are the order of the model, where p=20 is the number of coefficients for the Autoregression process, and q=15 is the number of coefficients for the Moving Average process. Therefore, the mathematical model is as follows:

$$W_t = \sum_{i=1}^{p} \Phi_i W_{t-i} - \sum_{j=1}^{q} \Theta_j a_{t-j} + a_t, \text{ where p=20 and q=15,}$$

10    See Table A.3 for the values of the parameters.

th =

Columns 1 through 7

| 0.0017 | 0.0800 | 1.0000 | 2.0000 | 2.0000 | 0 | 0 |
| 0.0017 | 19.9900 | 4.0000 | 21.0000 | 15.0000 | 29.0000 | 1.0000 |
| -1.2737 | 0.3935 | 0.0666 | 0.0445 | 0 | 0 | 0 |
| 0.0004 | -0.0004 | -0.0000 | 0.0001 | 0 | 0 | 0 |
| -0.0004 | 0.0004 | -0.0000 | -0.0000 | 0 | 0 | 0 |
| -0.0000 | -0.0000 | 0.0000 | -0.0000 | 0 | 0 | 0 |
| 0.0001 | -0.0000 | -0.0000 | 0.0000 | 0 | 0 | 0 |

20    Columns 8 through 9

| 0 | 3.0000 |

Figure 3.38. An Example of a Small Theta Matrix (Actual matrices based on our data are much larger).

| 0 | 0 |
| 0 | 0 |
25 | | |
| 0 | 0 |
| 0 | 0 |

0    0

0    0

Row 1 has entries: Estimated variance of e, sampling interval, nu, na, nb, nc, nd, nf, nk.

Row 2 has entries: FPE, year, month, date, hour, minute and command by which the model was generated. Row 3 is the

5   vector of estimated parameters A, B, C, D and F (excluding leading 1's and zeros). Rows 4 to 3+n contain the estimated covariance matrix.

Figure 3.38. (Continued).

10   **3.5.1.2 Model identification for weakly correlated IP addresses**

To identify the AR model, we used the same techniques, the AIC and the variance error, see Table A.2. Thus, we end up with the following model (depending on the optimum value of the AIC and the variance error) for the data that has weak correlation.

15          Theta = AR(IP(1:11500), 36);

where Theta is the matrix, which has in row 1 column 1 the estimated variance of error, in row 2 column 1 has the AIC, and in row 3 has the vector of estimated parameters, which are the solution values of the coefficient of the model.

20   IP(1:11500) is the first half of the time series on which the model was built, and we test the forecasting model on the second half, IP(11500:23000), see the diagnostic stage section 3.3.3.   The number 36 is the order of the model.   Thus, the number of coefficients for the Autoregression process is 36.

25   Therefore, the mathematical model is as follows:

$$W_t = \sum_{i=1}^{p} \Phi_i W_{t-i} + a_t, \text{ where } p=36.$$

See Table A.4 for the values of the parameters.

### 3.5.2 The fitting stage

5       We built the model described above using the computer software package MATLAB. The coefficients are in row three in the Theta matrices for both groups of data. They are listed in Table A.3 and Table A.4.

### 3.5.3 The diagnostic stage

10      We used two techniques to test the models. The first technique is residual error, which is defined by

Residual = Observation - Fitted value.

The fitted value is the one-step-ahead forecast so that the residual is one-step-ahead forecast error [CHAT89].

15      The second technique is, the Mean Absolute Error (MAE), which defined by

$$MAE = \frac{\sum_{t=\frac{n}{2}+1}^{n} \left| W_t - \hat{W}_t \right|}{n/2}$$

Where $W_t$ is the observation, and $\hat{W}_t$ is the forecast value.

### 3.5.3.1 The diagnostics of the ARMA model

Our testing is a little bit complicated because we would like to choose one set of data time series, which belong to a particular IP address, and fit its model on the rest of the data for the IP addresses that belong to the same group.   Thus, we
5  built the model on the data for a particular IP, and calculated the MAE.   Then, we ran the same model, but with the data of the other IP one at a time calculating the MAE, see Table A.5.   The best model is the one that in general has the most lower values of MAE for the data of the other different IPs.   In Table A.5,
10  IP2 is the model that can best predict the rest of the IP addresses that have a strong correlation.   We plotted the residuals with lag 100 for the best model using its own second half data, and using the data from other IP, see Figures 3.45-3.50.   We did the same for another two models (IP1 and IP3), see
15  Figures 3.39-3.44 and Figures 3.51-3.56.   Then, we compared the residuals.   We found out that the residual plotting matches the results of MAE.



A A Bahattab 1P



Figure 3.39. The Residuals for the Model of IP1 Using The Data

of IP1.



5

Figure 3.40. The Residuals for the Model of IP1 Using the Data

of IP2.

A. A. Bahattab 1P



Figure 3.41. The Residuals for the Model of IP1 Using the Data
of IP3.



5     Figure 3.42. The Residuals for the Model of IP1 Using the Data
of IP4.

A A Bahattab 1P



Figure 3.43. The Residuals for the Model of IP1 Using the Data
of IP10.



5     Figure 3.44. The Residuals for the Model of IP1 Using the Data
of IP12.

A A  Bahattab 1P



Figure 3.45. The Residuals for the Model of IP2 Using the Data

of IP1.



5    Figure 3.46. The Residuals for the Model of IP2 Using the Data

of IP2.

A.A. Bahattab 1P



Figure 3.47. The Residuals for the Model of IP2 Using the Data
of IP3.



5    Figure 3.48. The Residuals for the Model of IP2 Using the Data
of IP4.

A.A. Bahattab 1P



Figure 3.49. The Residuals for the Model of IP2 Using the Data

of IP10.



5    Figure 3.50. The Residuals for the Model of IP2 Using the Data

of IP12.

A A. Bahattab IP



Figure 3.51. The Residuals for the Model of IP3 Using the Data of IP1.



5    Figure 3.52. The Residuals for the Model of IP3 Using the Data of IP2.

A A Bahattab 1P



Figure 3.53. The Residuals for the Model of IP3 Using the Data of IP3.



Figure 3.54. The Residuals for the Model of IP3 Using the Data of IP4.

A.A Bahattab 1P



Figure 3.55. The Residuals for the Model of IP3 Using the Data of IP10.



Figure 3.56. The Residuals for the Model of IP3 Using the Data of IP12.

### 3.5.3.2 The diagnostics of the AR model

We carried out the same techniques used in the previous
section to test the AR model, see Table A.6.  The table shows
that IP7 is the best model to predict the rest of the IP
5  addresses that have weak correlation.  Also, we did the
comparison between the residual plotting of IP7, see Figures
3.57-3.64 and another two models (IP8 and IP5), see Figures
3.65-3.80.  The residuals match the results of MAE.



Figure 3.57. The Residuals for the Model of IP7 Using the Data

of IP5.

A.A. Bahattab 1P



Figure 3.58. The Residuals for the Model of IP7 Using the Data

of IP6.



5    Figure 3.59. The Residuals for the Model of IP7 Using the Data

of IP7.

A.A. Bahattab 1P



Figure 3.60. The Residuals for the Model of IP7 Using the Data

of IP8.



5     Figure 3.61. The Residuals for the Model of IP7 Using the Data

of IP9.

A A Bahattab 1P



Figure 3.62. The Residuals for the Model of IP7 Using the Data
of IP13.



5    Figure 3.63. The Residuals for the Model of IP7 Using the Data
of IP17.

A.A. Bahattab IP



Figure 3.64. The Residuals for the Model of IP7 Using the Data

of IP18.



5    Figure 3.65. The Residuals for the Model of IP8 Using the Data

of IP5.

A.A. Bahattab 1P



Figure 3.66. The Residuals for the Model of IP8 Using the Data of IP6.



5    Figure 3.67. The Residuals for the Model of IP8 Using the Data of IP7.

A.A. Bahattab IP



Figure 3.68. The Residuals for the Model of IP8 Using the Data
of IP8.



5     Figure 3.69. The Residuals for the Model of IP8 Using the Data
of IP9.

A.A. Bahattab 1P



Figure 3.70. The Residuals for the Model of IP8 Using the Data
of IP13.



5    Figure 3.71. The Residuals for the Model of IP8 Using the Data
of IP17.



Figure 3.72. The Residuals for the Model of IP8 Using the Data

of IP18.



5    Figure 3.73. The Residuals for the Model of IP5 Using the Data

of IP5.

A.A. Bahattab 1P



Figure 3.74. The Residuals for the Model of IP5 Using the Data of IP6.



5    Figure 3.75. The Residuals for the Model of IP5 Using the Data of IP7.

A.A. Bahattab IP



Figure 3.76. The Residuals for the Model of IP5 Using the Data of IP8.



5    Figure 3.77. The Residuals for the Model of IP5 Using the Data of IP9.

A.A. Bahattab 1P



Figure 3.78. The Residuals for the Model of IP5 Using the Data of IP13.



5    Figure 3.79. The Residuals for the Model of IP5 Using the Data of IP17.



Figure 3.80. The Residuals for the Model of IP5 Using the Data
of IP18.

**3.6 Optimization and analysis.**

Building the models using 11,500 points (57.5 seconds)
makes the order of the model high. According to the results in
Tables A.7, A.8, and A.9, we decided to build the model based on
500 points (2.5 seconds) for both high and low correlated IP
addresses, which enables us to have two simple models, ARMA(1,3)
and ARMA(1,2).

In Tables A.7, A.8 and A.9, we built the models using
different sizes of data sets. Then the prediction test was

A.A. Bahattab 1P

performed using the following 1000 actual data points except in Table A.9 where we started the prediction test at point 22000. The prediction is based on one step ahead prediction (next 5ms).

For example, in Table A.7, we built the model using 60
5   points of the actual data vector from each of the seven selected IP addresses.   We pretended that the current time is 61.   The model took the value at time 61 (position 61) in the actual vector and predicted one step ahead to produce the predicted value for future time 62 (position 62), and kept this value in
10  the prediction vector at position 2 (since we did not perform prediction before time 61; thus, the prediction vector at position 1 is 0).   When we reached time 62, the model took the value at position 62 in the actual data vector and made a prediction.   The produced predicted value of future time 63 is
15  kept in the prediction vector at position 3.   This process continues for 1000 points of data range. At the end we compared the actual data vector (position 62 to 1060) with the predicted vector (2 to 1000).   Table A.7 shows the results, which are represented in the form of the number of hits and misses.   The
20  number of hits represents the total number of pre-fetches executed according to the prediction vector that match the actual data.   The number of misses represents the total number of pre-fetches executed according to the prediction vector that do not match the actual data.   The table shows the results for

seven selected IP addresses. IP1, IP2, IP3, and IP4 are high correlated while IP5, IP6, and IP7 are low correlated. For example, hit1 = 973 means that according to the prediction vector we pre-fetched IP1 973 times and all pre-fetches were
5  correct according to the actual data. Miss1=3 means that three pre-fetches were wrong. The reader might notice that the number of hits plus the number of misses is not equal to 999 points. This is because the rest of the 23 points were zeros in both vectors where pre-fetching is not required. We do not consider
10 the first value in the prediction vector because it is always zero; therefore, we consider 999 points instead of 1000. Thus, the IP address could be removed from the cache in these 23 periods of time if it was in the cache. In Table A.9, the results show that the model, which we built at the beginning,
15 provides excellent prediction results when we started the prediction test at 22000 (time 110 seconds).

### 3.7 Implementation.

In our initial analysis, we used 5ms sampling time. This choice was arbitrary, but when we applied the sampling theory as
20 mentioned in section 3.2, the new sampling time is 2ms. Thus, in our implementation we sample each 2ms for 500 times. This means that each IP address has 500 values (its frequencies) in its array (vector), which are collected in a one second time

period (500*2ms=1sec). The frequencies of information from this one second are used to predict the future IP addresses.

First, we wrote a C program to implement the regular replacement algorithms (Random, LRU, and Round Robin) and we
5  plotted the hit ratio versus the cache size, see Figure 3.82. Then we incorporated the prediction code. Also, we used MATLAB scripts to perform model building and prediction.

### 3.7.1 Proposed implementation in a backbone router.

In Figure 3.81, the router has input line cards, output
10  line cards, a central routing table (database), and the switch fabric. Each input line card has a forwarding engine and a forwarding table. Our prediction models should be placed in each line card since each line card provides forwarding packet service for particular customer (companies, schools, etc.) to
15  which they are connected. When the router is turned on the ordinary replacement algorithm will be used until we finish collecting the information about the incoming IP addresses, which will take 1 sec (500 points * 2ms). Once the data is ready, the slope of the correlation function for each IP address
20  will be calculated. Then we will build the models, one for the high correlated data and the other for the low correlated data. We do not need all IP addresses to build the models. A group of the IP addresses will be enough to build each model, for example 20 IP addresses. Once we build the model, we predict all the IP

addresses for the next 2ms. The processor has to pre-fetch the predicted IP address into the cache. To prevent the interruption for the router, we must have two caches, an active cache and an inactive cache. The predicted IP addresses should

5   be prepared in the inactive cache and once the 2ms period is finished, the router must switch to the inactive cache, which becomes the active cache at that moment. The other cache becomes inactive; the IP addresses for the next 2ms will be pre-fetched in this cache.

10   **3.7.2 Previous cache system.**

Some of the commonly used replacement algorithms are the Random, the Round Robin, and the Least Recently Used (LRU). Those algorithms are tested and compared with our new cache system (prediction) as mentioned in the next section. With the

15   Random Replacement Algorithm, when a datagram (IP packet) arrives, its destination IP address is looked up in the cache table (forwarding table). If the IP

20



Figure 3.81. The Architecture of a High-end Router

5

address is found the hit ratio is incremented; otherwise, we
simply generate a random number not greater than the cache size,
and we place the IP address in the cache with this random number
as the offset.   The previous IP address, which is in the same

10  location, will be deleted.

With the Round Robin replacement algorithm, when a datagram
(IP packet) arrives, its destination IP address is looked up in
the cache table (forwarding table). If the IP address is found
the hit ratio is incremented; otherwise, we put it at the first

15  location in the cache where the current IP address will be
deleted.    When the following IP datagram arrives and its
destination IP address is not in the cache (a miss), we put the
IP address in the second location in the cache, and so on, until
we reach the end of the cache.   After that, we start again and

20  put the IP address at the first location if we have a miss.

With the LRU Replacement Algorithm, when a datagram (IP
packet) arrives, its destination IP address is looked up in the
cache table (forwarding table). If the IP address is found, the
hit ratio is incremented, and we place the IP address, which is

A.A. Bahattab 1P

found in the cache, at the top of the cache and we push down the rest of the IP addresses until we reach the original location of the currently located IP address.    If the IP address is not found, the IP addresses will be pushed down, eliminating the
5    last one, and the current IP address will be placed at the top of the cache.

We    experimented    with    all    three    replacement    algorithms. Figure    3.82    shows    the    performance    of    those    replacement algorithms.    The    best    results    were    from    the    LRU    Replacement
10    Algorithm while the Random and Round Robin have almost the same performance.    The    easiest    implementation    of    the    mentioned algorithms    is    the    Round    Robin    Algorithm    then    the    Random Algorithm. The most difficult algorithm to implement is the LRU Algorithm.

A.A. Bahattab IP



Figure 3.82. The Cache Size Versus the Hit Ratio for the
Replacement Algorithms.

5    **3.7.3 New cache system.**

In the new cache system, when the router starts up, it will
use the ordinary cache system as a replacement algorithm for the
IP addresses until the prediction system is ready.    Once the
router starts predicting the IP addresses, then the router will
10   not use the ordinary replacement algorithm any more.    Instead it
will depend totally on the prediction algorithm.

The  procedure  used  by  our  new  prediction  system  is
described  in  the  flowchart  in  Figure  3.83.    In  step  1,  the
datagram  arrives  containing  the  destination  IP  address.    We

check if it has a database (vector of frequencies at which that IP address appears) or not, step 2. If it does not, we proceed to step 3 and create a database for this IP address; otherwise, the access_counter value (which counts the number of IP
5  addresses entered in the system) and the frequency_counter value (which counts the number of frequencies for each IP address every X ms [e.g. 2ms]) are incremented, step 4.

In step 5, we check if X ms have elapsed (considered as a point in a vector). If yes, then we append the
10 frequency_counter value for all IP addresses' databases (vectors), but we have to distinguish between those which, have fewer than Y points (e.g. 500 points) and those, which have Y points. For the first case, we just append the frequency_counter value at the end of the vector. In the second
15 case, we first take out the first frequency_counter value from the top and append the current value to the end to keep only the updated Y points. In step 7, we set the frequency_counter to zero to start the count for the next X ms (next point in a vector). In step 8, we check if all IP address vectors in the
20 ready list have Y points. If yes, we set a variable "calculate" = true, step 9; otherwise, we continue to step 10. If X ms have not elapsed, step 5, we check if the cache is full or not, step 10. If not, we check if the current incoming IP address is in the cache, step 11. If yes, we increment the number of hits,

step 12; otherwise, we use the ordinary replacement algorithm to locate the IP address in the cache, step 13 and in either case, we go back and receive the new IP address, step 1.  In step 10, if the cache is full, we check whether the variable "calculate"

5   is true or not, step 14.  If it is not, we return to ask if it is in the cache or not, step 11.  If "calculate" is true, then we check if this is the first time we enter the prediction system, step 15.  If yes, we do not wait, but start calculating the autocorrelation function for all IP addresses to separate

10  the high and low correlated IP addresses, which have Y points in their vectors, step 16.

In step 17, we calculate the Mean Absolute Error (MAE) for just K IP addresses (e.g., 50 IP addresses) to give us the best two IP vectors (one for high and another for low correlated IP

15  addresses) on which we can build or rebuild the model for high and low correlated data.  The other IP addresses will not be included in building or rebuilding the models, but their autocorrelation functions will be calculated and will be directed to the appropriate model according to their

20  autocorrelation function.  This is because if we include all IP addresses in building and rebuilding the models, the MAE matrix will be huge.  We do this procedure (Checking the autocorrelation and the MAE and building the model) every W seconds (e.g., 100 seconds), step 19.  In step 20, if x ms

elapsed and the variable "calculate" is true, we forecast one step ahead for all IP addresses, step 21.

In step 22, we check the low correlated IP addresses first and then the high correlated IP addresses one by one. In step 5 23, if we do not expect the IP address in the next x ms, we proceed to step 29 to continue checking the rest of IP addresses; otherwise, we search for the IP address in the cache, step 26. In step 27, if the IP address in the cache, then we proceed to step 29 to continue checking the rest of IP 10 addresses; otherwise, we pre-fetch the IP address and put it in the cache using FIFO algorithm, step 28.

This is because if there is no space for all predicted IP addresses (low and high), we make sure that the high correlated data has high priority to be in the cache. This could happen if 15 the cache size is less than the number of predicted IP addresses. In step 29, if we finish all IP addresses we proceed to step 30, else we proceed to step 22 to continue pre-fetching. Now, the cache has the predicted IP addresses. When IP comes we check if it is in the cache, step 31, then we increment the 20 number of hits, step 32; otherwise, we check the new incoming IP address, back to step 1. If there is a miss (the IP address is not found in the cache) we do not update the cache. The cache will be updated only by prediction in each X ms.

**3.8 Testing the performance.**

The last step in this research is testing the performance of our Prediction Algorithm. We compared it with the current cache algorithms. As we expected, we found out that our Prediction Algorithm performs better than all the current

5    algorithms.

From a design perspective, we chose the first 32 unique IP addresses in the file traces (containing more than a million transactions), and only those 32 IP addresses entered our simulation test and databases were created for each one of the

10   32 IP addresses. We ran the simulation using the LRU Algorithm and we recorded the results in a text file. Then, we ran the simulation using the Prediction Algorithm and recorded the data in another text file. The number of IP addresses that entered the simulation was 67000 IP addresses for both tests. In the

15   Prediction Algorithm, we first started using the LRU Algorithm until the data was ready. Then, the prediction took place. In this test, the result of the prediction was

A.A. Bahattab 1P



Figure 3.83. The Prediction System's Flowchart

A.A. Bahattab IP



Figure 3.83. (Continued)

5    affected  by  the  misses  that  had  occurred  by  using  the  LRU

Algorithm  in  initialization  time.   The  hit  ratio  when  using  the

LRU  Algorithm  is  0.851,  while  the  hit  ratio  when  using  the

Prediction    Algorithm    (using    the    LRU    Algorithm    at    the

initialization  time)  is    0.911.    We  plotted  the  number  of

fetches  (incoming  IP  addresses)  versus  the  hit  ratio  for  the  LRU

Replacement  Algorithm  and  the  Prediction  Algorithm,  see  Figure

5    3.84.    The  figure  shows  that  the  upper  curve  is  for  the

Prediction    Algorithm,    which    implies    that    our    algorithm's

performance  is  better  than  the  LRU  Algorithm.



10

Figure 3.84. The Prediction System Versus the LRU Using Cache

Size=8 and Tested IP Addresses=32.

We  did  the  same  test,  but  now  the  comparison  was  with  the  Random

15  Replacement  Algorithm.  The  hit  ratio  when  using  the  Random

Replacement  Algorithm  is  0.808,  while  the  hit  ratio  when  using

the Prediction Algorithm (using the Random Algorithm at the
initialization time) is 0.908. Also, we plotted the number of
fetches (incoming IP addresses) versus the hit ratio for the
Random Replacement Algorithm and for the Prediction Algorithm,
5    see Figure 3.85. The figure shows



Figure 3.85. The Prediction System Versus the Random Using Cache
Size=8 and Tested IP Addresses=32.

10

that the upper curve is for the Prediction Algorithm, which
implies that our algorithm's performance is better than the
Random Algorithm. Furthermore, we conducted a fair test by
starting calculating the hit ratio when the prediction started
15   not taking into account the previous misses or

A.A. Bahattab 1P



Figure 3.86. The Prediction, the Random, and the LRU Algorithms

Using Cache Size=8 and Tested IP Addresses=32.

5   hits, coming from the LRU or the Random Algorithms.  Also, we
recorded the IP address counter (e.g. 5047 IP addresses have
already entered the simulation system).  Once we finished the
prediction test, we started calculating the hit ratio for the
Random Algorithm after 5047 IP addresses entered the simulation.

10  We did the same for the LRU Algorithm.  This test gives a clear
view of the difference in the hit ratio of the three algorithms
where the hit ratio for the Random Algorithm is 0.776, for the
LRU Algorithm is 0.806, and for the Prediction Algorithm is
0.931, see Figure 3.86.

15      Finally, we tested 32, 64, 128, 256, 512 unique IP
addresses.   The number of IP addresses that entered the

A.A Bahattab IP

simulation tests was 100,000 IP addresses.    In those tests we compare only the Random Algorithm against the Prediction Algorithm, see Figures 3.87, 3.88, 3.89, 3.90, and 3.91.



Figure 3.87. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=32.

When there are 32 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.92 and 0.808, respectively.    The difference is 11%.    When there are 64 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.893 and 0.751, respectively.    The difference is 14%.    When there are 128 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.843 and 0.668, respectively.    The difference is 17.5%.

A.A. Bahattab IP

When there are 256 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.752 and 0.582, respectively. The difference is 17%. When there are 512 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.66 and 0.49, respectively. The difference is 17%.



Figure 3.88. The Prediction and the Random Algorithms Using Cache Size=8 and Tested IP Addresses=64.

A. A. Bahattab 1P



Figure 3.89. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=128.



5     Figure 3.90. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=256.

A.A. Bahattab 1P



Figure 3.91. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=512.

# CHAPTER 4

## Conclusion

### 4.1 Summary.

The previous studies looked at the IP packets in terms of
5  flows, conversations, packet trains, or HTTP traffic (Web
objects), but none of them have looked recently at the IP
address streams combining all types of traffic. We decided that
by studying the IP address streams, we could improve the routing
operation in a cache table.

10  We started this research by looking at the file traces from
the Website of the National Laboratory for Applied Network
Research (www.nlanr.net). We downloaded some files and
converted them to ASCII files using their Perl script. Then we
wrote our own Perl script to strip off unneeded data and rewrote
15  the file in a specific form (each line contains time stamp,
source IP address, and destination IP address). We started the
data analysis by writing our own script file to accept from the
user one IP address at a time, and count the frequency for that
particular IP address in each 5ms period. This process was
20  repeated for up to 18 IP addresses.

Then, we plotted the data of the IP addresses, see Figures
3.1-3.19, and the autocorrelation functions of the IP addresses,
see Figures 3.20-37. We found that most of the IP addresses
have a strong correlation while the rest are weakly correlated.

A A. Bahattab 1P

We divided the IP addresses into two groups, and built a particular model for each group. We chose the ARMA[1,2] model for the IP addresses that have strong correlation, and we chose the ARMA[1,3] model for the IP addresses that have weak
5   correlation [BODN2000].

In the implementation stage, we wrote a C program to read the IP addresses from the file traces.   From a design perspective, we allowed only 32 IP addresses to enter the simulation and to be predicted. At the beginning, we created a
10  database for those 32 IP addresses, and counted the frequency for each IP addresses for every 2ms (see section 3.2 Determining the Sampling Size) until we had 500 points in each database. While we are building the database, the cache system uses the ordinary cache replacement algorithm.   Then we run a MATLAB
15  function from our C program to calculate the autocorrelation function for all 32 IP addresses so that we can distinguish between the high and low correlated IP addresses. After that, we calculate the Mean Absolute Error (MAE) to find the best model for each group of IP addresses.   Once we have the models, we
20  predict all the 32 IP addresses for the next 2ms and put them in the cache.   Then we stop the ordinary cache system and depend totally on the predictions.   Note that the cache will not be modified except by prediction results.   Thus, within the first 2ms the IP addresses in the cache will not be touched regardless

if the incoming IP address is found in the cache or not.  The cache is updated only by prediction.

The final step in our research is to show the improvements in the performance of a router using our prediction cache system

5   by comparing it with the current cache system.  We compared the LRU and the Random cache systems with the prediction system. Figures 3.84 and 3.85 show the performance of our prediction system is better than the current systems.  Also, we conduct a fair test by starting calculating the hit ratio when the

10  prediction started not taking into account the previous misses or hits, coming from the LRU or the Random Algorithms, see Figure 3.86.   Finally, we tested 32, 64, 128, 256, and 512 unique IP addresses.   A 100,000 IP addresses entered the simulation.   Figures 3.87, 3.88, 3.89, 3.90, and 3.91 show that

15  the Prediction Algorithm outperforms the Random Algorithm.

## 4.2 Significance.

The existence techniques speed up the routing operation depending on the replacement algorithms and/or the search time in the cache table.  Also, some studies looked at the traffic as

20  conversations, packet trains, or flows to speed up the routing operation.   For example, in a packet train, only the first packet contains the routing information and the rest of the packets just flow automatically.   In active Web cache

technology, they pre-fetch and refresh Web objects to speed up the loading of the Web page.

In our research, we are looking at the stream of IP addresses in a router to study its behavior. Nobody has done
5   this before for a backbone router. Accordingly, we can predict the future IP address so that it will be pre-fetched in the cache table before a router requests it. Hence, the hit-ratio will be increased.

The importance of the study is the implementation of an
10  intelligent algorithm to predict the future IP addresses before a router requests them. This algorithm will make the hit-ratio high so a router will reduce the search in the routing table (database), which requires excessive time. Moreover, if our prediction system makes the optimal cache size smaller, the
15  search time for an IP address will be significantly reduced.


**4.3 Future Research.**

There are several possible directions for future research.
20  One immediate and important practical question is the choice of the best cache size. Intuitively, it seems desirable to explore running the Prediction Algorithm using a cache that will hold 2000 IP addresses, with the assumption that there are 16,000 unique IP addresses. Having a small cache size, we can use a

simple search algorithm, hence, the search time will be low.  We

need to experiment with a number of different cache sizes to

find what the optimal cache size is.  For example, in the last

tests, we experimented with cache size that holds 8 IP addresses

5   with 32, 64, 128, 256, and 512 unique IP addresses.    The

difference in the hit ratio was 17% for the last three tests.

Thus, we can hypothesize that the optimal cache size is 8/512=

0.016.  This means that the cache size can be 1.6% of the

routing table.  With larger environment (i.e., 16,000 unique IP

10  addresses), can we obtain as good results?  If we could, then

the above hypothesis is valid.

Furthermore, it would be interesting to calculate the

number of instructions needed for the Prediction Algorithm (to

estimate execution time) this will allow the system to figure

15  out the power of the processor needed to perform the prediction

tasks in no more than 2ms.  This would permit the Prediction

Algorithm to be run in a real time environment.

## APPENDIX  A

20

| Model Structure | Order | | Vector | AIC | Variance Error | Absolute Error | Max Value in the vector |
|---|---|---|---|---|---|---|---|
| | Q | P | | | | | |
| Armax(1:11500) | 2 | 2 | IP1 | 5.5998 | 5.5979 | 1.8323 | 18 |
| Armax(1:11500) | 5 | 5 | IP1 | 5.5208 | 5.5160 | 1.8182 | 18 |
| Armax(1:11500) | 20 | 15 | IP1 | 5.1705 | 5.1548 | 1.7850 | 18 |
| Armax(1:11500) | 20 | 20 | IP1 | 5.1911 | 5.1731 | 1.7687 | 18 |
| Armax(1:11500) | 2 | 2 | IP2 | 11.6015 | 11.5975 | 2.5230 | 30 |
| Armax(1:11500) | 5 | 5 | IP2 | 11.2081 | 11.1984 | 2.4062 | 30 |

A.A. Bahattab 1P



| Armax(1:11500) | 20 | 15 | IP2 | 10.3469 | 10.3154 | 2.3286 | 30 |
| Armax(1:11500) | 20 | 20 | IP2 | 10.2554 | 10.2198 | 2.2840 | 30 |
| Armax(1:11500) | 2 | 2 | IP3 | 62.4287 | 62.4369 | 2.5230 | 51 |
| Armax(1:11500) | 5 | 5 | IP3 | 60.3955 | 60.3430 | 2.4062 | 51 |
| Armax(1:11500) | 20 | 15 | IP3 | 57.0676 | 56.8942 | 2.3286 | 51 |
| Armax(1:11500) | 20 | 20 | IP3 | 57.5530 | 57.3532 | 2.2840 | 51 |
| Armax(1:11500) | 2 | 2 | IP4 | 14.2055 | 14.2005 | 2.4333 | 36 |
| Armax(1:11500) | 5 | 5 | IP4 | 14.2100 | 14.1976 | 2.4330 | 36 |
| Armax(1:11500) | 20 | 15 | IP4 | 14.2103 | 14.1671 | 2.4300 | 36 |
| Armax(1:11500) | 20 | 20 | IP4 | 14.1953 | 14.1460 | 2.4306 | 36 |
| Armax(1:11500) | 2 | 2 | IP5 | 0.0161 | 0.0161 | 0.0082 | 2 |
| Armax(1:11500) | 5 | 5 | IP5 | 0.0161 | 0.0161 | 0.0082 | 2 |
| Armax(1:11500) | 20 | 15 | IP5 | 0.0161 | 0.0161 | 0.0093 | 2 |
| Armax(1:11500) | 20 | 20 | IP5 | 0.0163 | 0.0163 | 0.0096 | 2 |
| Armax(1:11500) | 2 | 2 | IP6 | 0.0667 | 0.0667 | 0.0336 | 2 |
| Armax(1:11500) | 5 | 5 | IP6 | 0.0670 | 0.0669 | 0.0377 | 2 |
| Armax(1:11500) | 20 | 15 | IP6 | 0.0674 | 0.0671 | 0.0373 | 2 |
| Armax(1:11500) | 20 | 20 | IP6 | 0.0610 | 0.0608 | 0.0658 | 2 |
| Armax(1:11500) | 2 | 2 | IP7 | 0.0941 | 0.0941 | 0.0674 | 4 |
| Armax(1:11500) | 5 | 5 | IP7 | 0.0983 | 0.0982 | 0.0592 | 4 |
| Armax(1:11500) | 20 | 15 | IP7 | 0.0992 | 0.0989 | 0.0571 | 4 |
| Armax(1:11500) | 20 | 20 | IP7 | 0.0972 | 0.0969 | 0.0591 | 4 |
| Armax(1:11500) | 2 | 2 | IP8 | 0.0061 | 0.0061 | 0.0101 | 2 |
| Armax(1:11500) | 5 | 5 | IP8 | 0.0061 | 0.0061 | 0.0104 | 2 |
| Armax(1:11500) | 20 | 15 | IP8 | 0.0061 | 0.0061 | 0.0100 | 2 |
| Armax(1:11500) | 20 | 20 | IP8 | 0.0061 | 0.0061 | 0.0101 | 2 |
| Armax(1:11500) | 2 | 2 | IP9 | 0.0095 | 0.0095 | 0.0106 | 2 |
| Armax(1:11500) | 5 | 5 | IP9 | 0.0109 | 0.0109 | 0.0291 | 2 |
| Armax(1:11500) | 20 | 15 | IP9 | 0.0095 | 0.0095 | 0.0115 | 2 |
| Armax(1:11500) | 20 | 20 | IP9 | 0.0096 | 0.0095 | 0.0115 | 2 |
| Armax(1:11500) | 2 | 2 | IP10 | 5.5998 | 5.5979 | 1.8323 | 18 |
| Armax(1:11500) | 5 | 5 | IP10 | 5.5208 | 5.5160 | 1.8182 | 18 |
| Armax(1:11500) | 20 | 20 | IP10 | 5.1705 | 5.1548 | 1.7850 | 18 |
| Armax(1:11500) | 20 | 20 | IP10 | 5.1911 | 5.1731 | 1.7687 | 18 |

Table A.1. Estimating the order for the ARMA model

| Model Structure | Order | Vector | AIC | Variance Error | Absolute Error | Max Value in the vector |
|---|---|---|---|---|---|---|
| Ar(1:11500) | 10 | IP5 | 0.0243 | 0.0243 | 0.0152 | 1.9914 |
| Ar(1:11500) | 20 | IP5 | 0.0243 | 0.0242 | 0.0151 | 1.9914 |
| Ar(1:11500) | 30 | IP5 | 0.0239 | 0.0238 | 0.0154 | 1.9914 |
| Ar(1:11500) | 36 | IP5 | 0.0224 | 0.0223 | 0.0157 | 1.9914 |
| Ar(1:11500) | 10 | IP6 | 0.0878 | 0.0876 | 0.0893 | 1.9384 |
| Ar(1:11500) | 20 | IP6 | 0.0876 | 0.0873 | 0.0860 | 1.9384 |
| Ar(1:11500) | 30 | IP6 | 0.0876 | 0.0872 | 0.0844 | 1.9384 |

A A  Bahattab 1P

| Ar(1:11500) | 36 | IP6 | 0.0872 | 0.0866 | 0.0817 | 1.9384 |
| Ar(1:11500) | 10 | IP7 | 0.1101 | 0.1099 | 0.1094 | 3.9348 |
| Ar(1:11500) | 20 | IP7 | 0.1101 | 0.1097 | 0.1084 | 3.9348 |
| Ar(1:11500) | 30 | IP7 | 0.1098 | 0.1093 | 0.1868 | 3.9348 |
| Ar(1:11500) | 36 | IP7 | 0.1096 | 0.1089 | 0.1058 | 3.9348 |
| Ar(1:11500) | 10 | IP8 | 0.0050 | 0.0050 | 0.0136 | 1.9937 |
| Ar(1:11500) | 20 | IP8 | 0.0050 | 0.0050 | 0.0137 | 1.9937 |
| Ar(1:11500) | 30 | IP8 | 0.0050 | 0.0050 | 0.0138 | 1.9937 |
| Ar(1:11500) | 36 | IP8 | 0.0050 | 0.0050 | 0.0139 | 1.9937 |
| Ar(1:11500) | 10 | IP9 | 0.0093 | 0.0093 | 0.0177 | 1.9911 |
| Ar(1:11500) | 20 | IP9 | 0.0093 | 0.0093 | 0.0179 | 1.9911 |
| Ar(1:11500) | 30 | IP9 | 0.0091 | 0.0091 | 0.0178 | 1.9911 |
| Ar(1:11500) | 36 | IP9 | 0.0091 | 0.0090 | 0.0183 | 1.9911 |
| Ar(1:11500) | 10 | IP13 | 0.1033 | 0.1031 | 0.1874 | 3.9058 |
| Ar(1:11500) | 20 | IP13 | 0.1033 | 0.1029 | 0.1880 | 3.9058 |
| Ar(1:11500) | 30 | IP13 | 0.1034 | 0.1029 | 0.1883 | 3.9058 |
| Ar(1:11500) | 36 | IP13 | 0.1034 | 0.1028 | 0.1886 | 3.9058 |
| Ar(1:11500) | 10 | IP17 | 0.2220 | 0.2216 | 0.3508 | 5.7916 |
| Ar(1:11500) | 20 | IP17 | 0.2217 | 0.2209 | 0.3514 | 5.7916 |
| Ar(1:11500) | 30 | IP17 | 0.2213 | 0.2202 | 0.3510 | 5.7916 |
| Ar(1:11500) | 36 | IP17 | 0.2214 | 0.2201 | 0.3510 | 5.7916 |
| Ar(1:11500) | 10 | IP18 | 0.0566 | 0.0565 | 0.1005 | 3.9459 |
| Ar(1:11500) | 20 | IP18 | 0.0564 | 0.0562 | 0.0997 | 3.9459 |
| Ar(1:11500) | 30 | IP18 | 0.0560 | 0.0563 | 0.0996 | 3.9459 |
| Ar(1:11500) | 36 | IP18 | 0.0562 | 0.0559 | 0.0997 | 3.9459 |

Table A 2  Estimating the order for the AR model

5

A.A. Bahattab 1P

| $i$ | $\Phi_i$ | $\Theta_i$ |
|-----|----------|------------|
| 1 | **-1.2649** | -0.8830 |
| 2 | 0.5791 | 0.3489 |
| 3 | -0.1040 | -0.0746 |
| 4 | 0.1327 | 0.1733 |
| 5 | -0.3224 | -0.3026 |
| 6 | -0.4395 | -0.4614 |
| 7 | 1.0065 | 0.7225 |
| 8 | -1.2793 | -0.9622 |
| 9 | 1.0955 | 0.7330 |
| 10 | -0.2384 | -0.0170 |
| 11 | 0.0907 | 0.1482 |
| 12 | -0.3537 | -0.3251 |
| 13 | 0.3304 | 0.2678 |
| 14 | 0.4614 | 0.4398 |
| 15 | -0.7799 | -0.4755 |
| 16 | 0.1656 | |
| 17 | 0.0124 | |
| 18 | 0.0060 | |
| 19 | -0.0300 | |
| 20 | 0.0150 | |

Table A.3. The estimated parameters of the ARMA model

5

10

15

20

25

| $i$ | $\Phi_i$ |
|---|---|
| 1 | **-0.1143** |
| 2 | -0.0313 |
| 3 | -0.0167 |
| 4 | -0.0048 |
| 5 | -0.0067 |
| 6 | -0.0037 |
| 7 | -0.0144 |
| 8 | -0.0132 |
| 9 | -0.0161 |
| 10 | -0.0093 |
| 11 | 0.0016 |
| 12 | -0.0032 |
| 13 | -0.0026 |
| 14 | -0.0120 |
| 15 | -0.0026 |
| 16 | -0.0061 |
| 17 | -0.0054 |
| 18 | -0.0140 |
| 19 | -0.0280 |
| 20 | -0.0056 |
| 21 | -0.0174 |
| 22 | 0.0016 |
| 23 | -0.0051 |
| 24 | -0.0148 |
| 25 | -0.0064 |
| 26 | -0.0184 |
| 27 | -0.0267 |
| 28 | -0.0094 |
| 29 | -0.0285 |
| 30 | -0.0256 |
| 31 | -0.0084 |
| 32 | -0.0272 |
| 33 | -0.0251 |
| 34 | -0.0035 |
| 35 | -0.0366 |
| 36 | -0.0215 |

Table A.4. The estimated parameters of the AR model

A.A. Bahattab 1P

5

| ARMAX Model Structure | IP1 | IP2 | IP3 | IP4 | IP10 | IP12 | IP13 | IP17 | IP18 |
|---|---|---|---|---|---|---|---|---|---|
| IP1(1:11500,20 15) | 1.7759 | 2.5513 | 6.7264 | 2.7088 | 1.7760 | 2.3928 | 0.1910 | 0.3524 | 0.1080 |
| IP2(1:11500,20 15) | 1.8041 | 2.4449 | 6.2226 | 2.5926 | 1.8042 | 2.3422 | 0.1888 | 0.3541 | 0.1096 |
| IP3(1:11500,20 15) | 1.8286 | 2.4336 | 6.0744 | 2.6203 | 1.8288 | 2.3350 | 0.1926 | 0.3589 | 0.1150 |
| IP4(1:11500,20 15) | 1.8443 | 2.5786 | 6.8185 | 2.5510 | 1.8444 | 2.3737 | 0.1858 | 0.3523 | 0.1024 |
| IP10(1:11500,20 15) | 1.7764 | 2.5498 | 6.7232 | 2.7071 | 1.7765 | 2.3940 | 0.1909 | 0.3523 | 0.1080 |
| IP12(1:11500,20 15) | 1.8547 | 2.6616 | 6.9048 | 2.7042 | 1.8548 | 2.2786 | 0.1855 | 0.3519 | 0.1050 |
| IP13(1:11500,20 15) | 1.8826 | 2.6821 | 7.3268 | 2.5584 | 1.8827 | 2.4875 | 0.1935 | 0.3556 | 0.1015 |
| IP17(1:11500,20 15) | 1.9234 | 2.8121 | 7.8300 | 2.7340 | 1.9234 | 2.5399 | 0.2193 | 0.3613 | 0.1003 |
| IP18(1:11500,20 15) | 1.9454 | 2.8699 | 8.0494 | 2.9444 | 1.9455 | 2.6534 | 0.1903 | 0.3505 | 0.0991 |

Table A.5. The absolute error for each

ARMA model using the data of all IP addresses

10

15

| AR Model Structure | IP5 | IP6 | IP7 | IP8 | IP9 | IP13 | IP17 | IP18 |
|---|---|---|---|---|---|---|---|---|
| IP5(1:11500,36) | 0.0157 | 0.0781 | 0.1063 | 0.1410 | 0.0188 | 0.1918 | 0.3528 | 0.1026 |
| IP6(1:11500,36) | 0.0150 | 0.0817 | 0.1094 | 0.0138 | 0.0178 | 0.1917 | 0.3519 | 0.1015 |
| IP7(1:11500,36) | 0.0147 | 0.0785 | 0.1058 | 0.0137 | 0.0176 | 0.1895 | 0.3515 | 0.1015 |
| IP8(1:11500,36) | 0.0156 | 0.0834 | 0.1096 | 0.0139 | 0.0184 | 0.1893 | 0.3514 | 0.1021 |
| IP9(1:11500,36) | 0.0155 | 0.0787 | 0.1067 | 0.0144 | 0.0183 | 0.1919 | 0.3504 | 0.1018 |
| IP13(1:11500,36) | 0.0150 | 0.0824 | 0.1084 | 0.0138 | 0.0178 | 0.1886 | 0.3510 | 0.1021 |
| IP17(1:11500,36) | 0.0152 | 0.0855 | 0.1107 | 0.0141 | 0.0179 | 0.1905 | 0.3510 | 0.1017 |
| IP18(1:11500,36) | 0.0199 | 0.1025 | 0.1268 | 0.0181 | 0.0226 | 01991 | 0.3519 | 0.0997 |

Table A.6. The absolute error for each AR

model using the data of all IP addresses

20

25

A.A. Bahattab 1P

| The prediction test based on the following 1000 points | | | |
|---|---|---|---|
| hit1 = | 973 | miss1 = | 3 |
| hit2 = | 881 | miss2 = | 24 |
| hit3 = | 863 | miss3 = | 20 |
| hit4 = | 650 | miss4 = | 67 |
| hit5 = | 4 | miss5 = | 21 |
| hit6 = | 5 | miss6 = | 67 |
| hit7 = | 23 | miss7 = | 113 |

Table A.7. Building the model using 60 points for IP1 to IP7

| The prediction test based on the following 1000 points | | | |
|---|---|---|---|
| hit1 = | 973 | miss1 = | 0 |
| hit2 = | 889 | miss2 = | 8 |
| hit3 = | 869 | miss3 = | 6 |
| hit4 = | 670 | miss4 = | 17 |
| hit5 = | 15 | miss5 = | 2 |
| hit6 = | 63 | miss6 = | 5 |
| hit7 = | 120 | miss7 = | 17 |

Table 8. Building the model using 200 points for IP1 to IP7

| The prediction test started at 22000 | | | |
|---|---|---|---|
| hit1 = | 970 | miss1 = | 0 |
| hit2 = | 941 | miss2 = | 1 |
| hit3 = | 891 | miss3 = | 4 |
| hit4 = | 718 | miss4 = | 13 |
| hit5 = | 2 | miss5 = | 1 |
| hit6 = | 0 | miss6 = | 0 |
| hit7 = | 26 | miss7 = | 1 |

Table A.9. Building the model using 500 points for IP1 to IP7

A A Bahattab 1P

## APPENDIX  B

## Glossary

5

Correlogram:   A   useful   aid   in   interpreting   a   set   of autocorrelation coefficients is a graph called a correlogram in which rk is plotted against the lag k.

10

Datagram:   A   finite-length   packet   with   sufficient information to be independently routed from source to   destination   Data   Terminal   Equipments   (DTEs) without   reliance   on   previous   transmissions. Datagram transmission typically does not involve end-to-end session establishment and may or may not entail delivery confirmation acknowledgment.

15

Frame:      A   logical   transmission   unit   sent   between data   link   layer   entities   that   contains   its   own control   information   for   addressing   and   error cheking.

20

Hit ratio:   A hit is when a router finds the IP address in the cache; otherwise, it is a miss.   Thus, the hit

25

A A. Bahattab IP

ratio is the number of hits over the number of datagrams entered the system (hits/datagrams).

IP Address:    A 32-bit quantity that identifies a network
5              interface.

IP (Internet   The network layer (layer 3) protocol for the
Protocol):     Internet protocol suite. It is based on a
               connectionless mode and uses datagrams.

10

Locality:      The locality of an IP address is the frequency of
               appearance of that IP address. The locality could
               be temporal or spatial. Temporal locality implies
               a frequent appearance of a particular IP address.
15             For example, when a router sees the same IP
               address several times (IP1, IP1, IP1, etc.)
               Spatial locality implies a frequent appearance of
               a group of IP addresses in a cyclic pattern. For
               example, when a router sees a group of IP
20             addresses several times (IP1, IP2, IP3, IP1, IP2,
               IP3, etc.)

Model          Such as ARIMA, ARMA, or AR.
Structure:

A A Bahattab 1P

Model order: The model order is the value of p, which is the number of autoregressive parameters and q, which is the number of moving average parameter, for
5                   example, ARMA(p,q).

Multinedia:   It is any application that employs more than one medium to convey information. For example, text with graphics, text with photos, photos with
10                  sounds, video with sounds, or animation with sounds.

Skewness:     Any distribution that is not symmetrical about the mean is said to be skewed. A distribution is
15                  skewed to the right if the mean is larger than the median and to the left if the mean is smaller than the median.

20

BIBLIOGRAPHY

25

[ABRA83]  Abraham, B., Ledolter, J., *Statistical methods for forecasting*, John Wiley & Sons, New York, 1983.

A.A. Bahattab IP

[BERA94]   Beran, J., *Statistics for long-memory processes*, Chapman & Hall, New York, 1994.

[BODN2000] Bodnar, B., Bahattab, A., Kraft, G., Evens, M. "Predicting IP addresses to speed up routing lookup", *2000 Advanced Simulation Technologies Conference, Proceedings of the Applied Telecommunication Symposium,* April 16-20, 2000, pp.207-213.

[BORE97]   Borella, M., Sidhu, I., "Self-Similarity of Internet packet delay", *IEEE International Conference on Communications,* Vol.1, June 1997, pp.513-517.

[BOX94]    Box, G., Jenkins, G., and Reinsel, G., *Time series analysis: Forecasting and control,* third edition, Prentice Hall, Englewood Cliffs, New Jersey, 1994.

[CACH98]   *CacheFlow group white paper,* "High-performance Web caching white paper", 1998, www.cacheflow.com, April 29, 1999.

[CACH99]   *CacheFlow group white paper,* "CacheOS technology overview", www.cacheflow.com, April 20, 1999.

[CHAT89]   Chatfield, C., *The analysis of time series: An introduction,* Chapman and Hall, London and New York, 1989.

[CHEN91]   Chen, X., "Effective of caching on routing-table lookup in multimedia environment", *Conference of the IEEE Computer and Communications Societies. Networking in the 90s, IEEE,* Vol.3, 1991    pp.1228 - 1236.

[CLAF95]   Claffy, K., Braun, H., and Polyzos, G., "A parameterizable methodology for internet traffic flow profiling", *IEEE Journal on Selected Areas in Comm.,* Vol.13, No.8, Oct. 1995, pp. 1481-1494.

[CROV97]   Crovella, M., and Bestavros, A., "Self-Similarity in World Wide Web traffic evidence and possible causes", *IEEE/ACM Transactions on Networking,* Vol.5, No.6, Dec. 1997, pp.835-846.

[DEGE97]   Degermark, M., Brodnik, A., Carlsson, S., and Pink, S., "Small forwarding tables for fast routing

A. A. Bahattab IP

lookups", *in Proc. ACM SIGCOMM'97*, Sept. 1997, pp. 3-14.

5    [DESB92]  Desborough, L., and Harris, T., "Performance assessment measures for univariate feedback control", *The Canadian Journal of Chemical Engineering*, Vol. 70, December, 1991, pp. 1186-1197.

10   [ERRA96]  Erramilli, A., Narayan, O., and Willinger, W., "Experimental queueing analysis with long-range dependent packet traffic", *IEEE/ACM Transactions on Networking*, Vol. 4, No. 2, April 1996, pp. 209-223

15   [ESTR92]  Estrin, D., and Mitzel, D. "An assessment of state and lookup overhead in routers", *IEEE, INFOCOM'92*, Vol. 3, 1992, pp. 2332-2342.

20   [FELD88]  Feldmeier, D., "Improving gateway performance with a routing-table cache", *in Proc. IEEE INFOCOM'88,* March 1988, pp. 298-307.

25   [FEND98]  Fendick, K., Kumar V., Lakshman, T., and Stiliadis D., "The PacketStar 6400 IP switch: An IP switch for the converged network", Bell Labs Technical Journal, October-December 1988, Vol. 3, No. 4, pp. 32-47.

30   [FORD93]  Ford, P., Rekhter, Y., and Braum, H. "Improving the routing and addressing of IP", *IEEE Network*, May 1993, pp. 10-15.

     [GUPT98]  Gupta, P., Lin, S., McKeown, N., "Routing lookups in hardware at memory access speeds", Seventeenth Annual Joint Conference of the IEEE Computer and Communications Societies. Proceedings. IEEE, 1998, 35    Vol. 3, pp. 1240-1247.

40   [HEYM96]  Heyman, D., and Lakshman, T., "What are the implications of long-range dependence for VBR-Video traffic engineering?", *IEEE/ACM Transactions on Networking*, Vol. 4, No. 3, June 1996, pp. 301-317.

45   [JAIN90]  Jain, R., "Characteristics of destination address locality in computer networks: A comparison of caching

A A Bahattab IP

schemes", *Computer Networks and ISDN Systems,* Vol.8, 1990, pp. 243-254.

5 [JAIN92]   Jain, R., "A comparison of hashing schemes for address lookup in computer networks", *IEEE Transactions on Comm.,* Vol.40, No.10, Oct. 1992, pp. 1570-1573.

[JOUD92]   Joudeh, I., and Hall, E. "Delay analysis for packet trains over computer communication networks", *IEEE,* 10 1992, pp. 13/7 - 13/13.

[KESH98]   Keshav, S., and Sharma, R., "Issues and trends in router design", *IEEE Communications Magazine,* May. 1998, Vol.36, No.5, pp.144-151.
15
[KHAU97]   Khaunte, S., and Limb, J., "Statistical characterization of a World Wide Web browsing session", *Georgia Institute of Tech., Technical Report GIT-CC-97-17,* June 1997, www.cc.gatech. 20 edu/fac/John.Limb/papers/SunilWWW.ps, Feb 23, 1999.

[KNOX93]   Knox, D., and Panchanathan, S., "Parallel searching techniques for routing table lookup", *Computer and Communications Societies. Networking: Foundation for* 25 *the Future, IEEE,* Vol.3, 1993, pp.1400 -1405.

[LELA94]   Leland, W., Taqqu, M., Willinger, W., and Wilson, D., "On the self-similar nature of Ethernet traffic (extended version)", *IEEE/ACM Transactions on* 30 *Networking,* Vol.2, No.1, Feb. 1994, pp.1-15.

[LI98]     Li, Q., Mills, D., "On the long-range dependence of packet round-trip delays in Internet", *IEEE International Conference on Communications,* Vol.2, 35 1998, pp.1185-1191.

[LIND98]   Lindberg, K., "Multi-gigabit routers", May 1998, www.csc.fi/lindberg/tik/paper.html, April 12,2000.

40 [MAH97]    Mah, B., "An empirical model of HTTP network traffic", *IEEE Computer and Communications Societies. Driving the Information Revolution., Proceedings IEEE,* Vol.2, 1997, pp.592-600.

45 [McAU93]   McAuley, A., Francis, P., "Fast routing table lookup using CAMs", Proceedings.Twelfth Annual Joint Conference of the IEEE Computer and Communications

A.A. Bahattab 1P

Societies. Networking: Foundation for the Future, IEEE
, 1993, Vol.3, pp.1382-1391.

5   [McKE97]   McKeown, N., Izzard, M., Mekkittikul, A., Ellersick,
             W., and Horowitz, M., "Tiny tera:   A packet switch
             core", *IEEE Micro*, Vol.17, No.1, Jan/Feb 1997, pp.26-
             33.

10  [METZ98]   Metz, C., "IP routers:   New tool for gigabit
             networking", *IEEE Internet Computing*, Vol.2, No.6,
             Dec. 1998, pp.14-18.

15  [MONT97]   Montgomery, D., *Introduction to statistical quality
             control*, third edition, John Wiley and Sons, Inc.,
             Canada, 1997.

    [NEWM97]   Newman, P., Minshall, G., Lyon, T., and Huston, L.,
             "IP switching and gigabit routers", *IEEE
20           Communications Magazine*. Vol.35, No.1, Jan. 1997,
             pp.64 -69.

    [NSS99]    *NSS group white paper*, "CacheFlow 100", 1998,
             www.nss.co.uk /web_caching_ cacheflow_100.html, April
25           15, 1999.

    [PART98]   Partridge, C., Carvey, P., Burgress, E., Castineyra,
             I., Clarke, T., Graham, L., Halthaway, M., Herman, P.,
             King, A., Kohalmi, S., Ma, T., Mcallen, J., Mendez,
             T., Milliken, C., Pettyjohn, R., Rokosz, J., Seeger,
30           J., Sollins, M., Stroch, S., Tober, B., Troxel, G.,
             Waitzman, D., and Winterble, S., "A 50-Gb/s IP
             router", *IEEE/ACM Transactions on Networking*, Vol.6,
             No.3, June 1998, pp.237-248.

35  [PAXS95a]  Paxson, V., Floyd, S., "Wide area traffic:   The
             failure of Poisson modeling", *IEEE/ACM Transactions on
             Networking*, Vol.3, No.3, June 1995, pp.226-244.

    [PAXS95b]  Paxson, V., Floyd, S., "Fast approximation of self-
40           similar network traffic", *Lawrence Berkeley National
             Laboratory and EECE Division Technical Report, LBL-
             36750*, April 1997.

    [PAXS97]   Paxson, V., Floyd, S., "Why we don't know how to
45           simulate the Internet", *Lawrence Berkeley National
             Laboratory Technical Report*, Dec. 2, 1997,
             ftp://ftp.ee.lbl.gov/nrg-papers.html.

A.A. Bahattab 1P

[PROA96]  Proakis, J., Manolakis, D., *Digital signal processing*, Prentice Hall, New Jersey, 1996.

5  [SING2000] Singhal, A., "Terabit switches and routers", www.cis.ohio-state.edu/~jain, Feb. 12, 2000.

[SLAT99]  Slattery, T., and Burton, B., *Advanced IP routing in Cisco networks*, McGraw-Hill, New York, 1999.

10

[THOM89]  Thomopoulos, N., *Applied forecasting methods*, Harold Leonard Stuart School of Management and Finance, Illinois Institute of Technology, 1989.

15  [THOM97]  Thompson, K., Miller, G., and Wilder, R., "Wide-Area Internet traffic patterns and characteristics", *IEEE Network*, Vol.11, No.6, Nov./Dec. 1997, pp.10-23.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUNIPER NETWORKS, INC.,

     Plaintiff,

v.                               Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

     Defendant.

_____/

**MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO PART OF COUNT I AND ALL OF COUNT II
AND MEMORANDUM OF LAW**

# EXHIBIT 2

US006816457B1

(12) **United States Patent**

Bahattab

(10) Patent No.: **US 6,816,457 B1**
(45) Date of Patent: **Nov. 9, 2004**

(54) **PREDICTIVE ROUTING TABLE CACHE POPULATION**

(76) Inventor: **Abdullah Ali Bahattab**, 3100 S. Michigan Ave., Apt. #902, Chicago, IL (US) 60616

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 844 days.

(21) Appl. No.: 09/633,754

(22) Filed: **Aug. 7, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/208,888, filed on Jun. 2, 2000.

(51) Int. Cl.[7] ............................................. H04L 12/56
(52) U.S. Cl. .................................... 370/232; 370/234
(58) Field of Search ............................ 370/229, 230, 370/230.1, 231, 232, 234, 235, 389, 392, 395.7, 428, 429, 395.2, 395.21

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,488,608 A * 1/1996 Flammer, III ............ 370/400
6,118,760 A * 9/2000 Zaumen et al. ...... 370/229

* cited by examiner

Primary Examiner—Alit Patel
Assistant Examiner—William Schultz
(74) Attorney, Agent, or Firm—DeMont & Breyer, LLC

(57) **ABSTRACT**

A router and method for routing table cache population technique is disclosed. In particular, the illustrative embodiment routes packets through it more quickly than comparatively expensive routers in the prior art. The present invention recognizes that a fast router has small routing table cache that has a high hit ratio and that a high hit ratio can be achieved with a small routing table cache by predicting which entries will be needed in the routing table cache in the future and by populating the routing table cache with those entries before they are needed. The illustrative embodiment of the present invention comprises: an input port for receiving a succession of packets, wherein each of the packets comprises a destination address; a plurality of output ports; a switching fabric for interconnecting the input port to each of the plurality of output ports; a processor or building a temporal model of the occurrence of the destination addresses at the input port, for populating the routing table cache based on the temporal model and at least one entry that is stored in a routing table, and for routing at least one of the packets from the input port to one of the output ports through the switching fabric based on the entry that is stored in the routing table cache.

**2 Claims, 5 Drawing Sheets**





FIG. 1

Case 1:07-cv-01771-PLF-AK    Document 18-5    Filed 04/29/2008    Page 4 of 12



FIG. 2

FIG. 3



HIT RATIO

SIZE OF ROUTING TABLE CACHE

FIG. 4



AVERAGE SEARCH TIME

SIZE OF ROUTING TABLE CACHE

U.S. Patent    Nov. 9, 2004    Sheet 4 of 5    US 6,816,457 B1

FIG. 5



**U.S. Patent**     Nov. 9, 2004     Sheet 5 of 5     US 6,816,457 B1

FIG. 6



FROM STEP 505

MODEL BUILDING

SEGREGATION STAGE ~601

DETERMINATION STAGE ~602

506

TO STEP 507

US 6,816,457 B1

**1**

## PREDICTIVE ROUTING TABLE CACHE POPULATION

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/208,888, filed Jun. 2, 2000, which provisional application is incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates to telecommunications and computer networks in general, and, more particularly, to the design of a router for use in a packet network.

### BACKGROUND OF THE INVENTION

In a packet network, the finite speed of light and the finite speed at which a router can operate precludes the traversal of a packet from one side of the network to another instantaneously. Therefore, there is always some delay between when a transmitting network terminal transmits a packet and when the receiving network terminal receives the packet.

In some cases, this delay is unimportant. For example, some data (e.g., most e-mail messages, etc.) is not perishable or highly time-sensitive and the sender and receiver of the data might consider it unimportant whether the packet takes 5 milliseconds, 5 seconds or even 5 minutes to traverse the network. In contrast, other data (e.g., voice, full-motion video, instant messaging, etc.) is perishable or highly time-sensitive, and, therefore, the sender and receiver of the data might consider it very important that the packets traverse the network quickly.

When packet networks were originally conceived and designed and constructed, little or no consideration was given to ensuring that a fixed number of packets could be sent across a packet network with a maximum delay. Average delays were considered, and packet networks were engineered to consider average delays, but little or no consideration was given to engineering the maximum delay. Increasingly, however, packet networks are being considered for carrying time-sensitive data for applications such as Internet telephony and television broadcasting.

Perhaps the most significant source of delay in a packet network is due to the speed at which the routers operate. It is well known in the prior art how to make and use fast routers, but their extra speed comes at a price, and, therefore, it is not typically economical to build them. In fact, it is well known in the prior art how to trade cost for performance when designing and building routers.

Nevertheless, the need exists for a router that is more powerful than comparatively expensive routers in the prior art.

### SUMMARY OF THE INVENTION

The present invention is a router and routing table cache population technique that avoids some of the costs and disadvantages associated with techniques in the prior art. In particular, the illustrative embodiment routes packets through it more quickly than comparatively expensive routers in the prior art.

The present invention recognizes that a router with a small routing table cache can be fast if the routing table cache has a high hit ratio, and that a high hit ratio can be achieved by predicting which entries will be needed in the routing table cache in the future and by populating the

**2**

routing table cache with those entries before they are needed. In accordance with the illustrative embodiment of the present invention, this is accomplished by: (i) building one or more temporal models of the occurrence of needed entries based on empirical data, (ii) by using the temporal model(s) to predict which entries are most likely to be needed at some time in the future, and (iii) by populating the router table cache with those entries before they are needed.

The illustrative embodiment of the present invention comprises: an input port for receiving a succession of packets, wherein each of the packets comprises a destination address; a plurality of output ports; a switching fabric for interconnecting the input port to each of the plurality of output ports; a processor or building a temporal model of the occurrence of the destination addresses at the input port, for populating the routing table cache based on the temporal model and at least one entry that is stored in a routing table, and for routing at least one of the packets from the input port to one of the output ports through the switching fabric based on the entry that is stored in the routing table cache.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention.

FIG. 2 depicts a block diagram of the salient components of input port 101, which is a component of the router in FIG. 1.

FIG. 3 is a graph that depicts the relationship of the hit ratio of routing table cache 203 as a function of the number of entries in routing table cache 203.

FIG. 4 is a graph that depicts the relationship of the average search time for routing table cache 203 as a function of the number of entries in routing table cache 203.

FIG. 5 depicts a flowchart of the salient steps performed by router 100 each time it receives and routes a packet.

FIG. 6 depicts a flowchart of the steps involved in periodically or sporadically generating a temporal model, as depicted in FIG. 5.

### DETAILED DESCRIPTION

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention. Because the nomenclature of packet networking is not well standardized, a router is sometimes called a "packet switch," a "datagram switch," a "cell switch," an "ATM switch," a "gateway," a "firewall," or a "bridge" depending on the purpose for which the router is being used and on the educational and industrial background of the person using the term. However, for the purposes of this specification, a "router" is defined as a switch that is capable of receiving one or more packets, each of which comprises a destination address, and of routing each packet to an output port based on that destination address.

Router 100 comprises: input port 101, a plurality of output ports, output port 102-1 through 102-j, switching fabric 103, and router table 104, all interconnected as shown. Some embodiments of the present invention have more than one input port, and in those cases each input port works in the same manner as input port 101 and each contends with the others for access to routing table 104.

As is clear to those skilled in the art, switching fabric 103 is a space-division switch or a time-division switch or any combination of space-division switches and time-division switches (e.g., a space-time-space-division switch, etc.) that

US 6,816,457 B1

3

is capable of transporting a packet from input port 101 to one of output ports 102-1 through 102-*j* under the direction of input port 101. It will be clear to those skilled in the art how to make and use switching fabric 103.

Routing table 104 is a table that contains a plurality of entries. For the purpose of this specification, an "entry" is defined as a mapping of one or more network addresses to one or more output ports of a router. When an entry maps a network address to more than one of a router's output ports, the entry might implicitly or explicitly prioritize those output ports so that, for example, if one is congested, another might be used. Table 1 depicts an illustrative portion of routing table 104 that contains five illustrative entries, wherein the destination addresses are depicted in IPv4 dotted-decimal notation. The first four illustrative entries (i.e., 110.23.43.15/102-73, 110.23.43.16/102-13, 110.23.43.17/102-44, and 110.23.43.18/102-26) are illustrative of individual network addresses. The fifth illustrative entry (i.e., 112.7.111.x/102-15) is illustrative of an entry in which more than one network address is mapped to one of a router's output ports. It will be clear to those skilled in the art how to make and use embodiments of the present invention with other network addresses in other formats such as IPv6.

**TABLE 1**

| Portion of Routing Table 104 | |
|---|---|
| Network Address | Output Port |
| . . . | . . . |
| 110.23.43.15 | 102-73 |
| 110.23.43.16 | 102-13 |
| 110.23.43.17 | 102-44 |
| 110.23.43.18 | 102-26 |
| . . . | . . . |
| 112.7.111.x | 102-15 |
| . . . | . . . |

Routing table 104 can comprise a large number of entries (e.g., thousands, millions, billions, etc.), and therefore, whether routing table 104 resides in random access memory (e.g., semiconductor memory, etc) or not (e.g., hard disk, etc.), the shear number of entries in routing table 104 can cause the process of looking up a needed entry to be slow regardless of the data structure employed for storing the entries. Furthermore, when an embodiment of the present invention comprises more than one input port, the contention among the input ports can exacerbate the average latency associated with the process of looking up a needed entry in routing table 104. It will be clear to those skilled in the art how to make and use routing table 104.

Output ports 102-1 through 102-*j* comprises the interface circuitry for receiving packets from switching fabric 103 and for transmitting the departing packets on the appropriate output. It will be clear to those skilled in the art how to make and use output ports 102-1 through 102-*j*.

FIG. 2 depicts a block diagram of the salient components of input port 101, which comprises: processor 201 and memory 202, which itself comprises routing table cache 203. Processor 201 is a special-purpose processor or a general-purpose processor whose instructions are stored in memory 202 or a combination of the two. Memory 202 is advantageously a small, fast semiconductor memory that holds the instructions and data for processor 201.

To ameliorate the latency associated with looking up routing information in routing table 104, input port 101 advantageously comprises routing table cache 203. Routing

4

table cache 203 is a cache memory that advantageously holds the most frequently accessed entries of routing table 104. Table 2 depicts an illustrative portion of routing table cache 203.

**TABLE 2**

| Portion of Routing Table Cache 203 | |
|---|---|
| Network Address | Output Port |
| . . . | . . . |
| 110.23.43.15 | 102-73 |
| 110.23.43.18 | 102-26 |
| . . . | . . . |

Typically, it is faster for processor 201 to retrieve an entry from routing table cache 203 than it is for processor 201 to retrieve the same entry from routing table 104 for three reasons. First, because routing table cache 203 is smaller than routing table 104, routing table cache 203 is typically stored in a physically faster memory than is routing table 104 (e.g., semiconductor RAM vs. hard disk, etc.). Second, processor 201 does not have to contend with other processors for access to routing table cache 203, whereas processor 201 would have to contend for access to routing table 104 when router 100 comprises a plurality of input ports. And third, because the number of entries in routing table cache 203 is typically orders of magnitude smaller than the number of entries in routing table 104, the process of searching through routing table cache 203 for a needed entry is typically much smaller than is the process of searching through routing table 104 for the same entry, regardless of the data structure employed.

It will be clear to those skilled in the art how to decide how many entries routing table cache 203 should contain. In deciding this number, there are two factors that are advantageously considered.

First, as shown in FIG. 3, as the number of entries in routing table cache 203 increases, the hit ratio also increases, albeit with diminishing returns. This suggests that router 100 can be made faster by increasing the number of entries in routing table cache 203. For the purposes of this specification, the phrase "hit ratio" is defined as the ratio of the number of entries that processor 201 finds in routing table cache 203 divided by the total number of entries that processor 201 needs.

Second, as shown in FIG. 4, as the number of entries in routing table cache 203 increases, the time it takes processor 201 to search through routing table cache 203 to find a needed entry also increases. This suggests that router 100 can be made faster by decreasing the number of entries in routing table cache 203.

Although these two factors might seem to cancel each other, in general, the speed of router 100 is improved by having a small cache that is populated so as to have as high a hit ratio as possible.

The illustrative embodiment of the present invention seeks to have a high hit ratio by proactively populating routing table cache 203. In particular, the illustrative embodiment populates routing table cache 203 by: (i) building a temporal model of the occurrence of needed entries based on empirical data, (ii) by using the temporal model to predict which entries are most likely to be needed at some time in the future, and (iii) by populating routing table cache 203 with those entries before they are needed. This is in contrast to routing table cache population techniques in the prior art that are either: (i) random, or (ii) reactive.

A brief discussion of how router 100 would be populated in accordance with some routing table cache population

US 6,816,457 B1

5

techniques in the prior art will facilitate an understanding of how it is populated in accordance with the illustrative embodiment and will also assist in understanding the difference between the prior art and the illustrative embodiment.

One routing table cache population technique in the prior art is the "random population technique." In accordance with the random population technique, routing table cache 203 would be populated with entries from routing table 104 that were selected at random. In other words, if routing table 104 contained n entries, the probability that routing table cache 203 would be populated with any given entry would be 1/n. Furthermore, in accordance with the random population technique, once routing table cache 203 was populated, its contents would not be changed in response to empirical data on which entries were actually needed. The advantage of the random population technique is that it requires little processing overhead, but the disadvantage is that it has a very low hit ratio—so low, in fact, that the random population technique is not much better than, and is possibly worse than, having no routing table cache at all.

Another routing table cache population technique in the prior art is the "random replacement technique." In accordance with this technique, routing table cache 203 would be initially populated with entries from routing table 104 that were selected at random. Thereafter, when processor 201 accessed a particular entry in routing table cache 203 (i.e., a cache hit), processor 201 would do nothing to routing table cache 203, but when processor 201 did not find a needed entry in routing table cache 203 (i.e., a cache fault) and had to resort to routing table 104 for the entry, processor 201 would randomly replace an entry in routing table cache 203 with the entry just retrieved from routing table 104. The theory underlying this technique is based on the recognition that an entry that has been needed once is more likely to be needed again than is a randomly-chosen entry, and, therefore, this technique seeks to improve the hit ratio (in comparison to the random population technique) by seeking to anticipate what entries will be needed in the future. The advantages of the random replacement technique are that it requires little processing overhead and that it usually has a higher hit ratio than the random population technique. It is disadvantageous, however, in that it does not take into consideration what entries are deleted and might delete a commonly needed entry. Furthermore, in contrast to the illustrative embodiment of the present invention, the random replacement technique is reactive, which means that it would only populate routing table cache 203 with an entry in reaction to a need for that entry. That is, it only populates routing table cache 203 with an entry after than entry has been needed, in contrast to the present invention which populates routing table cache 203 with entries before they are needed. The random replacement technique is advantageous in that it requires little processing overhead, which decreases the average delay through router 100.

A third replacement technique in the prior art is the "least-recently-used" or "LRU" technique. In accordance with the least-recently-used technique, routing table cache 203 would be initially populated with entries from routing table 104 that were selected at random. Thereafter, processor 201 would keep track of how recently each entry in routing table cache 203 was accessed. When processor 201 accesses a particular entry in routing table cache 203 (i.e., a cache hit), that entry would be marked as having been recently used, but when processor 201 did not find a needed entry in routing table cache 203 (i.e., a cache fault) and was forced to resort to routing table 104 for the entry, processor 201

6

would replace the least-recently-used entry in routing table cache 203 with the entry just retrieved from routing table 104. The theory underlying this technique is based on the recognition that an entry that has been recently used is more likely to be needed again than is the least-recently-used entry. The least-recently-used technique is advantageous in that it has a high hit ratio relative to all known routing table cache replacement techniques in the prior art. The least-recently-used technique is disadvantageous in that it requires that processor 201 spend a great deal of time keeping track of how recently each entry in routing table cache 203 is accessed, which increases the average delay through router 100. But like the random population technique and the random replacement technique, and in contrast to the illustrative embodiment, the least-recently-used technique is reactive.

FIG. 5 depicts a flowchart of the operation of the illustrative embodiment of the present invention, which seeks to have a high hit ratio by predictively populating routing table cache 203.

At step 501, processor 201 initially populates routing table cache 203 with entries from routing table 104 that are selected at random. It will be clear to those skilled in the art how to perform step 501.

At step 502, as input port 101 receives a temporal succession of packets, each of which comprises a destination address. As part of step 502, processor 201 examines each packet to determine the network address to which the packet is addressed. It will be clear to those skilled in the art how to perform step 502.

At step 503, processor 201 retrieves the routing information for each destination address from routing table cache 203, if possible, and from routing table 104, if necessary. For example, if the network address to which the packet is addressed is "110.23.43.18," then processor 201 only need look in routing table cache 203 to determine that the packet is to be transmitted via output port 102-6 (see Table 2). Alternatively, if the network address to which the packet is addressed is "110.23.43.17," then processor 201 cannot learn from routing table cache 203 how to direct the packet and must query routing table 104 to learn that the packet is to be transmitted via output port 102-4 (see Table 1). It will be clear to those skilled in the art how to perform step 503.

At step 504, processor 201 transmits each packet and the information on how it should be routed (i.e., the output port to which it should be routed) to switching fabric 103, which transports it to the appropriate port. It will be clear to those skilled in the art how to perform step 504.

At step 505, processor 201 continually compiles statistics on the temporal succession of packets. In particular, processor 201 advantageously counts how many times each entry is needed in a short time interval, such as 2 milliseconds, over a longer time horizon, such as 1 second. For example, processor 201 advantageously knows how many times each entry was needed in each 2 millisecond interval during the prior 1 second. Therefore, processor 201 retains a data set (i.e., 500 data points) for each destination address. Table 3 depicts an illustrative portion of the information compiled and retained in step 505.

US 6,816,457 B1

<table>
<tr><td>7</td><td>8</td></tr>
</table>

**TABLE 3**

| Time | | 500 Data Points for Destination Addresses | | |
| | | Address 110.23.43.17 | Address 110.23.43.18 | |
|---|---|---|---|---|
| t = 0 | . . . | 5 | 1 | . . . |
| t = −2 ms | . . . | 0 | 3 | . . . |
| t = −4 ms | . . . | 5 | 0 | . . . |
| t = −6 ms | . . . | 0 | 0 | . . . |
| t = −8 ms | . . . | 5 | 2 | . . . |
| t = −10 ms | . . . | 0 | 0 | . . . |
| t = −12 ms | . . . | 5 | 14 | . . . |
| t = −14 ms | . . . | 0 | 4 | . . . |
| . . . | | | | |
| t = −998 ms | . . . | 5 | 12 | . . . |
| t = −1000 ms | . . . | 0 | 5 | . . . |

The purpose of step 505 is to compile data on the need for each needed entry so as to determine if patterns can be discerned that can be exploited. For example, an examination of Table 3 reveals a clear pattern of the need for the entry for network address 110.23.43.17 (i.e., it is needed in alternating 2 millisecond intervals) but no such clear pattern is immediately apparent for the entry for network address 110.23.43.18. But merely because no such pattern is immediately apparent does not mean that a real pattern does not exist, and, therefore, the illustrative embodiment employs mathematical tools to reveal the patterns.

As part of step 505, processor 201 periodically or sporadically determines the autocorrelation for each data set because it provides useful insight into the existence of temporal patterns within each data set. When the autocorrelations for each destination address are computed, a strong correlation is revealed to exist in some of the data points, which only a weak correlation is indicated in others. The utility of this difference will be revealed in step 601, which is discussed below. The illustrative embodiment computes the autocorrelation for each destination address with a lag of k=n/4=125. The autocorrelation for a data set of n data points, with lag k, is given by:

$$r_k = \frac{\sum_{i=1}^{N-k} (x_i - \overline{X})(x_{i+k} - \overline{X})}{\sum_{i=1}^{N} (x_i - \overline{X})^2} \qquad (Eq. 1)$$

At step 506, processor 201 periodically or sporadically builds a temporal model for the data set associated with each destination address. In accordance with the illustrative embodiment, and as shown in FIG. 6, the building of the temporal model comprises two stages:

1. the segregation stage, and
2. the determination stage.

At step 601, the segregation stage, the illustrative embodiment determines which of the data sets (whose autocorrelation was computed in step 505) are highly correlated and which are not. To do this, processor 201 determines a confidence band equal to

$$2\left(\frac{\pm 2}{\sqrt{n}}\right),$$

where n is the number of data points (e.g., 500) in each data set. After the autocorrelation function for all lags are computed, then the mean of the autocorrelation functions is

also computed. If the mean for a data set is greater than or equal to the confidence band, the illustrative embodiment considers that data set to be highly correlated; otherwise it considers it to be not highly correlated.

At step 602, the determination stage, the illustrative embodiment selects a temporal model structure for each data set associated with each destination address. In other words, the illustrative embodiment seeks to select the temporal model structure for each data set that best predicts the future occurrence of the destination address associated with the data set. In accordance with the illustrative embodiment of the present invention, processor 201 builds one temporal model based on the highly correlated data sets to predict the occurrence of all destination addresses whose data sets are highly correlated and builds one temporal model based on the not-highly correlated data sets to predict the occurrence of all destination addresses whose data sets are not-highly correlated.

For the highly correlated data sets, the illustrative embodiment uses the autoregressive moving-average model (1, 2) structure

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} + a_t \qquad (Eq.\ 2)$$

and for the not highly correlated data sets, the illustrative embodiment uses the autoregressive moving-average model (1, 3) structure

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} - \Theta_3 a_{t-3} + a_t \qquad (Eq.\ 3)$$

where $W_t$ is the value of the data point in a series after subtracting the mean of the series, $\Phi$ is the autoregressive parameter, which describes the effect of unit change in $W_{t-1}$ on $W_t$, $\Theta$ is the moving average parameter, the number (2 or 3) refers to the number of moving average parameters, and $a_t$ is the white noise error.

It will be clear to those skilled in the art, however, that in alternative embodiments of the present invention other temporal model structures can be used. For example, one temporal model structure can be used for all of the data sets which obviates the necessity for computing autocorrelation of each data set and of categorizing each data set based on its correlation value. Furthermore, it will be clear to those skilled in the art how to categorize each data set into two or more categories and to select different temporal model structures for each category. And still furthermore, it will be clear to those skilled in the art how to choose different temporal model structures than those shown above.

Next, processor 201 builds a temporal model for each of a randomly selected number (e.g., 10 to 20) of destination addresses that have highly correlated data sets and for each of a randomly selected number (e.g., 10 to 20) of destination addresses that do not have highly correlated data sets. The reason that only a few models are built is because can be too computationally burdensome for processor 201 to build a different temporal model for each data set, and at least one of the temporal models that are built are likely to provide an acceptable model for the other data sets. In alternative embodiments of the present invention, processor 201 builds a unique temporal model for each data set. It will be clear to those skilled in the art how to determine the number of models built given the computational resources available.

Next, processor 201 selects one temporal model from the dozen or so that were built in step 602 to use with all of the data sets that are highly correlated and one temporal model from the dozen or so that were built in step 602 to use with all of the data sets that are not highly correlated. To chose the best model for each group of data sets, the illustrative

US 6,816,457 B1

9

embodiment advantageously uses the mean absolute error (MAE). This is done by determining which model does the best job of predicting the occurrence of not only its own future addresses, but also the best job of predicting the occurrence of the future addresses of the other addresses for which models were built in step 602. The best model is the one that in general has the lower values of mean absolute error for the data of the other addresses.

At the end of step 506, one temporal model is advantageously selected for predicting the occurrence of addresses associated with highly correlated data sets and a second temporal model is advantageously selected for predicting the occurrence of addresses associated with not highly correlated data sets.

At step 507, processor 201 periodically or sporadically repopulates routing table cache 203 based on the temporal models built in step 506 and on the entries in routing table 104. To accomplish this, processor 201 advantageously uses the model for the highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (i.e., 2 milliseconds). If the model predicts that the destination address will be needed in the next time interval, processor 201 retrieves the entry for that destination address from routing table 104 and populates routing table cache 203 with that entry. If the model does not predict the occurrence of that destination address in the next time interval, then processor 201 does nothing.

If, after processor 201 has predicted the occurrence of each destination address associated with the highly correlated data, there is space in routing table cache 203 processor 201 next uses the model for the not highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (i.e., 2 milliseconds). If the model predicts that the destination address will be needed in the next time interval, processor 201 retrieves the entry for that destination address from routing table 104 and populates routing table cache 203 with that entry. If the model does not predict the occurrence of that destination address in the next time interval, then processor 201 does nothing. The reason processor 201 populates routing table cache 203 with the highly correlated data first is because if there isn't room in routing table cache 203 for both the highly correlated data and the not highly correlated data, the highly correlated data sets should have priority.

To ameliorate interruptions, routing table cache 203 should comprises two portions, one of which is active and being used for routing packets and the other which is inactive and being populated in accordance with step 507. This enables the predicted entries to be populated in the

10

inactive portion and to switch that portion to active at the appropriate time.

After step 507, control returns to step 502.

It is to be understood that the above-described embodiments are merely illustrative of the present invention and that many variations of the above-described embodiments can be devised by those skilled in the art without departing from the scope of the invention. It is therefore intended that such variations be included within the scope of the following claims and their equivalents.

What is claimed is:

1. A router comprising:

an input port for receiving a succession of packets, wherein each of said packets comprises a destination address;

a plurality of output ports;

a switching fabric for interconnecting said input port to each of said plurality of output ports; and

a processor for building a temporal model of the occurrence of said destination addresses at said input port, for populating said routing table cache based on said temporal model and at least one entry that is stored in a routing table, and for routing at least one of said packets from said input port to one of said output ports through said switching fabric based on said entry that is stored in said routing table cache;

wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.

2. A method comprising:

receiving a temporal succession of packets at an input port, wherein each of said packets comprises a destination address;

generating a temporal model based on the occurrence of said destination addresses;

populating a routing table cache based on said temporal model and at least one entry that is stored in a routing table; and

forwarding at least one of said packets from said input port to one of a plurality of output ports based on said entry that is stored in said routing table cache;

wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.

* * * * *

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUNIPER NETWORKS, INC.,

      Plaintiff,

v.                                              Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**AS TO PART OF COUNT I AND ALL OF COUNT II**
**AND MEMORANDUM OF LAW**

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

     Plaintiff,

v.                                    Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

     Defendant.

_____/

## DECLARATION OF MARTHA W. EVENS

1.     I am an adult resident of Evanston, Illinois.

2.     I have personal knowledge of the facts stated herein.

3.     I am a Research Professor of Computer Science in the Department of Computer Science at the Illinois Institute of Technology.

4.     I was a member of Dr. Abdullah Ali Bahattab's thesis committee, which included Dr. Bohdan Bodnar and Dr. George Kraft.

5.     The entire intellectual property involved in U.S. Patent No. 6,816,457, "Predictive Routing Table Cache Population," dated November 9, 2004, belongs solely to Dr. Bahattab.

6.     The original ideas, the core research work, the derivation of the equations, as well as the prototype implementation were all the independent work of Dr. Bahattab.

7.     Dr. Bahattab himself wrote the original draft of the papers that report this work and he did all of the original work. He included my name, Dr. Bodnar's name, and Dr. Kraft's name as a courtesy, because we served as advisers. This is common practice in departments of Computer Science.

8.    I filled out forms and provided some editorial assistance in Dr. Bahattab's writings.

9.    The help provided by the members of the thesis committee was of the kind ordinarily provided by a Ph.D. thesis committee.

10.    I have read the Complaint filed by Juniper Networks, Inc. in this case.

11.    The statements made by Juniper Networks, Inc. that Dr. Bahattab misled the U.S. Patent Office by not disclosing co-inventors are not correct.

12.    I am not a co-inventor on U.S. Patent No. 6,816,457, "Predictive Routing Table Cache Population," dated November 9, 2004.


I declare, under penalty of perjury, that the foregoing is true and correct.



_Martha W. Evens_
_____
Martha W. Evens

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUNIPER NETWORKS, INC.,

      Plaintiff,

v.

                                 Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**AS TO PART OF COUNT I AND ALL OF COUNT II**
**AND MEMORANDUM OF LAW**

# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

     Plaintiff,

v.
                                 Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

     Defendant.

_____/

## DECLARATION OF BOHDAN BODNAR

1.     I am an adult resident of Park Ridge, Illinois.

2.     I have personal knowledge of the facts stated herein.

3.     I work for Lemko Corporation.

4.     I was the lead technical thesis advisor of Dr. Abdullah Ali Bahattab's thesis committee, which included Dr. Martha W. Evens and Dr. George Kraft.

5.     The entire intellectual property involved in U.S. Patent No. 6,816,457, "Predictive Routing Table Cache Population," dated November 9, 2004, belongs solely to Dr. Bahattab.

6.     The methodology developed in Dr. Bahattab's Ph.D. thesis and the work he presented at the conferences and presented when writing the patent filing were the independent work of Dr. Bahattab.

7.     Dr. Bahattab's thesis was novel and original.

8.     I merely provided bounds on Dr. Bahattab's thesis work, provided an industry-oriented critique of the work, and ensured the work was completed on time.

9.      My contribution to the conference papers was to correct grammatical errors, suggest rewriting the introduction to make the material more accessible to a general audience and to ensure the paper was critiqued by appropriate reviewers.

10.     The help provided by the members of the thesis committee was of the kind ordinarily provided by the committee.

11.     I have read the Complaint filed by Juniper Networks, Inc. in this case.

12.     The statements made by Juniper Networks, Inc. that Dr. Bahattab misled the U.S. Patent Office by not disclosing co-inventors are not correct.

13.     I am not a co-inventor on U.S. Patent No. 6,816,457, "Predictive Routing Table Cache Population," dated November 9, 2004.


I declare, under penalty of perjury, that the foregoing is true and correct.


_Bohdan Bodnar_

Bohdan Bodnar

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUNIPER NETWORKS, INC.,

     Plaintiff,

v.                                             Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

     Defendant.

_____/

**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**AS TO PART OF COUNT I AND ALL OF COUNT II**
**AND MEMORANDUM OF LAW**

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

      Plaintiff,

v.                                  Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

      Defendant.

_____/

### DECLARATION OF GEORGE D. KRAFT

1.     I am an adult resident of Naperville, Illinois.

2.     I have personal knowledge of the facts stated herein.

3.     I am a retired Associate Professor of Information Systems for the Illinois Institute of Technology Stuart Graduate School of Business (IIT-SGSB).

4.     I was the out-of-department advisor of Dr. Abdullah Ali Bahattab's thesis committee, which included Dr. Martha W. Evens and Dr. Bohdan Bodnar.

5.     The entire intellectual property involved in U.S. Patent No. 6,816,457, "Predictive Routing Table Cache Population," dated November 9, 2004, belongs solely to Dr. Bahattab.

6.     Dr. Bahattab's work was highly original and contributed to the body of knowledge of the field.

7.     All the ideas were provided by Dr. Bahattab, and I simply endorsed those I found reasonable and innovative.

8.     My function was solely administrative.

9.    The help provided by the members of the thesis committee was of the kind ordinarily provided by such a committee.

10.    I have read the Complaint filed by Juniper Networks, Inc. in this case.

11.    The statements made by Juniper Networks, Inc. that Dr. Bahattab misled the U.S. Patent Office by not disclosing co-inventors are not correct.

12.    I am not a co-inventor on U.S. Patent No. 6,816,457, "Predictive Routing Table cache Population," dated November 9, 2004.


I declare, under penalty of perjury, that the foregoing is true and correct.


*George D. Kraft*  3/19/08
_____
George D. Kraft