# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JUNIPER NETWORKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | Civil No. 1:07cv1771-PLF |
| ) | |
| **ABDULLAH ALI BAHATTAB,** ) | **ORAL ARGUMENT** |
| ) | **REQUESTED** |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF JUNIPER NETWORKS, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT BAHATTAB'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Alan M. Fisch (DC-453068)
afisch@kayescholer.com
Jason F. Hoffman (DC-467827)
jahoffman@kayescholer.com
David L. Cousineau (DC-482691)
dcousineau@kayescholer.com
KAYE SCHOLER LLP
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
(202) 682-3500 telephone
(202) 682-3580 facsimile

May 13, 2008

*Attorneys for Plaintiff*
*Juniper Networks, Inc.*

# TABLE OF CONTENTS

**Page**

PRELIMINARY STATEMENT.................................................................................... 1

FACTUAL BACKGROUND ..................................................................................... 2

    A.    Dr. Bahattab Files Suit in Dubai Against Juniper for Infringement of the
    '457 Patent ......................................................................................... 2

    B.    Juniper Files this Suit Against Dr. Bahattab for A Declaration of Invalidity,
    Unenforceability, and Noninfringement of the '457 Patent................................... 2

    C.    Dr. Bahattab's Application for the '457 Patent...................................... 3

        1.    Dr. Bahattab Files Provisional Application ................................. 3

        2.    Dr. Bahattab's Provisional Application Discloses ARMA and Cites
        to the Bodnar Paper as the Source for the Decision to Choose
        ARMA ......................................................................................... 4

        3.    The Bodnar Paper Discloses ARMA ....................................... 4

        4.    The Bodnar Paper Has Four Authors, Including Dr. Bahattab .................. 5

        5.    Dr. Bahattab Files Formal Patent Application ........................... 6

        6.    Dr. Bahattab Fails to File an Information Disclosure Statement
        Containing the Bodnar Paper, Fails to Provide the Bodnar Paper to
        the Patent Office, and Fails to Identify the Existence of the Co-
        Authors to the Patent Office........................................................ 7

RESPONSES TO BAHATTAB'S STATEMENT OF UNCONTESTED FACTS..................... 7

STATEMENT OF GENUINE ISSUES OF MATERIAL FACT ................................. 11

ARGUMENT ............................................................................................... 12

I.    LEGAL STANDARD GOVERNING SUMMARY JUDGMENT .................................. 12

    A.    Summary Judgment Should Only be Granted if there are No Genuine Issues
    of Material Fact ......................................................................................... 12

    B.    Pursuant to Rule 56(f), Summary Judgment is Rarely Granted When there
    has been No Opportunity for Discovery ............................................. 12

C.    A Patent is Invalid Unless it Issues with the Proper Inventors; A Patent is Unenforceable if An Inventor Commits Inequitable Conduct Regarding Inventorship ............................................................................................... 14

II.    GENUINE ISSUES OF MATERIAL FACT PRECLUDE THE GRANT OF PARTIAL SUMMARY JUDGMENT ........................................................... 14

III.    BAHATTAB'S PARTIAL SUMMARY JUDGMENT MOTION SHOULD BE DENIED TO ALLOW JUNIPER TO TAKE RELEVANT AND NECESSARY DISCOVERY .......................................................................................... 17

IV.    JUNIPER'S COMPLAINT IS PROPERLY PLED ....................................... 18

CONCLUSION ..................................................................................................... 19

# TABLE OF AUTHORITIES

## CASES

*Anderson v. Liberty Lobby, Inc.*,
477 U.S. 242 (1986) ................................................................................................ 12

*ASPCA v. Ringling Bros. and Barnum & Bailey Circus,*
502 F. Supp. 2d 103 (D.D.C. 2007) ....................................................................... 13

*Baker Oil Tools, Inc. v. Geo Vann, Inc.*,
828 F.2d 1558 (Fed. Cir. 1987)............................................................................... 14

*Berkeley v. Home Ins. Co.,*
68 F.3d 1409 (D.C. Cir. 1995),
*cert. denied,* 517 U.S. 1208 (1996) ......................................................................... 13

*Bonds v. Cox,*
20 F.3d 697 (6th Cir. 1994).................................................................................... 16

*Celotex Corp. v. Catrett,*
477 U.S. 317 (1986) ............................................................................................... 13

*Comm. for Nuclear Responsibility, Inc. v. Seaborg,*
463 F.2d 783 (D.C. Cir. 1971) ............................................................................... 13

*Counts v. Kraton Polymers*,
No 06-4531, 2008 U.S. App. LEXIS 2187 (6th Cir. Jan. 18, 2008) ................................. 16

*Czekalski v. Peters*,
475 F.3d 360 (D.C. Cir. 2007) ............................................................................... 12

*Dataquill Ltd. v. Handspring, Inc.,*
No. 01 C 4635, 2001 U.S. Dist. LEXIS 15832 (N.D. Ill. Oct. 4, 2001) .......................... 19

*Dickens v. Whole Foods Mkt. Group, Inc.,*
No. 01-1054(RMC), 2003 U.S. Dist. LEXIS 11791 (D.D.C. Mar. 18, 2003) ................. 13

*Fina Oil & Chem. Co. v. Ewen*,
123 F.3d 1466 (Fed. Cir. 1997)............................................................................... 14

*Friends v. Astrue,*
No. 06-1762 (ESH), 2007 U.S. Dist. LEXIS 48161 (D.D.C. Jul. 5, 2007) ..................... 13

*Holcomb v. Powell*,
433 F.3d 889 (D.C. Cir. 2006) ............................................................................... 12

*Intex Recreation Corp. v. Team Worldwide Corp.,*
    390 F. Supp. 2d 21 (D.D.C. 2005) ........................................................................... 18

*Mars Inc. v. JCM Am. Corp.,*
    No. 05-3165, 2006 U.S. Dist. LEXIS 67530 (D.N.J. June 14, 2006) ........................ 18, 19

*Mastro v. Potomac Elec. Power Co.,*
    447 F.3d 843 (D.C. Cir. 2006) ................................................................................. 12

*McKesson Info. Solutions, LLC v. TriZetto Group, Inc.,*
    No. 04-1258, 2005 U.S. Dist. LEXIS 6733 (D. Del. Apr. 20, 2005) .......................... 19

*Medimmune, Inc. v. Centocor, Inc.,*
    271 F. Supp. 2d 762 (D. Md. 2003) ........................................................................ 18, 19

*Purdue Pharma L.P. v. Endo Pharms., Inc.,*
    438 F.3d 1123 (Fed. Cir. 2006) ............................................................................... 14

*Sames v. Gable,*
    732 F.2d 49 (3d Cir. 1984) ...................................................................................... 13

## STATUTES

28 U.S.C. § 1746 ............................................................................................................. 15, 16

35 U.S.C. § 102(f) ........................................................................................................... 14

35 U.S.C. § 116 ............................................................................................................... 14

## RULES

Federal Rule of Civil Procedure 56(c) ............................................................................. 12

Federal Rule of Civil Procedure 56(f) ............................................................................. 13, 17, 19

Federal Rule of Civil Procedure 9(b) .............................................................................. 18, 19

## REGULATIONS

37 C.F.R. § 1.56 ............................................................................................................. 14, 16

37 C.F.R. § 1.56(a) ......................................................................................................... 16

37 C.F.R. § 1.98(a)(1) ..................................................................................................... 16

37 C.F.R. § 1.98(a)(2)(ii) ................................................................................................ 16

Plaintiff Juniper Networks, Inc. ("Juniper") respectfully submits this memorandum in opposition to Defendant Abdullah Ali Bahattab's ("Dr. Bahattab") Motion for Partial Summary Judgment as to Part of Count I and All of Count II (the "Motion").[1]

## PRELIMINARY STATEMENT

In April 2000, Bohdan Bodnar, Abdullah Bahattab, Martha Evens, and George Kraft co-authored a paper disclosing research regarding the use of autoregressive moving average ("ARMA") in network routers.  Two months later, Dr. Bahattab filed a patent application based on the exact same technology, representing himself to the Patent Office as the "sole inventor" of the claimed invention.  This application issued on November 9, 2004 as U.S. Patent No. 6,816,457, the patent-in-suit.  Significantly, during prosecution of the '457 Patent, Dr. Bahattab failed to provide a copy of the co-authored paper to the Patent Office.  Had he done so, the filing would have been material to patentability because it would have raised a substantial question regarding Dr. Bahattab's contention that he alone was the inventor of the patent-in-suit.  Because Dr. Bahattab failed to provide this information, the '457 Patent is invalid for failure to list the correct inventors and unenforceable due to Dr. Bahattab's inequitable conduct.

To preclude discovery regarding his failure to provide the Patent Office with information clearly material to patentability, Dr. Bahattab has submitted the instant motion for summary judgment.  Conclusory declarations from each of the co-authors of the April 2000 paper disavowing any authorship in the article and inventorship interest in the '457 patent form the basis for his motion.  A host of facts undermine the credibility of the co-authors' declarations.  For instance, in 2002, the same four co-authors published a follow-up paper on the same research and subject – the use of ARMA in network routers.  Thus, genuine issues of material fact exist as

---

[1] In Count I of Juniper's Complaint, Juniper seeks a declaratory judgment that the '457 Patent is invalid based upon, in part, inventorship; in Count II of the Complaint, Juniper seeks a declaratory judgment that the '457 Patent is unenforceable.  Juniper also asserts additional claims that are not the subject of Dr. Bahattab's Motion, namely that the patent-in-suit is invalid due to prior art (Count I) and that the patent-in-suit is not infringed (Count III).

to the proper inventors of the '457 patent, and conclusory declarations cannot resolve these issues.

This case is in its infancy, as Juniper has not yet had the opportunity to take *any* discovery. On this basis alone, Dr. Bahattab's motion should be denied. But the facts of this case, taken in a light most favorable to the non-moving party, make it clear that substantial factual issues remain regarding the question of the patent-in-suit's actual inventors.

## FACTUAL BACKGROUND

### A.    Dr. Bahattab Files Suit in Dubai Against Juniper for Infringement of the '457 Patent

Dr. Bahattab, a resident of Saudi Arabia and the alleged inventor and assignee of United States Patent No. 6,816,457 ("the '457 Patent"), sued Juniper in the Dubai Court of First Instance, located in the United Arab Emirates, for infringement of the '457 Patent. (*See* Docket No. 1, Complaint, Exhibit D.) Through his lawsuit in Dubai, Dr. Bahattab is attempting to enforce his United States Patent extraterritorially.[2] Thus, an actual controversy exists between Juniper and Dr. Bahattab with respect to the '457 Patent.

### B.    Juniper Files this Suit Against Dr. Bahattab for A Declaration of Invalidity, Unenforceability, and Noninfringement of the '457 Patent

In response to the Dubai suit, Juniper filed the instant action against Dr. Bahattab on October 3, 2007, seeking a declaratory judgment of invalidity, unenforceability, and noninfringement of the '457 Patent. (*See* Docket No. 1, Complaint.) Juniper attempted service via registered mail and via a process server. As detailed in Juniper's prior motions, Dr. Bahattab successfully evaded service. (*See* Docket Nos. 7, 8, & 9.) Juniper served Dr. Bahattab on January 30, 2008 – almost four months after first mailing the complaint to Dr. Bahattab – when

---

[2] Dr. Bahattab's failure to timely file for patent protection in other countries has resulted in his granting to the public in each of these countries the alleged invention contained in the '457 Patent. By filing his lawsuit in Dubai, Dr. Bahattab seeks to illegally enforce a United States Patent extraterritorially in a country where his invention is already in the public domain.

the Court granted approval to serve Dr. Bahattab via his email addresses.  (*See* Docket No. 10, Memorandum Opinion and Order; Docket No. 11, Return of Service at 2.)  Dr. Bahattab moved to dismiss the case, and the Court denied Dr. Bahattab's motion without prejudice in a Minute Order on April 1, 2008.  Dr. Bahattab filed his answer on April 29, 2008 and on the same day filed the instant motion for partial summary judgment.  (*See* Docket Nos. 17 and 18.)

### C.    Dr. Bahattab's Application for the '457 Patent

#### 1.    Dr. Bahattab Files Provisional Application

Bahattab began the application process for the '457 Patent on June 2, 2000 with the filing of a provisional patent application, Ser. No. 60/208,888, with the Patent Office, identifying himself as the sole inventor.  (Fisch Decl. Exhibit B.)  The provisional application did not put forward any claims, but consisted of a 127 page paper entitled "Predictive Router Line Card Cache Population" (the "Provisional Application Paper").  (*Id.*)  No co-authors were identified in the Provisional Application Paper; Dr. Bahattab's name appeared on the upper right-hand corner of each page as "AA Bahattab 1P."  (*Id.*)  However, the use of first person plural pronouns throughout the Provisional Application Paper suggests that more than one person may have been involved in the underlying research.  For example, the two and one-half page conclusion summary of the paper contains 24 references to "we":

- "We decided that . . ."
- "We started this research . . ."
- "We downloaded some files . . ."
- "Then we wrote our own Perl script . . ."
- "We started the data analysis . . ."
- "Then, we plotted the data . . ."
- "We found that . . ."
- "We divided the IP addresses . . ."
- "We chose the ARMA[1,2] model . . ."
- "[W]e chose the ARMA[1,3] model . . ."
- "[W]e wrote a C program . . ."
- "[W]e allowed only 32 IP addresses . . ."
- "[W]e created a database . . ."
- "[W]e had 500 points in each database."

- "While we are building the database . . ."
- "Then we run a MATLAB function . . ."
- "[W]e can distinguish between . . ."
- "[W]e calculate the Mean Absolute Error . . ."
- "Once we have the models, we predict all . . ."
- "Then we stop the ordinary . . ."
- "We compared the LRU . . ."
- "Also, we conduct a fair test . . ."
- "Finally, we tested . . ."

(Fisch Decl. Exhibit B, Provisional Application Paper at 109-111).

### 2.    Dr. Bahattab's Provisional Application Discloses ARMA and Cites to the Bodnar Paper as the Source for the Decision to Choose ARMA

The Provisional Application Paper contains a lengthy overview of the function and architecture of routers and the evolution of router technology. (Fisch Decl. Exhibit B, Provisional Application Paper.) The Provisional Application Paper then specifically discusses how the authors employed "autoregressive moving average" or "ARMA" in their research:

> We divided the IP addresses into two groups, and built a particular model for each group. We chose the ARMA[1,2] model for the IP addresses that have strong correlation, and we chose the ARMA[1,3] model for the IP addresses that have weak correlation **[BODN2000]**.

(*Id.* at 61 (emphasis added).) The Provisional Application Paper cites to the reference "[BODN2000]" for the decision to choose ARMA. (*Id.*) The Provisional Application Paper's bibliography contains references to 45 publications, of which "[BODN2000]" was one of the references. (*Id.* at 123.)

### 3.    The Bodnar Paper Discloses ARMA

The Provisional Application Paper's bibliography identifies the reference "[BODN2000]" as "Bodnar, B., Bahattab, A., Kraft, G., Evens, M., 'Predicting IP addresses to speed up routing lookup,' 2000 Advanced Simulation Technologies Conference, Proceedings of the Applied Telecommunication Symposium, April 16-20, 2000, pp. 207-213" (the "Bodnar Paper"). (Fisch Decl. Exhibit B, Provisional Application Paper at 123.) The Bodnar Paper

discloses the same subject matter as the Provisional Application Paper. (*Compare* Fisch Decl. Exhibit B, Provisional Application Paper *with* Fisch Decl. Exhibit D, Bodnar Paper.) Specifically, the Bodnar Paper, like the Provisional Application Paper, disclosed the use of ARMA:

> We divided the data into two groups, and built a particular model for each group. We chose the ARMA model for the IP addresses that are strong [sic] correlated. But, we chose the AR model for the IP addresses that are weakly correlated.

(Fisch Decl. Exhibit D, Bodnar Paper at 210.)

### 4.    The Bodnar Paper Has Four Authors, Including Dr. Bahattab

The Bodnar Paper was published in Proceedings of the Applied Telecommunication Symposium, 2000 Advanced Simulation Technologies Conference, hosted by Dr. Bohdan Bodnar, then of Lucent Technologies, Inc. (Fisch Decl. Exhibit D, Bodnar Paper at 207.) The Bodnar Paper was printed, along with 43 other articles, in a hardcover edition co-edited by Dr. Bodnar. (*Id.*, Bodnar Paper.) The Bodnar Paper listed four authors: Bohdan Bodnar, Abdullah Ali Bahattab, George Kraft, and Martha Evens. Dr. Bodnar, not defendant Dr. Bahattab, is the first listed author. (*Id.* at 207.) The pronouns "we" and "our" appear 82 times throughout the Bodnar Paper to describe the work underlying the five-page paper. The Bodnar Paper also contains an "Acknowledgements" section, in which the four authors thank five other individuals who assisted with, but were not authors of, the article. (*Id.* at 211.)

Two years later, the same four authors published a revised version of the Bodnar Paper entitled "Producing a High Hit Ratio and Low Search Time in Forwarding Routing Tables by Predicting IP Addresses." (Fisch Decl. Exhibit E.) The order of the author list shifted, with defendant Dr. Bahattab listed first, followed by Bodnar, Kraft, and Evens. Dr. Bodnar is now listed as an employee of Motorola. A footnote by Dr. Bodnar's name highlights that: "This work was done while Bodnar was at Lucent in 2000." (*Id.* at 2338.) This revised article included the same figures as the Bodnar Paper and a similar conclusion regarding ARMA:

> We divided the data into two groups, and built a particular model for each group. We chose the ARMA(1,2) model for the IP addresses that are strong correlated, and we chose the ARMA(1,3) model for the IP addresses that are weakly correlated.

(*Id.* at 2344.)

### 5.    Dr. Bahattab Files Formal Patent Application

Approximately two months after filing the Provisional Application, on August 7, 2000, Dr. Bahattab filed U.S. Patent Application, Ser. No. 09/633,754 (the "Application"), entitled "Predictive Routing Table Cache Population," which claimed priority to the June 2, 2000 Provisional Application.  (Fisch Decl. Exhibit C.)  The Application contained four proposed claims, two of which were dependent claims relating to the use of ARMA in a router.  (*Id.* at 30.)

The Patent Examiner rejected both independent claims put forward in the Application on December 11, 2003 as having been anticipated by the prior art.  (*Id.* at 46-51.)  The Patent Examiner found, however, that the two ARMA-related dependent claims "are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims."  (*Id.* at 50.)  In short, the Patent Examiner found that the use of ARMA in the router context was the one aspect of the proposed invention that was not taught by the prior art of record, and therefore the one aspect of the proposed technology that was patentable.  Dr. Bahattab subsequently amended the Application to consist only of two ARMA-related claims, which the examiner allowed.  (*Id.* at 54-58.)  The '457 Patent issued on November 9, 2004 with only two claims, both containing the same ARMA limitation: "wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses."  (Fisch Decl. Exhibit A, '457 Patent Claims 1 and 2.)

6.      **Dr. Bahattab Fails to File an Information Disclosure Statement Containing the Bodnar Paper, Fails to Provide the Bodnar Paper to the Patent Office, and Fails to Identify the Existence of the Co-Authors to the Patent Office**

The prosecution history shows that Dr. Bahattab filed an Information Disclosure Statement ("IDS") on August 7, 2000.  (Fisch Decl. Exhibit C, at 45 & 53.)  However, that IDS listed only two references, neither of which is the Bodnar Paper.  (*Id.* at 53.)  Despite the emphasis on ARMA during the prosecution of the '457 Patent, Dr. Bahattab (and his patent lawyer) did not disclose the Bodnar Paper on the IDS, did not disclose the Bodnar Paper's discussion of ARMA to the Patent Examiner, and did not provide a copy of the Bodnar Paper to the Patent Examiner.  Dr. Bahattab (and his patent lawyer) also failed to refer to or otherwise mention his co-authors on the Bodnar Paper – Bohdan Bodnar, George Kraft, and Martha Evans – to the Patent Examiner, despite Dr. Bahattab's prior citation to the Bodnar Paper (in the bibliography of his Provisional Application) as the basis for the choice to use ARMA.

### RESPONSES TO BAHATTAB'S STATEMENT OF UNCONTESTED FACTS

1.      Undisputed.

2.      Undisputed.

3.      Juniper disputes Dr. Bahattab's Statement No. 3.  There is no admissible evidence in the record that Bahattab actually presented "Predicting IP Addresses to Speed Up Routing Lookup" at the 2000 Advanced Simulation Technologies Conference on April 16-20, 2000, or that such a presentation was based on Bahattab's thesis.  Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, genuine issues of material fact exist as to whether the co-authors of the Bodnar Paper are inventors of the '457 Patent.  (*See* Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.)   Juniper respectfully requests the opportunity to collect relevant documents and depose each of the

- 7 -

declarants regarding their role and the roles of others in the preparation of the Bodnar paper and Dr. Bahattab's Provisional Application Paper. (*See* Fisch Decl. ¶¶ 4-7.) In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab with regard to these disputed facts. (*Id.*)

4.       Undisputed.

5.       Juniper disputes Dr. Bahattab's Statement No. 5. Dr. Evens's declaration is signed but undated. (*See* Motion, Exhibit 3 at 2.) As a result, Dr. Evens's declaration is inadmissible as summary judgment evidence. Prior to the commencement of discovery in this action, Dr. Evens's declaration is not conclusive evidence on the issue of inventorship. Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, genuine issues of material fact exist as to whether the co-authors of the Bodnar Paper are inventors of the '457 Patent. (*See* Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.) Juniper respectfully requests the opportunity to collect relevant documents and depose Dr. Evens regarding her role and the role of others in the preparation of the Bodnar Paper and Dr. Bahattab's Provisional Application Paper. (*See* Fisch Decl. ¶¶ 4-7.) In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab, as well as Dr. Bodnar and Dr. Kraft with regard to these disputed facts. (*Id.*)

6.       Juniper disputes Dr. Bahattab's Statement No. 6. Dr. Bodnar's declaration is signed but undated. (*See* Motion, Exhibit 4 at 2.) As a result, Dr. Bodnar's declaration is inadmissible as summary judgment evidence. Prior to the commencement of discovery in this action, Dr. Bodnar's declaration is not conclusive evidence on the issue of inventorship. Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, genuine issues of material fact exist as to whether the co-authors of the Bodnar Paper are inventors of the '457 Patent. (*See*

Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.) Juniper respectfully requests the opportunity to collect relevant documents and depose Dr. Bodnar regarding his role in the preparation of the Bodnar paper, in which he appears as the first listed author, and Dr. Bahattab's Provisional Application Paper, as well as the role of others in the preparation of the Bodnar Paper and Dr. Bahattab's Provisional Application Paper. (*See* Fisch Decl. ¶¶ 4-7.) In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab, as well as Dr. Evens and Dr. Kraft with regard to these disputed facts. (*Id.*)

7.      Juniper disputes Dr. Bahattab's Statement No. 7. Prior to the commencement of discovery in this action, Dr. Kraft's declaration is not conclusive evidence on the issue of inventorship. Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, genuine issues of material fact exist as to whether the co-authors of the Bodnar Paper are inventors of the '457 Patent. (*See* Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.) Juniper respectfully requests the opportunity to collect relevant documents and depose Dr. Kraft regarding his role in the preparation of the Bodnar paper and Dr. Bahattab's Provisional Application Paper, as well as the role of others in the preparation of the Bodnar Paper and Dr. Bahattab's Provisional Application Paper. (*See* Fisch Decl. ¶¶ 4-7.) In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab, as well as Dr. Evens and Dr. Bodnar with regard to these disputed facts. (*Id.*)

8.      Juniper disputes Dr. Bahattab's Statement No. 8. As stated above, prior to the commencement of discovery in this action, the declarations of Drs. Evens, Bodnar, and Kraft are not conclusive evidence on the issue of inventorship. Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, genuine issues of material fact exist as to whether the co-authors

of the Bodnar Paper are inventors of the '457 Patent.  (*See* Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.)  Juniper respectfully requests the opportunity to collect relevant documents and depose each of the declarants regarding their role and the roles of others in the preparation of the Bodnar paper and Dr. Bahattab's Provisional Application Paper.  (*See* Fisch Decl. ¶¶ 4-7.)  In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab with regard to these disputed facts. (*Id.*)

9.      Juniper disputes Dr. Bahattab's Statement No. 9.  As stated above, prior to the commencement of discovery in this action, the declarations of Drs. Evens, Bodnar, and Kraft are not conclusive evidence on the issue of inventorship.  Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, genuine issues of material fact exist as to whether the co-authors of the Bodnar Paper are inventors of the '457 Patent.  (*See* Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.)  Juniper respectfully requests the opportunity to collect relevant documents and depose each of the declarants regarding their role and the roles of others in the preparation of the Bodnar paper and Dr. Bahattab's Provisional Application Paper.  (*See* Fisch Decl. ¶¶ 4-7.)  In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab with regard to these disputed facts. (*Id.*)

10.     Juniper disputes Dr. Bahattab's Statement No. 10.  As stated above, prior to the commencement of discovery in this action, the declarations of Drs. Evens, Bodnar, and Kraft are not conclusive evidence on the issue of inventorship.  Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, genuine issues of material fact exist as to whether the co-authors of the Bodnar Paper are inventors of the '457 Patent.  (*See* Fisch Decl. Exhibit D, Bodnar Paper

at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.)  Juniper respectfully requests the opportunity to collect relevant documents and depose each of the declarants regarding their role and the roles of others in the preparation of the Bodnar paper and Dr. Bahattab's Provisional Application Paper.  (*See* Fisch Decl. ¶¶ 4-7.)  In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab with regard to these disputed facts.  (*Id.*)

**STATEMENT OF GENUINE ISSUES OF MATERIAL FACT**

1.    Genuine issues of material fact exist and discovery is required as to whether the '457 Patent should be found invalid due to Dr. Bahattab's failure to identify the proper inventors of the '457 Patent.  Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, Juniper respectfully requests the opportunity to collect relevant documents and depose each of the declarants regarding their role and the roles of others in the preparation of the Bodnar paper and Dr. Bahattab's Provisional Application Paper.  (*See* Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.)  In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab with regard to these disputed facts.  (*See* Fisch Decl. ¶¶ 4-7.)

2.    Genuine issues of material fact exist and discovery is required as to whether the '457 Patent should be found unenforceable due to Dr. Bahattab's failure to identify the proper inventors of the '457 Patent.  Because Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper (in that order), and because the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA, Juniper respectfully requests the opportunity to collect relevant documents and depose each of the declarants regarding their role and the roles of others in the preparation of the Bodnar paper and Dr. Bahattab's Provisional Application Paper.  (*See* Fisch Decl. Exhibit D, Bodnar

Paper at 207; Fisch Decl. Exhibit C, Provisional Application Paper at 61; Fisch Decl. ¶¶ 4-7.)  In addition, Juniper respectfully requests the opportunity to depose Dr. Bahattab with regard to these disputed facts.  (*See* Fisch Decl. ¶¶ 4-7.)

## ARGUMENT

## I.    LEGAL STANDARD GOVERNING SUMMARY JUDGMENT

### A.    Summary Judgment Should Only be Granted if there are No Genuine Issues of Material Fact

Summary judgment "should be rendered if the pleadings, the discovery and disclosure materials on file, and any affidavits [or declarations] show that there is no genuine issue as to any material fact and that the movant is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c); *see also Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247-48 (1986); *Holcomb v. Powell*, 433 F.3d 889, 895 (D.C. Cir. 2006).  "A fact is 'material' if a dispute over it might affect the outcome of a suit under the governing law; factual disputes that are 'irrelevant or unnecessary' do not affect the summary judgment determination."  *Holcomb*, 433 F.3d at 895 (quoting *Anderson,* 477 U.S. at 248).  An issue is "genuine" if the evidence is such that a reasonable jury could return a verdict for the non-moving party.  *See Anderson,* 477 U.S. at 248; *Holcomb*, 433 F.3d at 895.  When a motion for summary judgment is under consideration, "the evidence of the non-movant is to be believed, and all justifiable inferences are to be drawn in [her] favor." *Anderson*, 477 U.S. at 255; *see also Mastro v. Potomac Elec. Power Co.*, 447 F.3d 843, 849-50 (D.C. Cir. 2006).  On a motion for summary judgment, the Court must "eschew making credibility determinations or weighing the evidence." *Czekalski v. Peters*, 475 F.3d 360, 363 (D.C. Cir. 2007).

### B.    Pursuant to Rule 56(f), Summary Judgment is Rarely Granted When there has been No Opportunity for Discovery

Summary judgment ordinarily is not proper where the plaintiff has not been given adequate time for discovery.  *See, e.g., Comm. for Nuclear Responsibility, Inc. v. Seaborg,* 463

F.2d 783, 787-88 (D.C. Cir. 1971) ("Rule 56 clearly contemplates that the parties shall have [an] opportunity for deposition in order to establish the existence of a material issue"); *Sames v. Gable,* 732 F.2d 49, 51-52 (3d Cir. 1984) (reversing district court's entry of summary judgment for defendants where "pertinent discovery requests were outstanding").

As established by the Supreme Court, "[P]remature [summary judgment] motions can be . . . dealt with under Rule 56(f), which allows [deferral of] a summary judgment motion . . . if the nonmoving party has not had an opportunity to make full discovery." *Celotex Corp. v. Catrett,* 477 U.S. 317, 326 (1986). Federal Rule of Civil Procedure 56(f) thus functions to thwart a premature motion for summary judgment before any discovery has taken place. *See ASPCA v. Ringling Bros. and Barnum & Bailey Circus,* 502 F. Supp. 2d 103, 106 (D.D.C. 2007) ("[T]he purpose of Rule 56(f) is to prevent 'railroading' the non-moving party through a premature motion for summary judgment before the non-moving party has had the opportunity to make full discovery.") (quoting *Dickens v. Whole Foods Mkt. Group, Inc.,* No. 01-1054(RMC), 2003 U.S. Dist. LEXIS 11791, at *7 n.5 (D.D.C. Mar. 18, 2003)). Rule 56(f) specifically provides:

> Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

Fed. R. Civ. P. 56(f). Moreover, summary judgment should be denied "almost as a matter of course unless the non-moving party has not diligently pursued discovery of the evidence." *Friends v. Astrue,* No. 06-1762 (ESH), 2007 U.S. Dist. LEXIS 48161, at *11-*12 (D.D.C. Jul. 5, 2007) (denying defendant's motion for summary judgment where "plaintiff has submitted a valid Rule 56(f) affidavit and has not yet had the opportunity to conduct any discovery") (citing *Berkeley v. Home Ins. Co.,* 68 F.3d 1409, 1414 (D.C. Cir. 1995), *cert. denied,* 517 U.S. 1208 (1996)).

C.    **A Patent is Invalid Unless it Issues with the Proper Inventors; A Patent is Unenforceable if An Inventor Commits Inequitable Conduct Regarding Inventorship**

A patent is issued on the basis that all of the inventors are properly named; therefore, if an inventor is omitted, the patent is rendered invalid. *See* 35 U.S.C. §§ 102(f) and 116. In addition, the Federal Circuit has explained that, under 37 C.F.R. § 1.56, "[a]pplicants for patents have a duty to prosecute patents in the PTO with candor and good faith, including a duty to disclose information known to the applicants to be material to patentability. A breach of this duty may constitute inequitable conduct, which can arise from an affirmative misrepresentation of a material fact, failure to disclose material information, or submission of false material information, coupled with an intent to deceive or mislead the PTO." *Purdue Pharma L.P. v. Endo Pharms., Inc.*, 438 F.3d 1123, 1128-29 (Fed. Cir. 2006) (internal citations omitted). If the facts of materiality or intent are reasonably disputed, the issue is not amenable to summary disposition. *See Baker Oil Tools, Inc. v. Geo Vann, Inc.*, 828 F.2d 1558, 1566 (Fed. Cir. 1987). Thus, the presence of any genuine issue of material fact precludes partial summary judgment on Juniper's claim that Dr. Bahattab failed to comply with 35 U.S.C. §§ 102(f) and 116 and committed inequitable conduct with regard to inventorship. *See Fina Oil & Chem. Co. v. Ewen*, 123 F.3d 1466, 1474 (Fed. Cir. 1997) (vacating summary judgment where there existed a genuine issue of material fact regarding inventorship).

II.    **GENUINE ISSUES OF MATERIAL FACT PRECLUDE THE GRANT OF PARTIAL SUMMARY JUDGMENT**

Genuine issues of material fact exist with regard to Dr. Bahattab's motion for partial summary judgment, and thus Juniper respectfully requests that the Court deny Dr. Bahattab's motion in its entirety.

Bohdan Bodnar, Abdullah Ali Bahattab, Martha Evens, and George Kraft appear as co-authors of the Bodnar Paper, the Bodnar Paper discloses ARMA, and the Provisional Application Paper cites to the Bodnar Paper as the source for the choice to employ ARMA. (*See* Fisch Decl. Exhibit D, Bodnar Paper at 207; Fisch Decl. Exhibit C, Provisional Application

Paper at 61.)  Genuine issues of material fact thus exist regarding the proper inventors of the

'457 Patent, and regarding whether Dr. Bahattab committed inequitable conduct before the

Patent Office regarding inventorship.

　　　The four authors published the Bodnar Paper two months prior to Dr. Bahattab's filing of

his Provisional Application for the '457 Patent.  The order of the authors is not in alphabetical

order, and Dr. Bahattab is not the first-listed author.  (*See* Fisch Decl. Exhibit D, Bodnar Paper.)

That credit belonged to Dr. Bohdan Bodnar, a founder of the symposium at which the paper was

published, and the co-editor of the book in which the paper was published.  (*Id.*)  The Bodnar

Paper employs the first person plural throughout the paper: the words "we" and "our" appear no

less than 82 times in the paper, usually in the context of describing important actions taken by

the authors with respect to the research and analysis underlying the paper.  (*Id.*)

　　　Two years after Dr. Bahattab filed his application for the '457 Patent, the same group of

authors – Dr. Bahattab, Dr. Bodnar, Dr. Kraft, and Dr. Evens – published another paper treating

the same subject matter.  (*See* Fisch Decl. Exhibit E.)  "Producing a High Hit Ratio and Low

Search Time in Forwarding Routing Tables by Predicting IP Addresses," appeared as a

publication with Dr. Bahattab, Dr. Bodnar, Dr. Kraft, and Dr. Evens listed as co-authors.  (*Id.*)

In fact, a footnote by Dr. Bodnar's name in the byline states: "The work was done while Bodnar

was at Lucent in 2000."  (*Id.* at 2338.)  The provision of such a detail regarding Dr. Bodnar's

employment during the research phase underlying the paper certainly suggests that Dr. Bodnar's

role, as well as the roles of the other authors, was more than ceremonial in nature.

　　　Dr. Bahattab has apparently contacted the other authors of the Bodnar Paper in recent

months, obtaining from Dr. Bohdan Bodnar, Dr. Martha Evens, and Dr. George Kraft conclusory

affidavits disavowing authorship of the Bodnar Paper and inventorship of the '457 Patent.  As an

initial matter, the declarations of Martha Evens and Bohdan Bodnar are deficient and

inadmissible as summary judgment evidence, as both declarations are undated.  (*See* Motion,

Exhibit 2 at 2; Motion, Exhibit 3 at 2.)  The statutory authority for declarations provides that the

a declaration must be "dated."  *See* 28 U.S.C. § 1746.  In light of the explicit requirements of 28

U.S.C. § 1746, the declarations of Martha Evens and Bohdan Bodnar should not be considered by the Court as evidence for summary judgment.[3]  Moreover, such conclusory averments do not resolve the issues regarding the validity and enforceability of the '457 Patent, and are contradicted by the actions of the declarants over the past eight years in representing themselves on multiple occasions as active participants in the research and analysis underlying the invention claimed by the '457 Patent – *i.e.*, as potential inventors.

    In his Motion, Dr. Bahattab contends that the "disclosure" of the Bodnar article and its co-authors by way of a single bibliography reference that appears among 45 separate bibliography references at the end of the 127-page Provisional Application Paper properly disclosed the co-authors to the Patent Office.  (Motion at 5.)   This disclosure does not meet the requirements of 37 C.F.R. § 1.56(a) and 37 C.F.R. § 1.98(a)(1), which required Dr. Bahattab to disclose "all information known to be material to patentability," and provide an Information Disclosure Statement to the Patent Office with "a list of all patents, publications, applications, or other information submitted for *consideration* by the Office."  (Emphasis added.)  The regulation also required Dr. Bahattab to submit "a legible copy of . . . each publication . . . other than U.S. patents."  37 C.F.R. § 1.98(a)(2)(ii).  Dr. Bahattab thus failed to comply with his duty of disclosure pursuant to 37 C.F.R. § 1.56 by failing to list on his Information Disclosure Statement the Bodnar Paper and further failing to provide a copy of the Bodnar Paper to the Patent Office. Although Dr. Bahattab did submit an Information Disclosure Statement, that statement only disclosed two references for consideration by the Patent Office – neither being the Bodnar Paper. (*See* Fisch Decl. Exhibit C, at 45 & 53.)

---

[3] *See, e.g., Bonds v. Cox,* 20 F.3d 697, 702 (6th Cir. 1994) ("Although Bonds's additional affidavits were subscribed under penalty of perjury, they were undated.  Given the explicit language of the statute, they must therefore be excluded from consideration."); *Counts v. Kraton Polymers,* No. 06-4531, 2008 U.S. App. LEXIS 2187, at *6-*11 (6th Cir. Jan. 18, 2008) (finding that the District Court did not abuse its discretion in striking employee's declarations on ground that they were undated, where the District Court held:  "It is appropriate to substitute a declaration for a Federal Rule of Civil Procedure 56(e) affidavit.  But it is not permissible to present an undated declaration that lacks a discernible date of signing as summary judgment evidence.").

Thus, for the past eight years, Dr. Bodnar, Dr. Evens, and Dr. Kraft have represented themselves as active participants in the research and analysis underlying the invention claimed in the '457 Patent.  To this day, Dr. Bodnar, Dr. Evens, and Dr. Kraft appear as co-authors in the published version of the Bodnar Paper.  Accordingly, the conclusory declarations submitted by Dr. Bodnar, Dr. Evens, and Dr. Kraft do not resolve any issues of fact for purposes of Dr. Bahattab's Motion.  Because genuine issues of fact exist regarding (1) the proper inventors of the '457 Patent and (2) Dr. Bahattab's conduct before the PTO in failing to disclose the identity of his co-authors, Dr. Bahattab's Motion should be denied.

### III.    BAHATTAB'S PARTIAL SUMMARY JUDGMENT MOTION SHOULD BE DENIED TO ALLOW JUNIPER TO TAKE RELEVANT AND NECESSARY DISCOVERY

Discovery regarding the inventorship of the '457 Patent is critical in light of the tangled history of publications underlying the '457 Patent.  As a result, Juniper respectfully submits that it should be permitted to take discovery regarding these issues as relevant to its claims against Dr. Bahattab for declaratory judgment of invalidity and unenforceability of the '457 Patent.

Pursuant to Rule 56(f), Dr. Bahattab's motion should be denied because Juniper needs relevant discovery concerning the role of Dr. Bodnar, Dr. Evens, and Dr. Kraft in the development of the technology that eventually issued as the '457 Patent, as manifested in the multiple publications on which Bohdan Bodnar, Martha Evens, and George Kraft appear as co-authors.  (*See* Fisch Decl. ¶¶ 4-7.)  Juniper reasonably needs and should be allowed to issue document requests and subpoenas to, and take the depositions of, Drs. Bahattab, Bodnar, Evens, and Kraft to ascertain their respective roles in the development of the technology that eventually issued as the '457 Patent.  (*Id.*)

Pursuant to Rule 56(f), Dr. Bahattab's motion should be denied because relevant discovery is needed concerning Dr. Bahattab's conduct before the Patent Office in prosecuting the '457 Patent.  (*Id.*)  Juniper reasonably needs and should be allowed to issue document

requests to, and take the deposition of, Dr. Bahattab regarding the disclosures he made to the Patent Office in prosecuting the '457 Patent.  (*Id.*)

## IV.    JUNIPER'S COMPLAINT IS PROPERLY PLED

Dr. Bahattab confuses the standard for a well-pled complaint with that of proving and ultimately prevailing on inequitable conduct.  (Motion at 4-5.)  Juniper is not required to meet a "clear and convincing" standard in its Complaint on its claims of inequitable conduct, as suggested by Dr. Bahattab.  In keeping with the proper pleading standard, Juniper's Complaint apprises Dr. Bahattab of the claim of inequitable conduct in a manner that permits a responsive pleading and is well pled with respect to the allegations of inequitable conduct.  *See Mars Inc. v. JCM Am. Corp.*, No. 05-3165, 2006 U.S. Dist. LEXIS 67530, at *25 (D.N.J. June 14, 2006) ("Because the Defendants' Answer discloses the name of the prior relevant art and the acts of alleged fraud, the Defendants' inequitable conduct allegations apprise Mars of the claim against it in a manner that permits a responsive pleading.").

Courts generally hold that allegations of inequitable conduct must be stated with particularity pursuant to Rule 9(b).  *See e.g., Intex Recreation Corp. v. Team Worldwide Corp.,* 390 F. Supp. 2d 21, 23-24 (D.D.C. 2005); *Medimmune, Inc. v. Centocor, Inc.,* 271 F. Supp. 2d 762 (D. Md. 2003).  Rule 9(b) requires that, "In all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity.  Malice, intent, knowledge and other conditions of mind of a person may be averred generally."  Fed. R. Civ. P. 9(b).  "Accordingly, the 'circumstances' required to be pled with particularity are the time, place, and contents of the inequitable conduct, as well as the identity of the parties responsible for the inequitable conduct."  *Medimmune,* 271 F. Supp. 2d at 772 (finding that plaintiff's amended complaint, which alleged that applicants had deceived the PTO by failing to disclose an article that constituted material prior art, satisfied the requirements of Rule 9(b)).  Although the "circumstances" of the inequitable conduct should be pled with particularity, Rule 9(b) "allows intent to deceive to be averred generally."  *Medimmune,* 271 F. Supp. 2d at 772; *see also*

- 18 -

*McKesson Info. Solutions, LLC v. TriZetto Group, Inc.,* No. 04-1258, 2005 U.S. Dist. LEXIS 6733, at *5-*8 (D. Del. Apr. 20, 2005) (without any discussion of the intent to deceive element or its relevance to the 9(b) requirements, finding that defendants adequately pled an inequitable counterclaim against plaintiff by alleging both the relevant prior art and the alleged acts of fraudulent behavior).

Juniper has alleged that (1) Dr. Bahattab failed to disclose to the Patent Office during prosecution of the '457 Patent the existence of the co-authored Bodnar Paper, (2) that the Bodnar Paper discloses the same subject matter as the '457 Patent, and (3) that Dr. Bahattab was aware of and violated the duty of candor and good faith, with an intent to mislead or deceive the PTO in withholding the prior art.  (*See* Docket No. 1, Complaint, ¶¶ 20-27.)  These allegations meet the requirements of Rule 9(b) as they state with particularity the time, place, and contents of the inequitable conduct, as well as the identity of the parties responsible for the inequitable conduct. *See Medimmune;* 271 F. Supp. 2d at 772; *McKesson,* 2005 U.S. Dist. LEXIS 6733, at *5-*8.

The fact that Juniper prefaced certain of its allegations with the phrase "on information and belief" does not undermine the specificity of Juniper's allegations for Rule 9(b) purposes, as Dr. Bahattab suggests in his motion.  (Motion at 4.)  *See, e.g., Dataquill Ltd. v. Handspring, Inc.,* No. 01 C 4635, 2001 U.S. Dist. LEXIS 15832, at *10-*11 (N.D. Ill. Oct. 4, 2001) (holding that defendant sufficiently pled inequitable conduct, and that "Handspring's allegations are not made insufficient because they are prefaced with language stating that they are 'based on information and belief'"); *Mars,* 2006 U.S. Dist. LEXIS 67530, at *3-*5 (finding defendants' inequitable conduct allegations sufficiently pled under Rule 9(b) despite being prefaced by the phrase, "on information and belief").

## CONCLUSION

For the foregoing reasons, Juniper respectfully requests that this Court deny Bahattab's Motion for Partial Summary Judgment and grant Juniper the opportunity to take discovery pursuant to its Rule 56(f) declaration, and order such other relief as it deems necessary.

Respectfully submitted,


____/s/ Alan M. Fisch_____
Alan M. Fisch (DC-453068)
afisch@kayescholer.com
Jason F. Hoffman (DC-467827)
jahoffman@kayescholer.com
David L. Cousineau (DC-482691)
dcousineau@kayescholer.com
KAYE SCHOLER LLP
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
(202) 682-3500 telephone
(202) 682-3580 facsimile


*Attorneys for Plaintiff*
Dated: May 13, 2008                    *Juniper Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court for the District of Columbia and served on all counsel of record via the CM/ECF system on May 13, 2008.

_____ /s/ Alan M. Fisch _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JUNIPER NETWORKS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07cv1771-PLF |
| | ) | |
| **ABDULLAH ALI BAHATTAB,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RULE 56(F) DECLARATION OF ALAN M. FISCH
## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Alan M. Fisch, hereby declare as follows:

1.     I am counsel for Plaintiff Juniper Networks, Inc. ("Plaintiff" or "Juniper"). I am a member in good standing of this Court and the bar of the District of Columbia. I make this declaration on personal knowledge. Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, I make this declaration in support of Juniper's request for discovery and in opposition to Defendant Abdullah Ali Bahattab's ("Defendant" or "Dr. Bahattab") Motion for Partial Summary Judgment (the "Motion").

2.     No discovery schedule has been set in this case at this time, and no discovery has yet been taken. By Order dated May 7, 2008, this Court has set a Meet and Confer Status Conference for May 29, 2008, at 9:15 a.m. The parties are to meet, confer, and file a Joint Report pursuant to Local Rule 16.3 by May 22, 2008.

3.     Dr. Bahattab has not provided Juniper with any documents or other sources of information pertaining to this matter apart from attaching Exhibits 1-5 to Dr. Bahattab's Motion.

Exhibits 1-5 of Dr. Bahattab's Motion are: a copy of Dr. Bahattab's initial patent application, a copy of U.S. Patent No. 6,816,457 ("the '457 Patent"), and the declarations of Dr. Martha Evens, Dr. Bohdan Bodnar, and Dr. George Kraft.

    4.      On the basis of a careful assessment of Juniper's Complaint and the present record, I believe that Juniper needs discovery for the reasons set forth in Plaintiff Juniper Networks, Inc.'s Memorandum of Law in Opposition to Defendant Bahattab's Motion for Partial Summary Judgment and for the reasons detailed in Juniper's Statement of Genuine Issues of Material Fact.

    5.      The present record reveals that genuine issues of material fact exist and discovery is required as to:

        a.    whether the '457 Patent should be found invalid due to Dr. Bahattab's failure to identify the proper inventors of the '457 Patent to the Patent and Trademark Office (the "Patent Office"); and

        b.    whether the '457 Patent should be found unenforceable due to Dr Bahattab's failure to identify the proper inventors of the '457 Patent to the Patent Office.

    6.      Because genuine issues of material fact exist, Juniper reasonably needs and should be allowed to issue document requests and subpoenas to, and take the depositions of, declarants Dr. Bohdan Bodnar, Dr. Martha Evens, and Dr. George Kraft regarding their role and the roles of others in the preparation of the Bodnar Paper and Dr. Bahattab's initial patent application.

    7.      Further, because genuine issues of material fact exist, Juniper reasonably needs and should be allowed to serve document requests and interrogatories on Dr. Bahattab, and to

take the deposition of Dr. Bahattab regarding his role and the roles of others in the preparation of the Bodnar Paper and Dr. Bahattab's initial patent application.

8.    A true and correct copy of the '457 Patent is attached hereto as Exhibit A.

9.    A true and correct copy of the Provisional Application prosecution history of the '457 Patent, as obtained from the Patent Office, is attached hereto as Exhibit B.  The Provisional Application includes a 127 page paper entitled "Predictive Router Line Card Cache Population."

10.    A true and correct copy of the prosecution history of the '457 Patent, as obtained from the Patent Office, is attached hereto as Exhibit C.  My firm has added page numbers to Exhibit C that appear in the bottom right corner of each page.

11.    A true and correct copy of Bohdan Bodnar, Abdullah Ali Bahattab, George Kraft, and Martha Evens, Predicting IP Addresses to Speed Up Routing Lookup, in Proceedings of the Applied Telecommunication Symposium (ATS '00), 207-13, Washington, DC, April 16-20, 2000 (Bohdan Bodnar & Ariel Sharon eds., 2000) (the "Bodnar Paper") is attached hereto as Exhibit D.  The Bodnar Paper has been copied from a hardcover book, and the copy includes the title page, copyright page, preface, and table of contents.

12.    A true and correct copy of Abdullah Ali Bahattab, Bohdan Bodnar, George Kraft, and Martha Evens, Producing a High Hit Ratio and Low Search Time in Forwarding Routing Tables by Predicting IP Addresses, Global Telecommunications Conference, Globecom '02, 2338-44, Nov. 17-21, 2002 IEEE Vol. 3, Issue 17-21 is attached hereto as Exhibit E.

I declare under the penalty of perjury that the foregoing is true and correct.

_Alan M. Fisch_
Alan M. Fisch

Executed on:  May 13, 2008

# EXHIBIT A



US006816457B1

(12) **United States Patent**   (10) **Patent No.:** **US 6,816,457 B1**
Bahattab   (45) **Date of Patent:** **Nov. 9, 2004**

(54) **PREDICTIVE ROUTING TABLE CACHE POPULATION**

(76) Inventor: **Abdullah Ali Bahattab**, 3100 S. Michigan Ave., Apt. #902, Chicago, IL (US) 60616

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 844 days.

(21) Appl. No.: **09/633,754**

(22) Filed: **Aug. 7, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/208,888, filed on Jun. 2, 2000.

(51) Int. Cl.$^7$ ............................................. **H04L 12/56**
(52) U.S. Cl. ...................................... **370/232;** 370/234
(58) Field of Search ................................ 370/229, 230, 370/230.1, 231, 232, 234, 235, 389, 392, 395.7, 428, 429, 395.2, 395.21

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,488,608 A * 1/1996 Flammer, III ............... 370/400
6,118,760 A * 9/2000 Zaumen et al. ............. 370/229

* cited by examiner

*Primary Examiner*—Alit Patel
*Assistant Examiner*—William Schultz
(74) *Attorney, Agent, or Firm*—DeMont & Breyer, LLC

(57) **ABSTRACT**

A router and method for routing table cache population technique is disclosed. In particular, the illustrative embodiment routes packets through it more quickly than comparatively expensive routers in the prior art. The present invention recognizes that a fast router has small routing table cache that has a high hit ratio and that a high hit ratio can be achieved with a small routing table cache by predicting which entries will be needed in the routing table cache in the future and by populating the routing table cache with those entries before they are needed. The illustrative embodiment of the present invention comprises: an input port for receiving a succession of packets, wherein each of the packets comprises a destination address; a plurality of output ports; a switching fabric for interconnecting the input port to each of the plurality of output ports; a processor or building a temporal model of the occurrence of the destination addresses at the input port, for populating the routing table cache based on the temporal model and at least one entry that is stored in a routing table, and for routing at least one of the packets from the input port to one of the output ports through the switching fabric based on the entry that is stored in the routing table cache.

**2 Claims, 5 Drawing Sheets**





Fig. 1

Case 1:07-cv-01771-PLF-AK    Document 19-3    Filed 05/13/2008    Page 4 of 12



FIG. 2

FIG. 3



FIG. 4



FIG. 5



FIG. 6



US 6,816,457 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**PREDICTIVE ROUTING TABLE CACHE POPULATION**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/208,888, filed Jun. 2, 2000, which provisional application is incorporated by reference.

FIELD OF THE INVENTION

The present invention relates to telecommunications and computer networks in general, and, more particularly, to the design of a router for use in a packet network.

BACKGROUND OF THE INVENTION

In a packet network, the finite speed of light and the finite speed at which a router can operate precludes the traversal of a packet from one side of the network to another instantaneously. Therefore, there is always some delay between when a transmitting network terminal transmits a packet and when the receiving network terminal receives the packet.

In some cases, this delay is unimportant. For example, some data (e.g., most e-mail messages, etc.) is not perishable or highly time-sensitive and the sender and receiver of the data might consider it unimportant whether the packet takes 5 milliseconds, 5 seconds or even 5 minutes to traverse the network. In contrast, other data (e.g., voice, full-motion video, instant messaging, etc.) is perishable or highly time-sensitive, and, therefore, the sender and receiver of the data might consider it very important that the packets traverse the network quickly.

When packet networks were originally conceived and designed and constructed, little or no consideration was given to ensuring that a fixed number of packets could be sent across a packet network with a maximum delay. Average delays were considered, and packet networks were engineered to consider average delays, but little or no consideration was given to engineering the maximum delay. Increasingly, however, packet networks are being considered for carrying time-sensitive data for applications such as Internet telephony and television broadcasting.

Perhaps the most significant source of delay in a packet network is due to the speed at which the routers operate. It is well known in the prior art how to make and use fast routers, but their extra speed comes at a price, and, therefore, it is not typically economical to build them. In fact, it is well known in the prior art how to trade cost for performance when designing and building routers.

Nevertheless, the need exists for a router that is more powerful than comparatively expensive routers in the prior art.

SUMMARY OF THE INVENTION

The present invention is a router and routing table cache population technique that avoids some of the costs and disadvantages associated with techniques in the prior art. In particular, the illustrative embodiment routes packets through it more quickly than comparatively expensive routers in the prior art.

The present invention recognizes that a router with a small routing table cache can be fast if the routing table cache has a high hit ratio, and that a high hit ratio can be achieved by predicting which entries will be needed in the routing table cache in the future and by populating the routing table cache with those entries before they are needed. In accordance with the illustrative embodiment of the present invention, this is accomplished by: (i) building one or more temporal models of the occurrence of needed entries based on empirical data, (ii) by using the temporal model(s) to predict which entries are most likely to be needed at some time in the future, and (iii) by populating the router table cache with those entries before they are needed.

The illustrative embodiment of the present invention comprises: an input port for receiving a succession of packets, wherein each of the packets comprises a destination address; a plurality of output ports; a switching fabric for interconnecting the input port to each of the plurality of output ports; a processor or building a temporal model of the occurrence of the destination addresses at the input port, for populating the routing table cache based on the temporal model and at least one entry that is stored in a routing table, and for routing at least one of the packets from the input port to one of the output ports through the switching fabric based on the entry that is stored in the routing table cache.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention.

FIG. 2 depicts a block diagram of the salient components of input port 101, which is a component of the router in FIG. 1.

FIG. 3 is a graph that depicts the relationship of the hit ratio of routing table cache 203 as a function of the number of entries in routing table cache 203.

FIG. 4 is a graph that depicts the relationship of the average search time for routing table cache 203 as a function of the number of entries in routing table cache 203.

FIG. 5 depicts a flowchart of the salient steps performed by router 100 each time it receives and routes a packet.

FIG. 6 depicts a flowchart of the steps involved in periodically or sporadically generating a temporal model, as depicted in FIG. 5.

DETAILED DESCRIPTION

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention. Because the nomenclature of packet networking is not well standardized, a router is sometimes called a "packet switch," a "datagram switch," a "cell switch," an "ATM switch," a "gateway," a "firewall," or a "bridge" depending on the purpose for which it is being used and on the educational and industrial background of the person using the term. However, for the purposes of this specification, a "router" is defined as a switch that is capable of receiving one or more packets, each of which comprises a destination address, and of routing each packet to an output port based on that destination address.

Router 100 comprises: input port 101, a plurality of output ports, output port 102-1 through 102-j, switching fabric 103, and router table 104, all interconnected as shown. Some embodiments of the present invention have more than one input port, and in those cases each input port works in the same manner as input port 101 and each contends with the others for access to routing table 104.

As is clear to those skilled in the art, switching fabric 103 is a space-division switch or a time-division switch or any combination of space-division switches and time-division switches (e.g., a space-time-space-division switch, etc.) that

**3**

is capable of transporting a packet from input port **101** to one of output ports **102-1** through **102-***j* under the direction of input port **101**. It will be clear to those skilled in the art how to make and use switching fabric **103**.

Routing table **104** is a table that contains a plurality of entries. For the purpose of this specification, an "entry" is defined as a mapping of one or more network addresses to one or more output ports of a router. When an entry maps a network address to more than one of a router's output ports, the entry might implicitly or explicitly prioritize those output ports so that, for example, if one is congested, another might be used. Table 1 depicts an illustrative portion of routing table **104** that contains five illustrative entries, wherein the destination addresses are depicted in IPv4 dotted-decimal notation. The first four illustrative entries (i.e., 110.23.43.15/102-73, 110.23.43.16/102-13, 110.23.43.17/102-44, and 110.23.43.18/102-26) are illustrative of individual network addresses. The fifth illustrative entry (i.e., 112.7.111.x/102-15) is illustrative of an entry in which more than one network address is mapped to one of a router's output ports. It will be clear to those skilled in the art how to make and use embodiments of the present invention with other network addresses in other formats such as IPv6.

TABLE 1

| Portion of Routing Table 104 | |
| --- | --- |
| Network Address | Output Port |
| . . . | . . . |
| 110.23.43.15 | 102-73 |
| 110.23.43.16 | 102-13 |
| 110.23.43.17 | 102-44 |
| 110.23.43.18 | 102-26 |
| . . . | . . . |
| 112.7.111.x | 102-15 |
| . . . | . . . |

Routing table **104** can comprise a large number of entries (e.g., thousands, millions, billions, etc.), and therefore, whether routing table **104** resides in random access memory (e.g., semiconductor memory, etc.) or not (e.g., hard disk, etc.), the shear number of entries in routing table **104** can cause the process of looking up a needed entry to be slow regardless of the data structure employed for storing the entries. Furthermore, when an embodiment of the present invention comprises more than one output port, the contention among the input ports can exacerbate the average latency associated with the process of looking up a needed entry in routing table **104**. It will be clear to those skilled in the art how to make and use routing table **104**.

Output ports **102-1** through **102-***j* comprises the interface circuitry for receiving packets from switching fabric **103** and for transmitting the departing packets on the appropriate output. It will be clear to those skilled in the art how to make and use output ports **102-1** through **102-***j*.

FIG. 2 depicts a block diagram of the salient components of input port **101**, which comprises: processor **201** and memory **202**, which itself comprises routing table cache **203**. Processor **201** is a special-purpose processor or a general-purpose processor whose instructions are stored in memory **202** or a combination of the two. Memory **202** is advantageously a small, fast semiconductor memory that holds the instructions and data for processor **201**.

To ameliorate the latency associated with looking up routing information in routing table **104**, input port **101** advantageously comprises routing table cache **203**. Routing

**4**

table cache **203** is a cache memory that advantageously holds the most frequently accessed entries of routing table **104**. Table 2 depicts an illustrative portion of routing table cache **203**.

TABLE 2

| Portion of Routing Table Cache 203 | |
| --- | --- |
| Network Address | Output Port |
| . . . | . . . |
| 110.23.43.15 | 102-73 |
| 110.23.43.18 | 102-26 |
| . . . | . . . |

Typically, it is faster for processor **201** to retrieve an entry from routing table cache **203** than it is for processor **201** to retrieve the same entry from routing table **104** for three reasons. First, because routing table cache **203** is smaller than routing table **104**, routing table cache **203** is typically stored in a physically faster memory than is routing table **104** (e.g., semiconductor RAM vs. hard disk, etc.). Second, processor **201** does not have to contend with other processors for access to routing table cache **203**, whereas processor **201** would have to contend for access to routing table **104** when router **100** comprises a plurality of input ports. And third, because the number of entries in routing table cache **203** is typically orders of magnitude smaller than the number of entries in routing table **104**, the process of searching through routing table cache **203** for a needed entry is typically much smaller than is the process of searching through routing table **104** for the same entry, regardless of the data structure employed.

It will be clear to those skilled in the art how to decide how many entries routing table cache **203** should contain. In deciding this number, there are two factors that are advantageously considered.

First, as shown in FIG. **3**, as the number of entries in routing table cache **203** increases, the hit ratio also increases, albeit with diminishing returns. This suggests that router **100** can be made faster by increasing the number of entries in routing table cache **203**. For the purposes of this specification, the phrase "hit ratio" is defined as the ratio of the number of entries that processor **201** finds in routing table cache **203** divided by the total number of entries that processor **201** needs.

Second, as shown in FIG. **4**, as the number of entries in routing table cache **203** increases, the time it takes processor **201** to search through routing table cache **203** to find a needed entry also increases. This suggests that router **100** can be made faster by decreasing the number of entries in routing table cache **203**.

Although these two factors might seem to cancel each other, in general, the speed of router **100** is improved by having a small cache that is populated so as to have as high a hit ratio as possible.

The illustrative embodiment of the present invention seeks to have a high hit ratio by proactively populating routing table cache **203**. In particular, the illustrative embodiment populates routing table cache **203** by: (i) building a temporal model of the occurrence of needed entries based on empirical data, (ii) by using the temporal model to predict which entries are most likely to be needed at some time in the future, and (iii) by populating router table cache **203** with those entries before they are needed. This is in contrast to routing table cache population techniques in the prior art that are either: (i) random, or (ii) reactive.

A brief discussion of how router **100** would be populated in accordance with some routing table cache population

US 6,816,457 B1

5

techniques in the prior art will facilitate an understanding of how it is populated in accordance with the illustrative embodiment and will also assist in understanding the difference between the prior art and the illustrative embodiment.

One routing table cache population technique in the prior art is the "random population technique." In accordance with the random population technique, routing table cache **203** would be populated with entries from routing table **104** that were selected at random. In other words, if routing table **104** contained n entries, the probability that routing table cache **203** would be populated with any given entry would be 1/n. Furthermore, in accordance with the random population technique, once routing table cache **203** was populated, its contents would not be changed in response to empirical data on which entries were actually needed. The advantage of the random population technique is that it requires little processing overhead, but the disadvantage is that it has a very low hit ratio—so low, in fact, that the random population technique is not much better than, and is possibly worse than, having no routing table cache at all.

Another routing table cache population technique in the prior art is the "random replacement technique." In accordance with this technique, routing table cache **203** would be initially populated with entries from routing table **104** that were selected at random. Thereafter, when processor **201** accessed a particular entry in routing table cache **203** (i.e., a cache hit), processor **201** would do nothing to routing table cache **203**, but when processor **201** did not find a needed entry in routing table cache **203** (i.e., a cache fault) and had to resort to routing table **104** for the entry, processor **201** would randomly replace an entry in routing table cache **203** with the entry just retrieved from routing table **104**. The theory underlying this technique is based on the recognition that an entry that has been needed once is more likely to be needed again than is a randomly-chosen entry, and, therefore, this technique seeks to improve the hit ratio (in comparison to the random population technique) by seeking to anticipate what entries will be needed in the future. The advantages of the random replacement technique are that it requires little processing overhead and that it usually has a higher hit ratio than the random population technique. It is disadvantageous, however, in that it does not take into consideration what entries are deleted and might delete a commonly needed entry. Furthermore, in contrast to the illustrative embodiment of the present invention, the random replacement technique is reactive, which means that it would only populate routing table cache **203** with an entry in reaction to a need for that entry. That is, it only populates routing table cache **203** with an entry after than entry has been needed, in contrast to the present invention which populates routing table cache **203** with entries before they are needed. The random replacement technique is advantageous in that it requires little processing overhead, which decreases the average delay through router **100**.

A third replacement technique in the prior art is the "least-recently-used" or "LRU" technique. In accordance with the least-recently-used technique, routing table cache **203** would be initially populated with entries from routing table **104** that were selected at random. Thereafter, processor **201** would keep track of how recently each entry in routing table cache **203** was accessed. When processor **201** accesses a particular entry in routing table cache **203** (i.e., a cache hit), that entry would be marked as having been recently used, but when processor **201** did not find a needed entry in routing table cache **203** (i.e., a cache fault) and was forced to resort to routing table **104** for the entry, processor **201**

6

would replace the least-recently-used entry in routing table cache **203** with the entry just retrieved from routing table **104**. The theory underlying this technique is based on the recognition that an entry that has been recently used is more likely to be needed again than is the least-recently-used entry. The least-recently-used technique is advantageous in that it has a high hit ratio relative to all known routing table cache replacement techniques in the prior art. The least-recently-used technique is disadvantageous in that it requires that processor **201** spend a great deal of time keeping track of how recently each entry in routing table cache **203** is accessed, which increases the average delay through router **100**. But like the random population technique and the random replacement technique, and in contrast to the illustrative embodiment, the least-recently-used technique is reactive.

FIG. 5 depicts a flowchart of the operation of the illustrative embodiment of the present invention, which seeks to have a high hit ratio by predictively populating routing table cache **203**.

At step **501**, processor **201** initially populates routing table cache **203** with entries from routing table **104** that are selected at random. It will be clear to those skilled in the art how to perform step **501**.

At step **502**, as input port **101** receives a temporal succession of packets, each of which comprises a destination address. As part of step **502**, processor **201** examines each packet to determine the network address to which the packet is addressed. It will be clear to those skilled in the art how to perform step **502**.

At step **503**, processor **201** retrieves the routing information for each destination address from routing table cache **203**, if possible, and from routing table **104**, if necessary. For example, if the network address to which the packet is addressed is "110.23.43.18," then processor **201** only need look in routing table cache **203** to determine that the packet is to be transmitted via output port **102-6** (see Table 2). Alternatively, if the network address to which the packet is addressed is "110.23.43.17," then processor **201** cannot learn from routing table cache **203** how to direct the packet and must query routing table **104** to learn that the packet is to be transmitted via output port **102-4** (see Table 1). It will be clear to those skilled in the art how to perform step **503**.

At step **504**, processor **201** transmits each packet and the information on how it should be routed (i.e., the output port to which it should be routed) to switching fabric **103**, which transports it to the appropriate port. It will be clear to those skilled in the art how to perform step **504**.

At step **505**, processor **201** continually compiles statistics on the temporal succession of packets. In particular, processor **201** advantageously counts how many times each entry is needed in a short time interval, such as 2 milliseconds, over a longer time horizon, such as 1 second. For example, processor **201** advantageously knows how many times each entry was needed in each 2 millisecond interval during the prior 1 second. Therefore, processor **201** retains a data set (i.e., 500 data points) for each destination address. Table 3 depicts an illustrative portion of the information compiled and retained in step **505**.

US 6,816,457 B1

7

TABLE 3

500 Data Points for Destination Addresses

| Time | ... | Address 110.23.43.17 | Address 110.23.43.18 | ... |
|------|-----|----------------------|----------------------|-----|
| t = 0 | ... | 5 | 1 | ... |
| t = −2 ms | ... | 0 | 3 | ... |
| t = −4 ms | ... | 5 | 0 | ... |
| t = −6 ms | ... | 0 | 0 | ... |
| t = −8 ms | ... | 5 | 2 | ... |
| t = −10 ms | ... | 0 | 0 | ... |
| t = −12 ms | ... | 5 | 14 | ... |
| t = −14 ms | ... | 0 | 4 | ... |
| ... | ... | ... | ... | ... |
| t = −998 ms | ... | 5 | 12 | ... |
| t = −1000 ms | ... | 0 | 5 | ... |

The purpose of step **505** is to compile data on the need for each needed entry so as to determine if patterns can be discerned. For example, an examination of Table 3 reveals a clear pattern of the need for the entry for network address 110.23.43.17 (i.e., it is needed in alternating 2 millisecond intervals) but no such clear pattern is immediately apparent for the entry for network address 110.23.43.18. But merely because no such pattern is immediately apparent does not mean that a real pattern does not exist, and, therefore, the illustrative embodiment employs mathematical tools to reveal the patterns.

As part of step **505**, processor **201** periodically or sporadically determines the autocorrelation for each data set because it provides useful insight into the existence of temporal patterns within each data set. When the autocorrelations for each destination address are computed, a strong correlation is revealed to exist in some of the data points, which only a weak correlation is indicated in others. The utility of this difference will be revealed in step **601**, which is discussed below. The illustrative embodiment computes the autocorrelation for each destination address with a lag of k=n/4=125. The autocorrelation for a data set of n data points, with lag k, is given by:

$$r_k = \frac{\sum_{t=1}^{N-k} (x_t - \bar{x})(x_{t+k} - \bar{x})}{\sum_{t=1}^{N} (x_t - \bar{x})^2}$$  (Eq. 1)

At step **506**, processor **201** periodically or sporadically builds a temporal model for the data set associated with each destination address. In accordance with the illustrative embodiment, and as shown in FIG. 6, the building of the temporal model comprises two stages:

1. the segregation stage, and
2. the determination stage.

At step **601**, the segregation stage, the illustrative embodiment determines which of the data sets (whose autocorrelation was computed in step **505**) are highly correlated and which are not. To do this, processor **201** determines a confidence band equal to

$$2\left(\frac{\pm 2}{\sqrt{n}}\right),$$

where n is the number of data points (e.g., 500) in each data set. After the autocorrelation function for all lags is computed, then the mean of the autocorrelation functions is

8

also computed. If the mean for a data set is greater than or equal to the confidence band, the illustrative embodiment considers that data set to be highly correlated; otherwise it considers it to be not highly correlated.

At step **602**, the determination stage, the illustrative embodiment selects a temporal model structure for each data set associated with each destination address. In other words, the illustrative embodiment seeks to select the temporal model structure for each data set that best predicts the future occurrence of the destination address associated with the data set. In accordance with the illustrative embodiment of the present invention, processor **201** builds one temporal model based on the highly correlated data sets to predict the occurrence of all destination addresses whose data sets are highly correlated and builds one temporal model based on the not-highly correlated data sets to predict the occurrence of all destination addresses whose data sets are not-highly correlated.

For the highly correlated data sets, the illustrative embodiment uses the autoregressive moving-average model (1, 2) structure

$$W_t = \Phi_1 w_{t-1} + a_{t-1} - \Theta_2 a_{t-2} + a_t$$  (Eq. 2)

and for the not highly correlated data sets, the illustrative embodiment uses the autoregressive moving-average model (1, 3) structure

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} - \Theta_3 a_{t-3} + a_t$$  (Eq. 3)

where $W_t$ is the value of the data point in a series after subtracting the mean of the series, $\Phi$ is the autoregressive parameter, which describes the effect of unit change in $W_{t-1}$ on $W_t$, $\Theta$ is the moving average parameter, (2 or 3) refers to the number of moving average parameters, and $a_t$ is the white noise error.

It will be clear to those skilled in the art, however, that in alternative embodiments of the present invention other temporal model structures can be used. For example, one temporal model structure can be used for all of the data sets which obviates the necessity for computing autocorrelation of each data set and of categorizing each data set based on its correlation value. Furthermore, it will be clear to those skilled in the art how to categorize each data set into two or more categories and to select different temporal model structures for each category. And still furthermore, it will be clear to those skilled in the art how to choose different temporal model structures than those shown above.

Next, processor **201** builds a temporal model for each of a randomly selected number (e.g., 10 to 20) of destination addresses that have highly correlated data sets and for each of a randomly selected number (e.g., 10 to 20) of destination addresses that do not have highly correlated data sets. The reason that only a few models are built is because can be too computationally burdensome for processor **201** to build a different temporal model for each data set, and at least one of the temporal models that are built are likely to provide an acceptable model for the other data sets. In alternative embodiments of the present invention, processor **201** builds a unique temporal model for each data set. It will be clear to those skilled in the art how to determine the number of models built given the computational resources available.

Next, processor **201** selects one temporal model from the dozen or so that were built in step **602** to use with all of the data sets that are highly correlated and one temporal model from the dozen or so that were built in step **602** to use with all of the data sets that are not highly correlated. To chose the best model for each group of data sets, the illustrative

US 6,816,457 B1

<table>
<tr><td>9</td><td>10</td></tr>
</table>

embodiment advantageously uses the mean absolute error (MAE). This is done by determining which model does the best job of predicting the occurrence of not only its own future addresses, but also the best job of predicting the occurrence of the future addresses of the other addresses for which models were built in step **602**. The best model is the one that in general has the lower values of mean absolute error for the data of the other addresses.

At the end of step **506**, one temporal model is advantageously selected for predicting the occurrence of addresses associated with highly correlated data sets and a second temporal model is advantageously selected for predicting the occurrence of addresses associated with not highly correlated data sets.

At step **507**, processor **201** periodically or sporadically repopulates routing table cache **203** based on the temporal models built in step **506** and on the entries in routing table **104**. To accomplish this, processor **201** advantageously uses the model for the highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (i.e., 2 milliseconds). If the model predicts that the destination address will be needed in the next time interval, processor **201** retrieves the entry for that destination address from routing table **104** and populates routing table cache **203** with that entry. If the model does not predict the occurrence of that destination address in the next time interval, then processor **201** does nothing.

If, after processor **201** has predicted the occurrence of each destination address associated with the highly correlated data, there is space in routing table cache **203** processor **201** next uses the model for the not highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (i.e., 2 milliseconds). If the model predicts that the destination address will be needed in the next time interval, processor **201** retrieves the entry for that destination address from routing table **104** and populates routing table cache **203** with that entry. If the model does not predict the occurrence of that destination address in the next time interval, then processor **201** does nothing. The reason processor **201** populates routing table cache **203** with the highly correlated data first is because if there isn't room in routing table cache **203** for both the highly correlated data and the not highly correlated data, the highly correlated data sets should have priority.

To ameliorate interruptions, routing table cache **203** should comprises two portions, one of which is active and being used for routing packets and the other which is inactive and being populated in accordance with step **507**. This enables the predicted entries to be populated in the inactive portion and to switch that portion to active at the appropriate time.

After step **507**, control returns to step **502**.

It is to be understood that the above-described embodiments are merely illustrative of the present invention and that many variations of the above-described embodiments can be devised by those skilled in the art without departing from the scope of the invention. It is therefore intended that such variations be included within the scope of the following claims and their equivalents.

What is claimed is:

**1**. A router comprising:

an input port for receiving a succession of packets, wherein each of said packets comprises a destination address;

a plurality of output ports;

a switching fabric for interconnecting said input port to each of said plurality of output ports; and

a processor for building a temporal model of the occurrence of said destination addresses at said input port, for populating said routing table cache based on said temporal model and at least one entry that is stored in a routing table, and for routing at least one of said packets from said input port to one of said output ports through said switching fabric based on said entry that is stored in said routing table cache;

wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.

**2**. A method comprising:

receiving a temporal succession of packets at an input port, wherein each of said packets comprises a destination address;

generating a temporal model based on the occurrence of said destination addresses;

populating a routing table cache based on said temporal model and at least one entry that is stored in a routing table; and

forwarding at least one of said packets from said input port to one of a plurality of output ports based on said entry that is stored in said routing table cache;

wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.

\* \* \* \* \*

# EXHIBIT B



C6-05-00                                    A / PROV

Attorney Docket: A.A. Bahattab 1P

# IN THE UNITED STATES
# PATENT AND TRADEMARK OFFICE

**PROVISIONAL PATENT**
**APPLICATION**

**INVENTOR**     Abdullah Ali Bahattab

**CASE**          1P

**TITLE**         Predictive Router Line
                  Card Cache Population

> "Express Mail" mailing label number <u>EK594326223US</u>;
> Date of Deposit: June 2, 2000.
>
> I hereby certify that this application is being deposited with the
> United States Postal Service "Express Mail Post Office to
> Addressee" service under 37 CFR 1.10 on the date indicated
> above and is addressed to "Box Provisional Patent Application,
> Assistant Commissioner of Patents, Washington, D.C. 20231".
> Jason Paul DeMont

**ASSISTANT COMMISSIONER FOR PATENTS**
**WASHINGTON, D.C. 20231**

SIR:

This is a request for filing a Provisional Patent Application under 37 CFR 1.53(c).

Enclosed are the following papers relating to the above-named application for patent:

1. Transmittal Letter — 2 Pages (3x)
2. Check for $75.00
3. Specification — 127 Pages (1x)
4. Executed PTO/SB/09 Statement Claiming Small Entity Status — 1 Page (1x)

    **The applicant is a small entity.** A check for $75.00 is enclosed to cover the filing fee.
Duplicate copies of this letter are enclosed. In the event of non-payment or improper payment of a
required fee, the Commissioner is authorized to charge or to credit Jason Paul DeMont Deposit Account
No. 50-1045 as required to correct the error.

    The invention was not made by an agency of the United States Government nor under a contract
with any agency of the United States Government.

        Sole Inventor:  Abdullah Ali Bahattab
        Residence:    3100 S. Michigan Avenue, Apt. #902
                   Chicago, IL  60616

Please address all correspondence to:

> **Customer Number 22897**

    Pursuant to 37 C.F.R. 1.136(a)(3), please treat this and any concurrent or future reply in this
application that requires a petition for an extension of time for its timely submission as incorporating a
petition for extension of time for the appropriate length of time.

Attorney Docket: A.A. Bahattab 1P

Respectfully,

By _____
Jason Paul DeMont
Attorney for Applicants
Reg. No. 35,793
908-903-1255

Date: _June 2, 2000_
DeMont & Breyer, L.L.C.
P.O. Box 437
Basking Ridge, NJ 07920-0437

- 2 of 2 -



A.A. Bahattab 1P

# PREDICTIVE ROUTER LINE CARD CACHE POPULATION

The present invention relates to packet networks in general, and, more particularly, to a technique for populating the cache of a line card in a packet network router.

5

## LIST OF FIGURES

| Figure | | Page |
|---|---|---|
| 1.1 | The architecture of the earliest routers ........................................ | 8 |
| 1.2 | Router architecture with intelligence on each line card ................... | 9 |
| 3.1 | The IP address 1.0.1.0 and its frequencies in 5ms periods ................ | 33 |
| 3.2 | The data for IP1 ...................................................................... | 34 |
| 3.3 | The data for IP2 ...................................................................... | 35 |
| 3.4 | The data for IP3 ...................................................................... | 35 |
| 3.5 | The data for IP4 ...................................................................... | 36 |
| 3.6 | The data for IP5 ...................................................................... | 36 |
| 3.7 | The data for IP6 ...................................................................... | 37 |
| 3.8 | The data for IP7 ...................................................................... | 37 |
| 3.9 | The data for IP8 ...................................................................... | 38 |
| 3.10 | The data for IP9 ...................................................................... | 38 |
| 3.11 | The data for IP10...................................................................... | 39 |
| 3.12 | The data for IP11...................................................................... | 39 |
| 3.13 | The data for IP12...................................................................... | 40 |
| 3.14 | The data for IP13...................................................................... | 40 |
| 3.15 | The data for IP14...................................................................... | 41 |
| 3.16 | The data for IP15...................................................................... | 41 |
| 3.17 | The data for IP16...................................................................... | 42 |
| 3.18 | The data for IP17...................................................................... | 42 |
| 3.19 | The data for IP18...................................................................... | 43 |
| 3.20 | The sample autocorrelation function for IP1 with lag=5000 ............ | 44 |
| 3.21 | The sample autocorrelation function for IP2 with lag=5000 ............ | 45 |
| 3.22 | The sample autocorrelation function for IP3 with lag=5000 ............ | 45 |
| 3.23 | The sample autocorrelation function for IP4 with lag=5000 ............ | 46 |
| 3.24 | The sample autocorrelation function for IP5 with lag=5000 ............ | 46 |
| 3.25 | The sample autocorrelation function for IP6 with lag=5000 ............ | 47 |
| 3.26 | The sample autocorrelation function for IP7 with lag=5000 ............ | 47 |
| 3.27 | The sample autocorrelation function for IP8 with lag=5000 ............ | 48 |
| 3.28 | The sample autocorrelation function for IP9 with lag=5000 ............ | 48 |
| 3.29 | The sample autocorrelation function for IP10 with lag=5000 ............ | 49 |
| 3.30 | The sample autocorrelation function for IP11 with lag=5000 ............ | 49 |
| 3.31 | The sample autocorrelation function for IP12 with lag=5000 ............ | 50 |
| 3.32 | The sample autocorrelation function for IP13 with lag=5000 ............ | 50 |
| 3.33 | The sample autocorrelation function for IP14 with lag=5000 ............ | 51 |
| 3.34 | The sample autocorrelation function for IP15 with lag=5000 ............ | 51 |
| 3.35 | The sample autocorrelation function for IP16 with lag=5000 ............ | 52 |

A.A. Bahattab 1P

| | | |
|---|---|---|
| 3.36 | The sample autocorrelation function for IP17 with lag=5000 ............. | 52 |
| 3.37 | The sample autocorrelation function for IP18 with lag=5000 ............. | 53 |
| 3.38 | An example of a small Theta matrix (actual matrices based on our data are much larger) .............................................................. | 56 |
| 3.39 | The residuals for the model of IP1 data using the data for IP1 ........... | 60 |
| 3.40 | The residuals for the model of IP1 data using the data for IP2 ........... | 60 |
| Figure | | Page |
| 3.41 | The residuals for the model of IP1 data using the data for IP3 .......... | 61 |
| 3.42 | The residuals for the model of IP1 data using the data for IP4 .......... | 61 |
| 3.43 | The residuals for the model of IP1 data using the data for IP10 ......... | 62 |
| 3.44 | The residuals for the model of IP1 data using the data for IP12 ......... | 62 |
| 3.45 | The residuals for the model of IP2 data using the data for IP1 ........... | 63 |
| 3.46 | The residuals for the model of IP2 data using the data for IP2 ........... | 63 |
| 3.47 | The residuals for the model of IP2 data using the data for IP3 ........... | 64 |
| 3.48 | The residuals for the model of IP2 data using the data for IP4 ........... | 64 |
| 3.49 | The residuals for the model of IP2 data using the data for IP10 ......... | 65 |
| 3.50 | The residuals for the model of IP2 data using the data for IP12 ......... | 65 |
| 3.51 | The residuals for the model of IP3 data using the data for IP1 ........... | 66 |
| 3.52 | The residuals for the model of IP3 data using the data for IP2 ........... | 66 |
| 3.53 | The residuals for the model of IP3 data using the data for IP3 ........... | 67 |
| 3.54 | The residuals for the model of IP3 data using the data for IP4 ........... | 67 |
| 3.55 | The residuals for the model of IP3 data using the data for IP10 ......... | 68 |
| 3.56 | The residuals for the model of IP3 data using the data for IP12 ......... | 68 |
| 3.57 | The residuals for the model of IP7 data using the data for IP5 ........... | 69 |
| 3.58 | The residuals for the model of IP7 data using the data for IP6 ........... | 70 |
| 3.59 | The residuals for the model of IP7 data using the data for IP7 ........... | 70 |
| 3.60 | The residuals for the model of IP7 data using the data for IP8 ........... | 71 |
| 3.61 | The residuals for the model of IP7 data using the data for IP9 ........... | 71 |
| 3.62 | The residuals for the model of IP7 data using the data for IP13 ......... | 72 |
| 3.63 | The residuals for the model of IP7 data using the data for IP17 ......... | 72 |
| 3.64 | The residuals for the model of IP7 data using the data for IP18 ......... | 73 |
| 3.65 | The residuals for the model of IP8 data using the data for IP5 ........... | 73 |
| 3.66 | The residuals for the model of IP8 data using the data for IP6 ........... | 74 |
| 3.67 | The residuals for the model of IP8 data using the data for IP7 ........... | 74 |
| 3.68 | The residuals for the model of IP8 data using the data for IP8 ........... | 75 |
| 3.69 | The residuals for the model of IP8 data using the data for IP9 ........... | 75 |
| 3.70 | The residuals for the model of IP8 data using the data for IP13 ......... | 76 |
| 3.71 | The residuals for the model of IP8 data using the data for IP17 ......... | 76 |
| 3.72 | The residuals for the model of IP8 data using the data for IP18 ......... | 77 |
| 3.73 | The residuals for the model of IP5 data using the data for IP5 ........... | 77 |
| 3.74 | The residuals for the model of IP5 data using the data for IP6 ........... | 78 |
| 3.75 | The residuals for the model of IP5 data using the data for IP7 ........... | 78 |
| 3.76 | The residuals for the model of IP5 data using the data for IP8 ........... | 79 |
| 3.77 | The residuals for the model of IP5 data using the data for IP9 ........... | 79 |
| 3.78 | The residuals for the model of IP5 data using the data for IP13 ......... | 80 |
| 3.79 | The residuals for the model of IP5 data using the data for IP17 ......... | 80 |

A.A. Bahattab 1P

3.80   The residuals for the model of IP5 data using the data for IP18 .........   81
3.81   The architecture of a high-end router .......................................   86
3.82   The cache size versus the hit ratio for the replacement algorithms ......   88
3.83   The prediction system's flowchart .......................................   93

Figure                                                                          Page

3.84   The prediction system versus the LRU using cache size = 8 and tested   95
       IP addresses = 32 .......................................................

3.85   The Prediction system versus the Random using cache size=8 and   96
       tested IP addresses=32 .......................................................

3.86   The Prediction, the Random, and the LRU algorithms using cache   97
       size=8 and tested IP addresses=32 .......................................

3.87   The prediction and the Random algorithms using cache size=8 and   98
       tested IP addresses=32 .......................................................

3.88   The prediction and the Random algorithms using cache size=8 and   99
       tested IP addresses=64 .......................................................

3.89   The prediction and the Random algorithms using cache size=8 and   100
       tested IP addresses=128 .......................................................

3.90   The prediction and the Random algorithms using cache size=8 and   100
       tested IP addresses=256 .......................................................

3.91   The prediction and the Random algorithms using cache size=8 and   101
       tested IP addresses=512 .......................................................

A.A. Bahattab 1P

# Chapter 1

## Introduction

### 1.1 Statement of the Problem.

One of the main tasks that routers carry out is

5   packet (datagram) forwarding. The continuously

increasing number of users connected to the Internet

has caused network traffic to grow rapidly.

Researchers are paying a great deal of attention to

router development to cope with current applications

10  such as video conferencing, long distance learning, and

Internet telephony. All of these need high-speed

packet forwarding to overcome increasing network delay.

A typical router uses a routing table and a cache

table (forwarding table). The routing table is

15  initialized by receiving information from the

neighborhood routers and is updated every 30 seconds

[SLAT99]. The routing table contains all the next-hop

routes, which are stored in Dynamic Random Access

Memory (DRAM). The cache table (forwarding table) is

20  in RAM and derived from the routing table. The

A.A. Bahattab 1P

function of a cache table is to speed the lookup for the IP addresses since the search in cache is much faster than in the routing table (database). The architecture of a high-end (typically, backbone) router

5   is shown in Figure 3.81. It consists of line cards (which accept input traffic), the switching fabric (which sends datagrams from the line cards to the output cards), the output cards (which aggregate traffic and send it out on selected output ports), and

10  a centralized controller, which holds the entire routing table.

The forwarding function is moved from the central controller to the line cards in order to obtain high speed. Each line card has a small forwarding table

15  cache. The cache contains a small part of the IP addresses of the routing table, and its function is to speed the lookup for IP addresses since the search in the local RAM is much faster than in the centralized routing table. When a packet comes, a router checks

20  its destination IP address in the cache table. If it

A.A. Bahattab 1P

is found, then it will continue the process to forward

the packet.  In case the destination IP address was not

in the cache table, the router will search in the

routing table (database), which takes more time.  Thus,

5    it is desirable to have a high hit ratio, which means

that most of the IP addresses are found in the cache

table rather than in the routing table (cache

hits/cache accesses).

   The IP address that has been fetched must be replaced

10   in the cache table.  Therefore, one of the IP addresses

must be removed from the cache table in order to make

room for the new one.  We mentioned three of the

commonly used replacement algorithms.  First, the

Random Algorithm performs well when the cache table

15   size is less than the optimal size.  Second, the Least

Recently Used Algorithm (LRU) performs well when the

cache table size is near or exceeds the optimal size

[CHEN91].  Third, the Round Robin performs almost the

same as the Random Algorithm.

A.A. Bahattab 1P

A large forwarding cache table size (up to a certain point) implies a high hit ratio.   However, it also means a high search time in the cache table, which means more delay in the routing packets.   Furthermore,

5  this cache is loaded on demand; that is, if a cache miss occurs, a query is sent to the central database for an update.   The database updates the cache and forwarding can then continue (another option is to have the central    database    do    the    forwarding    and,

10  concurrently, update the cache).   Although the cache will eventually operate with a high hit ratio [FELD88], the on-demand nature of the updating results in poor transient response of the cache.   That is, a long time is spent updating the cache until the (steady-state)

15  hit ratio is achieved.

Also, during this updating, it is probable that several of the line cards are experiencing cache misses.   This results in the central database being subjected to a high load condition with the attendant

20  queuing for processing the updates.   Therefore, during

A.A. Bahattab 1P

the cache updating, datagrams queued in the line cards because of the (temporary) lack of forwarding information will be delayed for, possibly, a long time. Although this excessive queuing may be tolerable for

5   certain types of data, real-time sensitive data (e.g., packetized voice used in voice-over-IP applications) may be excessively queued to the point that the performance of the application using this data may suffer.     Moreover, the appropriate replacement

10  algorithm will reduce the need for frequently fetching the IP addresses into the cache and produce a better hit ratio since it will replace an IP address that is not needed in the near future.     Therefore, there is a trade-off between the hit ratio and the search time.

15  The intention of our study is to have a high hit ratio and, at the same time, a small search time, so routers can cope with the huge traffic that may be encountered.

**1.2 Motivation.**

Recent studies have shown that the traffic in

20  computer communications is self-similar [LELA94,

A.A. Bahattab 1P

ERRA96, HEYM96, PAXS95b, CROV97, LI98]. This means that there is a long-range dependence in the interarrival time of the packets. Also, many studies in the literature look at the traffic as flows, packet

5 trains, conversations, or HTTP traffic (Web objects), but none of them recently has studied the IP address streams at a backbone router combining all types of traffic to predict them. The difference is that flow behavior depends on a particular application or

10 protocol. This happens with TELNET, FTP, HTTP, for example, no matter whether the flow is directional or bi-directional. But when we look at the IP address streams we combine all types of traffic for each IP address. For example, the user runs TELNET to check

15 and/or send his/her e-mail. He/she then runs Netscape to navigate in the World Wide Web (WWW), and downloads a huge file from a Web site. In this example, the user performs different applications, one after another, that represent different flows of information. Since

20 the World Wide Web traffic was not popular until the

- 9 of 127 -

A.A. Bahattab 1P

mid-to late 1990s, but today it dominates computer
network traffic, it is important to study this traffic.
Studying the IP address streams combining all types of
traffic will enable us to optimize the routing
5  operation in a cache table.

**1.3 Research goal.**

As mentioned above, fast routing is essential to
cope with Internet traffic. This can be achieved by
having a high hit ratio and, at the same time, a low
10  search time in the cache table. A high hit ratio can
be achieved if we have a good replacement algorithm,
which removes a particular IP address from a cache
table. This IP address is the least likely to be used
in the near future. Low search time can be achieved by
15  having a small cache size. The above goal can be
achieved by analyzing the IP address streams in a
router to predict the future IP addresses and pre-fetch
them into the cache table before the router requests
them. Furthermore, our intention is not to have a
20  large cache size. Otherwise, the search time will be

A.A. Bahattab IP

high.  A high hit ratio can be achieved with an optimal size cache table if the proper replacement algorithm is used [KNOX93].   In this dissertation we develop a replacement algorithm based on prediction of the IP

5    addresses and show that it produces a high hit ratio with a small cache size.

## 1.4 Background

### 1.4.1 The architecture of Internet routers

To understand the bottlenecks in achieving high

10  speed routing and how these are handled in the design of gigabit routers, we will give a brief introduction about the architecture of routers and the functions of its various components.   In general, we can classify the functions of a router into two main categories:

15   Datapath Functions:  When a datagram reaches the router, three functions are applied.   First, the forwarding decision, which is achieved by looking at the forwarding table to find the destination IP address and its associated output port number.  Also,

20   a next-hop Media Access Control (MAC) address is

- 11 of 127 -

A.A. Bahattab IP

appended to the front of the datagram, the time-to-live (TTL) field of the IP datagram header is decremented, and a new header checksum is calculated.

If the IP address is not in the forwarding table, then the router will check the entire routing table to find the above information, which costs more time. Then the datagram is queued before it can be transferred to the output port across the backplane. If the queues are full, then the datagram will be discarded.

Second, forwarding through the backplane refers to the physical path between the input port and the output port. Third, the output-link-scheduling queues the datagram before transmission. In traditional routers a FIFO queue is maintained, but the advanced routers maintain separate queues for different flows in order to meet various delay and throughput guarantees.

Control functions: These functions include mainly system configuration, management and update of

A.A. Bahattab 1P

routing table information. These functions do not apply to each datagram and therefore are performed relatively infrequently.

Thus, the datapath functions must be improved to

5    enhance the routing performance [SING2000].

### 1.4.1.1 Evolution of present routers

The first generation routers were designed on a workstation-like platform, see Figure 1.1. This platform consisted of a central CPU, memory, a shared

10   bus, and line cards. The CPU functions processed a routing protocol operation, routing table maintenance, and routing table lookups. When a packet arrived at the line card, it was forwarded over the shared bus to the CPU. The CPU performed the processing on a per-

15   packet basis then forwarded the packet back over the bus to the appropriate output line card. The drawbacks of this design were limited



- 13 of 127 -

Figure 1.1. The Architecture of the Earliest Routers.

to two major factors.  First, the CPU had to do all

5   processing to forward each packet.  Second, each packet had

to traverse the shared bus twice, one packet at a time.

To improve the above design, some vendors added

multiple CPUs to share the traffic load [METZ98].

10   In the next generation, the design of router

architecture advanced one step further as shown in

Figure 1.2.  In this design, the forwarding decisions

were made locally at each line card; therefore, the

packet had to traverse the shared bus once from the

15   input port to the output port, but only one packet at a

time was allowed to traverse the shared bus.  Further

improvements were applied

20



A.A. Bahattab 1P

5

Figure 1.2. Router Architecture with intelligence on each line card.

10   to the line cards by placing Application Specific Integrated Circuits (ASICs), which outperformed the CPU in making the decisions, managing the queues and arbitration access to the bus.  But the bottleneck was still there, which was the shared bus.

15     Finally, the bottleneck was eliminated by replacing a shared bus with a crossbar switch.  Now, multiple line cards can communicate simultaneously with each other [SING2000].  The above design has made the backbone router possible in a market where multiple

input/output line cards can communicate simultaneously with each other for packet forwarding, see Figure 3.81.

## 1.4.2 Time series analysis

A time series is a collection of observations made sequentially in time. The successive observations are not independent and the analysis must take into account the order of the observations. When successive observations are dependent, future values may be predicted from the past observations. The time series is called deterministic if it can be predicted exactly, but most time series are stochastic (random) where the future is only partly determined by past values. Thus exact predictions are impossible and must be replaced by a probability distribution, which is conditioned by a knowledge of past values [CHAT89].

## 1.4.2.1 Objectives of time series analysis

The objectives of time series analysis are: description, explanation, prediction (forecasting), and control.

1. **Description**: the first step that must be taken with a given time series is to plot the data and obtain simple descriptive measures of the main properties of the series. Some time series are simple like the ones that describe a trend and seasonal variation, while others need more sophisticated techniques to provide an adequate analysis. In this case, stochastic processes are applied. The outliers, which do not

A.A. Bahattab 1P

appear to be consistent with the rest of the data, are complex to deal with.  An outlier may be a freak observation arising, for example, when a recording device goes wrong or may be significant.  Thus, the data may need to be adjusted in some

5    way before further analysis of the data.

2. **Explanation:**  when observations are taken on two or more variables, it may be possible to use the variation in one time series to explain the variation in another series (a regression technique is applied).  For example, we can use

10    price and economic conditions as independent variables to see how they affect sales.

3. **Prediction** (Forecasting): one may want to predict the future values of the series depending on the observed values.  This is an important task in computer networks, for example.

15    4. **Control:** if the time series has been given for a manufacturing process, the aim of the analysis of the series is to control the process, to keep it from moving off target [CHAT89].

**1.4.2.2 Simple descriptive techniques:**

1.  **Types of variation:** the methods of time-series analysis are

20    mainly concerned with decomposing the variation in a series into trends, seasonal variation, other cyclic changes, and the remaining "irregular fluctuations."  This method is valuable when the variation is dominated by trends and/or seasonal

A.A. Bahattab 1P

changes.   The different sources of variation are described as follows:

a) Seasonal effect: many time series exhibit variations that are annual in period.   For example, unemployment is typically high in winter, but lower in summer.

b) Other cyclic changes: some time series exhibit variation at a fixed period due to some other physical cause such as a daily variation in temperature.   Also, some time series exhibit oscillations, which do not have a fixed period, but which are predictable to some extent.

c) Trend: is defined as comprising all cyclic components whose wavelength exceeds the length of the observed time series.   Also, it is defined as the change in the mean level per unit time.   Thus it depends on long term change.   For example, climatic variables sometimes exhibit cyclic variation over a very long time period such as 50 years.   If one just has 20 years' data this long-term oscillation would appear to be a trend, but if several hundred years' data were available, the long-term oscillation would be visible.

d) Other irregular fluctuations: after removing trends and cyclic variations from a set of data, we are left with a series of residual data, which may or may not be random. We will mention various techniques for analyzing series

A.A. Bahattab 1P

of this type to see if some of the apparently irregular variation may be explained in terms of models, such as moving average or autoregressive models.

2. **Stationary time series**: A time series is said to be "stationary" if there is no systematic change in mean (no trend), if there is no systematic change in variance, and if strictly periodic variations have been removed.  Thus, by removing the variations such as trends, we turn a non-stationary series into a stationary one so that we can apply one of the probability models for time series such as an autoregressive process.

3. **The time plot**: the first important step in any time-series analysis is to plot the observations against time.

4. **Transformations**: after plotting the data, one may need to consider transforming them, for example, by taking logarithms or square roots.  There are three reasons for making a transformation which are:

a) To stabilize the variance: if the variance appears to increase with the mean and there is a trend then it may be advisable to transform the data, for example, if the standard deviation is directly proportional to the mean, a logarithmic transformation is indicated.

b) To make the seasonal effect additive: by transforming the data to make the seasonal effect constant from year to year

A.A. Bahattab 1P

in case the trend in the series and the size of the seasonal effect appear to increase with the mean.

c) To make the data normally distributing: when we have skewness, we can perform the Box-Cox transformation, which is a logarithmic or square-root transformation [CHAT89].

5. **Analyzing series, which contain a trend**: depends on whether one wants to measure the trend and/or removes the trend in order to analyze local fluctuations. Three techniques are used: curve fitting, filtering, and differencing.

6. **Analyzing series, which contain seasonal variation**: depends on whether one wants to measure the seasonal effect and/or eliminate seasonality.

7. **Autocorrelation**: is an important guide to the properties of a time series. It measures the correlation between observations at different distances apart. Thus, the correlation between observations a distance k apart is given by:

$$r_k = \frac{\sum_{i=1}^{N-k}(x_i - \bar{x})(x_{i+k} - \bar{x})}{\sum_{i=1}^{N}(x_i - \bar{x})^2}$$

A.A. Bahattab 1P

This is called the autocorrelation coefficient at lag k. To interpret a set of autocorrelation coefficients one can use a graph called a correlogram in which $r_k$ is plotted against a lag k target [CHAT89].

5    **1.4.2.3 Probability models for time series:**

1. **Stochastic processes:** are a statistical phenomenon that evolves in time according to probabilistic laws, for example, air temperature on successive days at a particular site. The word stochastic means pertaining to chance. Thus, a random

10   process is a synonym for a stochastic process. The mathematical definition is a collection of random variables that are ordered in time and defined at a set of time points, which may be continuous or discrete. A simple way to describe a stochastic process is to give the moments of the process,

15   particularly the first and second moments, which are called the mean, variance and autocovariance functions.

2. **Stationary processes:** a time series is strictly stationary when the joint distribution of $X(t_1),....,X(t_n)$ is the same as the joint distribution of $X(t_1+\tau),....,X(t_n+\tau)$ for all $t_1,.....,t_n,\tau$. In

20   other words, shifting the time origin by an amount $\tau$ has no effect on the joint distributions, which must therefore depend only on the intervals between $t_1,t_2,.......,t_n$.

3. **Some useful stochastic processes:**

A.A. Bahattab 1P

a) A purely random process (also called white noise).

b) Random walk processes.

c) Moving average processes.

d) Autoregressive processes.

5    e) Mixed    autoregressive/moving-average    processes    (ARMA models).

f) Integrated    autoregressive    integrated    moving    average processes (ARIMA models).

g) General linear processes.

10    h) Continuous processes.

### 1.4.2.4 Building a model

Generally, in the modeling process, three basic stages are carried out.    First, the identification, second, parameter fitting, third diagnosis [THOM89].

15    ### 1.4.2.4.1 Identification stage

The purpose of this stage is to select an appropriate forecasting model, which seems to fit the time series under study.    Many techniques can be used to identify the ARMA model, but we will mention the ones that we used in our study.    First,

20    Akaike's Information Criterion (AIC), also called Final Prediction Error (FPE), which should be minimized [CHAT89, DESB92], can be found in the second row and the first column in the Theta matrix.    Second, the variance of the error should be

A.A. Bahattab 1P

minimized.  Thus,  several  combinations  of  orders  should  be
tested.  Then the smallest value is chosen.

### 1.4.2.4.2 Fitting stage

Once  we  select  the  model,  the  unknown  coefficients  can  be
5   estimated.  Computer  software  such  as  MATLAB  can  find  the
coefficients of our model.

### 1.4.2.4.3 Diagnostic stage

After  we  fit  the  model  to  the  time  series  by  building  the
model  based  on  the  first  half  of  the  data,  we  should  check  the
10   model  prediction  (forecasting),  and  see  if  it  provides  an
adequate  description  of  the  data.  This  is  achieved  by  plotting
and  looking  at  the  autocorrelation  function  of  the  residual.
Thus,  we  predict  one-step-ahead  using  the  second  half  of  the
data  to  check  the  model  prediction,  and  subtract  it  from  the
15   original  data.  Therefore,  the  residual = (observation − fitted
value).  Now,  we  plot  the  autocorrelation  function  of  the
residual  against  lag  k.  If  the  autocorrelation  function  at  lag
k  (at  least  for  the  first  lags)  is  within  the  confidence  band
($\frac{\pm 2}{\sqrt{n}}$,  where  n  is  the  length  of  the  series),  then  the  model  is
20   adequate  [BERA94].  Also,  we  can  check  our  model  by  using  the
absolute  mean  error,  which  tells  us  on  average,  how  much  data  we
are  missing.

A.A. Bahattab 1P

# CHAPTER 2

## Literature Review

Routing packets over the Internet is a concern of researchers since computer communications traffic is increasing rapidly. Routers cannot cope with the current traffic because of the new multimedia applications that send over high bandwidth media and need fast packet routing. There are many factors that affect router speed, but we are interested in studying two of them. First, it is desirable to achieve a high hit ratio. The hit ratio depends on the replacement algorithm and the locality of the IP addresses. The locality is the frequency of appearance of a certain IP address. Second, it is desirable for the search time to be low. The larger the size of the cache table the higher the search time. Thus, there is a trade-off between the hit ratio and the search time. The ideal case is to increase the hit ratio and decrease the search time. For simplicity, we have divided this chapter into two parts relating to different factors

A.A. Bahattab 1P

affecting router speed.    The first part reviews papers involving the hit ratio.    The second part reviews papers involving search time.


5

### 2.1 The hit ratio factor.

A high hit ratio can be achieved if the replacement algorithm removes an IP address from the cache that will not be requested by the router in the near future. Also, the locality of the IP addresses increases the hit ratio.

[JAIN90] examines the locality in the address pattern in bridges of Local Area Networks (LANs) based on a trace of destination addresses observed on an
15  extended Local Area Network in use at Digital's facility at the King Street, Littleton facility.    This network consists of several Ethernet LANs interconnected via bridges.  By monitoring the Ethernet LANs, 2 million frames with a time-stamped reference string were produced.    Several replacement algorithms
20  string were produced.    Several replacement algorithms

A.A. Bahattab 1P

were compared using this data trace. Also, it had been observed that the frame destinations exhibit locality behavior, which makes caching a possible alternative for efficiently supporting large networks. Thus, if

5    there is a locality in the address reference pattern, caching can reduce the lookup search time. Moreover, the interactive traffic in the sample had quite different locality behavior than that of noninteractive traffic. Therefore, in some cases there is an optimal

10   cache size over which caching does not pay since the search time becomes large.

    In [ESTR92], the number of active conversations is estimated, and then this number is used to derive the storage requirements for the associated conversation

15   state table. Router caching is used, but their scheme (a stateful scheme) requires a table lookup based on source-destination pairs. Current router caching schemes are based only on the destination address. They use their traffic traces to perform trace-driven

20   simulations of a least recently used (LRU) cache for

A.A. Bahattab 1P

different conversation granularities. According to their results, locality of reference does indeed exist in each of the conversation types that were investigated.

5    [CLAF95] presents a parameterizable methodology for profiling Internet traffic flows at a variety of granularities. This methodology is inspired by the packet train model of arrivals. Some results from the case studies can be utilized to demonstrate its

10    usefulness through explicit examples of how to use the methodology to optimize the carriage of IP traffic over various fabrics, such as traditional IP routers, possibly with address caching optimization. Routing efficiency can be achieved by understanding the effect

15    of the packet train phenomena on router behavior and vice versa. Flows, which are the appearance of packets within a given time interval to/from/or between entities, are not associated with connections, but rather are defined on the basis of traffic satisfying

A.A. Bahattab 1P

*temporal and spatial locality conditions, as observed*

*at the Internet access points of the network.*

  *Partridge et al. [PART98] designed a router called*

*the Multigigabit Router (MGR).  It consists of multiple*

5 *line cards and forwarding engine cards, which are both*

*plugged into a high-speed switch.  Since retrieving a*

*route (destination IP address) from the central table*

*takes a long time, the central table can become a*

*bottleneck in high speed networks.  Thus, the solution*

10 *presented in this literature is to push the routing*

*tables down into each forwarding engine.  The*

*forwarding engines only require next hop information;*

*therefore, a copy of a routing table (also called*

*forwarding table or cache table) can hold 50K routes*

15 *with a size of 100KB.  The processor has three internal*

*caches and an external one.  The Icache and Dcache are*

*for instruction and data respectively.  There is a 96-*

*KB on-chip secondary cache (Scache), which is used to*

*cache the recent routes.  Each route entry takes 64*

20 *bits.  Therefore, we have a maximum of 12,000 routes in*

A.A. Bahattab 1P

the cache.   *Cache tables of this size will have a hit*

*rate in excess of 95%.   Bcache, which is an external*

*memory of several megabytes (16MB), keeps a complete*

*forwarding table.   All the above caches are available*

5   *in each input line card.*

*The NSS group [NSS99] proposes CacheFlow 100, a*

*device that can be connected to a LAN in order to speed*

*up the Web traffic.   It can be used in two ways.*

*First, proxy caching touches every client in order to*

10  *configure the Web browser to point to the Web cache.*

*This can be automated to a certain extent.   Second,*

*transparent caching makes it easier to deploy the*

*CacheFlow 100 on the network.   This is done when a*

*router or a load-balancing switch forwards all packets*

15  *destined for port 80 (HTTP traffic) to the CacheFlow*

*device.   CacheFlow 100 uses an operating system*

*(CacheOS), with active caching technology as a special*

*feature.   Active caching constantly analyses the cache*

*contents and determines which objects (e.g., text,*

20  *pictures, documents, applets) are most likely to be*

A.A. Bahattab 1P

requested again by using an intelligent algorithm. This algorithm is used to speed up the loading of Web pages.

CacheOS, the patent-pending operating system 5 embedded within CacheFlow's family of Internet accelerators, was built to improve Web page response time. It has emerged as the foundation of the world's fastest Internet accelerators. An Internet accelerator must keep its temporary store of content up to date 10 because the content on Web servers changes. To keep the content fresh, it must send a "refresh check" to the origin server; however, it must do so before the user requests. Otherwise, the user will experience round-trip delays. One function of CacheOS, which is 15 related to our research, is the adaptive refresh algorithm. This algorithm selectively refreshes Web objects based upon their need to be refreshed, and its occurrence is asynchronous to actual user requests. By understanding object behaviors, it can be determined 20 what objects must be refreshed. Thus, the adaptive

A.A. Bahattab IP

refresh algorithm develops a "model of change" for every Web object in its store. Also, it develops a "model of use" based on the history of objects that are requested by users. Accordingly, it combines these two

5  pieces of information to determine the refresh pattern appropriate to that object [CACH99]. The prediction for Web objects is employed by CacheOS to make the response time as quick as possible. In our research, we perform prediction for the IP addresses to make them

10 available for the router before it requests them.

## 2.2 The search time factor.

Another important factor that affects router speed is the search time in the cache table. Thus, if the cache is large, then we need an efficient search

15 algorithm to fetch destination IP addresses.

Joudeh and Hall [JOUD92] propose and analyze a new model based on a packet train, for traffic arrival in a computer network to speed the routing operation and reduce the overhead bits per packet. The traffic

20 reaching the router consists of a number of trains.

*These trains have the possibility of traversing the link a random number of times. The overhead bits are carried in the first packet in the train. The overhead block contains the addressing bits and special formats*

5 *required to handle the data being sent on that train. The remaining packets in the train carry information bits only and have no overhead bits. A routing decision is made only by the first packet, and all remaining packets in the train follow automatically.*

10 *Using a cache table in a router could be harmful in some cases in the sense that the performance would be better without it. Thus, for efficiency several different hashing functions have been compared such as cyclic redundancy checking (CRC), folding of address*

15 *octets using the exclusive OR operation, and bit extraction from the address. To compare these hashing functions, Jain has used a trace of the destination addresses observed on an Ethernet LAN in use. A total of 495 distinct station addresses were observed, which*

20 *generated 2.046 million frames over a period of 1.09*

A.A. Bahattab 1P

hours. In general, hashing means chopping into small
pieces. Therefore, a big table can be chopped up into
several small tables in order to be able to find the
information quickly once it has determined which
5  subtable to search.   A subtable determination is
performed by using a mathematical function, which maps
a given key to a particular hash cell in the table.
This cell could point to the subtable of its size
[JAIN92].  Hence, the number of lookups required per
10 frame is minimized.

Another way to reduce the search time is to employ
classless interdomain routing (CIDR), which is a
minimal extension to IP interdomain routing.  CIDR uses
IP prefixes instead of using the whole IP address.
15 Thus, the routing overhead of the IP Internet is
significantly reduced.  Using a process called
summarization, IP address prefixes provide hierarchical
abstraction.  Therefore, two prefixes of length N can
be summarized by a single prefix of length N-1 if the
20 prefixes have the first N-1 bits in common, for

A.A. Bahattab 1P

*example, the prefixes 1010 and 1011 can be summarized*

*by prefix 101. Thus, multiple routing entries can be*

*aggregated into a single entry. A CIDR addressing*

*hierarchy is capable of routing a set of 10,000*

5   *networks with fewer than 200 routing entries in the*

*cache table [FORD93]. This helps to reduce the number*

*of entries in the cache table, hence, the search time*

*in the cache table will be reduced.*

*Routers search for the IP addresses in a routing*

10  *table (cache) to direct the IP datagrams toward the*

*destination. The result of the search is the next hop*

*on the path toward the destination. An entry in a*

*routing table is a length prefix (number of bits*

*considered as a network address) with associated next-*

15  *hop information. Thus, routing lookups use the longest*

*matching prefix to find an entry. Degermarket et al.*

*[DEGE97] presented a data structure organized in such a*

*way that it can fit a large routing table with 40K*

*routing entries. The routing table with 40K routing*

20  *entries can be compacted to a forwarding table of 150-*

A.A. Bahattab 1P

160 Kbytes.   This technique can support at least two million full IP routing lookups per second using a few memory references.

5    Gupta et al. [GUPT98] have presented a routing lookup mechanism that can achieve one route lookup every memory access.    This mechanism must be implemented in a pipelined fashion in hardware. Therefore, using current 50 ns DRAM, $20 \times 10^6$ packets per second can be routed.    Also, novel schemes for

10   performing quick updates to the forwarding table in hardware have been presented.

     Christopher Metz [METZ98] mentioned a technique, introduced by the researchers from Stanford University, to speed up the table look up.   The technique is to

15   perform a single 50-nanosecond memory access that generates 20 million lookups per second by placing the entire routing table in 33 Mbytes of inexpensive DRAM. Another technique is to store a compact data structure, which represents the routing table, in fast memory and

20   use several memory accesses to perform the lookup.

A.A. Bahattab 1P

*This technique was developed by researchers at Washington University and Lulea University of Technology in Lulea, Sweden [METZ98]. Moreover, researchers at Washington University presented an*

5 *algorithm to compute a hash table for each possible prefixes length. Then, a binary search was performed on the prefix lengths and "markers" assigned for those that contain correct entries. The search path for a particular forwarding entry is compactly stored in the*

10 *form of a "rope", which reduces the storage requirements for markers [KESH98].*

*The tiny tera switch is a small, high-bandwidth, and single stage switch. It has 32 ports, each operating at 10 Gb/s (OC-192 rate). Also, it switches*

15 *fixed-size packets such as Asynchronous Transfer Mode (ATM) network cells. The switch supports all classes of traffic including multicasting. This switch could serve as an ATM switch or an Internet router [McKE96]. In the latter case, an IP over ATM protocol is used,*

20 *which means that the IP packets have to be chopped off*

A.A. Bahattab 1P

*into cells.    This adds more complexity and functional*

*redundancy to the network.*

5

10

15

20

A.A. Bahattab IP

# CHAPTER 3

## Research Plan

### 3.1 Data Collection.

5      We downloaded file traces from the National Laboratory for Applied Network Research (www.nlanr.net). They collect the data using their backbone routers. More information about their network architecture is available on their Web site.

       We picked up one file and downloaded it and converted it to ASCII using their Perl scripts. Although the IP addresses were encrypted for privacy reasons, there was a mapping between these IP addresses, and even the IP classes were preserved. This means if an IP address 128.47.60.20 is mapped to 1.0.1.0, no other IP address will be given the same mapping (1.0.1.0). Thus, our analysis is not affected by the encryption of the IP addresses.

### 3.2 Determining the Sampling Size.

       When we started our research, our sampling time T =5ms (sampling period) was arbitrary, and to make sure that it was the correct sampling time, we applied the sampling theorem. The sampling theorem states that the signal can be reconstructed from the original one if the signal is sampled at a frequency rate ($F_s$) greater than or equal twice the bandwidth (B). Thus,

A.A. Bahattab 1P

$F_s \geq 2B$ or $T < \dfrac{1}{2B}$, where $F_s = \dfrac{1}{T}$. The definition of the bandwidth

is the range of frequencies over which the power or energy

density spectrum of the signal is concentrated [PROA96].

Finding the bandwidth (B) under a signal can be achieved by

5  measuring 50%, 90%, or 99% of the power of the signal. We chose

50% because we do not want to have a very small sampling time T.

To show how we conducted this test, we sampled at different

sampling times (i.e., 2ms, 3ms, 4ms, 5ms, 6ms, 7ms, and 10ms).

Then we took one of the low correlated data vectors and applied

10  a Fourier Transform (FFT in MATLAB package). After that we

measured all the power under the signal (total). Then, we

measured a portion of the power under the signal, which

corresponds to the bandwidth (B) in such away that we divide

this value (B) by all the power (total), the result is 50%

15  (result=B/total). Now, we can use the value of B in our

equation $T < \dfrac{1}{2B}$ to find T. We found out that the sampling time

has to be 2ms. This test was performed on all above signals

that had been sampled at different sampling times (2ms, 3ms,

4ms, etc.). All results show that T=2ms or close to 2ms;

20  therefore, the sampling time is 2ms instead of 5ms.

**3.3 Data Analysis.**

We are interested in examining the IP address streams.

Therefore, we chose an IP address one at a time, and we counted

- 39 of 127 -

A.A. Bahattab 1P

its frequency in each 5 ms interval. Using our own Perl script,
we fed the program with a certain IP address, which is in the
file traces.  In the file traces, the Perl script checks the
frequency of occurrence of that IP address, which appears either
5  in the source or destination field (bi-directional flow), in 5
millisecond periods, and records this information for that
particular IP address.  We did this analysis for eighteen IP
addresses chosen randomly.  Thus, we repeated the process for
each IP address. Then, we exported these output files (one for
10  each IP address, see Figure 3.1) to MATLAB.

| Fixed IP address | Frequencies |
|---|---|
| 1.0.1.0 | 7 |
| 1.0.1.0 | 12 |
| 1.0.1.0 | 14 |
| 1.0.1.0 | 8 |
| 1.0.1.0 | 4 |

Figure 3.1. The IP address 1.0.1.0 and its frequencies in 5ms
Periods.

20
| | |
|---|---|
| 1.0.1.0 | 9 |
| 1.0.1.0 | 21 |
| 1.0.1.0 | 8 |
| 1.0.1.0 | 16 |
| 1.0.1.0 | 12 |

25

.Figure 3.1. (Continued).

A.A. Bahattab IP

Each output file (time series) has 23,000 values, which are taken in 5 ms time periods. Therefore, the file traces last for 23000*5ms = 115 seconds = 1.91 minutes. Then, we plotted the data for each IP address, see Figures 3.2-3.19. The plots show

5    that most of the data is stationary (has constant mean and variance). The X-axis represents the size of the vector, and the Y-axis represents the frequencies of the values in the vector.



10           Figure 3.2. The Data for IP1 = 1.0.1.0

A.A. Bahattab 1P



Figure 3.3. The Data for IP2



Figure 3.4. The Data for IP3

5

A.A. Bahattab 1P



Figure 3.5. The Data for IP4



Figure 3.6. The Data for IP5

A.A. Bahattab 1P



Figure 3.7. The Data for IP6



Figure 3.8. The Data for IP7

5

A.A. Bahattab 1P



Figure 3.9. The Data for IP8



Figure 3.10. The Data for IP9

5

A.A. Bahattab 1P



Figure 3.11. The Data for IP10



Figure 3.12. The Data for IP11

A.A. Bahattab 1P



Figure 3.13. The Data for IP12



5

Figure 3.14. The Data for IP13

A.A. Bahattab 1P



Figure 3.15. The Data for IP14



Figure 3.16. The Data for IP15

A.A. Bahattab 1P



Figure 3.17. The Data for IP16



Figure 3.18. The Data for IP17

- 49 of 127 -

A.A. Bahattab 1P



Figure 3.19. The Data for IP18

Also, we plotted the sample autocorrelation functions for each IP address, see Figures 3.20-3.37. We found out that most of the IP addresses have a strong autocorrelation and/or long range dependency (fourteen of the IP addresses) except for a few of them (four of the IP addresses), which have weak autocorrelation. These results gave us the confidence to pursue our research.

In Figure 3.20, the autocorrelation starts from 0.75 and it does not even reach 0.55. This figure shows that the data has a high correlation (since it starts from 0.75) and a long-range dependency (since it does not reach zero). In Figure 3.21, the autocorrelation starts from 0.70 and it does not even reach

A.A. Bahattab 1P

0.50. This figure shows not only highly correlated data and long-range dependence but also spatial locality (see APPENDX B) for the IP address that is represented by the cyclic behavior. In Figure 3.24, the auto correlation drops quickly to zero.

5    This type of data has a low correlation.

The other figures, which have one of the above behaviors of the auto correlation, can be explained the same way.



10    Figure 3.20. The Sample Autocorrelation Function for IP1 with

Lag=5000.

A.A. Bahattab 1P



Figure 3.21. The Sample Autocorrelation Function for IP2 with

Lag=5000.



5     Figure 3.22. The Sample Autocorrelation Function for IP3 with

Lag=5000.

A.A. Bahattab 1P



Figure 3.23. The Sample Autocorrelation Function for IP4 with
Lag=5000.



5    Figure 3.24. The Sample Autocorrelation Function for IP5 with
Lag=5000.

A.A. Bahattab 1P



Figure 3.25. The Sample Autocorrelation Function for IP6 with

Lag=5000.



5    Figure 3.26. The Sample Autocorrelation Function for IP7 with

Lag=5000.

A.A. Bahattab 1P



Figure 3.27. The Sample Autocorrelation Function for IP8 with

Lag=5000.



5    Figure 3.28. The Sample Autocorrelation Function for IP9 with

Lag=5000.

A.A. Bahattab 1P



Figure 3.29. The Sample Autocorrelation Function for IP10 with

Lag=5000.



Figure 3.30. The Sample Autocorrelation Function for IP11 with

Lag=5000.

A.A. Bahattab I P



Figure 3.31. The Sample Autocorrelation Function for IP12 with

Lag=5000.



5    Figure 3.32. The Sample Autocorrelation Function for IP13 with

Lag=5000.

A.A. Bahattab IP



Figure 3.33. The Sample Autocorrelation Function for IP14 with

Lag=5000.



5    Figure 3.34. The Sample Autocorrelation Function for IP15 with

Lag=5000.

A.A. Bahattab 1P



Figure 3.35. The Sample Autocorrelation Function for IP16 with

Lag=5000.



5     Figure 3.36. The Sample Autocorrelation Function for IP17 with

Lag=5000.

A.A. Bahattab IP



Figure 3.37. The Sample Autocorrelation Function for IP18 with
Lag=5000.

5   **3.4 Determining the threshold between high and low correlated
data.**

    There is no rule to check if the data is highly correlated

or not, but a standard methods for checking a non-zero

correlations in the data is to look at the confidence band ($\frac{\pm 2}{\sqrt{n}}$,

10  where n is the length of the series) of the auto correlation

    functions of the residual.   In our study, to determine if the

    data shows high or low correlation, we multiply the confidence

    band by two (we use this value as a threshold to distinguish

    between the high and low correlated data).   Then, we calculate

A.A. Bahattab IP

the autocorrelation functions for all lags (k=n/4). After that,
we compute the mean of the autocorrelation functions. If the
mean is greater than or equal to the threshold, we say the data
is highly correlated; otherwise it has low correlation.

5      **3.5 Building the model.**

From the above analysis we proved that most of the data in
each file, which belongs to a particular IP address, is
correlated even though some of addresses have a weak
correlation. Now, we can model the data using one or more of
10     the time series models [MONT97] [autoregressive (AR),
autoregressive moving-average (ARMA), etc., available in
MATLAB], which best fit our data. Each of the above output
files belongs to a certain IP address stream. Thus, we try to
fit the output data files on different model structures and
15     various model orders (depending on how far we go in the past to
predict the future).

To build the model we have to go through the stages that we
mentioned in the background section. They are the
identification stage, the fitting stage, and the diagnostic
20     stage. Also, we have decided to have two models, one for the
data that has strong correlation and another one for the data
that has weak correlation. This decision was made after we
noticed in Table A.1 that changing the order of the model for
some IP addresses, which have a weak correlation, does not make

A.A. Bahattab 1P

a significance change in the AIC and variance values.  Thus, we divided our data into two groups.

### 3.5.1 The identification stage

As mentioned above, in this stage we try to select an appropriate forecast model that matches our time series.  Since we divided the data into two groups, we will identify a model for each group.  Moreover, we subtracted the mean from the data for the purpose of normalization:

$$W_t = Z_t - \mu$$

### 3.5.1.1 Model identification for strongly correlated IP addresses

To identify the ARMA model, we used two techniques, the Akaike information criterion (AIC) and the variance error, see Table A.1.  Thus, we end up with the following model structure (depending on the optimum value of the AIC and the variance error) for the data that has strong correlation.

Theta = ARMAX(IP(1:11500),[20 15]);

where Theta is the matrix, which has the estimated variance of error in row 1 column 1, has the AIC in row 2 column 1, and has the vector of estimated parameters in row 3, which are the solution values of the coefficient of the model, see Figure 3.38.

A.A. Bahattab IP

IP(1:11500) is the first half of the time series on which the model was built, and we test the forecasting model on the second half, IP(11500:23000), see the diagnostic section 3.5.3.

The numbers 20 and 15 are the order of the model, where 5 p=20 is the number of coefficients for the Autoregression process, and q=15 is the number of coefficients for the Moving Average process. Therefore, the mathematical model is as follows:

$$W_t = \sum_{i=1}^{p} \Phi_i W_{t-i} - \sum_{j=1}^{q} \Theta_t a_{t-j} + a_t,$$ where p=20 and q=15,

10 See Table A.3 for the values of the parameters.

th =

Columns 1 through 7

| 0.0017 | 0.0800 | 1.0000 | 2.0000 | 2.0000 | 0 | 0 |
| 0.0017 | 19.9900 | 4.0000 | 21.0000 | 15.0000 | 29.0000 | 1.0000 |
| -1.2737 | 0.3935 | 0.0666 | 0.0445 | 0 | 0 | 0 |
| 0.0004 | -0.0004 | -0.0000 | 0.0001 | 0 | 0 | 0 |
| -0.0004 | 0.0004 | -0.0000 | -0.0000 | 0 | 0 | 0 |
| -0.0000 | -0.0000 | 0.0000 | -0.0000 | 0 | 0 | 0 |
| 0.0001 | -0.0000 | -0.0000 | 0.0000 | 0 | 0 | 0 |

20 Columns 8 through 9

0    3.0000

Figure 3.38. An Example of a Small Theta Matrix (Actual matrices based on our data are much larger).

25
0    0
0    0
0    0
0    0

- 63 of 127 -

A.A. Bahattab 1P

```
0   0
0   0
```

Row 1 has entries: Estimated variance of e, sampling interval, nu, na, nb, nc, nd, nf, nk.

Row 2 has entries: FPE, year, month, date, hour, minute and command by which the model was generated.   Row 3 is the

5   vector of estimated parameters A, B, C, D and F (excluding leading 1's and zeros). Rows 4 to 3+n contain the estimated
covariance matrix.

Figure 3.38. (Continued).

10   **3.5.1.2 Model identification for weakly correlated IP addresses**

To identify the AR model, we used the same techniques, the
AIC and the variance error, see Table A.2.  Thus, we end up with
the following model (depending on the optimum value of the AIC
and the variance error) for the data that has weak correlation.

15   Theta = AR(IP(1:11500), 36);

where Theta is the matrix, which has in row 1 column 1 the
estimated variance of error, in row 2 column 1 has the AIC, and
in row 3 has the vector of estimated parameters, which are the
solution values of the coefficient of the model.

20   IP(1:11500) is the first half of the time series on which
the model was built, and we test the forecasting model on the
second half, IP(11500:23000), see the diagnostic stage section
3.3.3.  The number 36 is the order of the model.  Thus, the
number of coefficients for the Autoregression process is 36.

25   Therefore, the mathematical model is as follows:

- 64 of 127 -

A.A. Bahattab 1P

$$W_t = \sum_{i=1}^{p} \Phi_i W_{t-i} + a_t, \text{ where } p=36.$$

See Table A.4 for the values of the parameters.

### 3.5.2 The fitting stage

5    We built the model described above using the computer software package MATLAB. The coefficients are in row three in the Theta matrices for both groups of data. They are listed in Table A.3 and Table A.4.

### 3.5.3 The diagnostic stage

10    We used two techniques to test the models. The first technique is residual error, which is defined by

Residual = Observation − Fitted value.

The fitted value is the one-step-ahead forecast so that the residual is one-step-ahead forecast error [CHAT89].

15    The second technique is, the Mean Absolute Error (MAE), which defined by

$$MAE = \frac{\sum_{i=\frac{n}{2}+1}^{n} \left| W_i - \hat{W}_i \right|}{n/2}$$

Where $W_i$ is the observation, and $\hat{W}_i$ is the forecast value.

### 3.5.3.1 The diagnostics of the ARMA model

A.A. Bahattab 1P

Our testing is a little bit complicated because we would like to choose one set of data time series, which belong to a particular IP address, and fit its model on the rest of the data for the IP addresses that belong to the same group.  Thus, we
5  built the model on the data for a particular IP, and calculated the MAE.  Then, we ran the same model, but with the data of the other IP one at a time calculating the MAE, see Table A.5.  The best model is the one that in general has the most lower values of MAE for the data of the other different IPs.  In Table A.5,
10  IP2 is the model that can best predict the rest of the IP addresses that have a strong correlation.  We plotted the residuals with lag 100 for the best model using its own second half data, and using the data from other IP, see Figures 3.45-3.50.  We did the same for another two models (IP1 and IP3), see
15  Figures 3.39-3.44 and Figures 3.51-3.56.  Then, we compared the residuals.  We found out that the residual plotting matches the results of MAE.

A.A. Bahattab 1P



Figure 3.39. The Residuals for the Model of IP1 Using The Data

of IP1.



Figure 3.40. The Residuals for the Model of IP1 Using the Data

of IP2.

A.A. Bahattab 1P



Figure 3.41. The Residuals for the Model of IP1 Using the Data of IP3.



Figure 3.42. The Residuals for the Model of IP1 Using the Data of IP4.

- 68 of 127 -

A.A. Bahattab IP



Figure 3.43. The Residuals for the Model of IP1 Using the Data

of IP10.



5    Figure 3.44. The Residuals for the Model of IP1 Using the Data

of IP12.

A.A. Bahattab 1P



Figure 3.45. The Residuals for the Model of IP2 Using the Data of IP1.



5    Figure 3.46. The Residuals for the Model of IP2 Using the Data of IP2.

A.A. Bahattab 1P



Figure 3.47. The Residuals for the Model of IP2 Using the Data

of IP3.



5    Figure 3.48. The Residuals for the Model of IP2 Using the Data

of IP4.

A.A. Bahattab IP



Figure 3.49. The Residuals for the Model of IP2 Using the Data of IP10.



5    Figure 3.50. The Residuals for the Model of IP2 Using the Data of IP12.

A.A. Bahattab IP



Figure 3.51. The Residuals for the Model of IP3 Using the Data

of IP1.



5    Figure 3.52. The Residuals for the Model of IP3 Using the Data

of IP2.

A.A. Bahattab 1P



Figure 3.53. The Residuals for the Model of IP3 Using the Data
of IP3.



5    Figure 3.54. The Residuals for the Model of IP3 Using the Data
of IP4.

A.A. Bahattab 1P



Figure 3.55. The Residuals for the Model of IP3 Using the Data of IP10.



Figure 3.56. The Residuals for the Model of IP3 Using the Data of IP12.

A.A. Bahattab 1P

### 3.5.3.2 **The diagnostics of the AR model**

We carried out the same techniques used in the previous section to test the AR model, see Table A.6. The table shows that IP7 is the best model to predict the rest of the IP

5  addresses that have weak correlation. Also, we did the comparison between the residual plotting of IP7, see Figures 3.57-3.64 and another two models (IP8 and IP5), see Figures 3.65-3.80. The residuals match the results of MAE.



10

Figure 3.57. The Residuals for the Model of IP7 Using the Data of IP5.

A.A. Bahattab 1P



Figure 3.58. The Residuals for the Model of IP7 Using the Data
of IP6.



5    Figure 3.59. The Residuals for the Model of IP7 Using the Data
of IP7.

A.A. Bahattab IP



Figure 3.60. The Residuals for the Model of IP7 Using the Data
of IP8.



5    Figure 3.61. The Residuals for the Model of IP7 Using the Data
of IP9.

A.A. Bahattab 1P



Figure 3.62. The Residuals for the Model of IP7 Using the Data of IP13.



5    Figure 3.63. The Residuals for the Model of IP7 Using the Data of IP17.

A.A. Bahattab 1P



Figure 3.64. The Residuals for the Model of IP7 Using the Data
of IP18.



Figure 3.65. The Residuals for the Model of IP8 Using the Data
of IP5.

A.A. Bahattab 1P



Figure 3.66. The Residuals for the Model of IP8 Using the Data

of IP6.



5    Figure 3.67. The Residuals for the Model of IP8 Using the Data

of IP7.

A.A. Bahattab 1P



Figure 3.68. The Residuals for the Model of IP8 Using the Data
of IP8.



5    Figure 3.69. The Residuals for the Model of IP8 Using the Data
of IP9.

A.A. Bahattab 1P



Figure 3.70. The Residuals for the Model of IP8 Using the Data of IP13.



5    Figure 3.71. The Residuals for the Model of IP8 Using the Data of IP17.

A.A. Bahattab 1P



Figure 3.72. The Residuals for the Model of IP8 Using the Data of IP18.



5    Figure 3.73. The Residuals for the Model of IP5 Using the Data of IP5.

A.A. Bahattab 1P



Figure 3.74. The Residuals for the Model of IP5 Using the Data

of IP6.



5    Figure 3.75. The Residuals for the Model of IP5 Using the Data

of IP7.

A.A. Bahattab IP



Figure 3.76. The Residuals for the Model of IP5 Using the Data of IP8.



Figure 3.77. The Residuals for the Model of IP5 Using the Data of IP9.

A.A. Bahattab IP



Figure 3.78. The Residuals for the Model of IP5 Using the Data of IP13.



5    Figure 3.79. The Residuals for the Model of IP5 Using the Data of IP17.

A.A. Bahattab IP



Figure 80. ar(IPm5(1:11500),36),e=resid(IPm18(11501:13500))-IPm18=IPm18-mean(IPm18)

Figure 3.80. The Residuals for the Model of IP5 Using the Data
of IP18.

## 3.6 Optimization and analysis.

Building the models using 11,500 points (57.5 seconds)
makes the order of the model high.  According to the results in
Tables A.7, A.8, and A.9, we decided to build the model based on
500 points (2.5 seconds) for both high and low correlated IP
addresses, which enables us to have two simple models, ARMA(1,3)
and ARMA(1,2).

In Tables A.7, A.8 and A.9, we built the models using
different sizes of data sets.  Then the prediction test was

A.A. Bahattab 1P

performed using the following 1000 actual data points except in Table A.9 where we started the prediction test at point 22000. The prediction is based on one step ahead prediction (next 5ms).

For example, in Table A.7, we built the model using 60 5 points of the actual data vector from each of the seven selected IP addresses. We pretended that the current time is 61. The model took the value at time 61 (position 61) in the actual vector and predicted one step ahead to produce the predicted value for future time 62 (position 62), and kept this value in 10 the prediction vector at position 2 (since we did not perform prediction before time 61; thus, the prediction vector at position 1 is 0). When we reached time 62, the model took the value at position 62 in the actual data vector and made a prediction. The produced predicted value of future time 63 is 15 kept in the prediction vector at position 3. This process continues for 1000 points of data range. At the end we compared the actual data vector (position 62 to 1060) with the predicted vector (2 to 1000). Table A.7 shows the results, which are represented in the form of the number of hits and misses. The 20 number of hits represents the total number of pre-fetches executed according to the prediction vector that match the actual data. The number of misses represents the total number of pre-fetches executed according to the prediction vector that do not match the actual data. The table shows the results for

A.A. Bahattab 1P

seven selected IP addresses. IP1, IP2, IP3, and IP4 are high

correlated while IP5, IP6, and IP7 are low correlated.  For

example, hit1 = 973 means that according to the prediction

vector we pre-fetched IP1 973 times and all pre-fetches were

5    correct according to the actual data.  Miss1=3 means that three

pre-fetches were wrong.  The reader might notice that the number

of hits plus the number of misses is not equal to 999 points.

This is because the rest of the 23 points were zeros in both

vectors where pre-fetching is not required. We do not consider

10    the first value in the prediction vector because it is always

zero; therefore, we consider 999 points instead of 1000.  Thus,

the IP address could be removed from the cache in these 23

periods of time if it was in the cache.  In Table A.9, the

results show that the model, which we built at the beginning,

15    provides excellent prediction results when we started the

prediction test at 22000 (time 110 seconds).

**3.7 Implementation.**

In our initial analysis, we used 5ms sampling time.  This

choice was arbitrary, but when we applied the sampling theory as

20    mentioned in section 3.2, the new sampling time is 2ms.  Thus,

in our implementation we sample each 2ms for 500 times.  This

means that each IP address has 500 values (its frequencies) in

its array (vector), which are collected in a one second time

A.A. Bahattab 1P

period (500*2ms=1sec).  The frequencies of information from this

one second are used to predict the future IP addresses.

First, we wrote a C program to implement the regular

replacement algorithms (Random, LRU, and Round Robin) and we

5    plotted the hit ratio versus the cache size, see Figure 3.82.

Then we incorporated the prediction code.  Also, we used MATLAB

scripts to perform model building and prediction.

**3.7.1 Proposed implementation in a backbone router.**

In Figure 3.81, the router has input line cards, output

10   line cards, a central routing table (database), and the switch

fabric.  Each input line card has a forwarding engine and a

forwarding table.  Our prediction models should be placed in

each line card since each line card provides forwarding packet

service for particular customer (companies, schools, etc.) to

15   which they are connected.  When the router is turned on the

ordinary replacement algorithm will be used until we finish

collecting the information about the incoming IP addresses,

which will take 1 sec (500 points * 2ms).  Once the data is

ready, the slope of the correlation function for each IP address

20   will be calculated.  Then we will build the models, one for the

high correlated data and the other for the low correlated data.

We do not need all IP addresses to build the models.  A group of

the IP addresses will be enough to build each model, for example

20 IP addresses. Once we build the model, we predict all the IP

A.A. Bahattab I P

addresses for the next 2ms. The processor has to pre-fetch the predicted IP address into the cache.    To prevent the interruption for the router, we must have two caches, an active cache and an inactive cache.  The predicted IP addresses should

5    be prepared in the inactive cache and once the 2ms period is finished, the router must switch to the inactive cache, which becomes the active cache at that moment.    The other cache becomes inactive; the IP addresses for the next 2ms will be pre-fetched in this cache.

10    **3.7.2 Previous cache system.**

Some of the commonly used replacement algorithms are the Random, the Round Robin, and the Least Recently Used (LRU). Those algorithms are tested and compared with our new cache system (prediction) as mentioned in the next section.  With the

15    Random Replacement Algorithm, when a datagram (IP packet) arrives, its destination IP address is looked up in the cache table (forwarding table).  If the IP



Input Packets

20

Input Line Cards

Switch Fabric

Output Line Cards

Output Packets

Routing table

A.A. Bahattab IP

Figure 3.81. The Architecture of a High-end Router

5

address is found the hit ratio is incremented; otherwise, we

simply generate a random number not greater than the cache size,

and we place the IP address in the cache with this random number

as the offset.    The previous IP address, which is in the same

10   location, will be deleted.

With the Round Robin replacement algorithm, when a datagram

(IP packet) arrives, its destination IP address is looked up in

the cache table (forwarding table). If the IP address is found

the hit ratio is incremented; otherwise, we put it at the first

15   location in the cache where the current IP address will be

deleted.    When the following IP datagram arrives and its

destination IP address is not in the cache (a miss), we put the

IP address in the second location in the cache, and so on, until

we reach the end of the cache.    After that, we start again and

20   put the IP address at the first location if we have a miss.

With the LRU Replacement Algorithm, when a datagram (IP

packet) arrives, its destination IP address is looked up in the

cache table (forwarding table). If the IP address is found, the

hit ratio is incremented, and we place the IP address, which is

A.A. Bahattab 1P

found in the cache, at the top of the cache and we push down the rest of the IP addresses until we reach the original location of the currently located IP address.   If the IP address is not found, the IP addresses will be pushed down, eliminating the last one, and the current IP address will be placed at the top of the cache.

5

We experimented with all three replacement algorithms. Figure 3.82 shows the performance of those replacement algorithms.   The best results were from the LRU Replacement Algorithm while the Random and Round Robin have almost the same performance.   The easiest implementation of the mentioned algorithms is the Round Robin Algorithm then the Random Algorithm. The most difficult algorithm to implement is the LRU Algorithm.

10

A.A. Bahattab 1P



Figure 3.82. The Cache Size Versus the Hit Ratio for the

Replacement Algorithms.

5    **3.7.3 New cache system.**

In the new cache system, when the router starts up, it will

use the ordinary cache system as a replacement algorithm for the

IP addresses until the prediction system is ready.   Once the

router starts predicting the IP addresses, then the router will

10   not use the ordinary replacement algorithm any more.   Instead it

will depend totally on the prediction algorithm.

The procedure used by our new prediction system is

described in the flowchart in Figure 3.83.   In step 1, the

datagram arrives containing the destination IP address.   We

A.A. Bahattab IP

check if it has a database (vector of frequencies at which that IP address appears) or not, step 2. If it does not, we proceed to step 3 and create a database for this IP address; otherwise,

5   the access_counter value (which counts the number of IP addresses entered in the system) and the frequency_counter value (which counts the number of frequencies for each IP address every X ms [e.g. 2ms]) are incremented, step 4.

In step 5, we check if X ms have elapsed (considered as a point in a vector). If yes, then we append the

10  frequency_counter value for all IP addresses' databases (vectors), but we have to distinguish between those which, have fewer than Y points (e.g. 500 points) and those, which have Y points. For the first case, we just append the frequency_counter value at the end of the vector. In the second

15  case, we first take out the first frequency_counter value from the top and append the current value to the end to keep only the updated Y points. In step 7, we set the frequency_counter to zero to start the count for the next X ms (next point in a vector). In step 8, we check if all IP address vectors in the

20  ready list have Y points. If yes, we set a variable "calculate" = true, step 9; otherwise, we continue to step 10. If X ms have not elapsed, step 5, we check if the cache is full or not, step 10. If not, we check if the current incoming IP address is in the cache, step 11. If yes, we increment the number of hits,

A.A. Bahattab 1P

step 12; otherwise, we use the ordinary replacement algorithm to locate the IP address in the cache, step 13 and in either case, we go back and receive the new IP address, step 1. In step 10, if the cache is full, we check whether the variable "calculate"

5    is true or not, step 14. If it is not, we return to ask if it is in the cache or not, step 11. If "calculate" is true, then we check if this is the first time we enter the prediction system, step 15. If yes, we do not wait, but start calculating the autocorrelation function for all IP addresses to separate

10   the high and low correlated IP addresses, which have Y points in their vectors, step 16.

In step 17, we calculate the Mean Absolute Error (MAE) for just K IP addresses (e.g., 50 IP addresses) to give us the best two IP vectors (one for high and another for low correlated IP

15   addresses) on which we can build or rebuild the model for high and low correlated data. The other IP addresses will not be included in building or rebuilding the models, but their autocorrelation functions will be calculated and will be directed to the appropriate model according to their

20   autocorrelation function. This is because if we include all IP addresses in building and rebuilding the models, the MAE matrix will be huge. We do this procedure (Checking the autocorrelation and the MAE and building the model) every W seconds (e.g., 100 seconds), step 19. In step 20, if x ms

A.A. Bahattab 1P

elapsed and the variable "calculate" is true, we forecast one step ahead for all IP addresses, step 21.

In step 22, we check the low correlated IP addresses first and then the high correlated IP addresses one by one. In step 23, if we do not expect the IP address in the next x ms, we proceed to step 29 to continue checking the rest of IP addresses; otherwise, we search for the IP address in the cache, step 26. In step 27, if the IP address in the cache, then we proceed to step 29 to continue checking the rest of IP addresses; otherwise, we pre-fetch the IP address and put it in the cache using FIFO algorithm, step 28.

This is because if there is no space for all predicted IP addresses (low and high), we make sure that the high correlated data has high priority to be in the cache. This could happen if the cache size is less than the number of predicted IP addresses. In step 29, if we finish all IP addresses we proceed to step 30, else we proceed to step 22 to continue pre-fetching. Now, the cache has the predicted IP addresses. When IP comes we check if it is in the cache, step 31, then we increment the number of hits, step 32; otherwise, we check the new incoming IP address, back to step 1. If there is a miss (the IP address is not found in the cache) we do not update the cache. The cache will be updated only by prediction in each X ms.

**3.8 Testing the performance.**

- 98 of 127 -

A.A. Bahattab 1P

The last step in this research is testing the performance of our Prediction Algorithm.   We compared it with the current cache algorithms.   As we expected, we found out that our Prediction Algorithm performs better than all the current

5    algorithms.

From a design perspective, we chose the first 32 unique IP addresses in the file traces (containing more than a million transactions), and only those 32 IP addresses entered our simulation test and databases were created for each one of the

10    32 IP addresses.   We ran the simulation using the LRU Algorithm and we recorded the results in a text file.   Then, we ran the simulation using the Prediction Algorithm and recorded the data in another text file.   The number of IP addresses that entered the simulation was 67000 IP addresses for both tests.   In the

15    Prediction Algorithm, we first started using the LRU Algorithm until the data was ready.   Then, the prediction took place.   In this test, the result of the prediction was

A.A. Bahattab 1P




Figure 3.83. The Prediction System's Flowchart

A.A. Bahattab 1P



Figure 3.83. (Continued)

5  affected by the misses that had occurred by using the LRU

Algorithm in initialization time.  The hit ratio when using the

LRU Algorithm is 0.851, while the hit ratio when using the

A.A. Bahattab 1P

Prediction Algorithm (using the LRU Algorithm at the initialization time) is 0.911. We plotted the number of fetches (incoming IP addresses) versus the hit ratio for the LRU Replacement Algorithm and the Prediction Algorithm, see Figure

5    3.84. The figure shows that the upper curve is for the Prediction Algorithm, which implies that our algorithm's performance is better than the LRU Algorithm.



10

Figure 3.84. The Prediction System Versus the LRU Using Cache Size=8 and Tested IP Addresses=32.

We did the same test, but now the comparison was with the Random

15   Replacement Algorithm. The hit ratio when using the Random Replacement Algorithm is 0.808, while the hit ratio when using

A.A. Bahattab IP

the Prediction Algorithm (using the Random Algorithm at the initialization time) is 0.908. Also, we plotted the number of fetches (incoming IP addresses) versus the hit ratio for the Random Replacement Algorithm and for the Prediction Algorithm,

5  see Figure 3.85. The figure shows



Figure 3.85. The Prediction System Versus the Random Using Cache Size=8 and Tested IP Addresses=32.

10

that the upper curve is for the Prediction Algorithm, which implies that our algorithm's performance is better than the Random Algorithm. Furthermore, we conducted a fair test by starting calculating the hit ratio when the prediction started

15  not taking into account the previous misses or

A.A. Bahattab 1P



Figure 3.86. The Prediction, the Random, and the LRU Algorithms

Using Cache Size=8 and Tested IP Addresses=32.

5    hits, coming from the LRU or the Random Algorithms.  Also, we

recorded the IP address counter (e.g. 5047 IP addresses have

already entered the simulation system).  Once we finished the

prediction test, we started calculating the hit ratio for the

Random Algorithm after 5047 IP addresses entered the simulation.

10   We did the same for the LRU Algorithm.  This test gives a clear

view of the difference in the hit ratio of the three algorithms

where the hit ratio for the Random Algorithm is 0.776, for the

LRU Algorithm is 0.806, and for the Prediction Algorithm is

0.931, see Figure 3.86.

15        Finally, we tested 32, 64, 128, 256, 512 unique IP

addresses.  The number of IP addresses that entered the

simulation tests was 100,000 IP addresses.   In those tests we compare only the Random Algorithm against the Prediction Algorithm, see Figures 3.87, 3.88, 3.89, 3.90, and 3.91.



Figure 3.87. The Prediction and the Random Algorithms Using Cache Size=8 and Tested IP Addresses=32.

When there are 32 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.92 and 0.808, respectively.   The difference is 11%.   When there are 64 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.893 and 0.751, respectively.   The difference is 14%.   When there are 128 unique IP addresses, the hit ratio for the Prediction Algorithm and the Random Algorithm are 0.843 and 0.668, respectively.   The difference is 17.5%.

A.A. Bahattab 1P

When there are 256 unique IP addresses, the hit ratio for the
Prediction Algorithm and the Random Algorithm are 0.752 and
0.582, respectively. The difference is 17%. When there are 512
unique IP addresses, the hit ratio for the Prediction Algorithm

5   and the Random Algorithm are 0.66 and 0.49, respectively. The
difference is 17%.



Figure 3.88. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=64.

A.A. Bahattab 1P



Figure 3.89. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=128.



5    Figure 3.90. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=256.

A.A. Bahattab 1P



Figure 3.91. The Prediction and the Random Algorithms Using
Cache Size=8 and Tested IP Addresses=512.

A.A. Bahattab 1P

# CHAPTER 4

## Conclusion

**4.1 Summary.**

    The previous studies looked at the IP packets in terms of

5   flows, conversations, packet trains, or HTTP traffic (Web

objects), but none of them have looked recently at the IP

address streams combining all types of traffic. We decided that

by studying the IP address streams, we could improve the routing

operation in a cache table.

10    We started this research by looking at the file traces from

the Website of the National Laboratory for Applied Network

Research (www.nlanr.net). We downloaded some files and

converted them to ASCII files using their Perl script. Then we

wrote our own Perl script to strip off unneeded data and rewrote

15   the file in a specific form (each line contains time stamp,

source IP address, and destination IP address). We started the

data analysis by writing our own script file to accept from the

user one IP address at a time, and count the frequency for that

particular IP address in each 5ms period. This process was

20   repeated for up to 18 IP addresses.

    Then, we plotted the data of the IP addresses, see Figures

3.1-3.19, and the autocorrelation functions of the IP addresses,

see Figures 3.20-37. We found that most of the IP addresses

have a strong correlation while the rest are weakly correlated.

A.A. Bahattab 1P

We divided the IP addresses into two groups, and built a particular model for each group. We chose the ARMA[1,2] model for the IP addresses that have strong correlation, and we chose the ARMA[1,3] model for the IP addresses that have weak

5    correlation [BODN2000].

In the implementation stage, we wrote a C program to read the IP addresses from the file traces. From a design perspective, we allowed only 32 IP addresses to enter the simulation and to be predicted. At the beginning, we created a

10    database for those 32 IP addresses, and counted the frequency for each IP addresses for every 2ms (see section 3.2 Determining the Sampling Size) until we had 500 points in each database. While we are building the database, the cache system uses the ordinary cache replacement algorithm. Then we run a MATLAB

15    function from our C program to calculate the autocorrelation function for all 32 IP addresses so that we can distinguish between the high and low correlated IP addresses. After that, we calculate the Mean Absolute Error (MAE) to find the best model for each group of IP addresses. Once we have the models, we

20    predict all the 32 IP addresses for the next 2ms and put them in the cache. Then we stop the ordinary cache system and depend totally on the predictions. Note that the cache will not be modified except by prediction results. Thus, within the first 2ms the IP addresses in the cache will not be touched regardless

A.A. Bahattab IP

if the incoming IP address is found in the cache or not. The
cache is updated only by prediction.

The final step in our research is to show the improvements
in the performance of a router using our prediction cache system
by comparing it with the current cache system. We compared the
LRU and the Random cache systems with the prediction system.
Figures 3.84 and 3.85 show the performance of our prediction
system is better than the current systems. Also, we conduct a
fair test by starting calculating the hit ratio when the
prediction started not taking into account the previous misses
or hits, coming from the LRU or the Random Algorithms, see
Figure 3.86. Finally, we tested 32, 64, 128, 256, and 512
unique IP addresses. A 100,000 IP addresses entered the
simulation. Figures 3.87, 3.88, 3.89, 3.90, and 3.91 show that
the Prediction Algorithm outperforms the Random Algorithm.

**4.2 Significance.**

The existence techniques speed up the routing operation
depending on the replacement algorithms and/or the search time
in the cache table. Also, some studies looked at the traffic as
conversations, packet trains, or flows to speed up the routing
operation. For example, in a packet train, only the first
packet contains the routing information and the rest of the
packets just flow automatically. In active Web cache

A.A. Bahattab 1P

technology, they pre-fetch and refresh Web objects to speed up the loading of the Web page.

In our research, we are looking at the stream of IP addresses in a router to study its behavior.    Nobody has done
5    this before for a backbone router.    Accordingly, we can predict the future IP address so that it will be pre-fetched in the cache table before a router requests it.    Hence, the hit-ratio will be increased.

The importance of the study is the implementation of an
10   intelligent algorithm to predict the future IP addresses before a router requests them.    This algorithm will make the hit-ratio high so a router will reduce the search in the routing table (database), which requires excessive time.    Moreover, if our prediction system makes the optimal cache size smaller, the
15   search time for an IP address will be significantly reduced.


**4.3 Future Research.**

There are several possible directions for future research.
20   One immediate and important practical question is the choice of the best cache size.    Intuitively, it seems desirable to explore running the Prediction Algorithm using a cache that will hold 2000 IP addresses, with the assumption that there are 16,000 unique IP addresses.    Having a small cache size, we can use a

A.A. Bahattab 1P

simple search algorithm, hence, the search time will be low.  We

need to experiment with a number of different cache sizes to

find what the optimal cache size is.  For example, in the last

tests, we experimented with cache size that holds 8 IP addresses

5  with 32, 64, 128, 256, and 512 unique IP addresses.  The

difference in the hit ratio was 17% for the last three tests.

Thus, we can hypothesize that the optimal cache size is 8/512=

0.016.  This means that the cache size can be 1.6% of the

routing table.  With larger environment (i.e., 16,000 unique IP

10  addresses), can we obtain as good results?  If we could, then

the above hypothesis is valid.

Furthermore, it would be interesting to calculate the

number of instructions needed for the Prediction Algorithm (to

estimate execution time) this will allow the system to figure

15  out the power of the processor needed to perform the prediction

tasks in no more than 2ms.  This would permit the Prediction

Algorithm to be run in a real time environment.

## APPENDIX  A

20

| Model Structure | Order | | Vector | AIC | Variance Error | Absolute Error | Max Value in the vector |
|---|---|---|---|---|---|---|---|
| | Q | P | | | | | |
| Armax(1:11500) | 2 | 2 | IP1 | 5.5998 | 5.5979 | 1.8323 | 18 |
| Armax(1:11500) | 5 | 5 | IP1 | 5.5208 | 5.5160 | 1.8182 | 18 |
| Armax(1:11500) | 20 | 15 | IP1 | 5.1705 | 5.1548 | 1.7850 | 18 |
| Armax(1:11500) | 20 | 20 | IP1 | 5.1911 | 5.1731 | 1.7687 | 18 |
| Armax(1:11500) | 2 | 2 | IP2 | 11.6015 | 11.5975 | 2.5230 | 30 |
| Armax(1:11500) | 5 | 5 | IP2 | 11.2081 | 11.1984 | 2.4062 | 30 |

A.A. Bahattab 1P

| | | | | | | |
|---|---|---|---|---|---|---|
| Armax(1:11500) | 20 | 15 | IP2 | 10.3469 | 10.3154 | 2.3286 | 30 |
| Armax(1:11500) | 20 | 20 | IP2 | 10.2554 | 10.2198 | 2.2840 | 30 |
| Armax(1:11500) | 2 | 2 | IP3 | 62.4287 | 62.4369 | 2.5230 | 51 |
| Armax(1:11500) | 5 | 5 | IP3 | 60.3955 | 60.3430 | 2.4062 | 51 |
| Armax(1:11500) | 20 | 15 | IP3 | 57.0676 | 56.8942 | 2.3286 | 51 |
| Armax(1:11500) | 20 | 20 | IP3 | 57.5530 | 57.3532 | 2.2840 | 51 |
| Armax(1:11500) | 2 | 2 | IP4 | 14.2055 | 14.2005 | 2.4333 | 36 |
| Armax(1:11500) | 5 | 5 | IP4 | 14.2100 | 14.1976 | 2.4330 | 36 |
| Armax(1:11500) | 20 | 15 | IP4 | 14.2103 | 14.1671 | 2.4300 | 36 |
| Armax(1:11500) | 20 | 20 | IP4 | 14.1953 | 14.1460 | 2.4306 | 36 |
| Armax(1:11500) | 2 | 2 | IP5 | 0.0161 | 0.0161 | 0.0082 | 2 |
| Armax(1:11500) | 5 | 5 | IP5 | 0.0161 | 0.0161 | 0.0082 | 2 |
| Armax(1:11500) | 20 | 15 | IP5 | 0.0161 | 0.0161 | 0.0093 | 2 |
| Armax(1:11500) | 20 | 20 | IP5 | 0.0163 | 0.0163 | 0.0096 | 2 |
| Armax(1:11500) | 2 | 2 | IP6 | 0.0667 | 0.0667 | 0.0336 | 2 |
| Armax(1:11500) | 5 | 5 | IP6 | 0.0670 | 0.0669 | 0.0377 | 2 |
| Armax(1:11500) | 20 | 15 | IP6 | 0.0674 | 0.0671 | 0.0373 | 2 |
| Armax(1:11500) | 20 | 20 | IP6 | 0.0610 | 0.0608 | 0.0658 | 2 |
| Armax(1:11500) | 2 | 2 | IP7 | 0.0941 | 0.0941 | 0.0674 | 4 |
| Armax(1:11500) | 5 | 5 | IP7 | 0.0983 | 0.0982 | 0.0592 | 4 |
| Armax(1:11500) | 20 | 15 | IP7 | 0.0992 | 0.0989 | 0.0571 | 4 |
| Armax(1:11500) | 20 | 20 | IP7 | 0.0972 | 0.0969 | 0.0591 | 4 |
| Armax(1:11500) | 2 | 2 | IP8 | 0.0061 | 0.0061 | 0.0101 | 2 |
| Armax(1:11500) | 5 | 5 | IP8 | 0.0061 | 0.0061 | 0.0104 | 2 |
| Armax(1:11500) | 20 | 15 | IP8 | 0.0061 | 0.0061 | 0.0100 | 2 |
| Armax(1:11500) | 20 | 20 | IP8 | 0.0061 | 0.0061 | 0.0101 | 2 |
| Armax(1:11500) | 2 | 2 | IP9 | 0.0095 | 0.0095 | 0.0106 | 2 |
| Armax(1:11500) | 5 | 5 | IP9 | 0.0109 | 0.0109 | 0.0291 | 2 |
| Armax(1:11500) | 20 | 15 | IP9 | 0.0095 | 0.0095 | 0.0115 | 2 |
| Armax(1:11500) | 20 | 20 | IP9 | 0.0096 | 0.0096 | 0.0115 | 2 |
| Armax(1:11500) | 2 | 2 | IP10 | 5.5998 | 5.5979 | 1.8323 | 18 |
| Armax(1:11500) | 5 | 5 | IP10 | 5.5208 | 5.5160 | 1.8182 | 18 |
| Armax(1:11500) | 20 | 20 | IP10 | 5.1705 | 5.1548 | 1.7850 | 18 |
| Armax(1:11500) | 20 | 20 | IP10 | 5.1911 | 5.1731 | 1.7687 | 18 |

Table A.1. Estimating the order for the ARMA model

| Model Structure | Order | Vector | AIC | Variance Error | Absolute Error | Max Value in the vector |
|---|---|---|---|---|---|---|
| Ar(1:11500) | 10 | IP5 | 0.0243 | 0.0243 | 0.0152 | 1.9914 |
| Ar(1:11500) | 20 | IP5 | 0.0243 | 0.0242 | 0.0151 | 1.9914 |
| Ar(1:11500) | 30 | IP5 | 0.0239 | 0.0238 | 0.0154 | 1.9914 |
| Ar(1:11500) | 36 | IP5 | 0.0224 | 0.0223 | 0.0157 | 1.9914 |
| Ar(1:11500) | 10 | IP6 | 0.0878 | 0.0876 | 0.0893 | 1.9384 |
| Ar(1:11500) | 20 | IP6 | 0.0876 | 0.0873 | 0.0860 | 1.9384 |
| Ar(1:11500) | 30 | IP6 | 0.0876 | 0.0872 | 0.0844 | 1.9384 |

A.A. Bahattab 1P

| Ar(1:11500) | 36 | IP6 | 0.0872 | 0.0866 | 0.0817 | 1.9384 |
|---|---|---|---|---|---|---|
| Ar(1:11500) | 10 | IP7 | 0.1101 | 0.1099 | 0.1094 | 3.9348 |
| Ar(1:11500) | 20 | IP7 | 0.1101 | 0.1097 | 0.1084 | 3.9348 |
| Ar(1:11500) | 30 | IP7 | 0.1098 | 0.1093 | 0.1868 | 3.9348 |
| Ar(1:11500) | 36 | IP7 | 0.1096 | 0.1089 | 0.1058 | 3.9348 |
| Ar(1:11500) | 10 | IP8 | 0.0050 | 0.0050 | 0.0136 | 1.9937 |
| Ar(1:11500) | 20 | IP8 | 0.0050 | 0.0050 | 0.0137 | 1.9937 |
| Ar(1:11500) | 30 | IP8 | 0.0050 | 0.0050 | 0.0138 | 1.9937 |
| Ar(1:11500) | 36 | IP8 | 0.0050 | 0.0050 | 0.0139 | 1.9937 |
| Ar(1:11500) | 10 | IP9 | 0.0093 | 0.0093 | 0.0177 | 1.9911 |
| Ar(1:11500) | 20 | IP9 | 0.0093 | 0.0093 | 0.0179 | 1.9911 |
| Ar(1:11500) | 30 | IP9 | 0.0091 | 0.0091 | 0.0178 | 1.9911 |
| Ar(1:11500) | 36 | IP9 | 0.0091 | 0.0090 | 0.0183 | 1.9911 |
| Ar(1:11500) | 10 | IP13 | 0.1033 | 0.1031 | 0.1874 | 3.9058 |
| Ar(1:11500) | 20 | IP13 | 0.1033 | 0.1029 | 0.1880 | 3.9058 |
| Ar(1:11500) | 30 | IP13 | 0.1034 | 0.1029 | 0.1883 | 3.9058 |
| Ar(1:11500) | 36 | IP13 | 0.1034 | 0.1028 | 0.1886 | 3.9058 |
| Ar(1:11500) | 10 | IP17 | 0.2220 | 0.2216 | 0.3508 | 5.7916 |
| Ar(1:11500) | 20 | IP17 | 0.2217 | 0.2209 | 0.3514 | 5.7916 |
| Ar(1:11500) | 30 | IP17 | 0.2213 | 0.2202 | 0.3510 | 5.7916 |
| Ar(1:11500) | 36 | IP17 | 0.2214 | 0.2201 | 0.3510 | 5.7916 |
| Ar(1:11500) | 10 | IP18 | 0.0566 | 0.0565 | 0.1005 | 3.9459 |
| Ar(1:11500) | 20 | IP18 | 0.0564 | 0.0562 | 0.0997 | 3.9459 |
| Ar(1:11500) | 30 | IP18 | 0.0560 | 0.0563 | 0.0996 | 3.9459 |
| Ar(1:11500) | 36 | IP18 | 0.0562 | 0.0559 | 0.0997 | 3.9459 |

Table A.2.  Estimating the order for the AR model

5

A.A. Bahattab 1P

| $i$ | $\Phi_i$ | $\Theta_i$ |
|---|---|---|
| 1 | -1.2649 | -0.8830 |
| 2 | 0.5791 | 0.3489 |
| 3 | -0.1040 | -0.0746 |
| 4 | 0.1327 | 0.1733 |
| 5 | -0.3224 | -0.3026 |
| 6 | -0.4395 | -0.4614 |
| 7 | 1.0065 | 0.7225 |
| 8 | -1.2793 | -0.9622 |
| 9 | 1.0955 | 0.7330 |
| 10 | -0.2384 | -0.0170 |
| 11 | 0.0907 | 0.1482 |
| 12 | -0.3537 | -0.3251 |
| 13 | 0.3304 | 0.2678 |
| 14 | 0.4614 | 0.4398 |
| 15 | -0.7799 | -0.4755 |
| 16 | 0.1656 | |
| 17 | 0.0124 | |
| 18 | 0.0060 | |
| 19 | -0.0300 | |
| 20 | 0.0150 | |

Table A.3. The estimated parameters of the ARMA model

5

10

15

20

25

A.A. Bahattab 1P

| $i$ | $\Phi_i$ |
|---|---|
| 1 | **-0.1143** |
| 2 | -0.0313 |
| 3 | -0.0167 |
| 4 | -0.0048 |
| 5 | -0.0067 |
| 6 | -0.0037 |
| 7 | -0.0144 |
| 8 | -0.0132 |
| 9 | -0.0161 |
| 10 | -0.0093 |
| 11 | 0.0016 |
| 12 | -0.0032 |
| 13 | -0.0026 |
| 14 | -0.0120 |
| 15 | -0.0026 |
| 16 | -0.0061 |
| 17 | -0.0054 |
| 18 | -0.0140 |
| 19 | -0.0280 |
| 20 | -0.0056 |
| 21 | -0.0174 |
| 22 | 0.0016 |
| 23 | -0.0051 |
| 24 | -0.0148 |
| 25 | -0.0064 |
| 26 | -0.0184 |
| 27 | -0.0267 |
| 28 | -0.0094 |
| 29 | -0.0285 |
| 30 | -0.0256 |
| 31 | -0.0084 |
| 32 | -0.0272 |
| 33 | -0.0251 |
| 34 | -0.0035 |
| 35 | -0.0366 |
| 36 | -0.0215 |

Table A.4. The estimated parameters of the AR model

A.A. Bahattab 1P

5

| ARMAX Model Structure | IP1 | IP2 | IP3 | IP4 | IP10 | IP12 | IP13 | IP17 | IP18 |
|---|---|---|---|---|---|---|---|---|---|
| IP1(1:11500,20 15) | 1.7759 | 2.5513 | 6.7264 | 2.7088 | 1.7760 | 2.3928 | 0.1910 | 0.3524 | 0.1080 |
| IP2(1:11500,20 15) | 1.8041 | 2.4449 | 6.2226 | 2.5926 | 1.8042 | 2.3422 | 0.1888 | 0.3541 | 0.1096 |
| IP3(1:11500,20 15) | 1.8286 | 2.4336 | 6.0744 | 2.6203 | 1.8288 | 2.3350 | 0.1926 | 0.3589 | 0.1150 |
| IP4(1:11500,20 15) | 1.8443 | 2.5786 | 6.8185 | 2.5510 | 1.8444 | 2.3737 | 0.1858 | 0.3523 | 0.1024 |
| IP10(1:11500,20 15) | 1.7764 | 2.5498 | 6.7232 | 2.7071 | 1.7765 | 2.3940 | 0.1909 | 0.3523 | 0.1080 |
| IP12(1:11500,20 15) | 1.8547 | 2.6616 | 6.9048 | 2.7042 | 1.8548 | 2.2786 | 0.1855 | 0.3519 | 0.1050 |
| IP13(1:11500,20 15) | 1.8826 | 2.6821 | 7.3268 | 2.5584 | 1.8827 | 2.4875 | 0.1935 | 0.3556 | 0.1015 |
| IP17(1:11500,20 15) | 1.9234 | 2.8121 | 7.8300 | 2.7340 | 1.9234 | 2.5399 | 0.2193 | 0.3613 | 0.1003 |
| IP18(1:11500,20 15) | 1.9454 | 2.8699 | 8.0494 | 2.9444 | 1.9455 | 2.6534 | 0.1903 | 0.3505 | 0.0991 |

Table A.5. The absolute error for each
ARMA model using the data of all IP addresses

10

15

| AR Model Structure | IP5 | IP6 | IP7 | IP8 | IP9 | IP13 | IP17 | IP18 |
|---|---|---|---|---|---|---|---|---|
| IP5(1:11500,36) | 0.0157 | 0.0781 | 0.1063 | 0.1410 | 0.0188 | 0.1918 | 0.3528 | 0.1026 |
| IP6(1:11500,36) | 0.0150 | 0.0817 | 0.1094 | 0.0138 | 0.0178 | 0.1917 | 0.3519 | 0.1015 |
| IP7(1:11500,36) | 0.0147 | 0.0785 | 0.1058 | 0.0137 | 0.0176 | 0.1895 | 0.3515 | 0.1015 |
| IP8(1:11500,36) | 0.0156 | 0.0834 | 0.1096 | 0.0139 | 0.0184 | 0.1893 | 0.3514 | 0.1021 |
| IP9(1:11500,36) | 0.0155 | 0.0787 | 0.1067 | 0.0144 | 0.0183 | 0.1919 | 0.3504 | 0.1018 |
| IP13(1:11500,36) | 0.0150 | 0.0824 | 0.1084 | 0.0138 | 0.0178 | 0.1886 | 0.3517 | 0.1021 |
| IP17(1:11500,36) | 0.0152 | 0.0855 | 0.1107 | 0.0141 | 0.0179 | 0.1905 | 0.3510 | 0.1017 |
| IP18(1:11500,36) | 0.0199 | 0.1025 | 0.1268 | 0.0181 | 0.0226 | 01991 | 0.3519 | 0.0997 |

Table A.6. The absolute error for each AR
model using the data of all IP addresses

20

25

A.A. Bahattab 1P

| The prediction test based on the following 1000 points. | | |
|---|---|---|
| hit1 = 973 | | miss1 = 3 |
| hit2 = 881 | | miss2 = 24 |
| hit3 = 863 | | miss3 = 20 |
| hit4 = 650 | | miss4 = 67 |
| hit5 = 4 | | miss5 = 21 |
| hit6 = 5 | | miss6 = 67 |
| hit7 = 23 | | miss7 = 113 |

Table A.7. Building the model using 60 points for IP1 to IP7

| The prediction test based on the following 1000 points. | | |
|---|---|---|
| hit1 = 973 | | miss1 = 0 |
| hit2 = 889 | | miss2 = 8 |
| hit3 = 869 | | miss3 = 6 |
| hit4 = 670 | | miss4 = 17 |
| hit5 = 15 | | miss5 = 2 |
| hit6 = 63 | | miss6 = 5 |
| hit7 = 120 | | miss7 = 17 |

Table 8. Building the model using 200 points for IP1 to IP7

| The prediction test started at 22000. | | |
|---|---|---|
| hit1 = 970 | | miss1 = 0 |
| hit2 = 941 | | miss2 = 1 |
| hit3 = 891 | | miss3 = 4 |
| hit4 = 718 | | miss4 = 13 |
| hit5 = 2 | | miss5 = 1 |
| hit6 = 0 | | miss6 = 0 |
| hit7 = 26 | | miss7 = 1 |

Table A.9. Building the model using 500 points for IP1 to IP7

A.A. Bahattab 1P

## APPENDIX  B

### Glossary

5

Correlogram:    A   useful   aid   in   interpreting   a   set   of autocorrelation coefficients is a graph called a correlogram in which rk is plotted against the lag k.

10

Datagram:    A    finite-length    packet    with    sufficient information to be independently routed from source to destination Data Terminal Equipments (DTEs) without   reliance   on   previous   transmissions. Datagram transmission typically does not involve end-to-end session establishment and may or may not entail delivery confirmation acknowledgment.

Frame:         A  logical  transmission  unit  sent  between data link layer entities that contains its own control  information  for  addressing  and  error cheking.

Hit ratio:    A hit is when a router finds the IP address in the cache;  otherwise,  it  is  a  miss.    Thus,  the  hit

A.A. Bahattab 1P

ratio is the number of hits over the number of datagrams entered the system (hits/datagrams).

| IP Address: | A 32-bit quantity that identifies a network interface. |

IP Address:    A 32-bit quantity that identifies a network interface.

IP (Internet    The network layer (layer 3) protocol for the
Protocol):      Internet protocol suite. It is based on a
                connectionless mode and uses datagrams.

Locality:       The locality of an IP address is the frequency of
                appearance of that IP address. The locality could
                be temporal or spatial. Temporal locality implies
                a frequent appearance of a particular IP address.
                For example, when a router sees the same IP
                address several times (IP1, IP1, IP1, etc.)
                Spatial locality implies a frequent appearance of
                a group of IP addresses in a cyclic pattern. For
                example, when a router sees a group of IP
                addresses several times (IP1, IP2, IP3, IP1, IP2,
                IP3, etc.)

Model          Such as ARIMA, ARMA, or AR.
Structure:

A.A. Bahattab 1P

Model order:   The model order is the value of p, which is the
number of autoregressive parameters and q, which
is the number of moving average parameter, for
5              example, ARMA(p,q).

Multinedia:    It is any application that employs more than one
medium to convey information.  For example, text
with graphics, text with photos, photos with
10             sounds, video with sounds, or animation with
sounds.

Skewness:      Any distribution that is not symmetrical about the
mean is said to be skewed.  A distribution is
15             skewed to the right if the mean is larger than the
median and to the left if the mean is smaller than
the median.

20

BIBLIOGRAPHY
25

[ABRA83]  Abraham, B., Ledolter, J., *Statistical methods for forecasting*, John Wiley & Sons, New York, 1983.

A.A. Bahattab 1P

[BERA94]    Beran, J., *Statistics for long-memory processes*, Chapman & Hall, New York, 1994.

[BODN2000] Bodnar, B., Bahattab, A., Kraft, G., Evens, M. "Predicting IP addresses to speed up routing lookup", *2000 Advanced Simulation Technologies Conference. Proceedings of the Applied Telecommunication Symposium,* April 16-20, 2000, pp.207-213.

[BORE97]    Borella, M., Sidhu, I., "Self-Similarity of Internet packet delay", *IEEE International Conference on Communications*, Vol.1, June 1997, pp.513-517.

[BOX94]     Box, G., Jenkins, G., and Reinsel, G., *Time series analysis: Forecasting and control*, third edition, Prentice Hall, Englewood Cliffs, New Jersey, 1994.

[CACH98]    *CacheFlow group white paper*, "High-performance Web caching white paper", 1998, www.cacheflow.com, April 29, 1999.

[CACH99]    *CacheFlow group white paper*, "CacheOS technology overview", www.cacheflow.com, April 20, 1999.

[CHAT89]    Chatfield, C., *The analysis of time series: An introduction*, Chapman and Hall, London and New York, 1989.

[CHEN91]    Chen, X., "Effective of caching on routing-table lookup in multimedia environment", *Conference of the IEEE Computer and Communications Societies. Networking in the 90s, IEEE*, Vol.3, 1991  pp.1228 - 1236.

[CLAF95]    Claffy, K., Braun, H., and Polyzos, G., "A parameterizable methodology for internet traffic flow profiling", *IEEE Journal on Selected Areas in Comm.*, Vol.13, No.8, Oct. 1995, pp. 1481-1494.

[CROV97]    Crovella, M., and Bestavros, A., "Self-Similarity in World Wide Web traffic evidence and possible causes", *IEEE/ACM Transactions on Networking*, Vol.5, No.6, Dec. 1997, pp.835-846.

[DEGE97]    Degermark, M., Brodnik, A., Carlsson, S., and Pink, S., "Small forwarding tables for fast routing

A.A. Bahattab IP

lookups", in *Proc. ACM SIGCOMM'97*, Sept.1997, pp. 3-14.

5    [DESB92]    Desborough, L., and Harris, T., "Performance assessment measures for univariate feedback control", *The Canadian Journal of Chemical Engineering*, Vol.70, December, 1991, pp.1186-1197.

10    [ERRA96]    Erramilli, A., Narayan, O., and Willinger, W., "Experimental queueing analysis with long-range dependent packet traffic", *IEEE/ACM Transactions on Networking*, Vol.4, No.2, April 1996, pp.209-223

15    [ESTR92]    Estrin, D., and Mitzel, D. "An assessment of state and lookup overhead in routers", *IEEE, INFOCOM'92*, Vol.3, 1992, pp.2332-2342.

20    [FELD88]    Feldmeier, D., "Improving gateway performance with a routing-table cache", in *Proc. IEEE INFOCOM'88*, March 1988, pp. 298-307.

25    [FEND98]    Fendick, K., Kumar V., Lakshman, T., and Stiliadis D., "The PacketStar 6400 IP switch: An IP switch for the converged network", Bell Labs Technical Journal, October-December 1988, Vol. 3, No. 4, pp. 32-47.

30    [FORD93]    Ford, P., Rekhter, Y., and Braum, H. "Improving the routing and addressing of IP", *IEEE Network*, May 1993, pp.10-15.

    [GUPT98]    Gupta, P., Lin, S., McKeown, N., "Routing lookups in hardware at memory access speeds", Seventeenth Annual Joint Conference of the IEEE Computer and Communications Societies. Proceedings. IEEE, 1998,
35    Vol.3, pp.1240-1247.

40    [HEYM96]    Heyman, D., and Lakshman, T., "What are the implications of long-range dependence for VBR-Video traffic engineering?", *IEEE/ACM Transactions on Networking*, Vol.4, No. 3, June 1996, pp.301-317.

45    [JAIN90]    Jain, R., "Characteristics of destination address locality in computer networks: A comparison of caching

A.A. Bahattab 1P

schemes", *Computer Networks and ISDN Systems,* Vol.8, 1990, pp. 243-254.

[JAIN92]   Jain, R., "A comparison of hashing schemes for address lookup in computer networks", *IEEE Transactions on Comm.*, Vol.40, No.10, Oct. 1992, pp. 1570-1573.

[JOUD92]   Joudeh, I., and Hall, E. "Delay analysis for packet trains over computer communication networks", *IEEE*, 1992, pp. 13/7 – 13/13.

[KESH98]   Keshav, S., and Sharma, R., "Issues and trends in router design", *IEEE Communications Magazine*, May. 1998, Vol.36, No.5, pp.144-151.

[KHAU97]   Khaunte, S., and Limb, J., "Statistical characterization of a World Wide Web browsing session", *Georgia Institute of Tech., Technical Report GIT-CC-97-17*, June 1997, www.cc.gatech.edu/fac/John.Limb/papers/SunilWWW.ps, Feb 23, 1999.

[KNOX93]   Knox, D., and Panchanathan, S., "Parallel searching techniques for routing table lookup", *Computer and Communications Societies. Networking: Foundation for the Future, IEEE*, Vol.3, 1993, pp.1400 -1405.

[LELA94]   Leland, W., Taqqu, M., Willinger, W., and Wilson, D., "On the self-similar nature of Ethernet traffic (extended version)", *IEEE/ACM Transactions on Networking*, Vol.2, No.1, Feb. 1994, pp.1-15.

[LI98]   Li, Q., Mills, D., "On the long-range dependence of packet round-trip delays in Internet", *IEEE International Conference on Communications*, Vol.2, 1998, pp.1185-1191.

[LIND98]   Lindberg, K., "Multi-gigabit routers", May 1998, www.csc.fi/lindberg/tik/paper.html, April 12,2000.

[MAH97]   Mah, B., "An empirical model of HTTP network traffic", *IEEE Computer and Communications Societies. Driving the Information Revolution., Proceedings IEEE,* Vol.2, 1997, pp.592-600.

[McAU93]   McAuley, A., Francis, P., "Fast routing table lookup using CAMs", Proceedings.Twelfth Annual Joint Conference of the IEEE Computer and Communications

A.A. Bahattab IP

Societies. Networking: Foundation for the Future, IEEE
, 1993, Vol.3, pp.1382-1391.

5    [McKE97]   McKeown, N., Izzard, M., Mekkittikul, A., Ellersick,
W., and Horowitz, M., "Tiny tera: A packet switch
core", *IEEE Micro*, Vol.17, No.1, Jan/Feb 1997, pp.26-
33.

10    [METZ98]   Metz, C., "IP routers: New tool for gigabit
networking", *IEEE Internet Computing*, Vol.2, No.6,
Dec. 1998, pp.14-18.

[MONT97]   Montgomery, D., *Introduction to statistical quality
control*, third edition, John Wiley and Sons, Inc.,
15    Canada, 1997.

[NEWM97]   Newman, P., Minshall, G., Lyon, T., and Huston, L.,
"IP switching and gigabit routers", *IEEE
Communications Magazine*. Vol.35, No.1, Jan. 1997,
pp.64 -69.

[NSS99]   *NSS group white paper*, "CacheFlow 100", 1998,
www.nss.co.uk /web_caching_ cacheflow_100.html, April
15, 1999.

[PART98]   Partridge, C., Carvey, P., Burgress, E., Castineyra,
I., Clarke, T., Graham, L., Halthaway, M., Herman, P.,
King, A., Kohalmi, S., Ma, T., Mcallen, J., Mendez,
T., Milliken, C., Pettyjohn, R., Rokosz, J., Seeger,
J., Sollins, M., Stroch, S., Tober, B., Troxel, G.,
Waitzman, D., and Winterble, S., "A 50-Gb/s IP
router", *IEEE/ACM Transactions on Networking*, Vol.6,
No.3, June 1998, pp.237-248.

35    [PAXS95a]  Paxson, V., Floyd, S., "Wide area traffic: The
failure of Poisson modeling", *IEEE/ACM Transactions on
Networking*, Vol.3, No.3, June 1995, pp.226-244.

[PAXS95b]  Paxson, V., Floyd, S., "Fast approximation of self-
40    similar network traffic", *Lawrence Berkeley National
Laboratory and EECE Division Technical Report, LBL-
36750*, April 1997.

[PAXS97]   Paxson, V., Floyd, S., "Why we don't know how to
45    simulate the Internet", *Lawrence Berkeley National
Laboratory Technical Report*, Dec. 2, 1997,
ftp://ftp.ee.lbl.gov/nrg-papers.html.

A.A. Bahattab 1P

[PROA96]   Proakis, J., Manolakis, D., *Digital signal processing*, Prentice Hall, New Jersey, 1996.

5  [SING2000]Singhal, A., "Terabit switches and routers", www.cis.ohio-state.edu/~jain, Feb. 12, 2000.

[SLAT99]   Slattery, T., and Burton, B., *Advanced IP routing in Cisco networks*, McGraw-Hill, New York, 1999.

10

[THOM89]   Thomopoulos, N., *Applied forecasting methods*, Harold Leonard Stuart School of Management and Finance, Illinois Institute of Technology, 1989.

15  [THOM97]   Thompson, K., Miller, G., and Wilder, R., "Wide-Area Internet traffic patterns and characteristics", *IEEE Network*, Vol.11, No.6, Nov./Dec. 1997, pp.10-23.

FROM : Abdullah Bahattab IIT Chicago    PHONE NO. : 312 3264529    May. 31 2000 09:39AM P1

PTO/SB/09 (12-9
Approved for use through 9/30/00. OMB 0651-00
Patent and Trademark Officer, U.S. DEPARTMENT OF COMMERC
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numb

| STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))--INDEPENDENT INVENTOR | Docket Number (Optional) A.A. Bahattab 1P |
|---|---|

Applicant, Patentee, or Identifier: Abdullah Ali Bahattab

Application or Patent No.: Not Yet Assigned

Filed or Issued: Not Yet Assigned

Title: PREDICTIVE ROUTER LINE CARD CACHE POPULATION

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

☑ the specification filed herewith with title as listed above.

☐ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☑ No such person, concern, or organization exists.

☐ Each such person, concern, or organization is listed below.

Separate statements are required from each named person, concern, or organization having rights to the invention stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

Abdullah Ali Bahattab
NAME OF INVENTOR          NAME OF INVENTOR          NAME OF INVENTOR

Signature of inventor     Signature of inventor     Signature of inventor

5-31-2000
Date                      Date                      Date

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# EXHIBIT C

Exhibit C - Page 1



09/633754
08/07/00

ISSUE CLASSIFICATION

| Class | Subclass |
|-------|----------|
| 370 | 232 |



PATENT NUMBER

**6816457**

6816457

## U.S. **UTILITY** Patent Application

| | O.I.P.E. | PATENT DATE |
|--|----------|-------------|
| SCANNED | BK Q.A. | 0 9 2004 |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|-----------------|------------|-------|----------|----------|----------|
| 09/633754 | D | 370 | 232 | 2664 | Schulte |

APPLICANTS

Abdullah Bahattab

TITLE

Predictive routing table cache population

PTO-2040
12/99

---

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|----------|--|--------------------|--|--|--|--|--|--|
| **CLASS** | **SUBCLASS** | **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | |
| 370 | 232 | 370 | 234 | | | | | |

| INTERNATIONAL CLASSIFICATION | | | | |
|--|--|--|--|--|
| H 0 4 L | 12/56 | | | |
| | | | | |
| | | | | |
| | | | | |

☐ Continued on Issue Slip Inside File Jacket

7/26/04    Formal Drawings (5 sheet set)    8/7/00

| ☐ **TERMINAL DISCLAIMER** | **DRAWINGS** | | | **CLAIMS ALLOWED** | |
|---------------------------|--------------|--|--|--------------------|--|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 5 | 6 | 1 | 2 | 1 |

| ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | William Schulte  2/10/04 | NOTICE OF ALLOWANCE MAILED |
|--|--|--|
| | (Assistant Examiner)      (Date) | 4/29/04 |
| ☐ The term of this patent shall not extend beyond the expiration date of U.S. Patent No. _____ | | |
| | | ISSUE FEE |
| _____ | | Amount Due |  Date Paid |
| | (Primary Examiner)      2/22/04 (Date) | $665.00 | 5/28/04 |
| ☐ The terminal ____ months of this patent have been disclaimed. | Jacqueline Wair 2-26-04 | ISSUE BATCH NUMBER |
| | (Legal Instruments Examiner)   (Date) | |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/99)

FILED WITH:  ☐ DISK (CRF)   ☐ FICHE   ☐ CD-ROM
(Attached in pocket on right inside flap)

ISSUE FEE IN FILE

Exhibit C - Page 2

(FACE)

Page 1 of 1



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

| SERIAL NUMBER 09/633,754 | FILING DATE 08/07/2000 RULE _ | CLASS 370 | GROUP ART UNIT 2664 | ATTORNEY DOCKET NO. 1 |
|---|---|---|---|---|

**APPLICANTS**
  Abdullah Ali Bahattab, Chicago, IL ;

**CONTINUING DATA** *************************
  THIS APPLN CLAIMS BENEFIT OF 60/208,888 06/02/2000

**FOREIGN APPLICATIONS** *******************

**: REQUIRED, FOREIGN FILING LICENSE GRANTED ** 10/03/2000**

** SMALL ENTITY **

| | | STATE OR COUNTRY IL | SHEETS DRAWING 5 | TOTAL CLAIMS 4 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|---|
| reign Priority claimed ☐ yes ☐ no<br>USC 119 (a-d) conditions ☐ yes ☐ no ☐ Met after et Allowance<br>rified and<br>cknowledged  Examiner's Signature    Initials | | | | | |

2897

**ITLE**
  redictive routing table cache population

| FILING FEE RECEIVED 345 | 'EES: Authority has been given in Paper lo. _____ to charge/credit DEPOSIT ACCOUNT lo. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |



09633754

06/07/00

INITIALS *JH*

# CONTENTS

|   |   | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|
| 1. Application _____ papers. |   |   |
| 2. IDS |   | 8-7-00 |
| 12-15 3. Rai 3mos |   | 12.18.03 |
| 4. Amdt. A |   | 2/2/04 |
| 2-2 5. Notice of Allowance |   | 4/29/04 |
| 6. |   |   |
| 7. |   |   |
| 8. |   |   |
| 9. |   |   |
| 10. |   |   |
| 11. |   |   |
| 12. |   |   |
| 13. |   |   |
| 14. |   |   |
| 15. |   |   |
| 16. |   |   |
| 17. |   |   |
| 18. |   |   |
| 19. |   |   |
| 20. |   |   |
| 21. |   |   |
| 22. |   |   |
| 23. |   |   |
| 24. |   |   |
| 25. |   |   |
| 26. |   |   |
| 27. |   |   |
| 28. |   |   |
| 29. |   |   |
| 30. |   |   |
| 31. |   |   |
| 32. |   |   |
| 33. |   |   |
| 34. |   |   |
| 35. |   |   |
| 36. |   |   |
| 37. |   |   |
| 38. |   |   |
| 39. |   |   |
| 40. |   |   |
| 41. |   |   |

|   |   | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|
| 42. |   |   |
| 43. |   |   |
| 44. |   |   |
| 45. |   |   |
| 46. |   |   |
| 47. |   |   |
| 48. |   |   |
| 49. |   |   |
| 50. |   |   |
| 51. |   |   |
| 52. |   |   |
| 53. |   |   |
| 54. |   |   |
| 55. |   |   |
| 56. |   |   |
| 57. |   |   |
| 58. |   |   |
| 59. |   |   |
| 60. |   |   |
| 61. |   |   |
| 62. |   |   |
| 63. |   |   |
| 64. |   |   |
| 65. |   |   |
| 66. |   |   |
| 67. |   |   |
| 68. |   |   |
| 69. |   |   |
| 70. |   |   |
| 71. |   |   |
| 72. |   |   |
| 73. |   |   |
| 74. |   |   |
| 75. |   |   |
| 76. |   |   |
| 77. |   |   |
| 78. |   |   |
| 79. |   |   |
| 80. |   |   |
| 81. |   |   |
| 82. |   |   |

Exhibit C - Page 4

(LEFT OUTSIDE)



US006816457B1

(12) **United States Patent**
Bahattab

(10) Patent No.: **US 6,816,457 B1**
(45) Date of Patent: **Nov. 9, 2004**

(54) **PREDICTIVE ROUTING TABLE CACHE POPULATION**

(76) Inventor: **Abdullah Ali Bahattab**, 3100 S. Michigan Ave., Apt. #902, Chicago, IL (US) 60616

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 844 days.

(21) Appl. No.: **09/633,754**

(22) Filed: **Aug. 7, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/208,888, filed on Jun. 2, 2000.

(51) Int. Cl.$^7$ ............................................. **H04L 12/56**
(52) U.S. Cl. ...................................... **370/232; 370/234**
(58) Field of Search ................................. 370/229, 230, 370/230.1, 231, 232, 234, 235, 389, 392, 395.7, 428, 429, 395.2, 395.21

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,488,608 A | * | 1/1996 | Flammer, III | 370/400 |
| 6,118,760 A | * | 9/2000 | Zaumen et al. | 370/229 |

* cited by examiner

*Primary Examiner*—Alit Patel
*Assistant Examiner*—William Schultz
(74) *Attorney, Agent, or Firm*—DeMont & Breyer, LLC

(57) **ABSTRACT**

A router and method for routing table cache population technique is disclosed. In particular, the illustrative embodiment routes packets through it more quickly than comparatively expensive routers in the prior art. The present invention recognizes that a fast router has small routing table cache that has a high hit ratio and that a high hit ratio can be achieved with a small routing table cache by predicting which entries will be needed in the routing table cache in the future and by populating the routing table cache with those entries before they are needed. The illustrative embodiment of the present invention comprises: an input port for receiving a succession of packets, wherein each of the packets comprises a destination address; a plurality of output ports; a switching fabric for interconnecting the input port to each of the plurality of output ports; a processor or building a temporal model of the occurrence of the destination addresses at the input port, for populating the routing table cache based on the temporal model and at least one entry that is stored in a routing table, and for routing at least one of the packets from the input port to one of the output ports through the switching fabric based on the entry that is stored in the routing table cache.

**2 Claims, 5 Drawing Sheets**



Exhibit C - Page 5



Fig. 1

Exhibit C - Page 6



FIG. 2

Exhibit C - Page 7

FIG. 3



FIG. 4



Exhibit C - Page 8

FIG. 5



START

INITIALIZE ROUTING TABLE CACHE ~501

RECEIVE TEMPORAL SUCCESSION OF
PACKETS, EACH OF WHICH COMPRISES
A DESTINATION ADDRESS ~502

RETRIEVE ROUTING INFORMATION FROM
ROUTING TABLE CACHE, IF POSSIBLE,
OR ROUTING TABLE, IF NECESSARY ~503

TRANSMIT PACKET AND ROUTING
INFORMATION TO SWITCHING FABRIC ~504

COMPILE STATISTICS ON TEMPORAL
SUCCESSION OF PACKETS ~505

PERIODICALLY OR SPORADICALLY GENERATE
TEMPORAL MODEL BASED ON TEMPORAL
SUCCESSION OF PACKETS ~506

PERIODICALLY OR SPORADICALLY REPOPULATE
ROUTING TABLE CACHE BASED ON
TEMPORAL MODEL AND ROUTING TABLE ~507

Exhibit C - Page 9

**U.S. Patent**    Nov. 9, 2004    Sheet 5 of 5    **US 6,816,457 B1**

FIG. 6



FROM STEP 505

MODEL BUILDING

SEGREGATION STAGE — 601

DETERMINATION STAGE — 602

506

TO STEP 507

Exhibit C - Page 10

US 6,816,457 B1

1

## PREDICTIVE ROUTING TABLE CACHE POPULATION

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/208,888, filed Jun. 2, 2000, which provisional application is incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates to telecommunications and computer networks in general, and, more particularly, to the design of a router for use in a packet network.

### BACKGROUND OF THE INVENTION

In a packet network, the finite speed of light and the finite speed at which a router can operate precludes the traversal of a packet from one side of the network to another instantaneously. Therefore, there is always some delay between when a transmitting network terminal transmits a packet and when the receiving network terminal receives the packet.

In some cases, this delay is unimportant. For example, some data (e.g., most e-mail messages, etc.) is not perishable or highly time-sensitive and the sender and receiver of the data might consider it unimportant whether the packet takes 5 milliseconds, 5 seconds or even 5 minutes to traverse the network. In contrast, other data (e.g., voice, full-motion video, instant messaging, etc.) is perishable or highly time-sensitive, and, therefore, the sender and receiver of the data might consider it very important that the packets traverse the network quickly.

When packet networks were originally conceived and designed and constructed, little or no consideration was given to ensuring that a fixed number of packets could be sent across a packet network with a maximum delay. Average delays were considered, and packet networks were engineered to consider average delays, but little or no consideration was given to engineering the maximum delay. Increasingly, however, packet networks are being considered for carrying time-sensitive data for applications such as Internet telephony and television broadcasting.

Perhaps the most significant source of delay in a packet network is due to the speed at which the routers operate. It is well known in the prior art how to make and use fast routers, but their extra speed comes at a price, and, therefore, it is not typically economical to build them. In fact, it is well known in the prior art how to trade cost for performance when designing and building routers.

Nevertheless, the need exists for a router that is more powerful than comparatively expensive routers in the prior art.

### SUMMARY OF THE INVENTION

The present invention is a router and routing table cache population technique that avoids some of the costs and disadvantages associated with techniques in the prior art. In particular, the illustrative embodiment routes packets through it more quickly than comparatively expensive routers in the prior art.

The present invention recognizes that a router with a small routing table cache can be fast if the routing table cache has a high hit ratio, and that a high ratio can be achieved by predicting which entries will be needed in the routing table cache in the future and by populating the routing table cache with those entries before they are needed. In accordance with the illustrative embodiment of the present invention, this is accomplished by: (i) building one or more temporal models of the occurrence of needed entries based on empirical data, (ii) by using the temporal model(s) to predict which entries are most likely to be needed at some time in the future, and (iii) by populating the router table cache with those entries before they are needed.

The illustrative embodiment of the present invention comprises: an input port for receiving a succession of packets, wherein each of the packets comprises a destination address; a plurality of output ports; a switching fabric for interconnecting the input port to each of the plurality of output ports; a processor or building a temporal model of the occurrence of the destination addresses at the input port, for populating the routing table cache based on the temporal model and at least one entry that is stored in a routing table, and for routing at least one of the packets from the input port to one of the output ports through the switching fabric based on the entry that is stored in the routing table cache.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention.

FIG. 2 depicts a block diagram of the salient components of input port 101, which is a component of the router in FIG. 1.

FIG. 3 is a graph that depicts the relationship of the hit ratio of routing table cache 203 as a function of the number of entries in routing table cache 203.

FIG. 4 is a graph that depicts the relationship of the average search time for routing table cache 203 as a function of the number of entries in routing table cache 203.

FIG. 5 depicts a flowchart of the salient steps performed by router 100 each time it receives and routes a packet.

FIG. 6 depicts a flowchart of the steps involved in periodically or sporadically generating a temporal model, as depicted in FIG. 5.

### DETAILED DESCRIPTION

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention. Because the nomenclature of packet networking is not well standardized, a router is sometimes called a "packet switch," a "datagram switch," a "cell switch," an "ATM switch," a "gateway," a "firewall," or a "bridge" depending on the purpose for which the router is being used and on the educational and industrial background of the person using the term. However, for the purposes of this specification, a "router" is defined as a switch that is capable of receiving one or more packets, each of which comprises a destination address, and of routing each packet to an output port based on that destination address.

Router 100 comprises: input port 101, a plurality of output ports, output port 102-1 through 102-j, switching fabric 103, and router table 104, all interconnected as shown. Some embodiments of the present invention have more than one input port, and in those cases each input port works in the same manner as input port 101 and each contends with the others for access to routing table 104.

As is clear to those skilled in the art, switching fabric 103 is a space-division switch or a time-division switch or any combination of space-division switches and time-division switches (e.g., a space-time-space-division switch, etc.) that

Exhibit C - Page 11

US 6,816,457 B1

3

is capable of transporting a packet from input port **101** to one of output ports **102-1** through **102-***j* under the direction of input port **101**. It will be clear to those skilled in the art how to make and use switching fabric **103**.

Routing table **104** is a table that contains a plurality of entries. For the purpose of this specification, an "entry" is defined as a mapping of one or more network addresses to one or more output ports of a router. When an entry maps a network address to more than one of a router's output ports, the entry might implicitly or explicitly prioritize those output ports so that, for example, if one is congested, another might be used. Table 1 depicts an illustrative portion of routing table **104** that contains five illustrative entries, wherein the destination addresses are depicted in IPv4 dotted-decimal notation. The first four illustrative entries (i.e., 110.23.43.15/102-73, 110.23.43.16/102-13, 110.23.43.17/102-44, and 110.23.43.18/102-26) are illustrative of individual network addresses. The fifth illustrative entry (i.e., 112.7.111.x/102-15) is illustrative of an entry in which more than one network address is mapped to one of a router's output ports. It will be clear to those skilled in the art how to make and use embodiments of the present invention with other network addresses in other formats such as IPv6.

TABLE 1

Portion of Routing Table 104

| Network Address | Output Port |
|---|---|
| . . . | . . . |
| 110.23.43.15 | 102-73 |
| 110.23.43.16 | 102-13 |
| 110.23.43.17 | 102-44 |
| 110.23.43.18 | 102-26 |
| . . . | . . . |
| 112.7.111.x | 102-15 |
| . . . | . . . |

Routing table **104** can comprise a large number of entries (e.g., thousands, millions, billions, etc.), and therefore, whether routing table **104** resides in random access memory (e.g., semiconductor memory, etc.) or not (e.g., hard disk, etc.), the shear number of entries in routing table **104** can cause the process of looking up a needed entry to be slow regardless of the data structure employed for storing the entries. Furthermore, when an embodiment of the present invention comprises more than one input port, the contention among the input ports can exacerbate the average latency associated with the process of looking up a needed entry in routing table **104**. It will be clear to those skilled in the art how to make and use routing table **104**.

Output ports **102-1** through **102-***j* comprises the interface circuitry for receiving packets from switching fabric **103** and for transmitting the departing packets on the appropriate output. It will be clear to those skilled in the art how to make and use output ports **102-1** through **102-***j*.

FIG. 2 depicts a block diagram of the salient components of input port **101**, which comprises: processor **201** and memory **202**, which itself comprises routing table cache **203**. Processor **201** is a special-purpose processor or a general-purpose processor whose instructions are stored in memory **202** or a combination of the two. Memory **202** is advantageously a small, fast semiconductor memory that holds the instructions and data for processor **201**.

To ameliorate the latency associated with looking up routing information in routing table **104**, input port **101** advantageously comprises routing table cache **203**. Routing

4

table cache **203** is a cache memory that advantageously holds the most frequently accessed entries of routing table **104**. Table 2 depicts an illustrative portion of routing table cache **203**.

TABLE 2

Portion of Routing Table Cache 203

| Network Address | Output Port |
|---|---|
| . . . | . . . |
| 110.23.43.15 | 102-73 |
| 110.23.43.18 | 102-26 |
| . . . | . . . |

Typically, it is faster for processor **201** to retrieve an entry from routing table cache **203** than it is for processor **201** to retrieve the same entry from routing table **104** for three reasons. First, because routing table cache **203** is smaller than routing table **104**, routing table cache **203** is typically stored in a physically faster memory than is routing table **104** (e.g., semiconductor RAM vs. hard disk, etc.). Second, processor **201** does not have to contend with other processors for access to routing table cache **203**, whereas processor **201** would have to contend for access to routing table **104** when router **100** comprises a plurality of input ports. And third, because the number of entries in routing table cache **203** is typically orders of magnitude smaller than the number of entries in routing table **104**, the process of searching through routing table cache **203** for a needed entry is typically much smaller than is the process of searching through routing table **104** for the same entry, regardless of the data structure employed.

It will be clear to those skilled in the art how to decide how many entries routing table cache **203** should contain. In deciding this number, there are two factors that are advantageously considered.

First, as shown in FIG. **3**, as the number of entries in routing table cache **203** increases, the hit ratio also increases, albeit with diminishing returns. This suggests that router **100** can be made faster by increasing the number of entries in routing table cache **203**. For the purposes of this specification, the phrase "hit ratio" is defined as the ratio of the number of entries that processor **201** finds in routing table cache **203** divided by the total number of entries that processor **201** needs.

Second, as shown in FIG. **4**, as the number of entries in routing table cache **203** increases, the time it takes processor **201** to search through routing table cache **203** to find a needed entry also increases. This suggests that router **100** can be made faster by decreasing the number of entries in routing table cache **203**.

Although these two factors might seem to cancel each other, in general, the speed of router **100** is improved by having a small cache that is populated so as to have as high a hit ratio as possible.

The illustrative embodiment of the present invention seeks to have a high hit ratio by proactively populating routing table cache **203**. In particular, the illustrative embodiment populates routing table cache **203** by: (i) building a temporal model of the occurrence of needed entries based on empirical data, (ii) by using the temporal model to predict which entries are most likely to be needed at some time in the future, and (iii) by populating router table cache **203** with those entries before they are needed. This is in contrast to routing table cache population techniques in the prior art that are either: (i) random, or (ii) reactive.

A brief discussion of how router **100** would be populated in accordance with some routing table cache population

Exhibit C - Page 12

US 6,816,457 B1

5

techniques in the prior art will facilitate an understanding of how it is populated in accordance with the illustrative embodiment and will also assist in understanding the difference between the prior art and the illustrative embodiment.

One routing table cache population technique in the prior art is the "random population technique." In accordance with the random population technique, routing table cache 203 would be populated with entries from routing table 104 that were selected at random. In other words, if routing table 104 contained n entries, the probability that routing table cache 203 would be populated with any given entry would be 1/n. Furthermore, in accordance with the random population technique, once routing table cache 203 was populated, its contents would not be changed in response to empirical data on which entries were actually needed. The advantage of the random population technique is that it requires little processing overhead, but the disadvantage is that it has a very low hit ratio—so low, in fact, that the random population technique is not much better than, and is possibly worse than, having no routing table cache at all.

Another routing table cache population technique in the prior art is the "random replacement technique." In accordance with this technique, routing table cache 203 would be initially populated with entries from routing table 104 that were selected at random. Thereafter, when processor 201 accessed a particular entry in routing table cache 203 (i.e., a cache hit), processor 201 would do nothing to routing table cache 203, but when processor 201 did not find a needed entry in routing table cache 203 (i.e., a cache fault) and had to resort to routing table 104 for the entry, processor 201 would randomly replace an entry in routing table cache 203 with the entry just retrieved from routing table 104. The theory underlying this technique is based on the recognition that an entry that has been needed once is more likely to be needed again than is a randomly-chosen entry, and, therefore, this technique seeks to improve the hit ratio (in comparison to the random population technique) by seeking to anticipate what entries will be needed in the future. The advantages of the random replacement technique are that it requires little processing overhead and that it usually has a higher hit ratio than the random population technique. It is disadvantageous, however, in that it does not take into consideration what entries are deleted and might delete a commonly needed entry. Furthermore, in contrast to the illustrative embodiment of the present invention, the random replacement technique is reactive, which means that it would only populate routing table cache 203 with an entry in reaction to a need for that entry. That is, it only populates routing table cache 203 with an entry after than entry has been needed, in contrast to the present invention which populates routing table cache 203 with entries before they are needed. The random replacement technique is advantageous in that it requires little processing overhead, which decreases the average delay through router 100.

A third replacement technique in the prior art is the "least-recently-used" or "LRU" technique. In accordance with the least-recently-used technique, routing table cache 203 would be initially populated with entries from routing table 104 that were selected at random. Thereafter, processor 201 would keep track of how recently each entry in routing table cache 203 was accessed. When processor 201 accesses a particular entry in routing table cache 203 (i.e., a cache hit), that entry would be marked as having been recently used, but when processor 201 did not find a needed entry in routing table cache 203 (i.e., a cache fault) and was forced to resort to routing table 104 for the entry, processor 201

6

would replace the least-recently-used entry in routing table cache 203 with the entry just retrieved from routing table 104. The theory underlying this technique is based on the recognition that an entry that has been recently used is more likely to be needed again than is the least-recently-used entry. The least-recently-used technique is advantageous in that it has a high hit ratio relative to all known routing table cache replacement techniques in the prior art. The least-recently-used technique is disadvantageous in that it requires that processor 201 spend a great deal of time keeping track of how recently each entry in routing table cache 203 is accessed, which increases the average delay through router 100. But like the random population technique and the random replacement technique, and in contrast to the illustrative embodiment, the least-recently-used technique is reactive.

FIG. 5 depicts a flowchart of the operation of the illustrative embodiment of the present invention, which seeks to have a high hit ratio by predictively populating routing table cache 203.

At step 501, processor 201 initially populates routing table cache 203 with entries from routing table 104 that are selected at random. It will be clear to those skilled in the art how to perform step 501.

At step 502, as input port 101 receives a temporal succession of packets, each of which comprises a destination address. As part of step 502, processor 201 examines each packet to determine the network address to which the packet is addressed. It will be clear to those skilled in the art how to perform step 502.

At step 503, processor 201 retrieves the routing information for each destination address from routing table cache 203, if possible, and from routing table 104, if necessary. For example, if the network address to which the packet is addressed is "110.23.43.18," then processor 201 only need look in routing table cache 203 to determine that the packet is to be transmitted via output port 102-6 (see Table 2). Alternatively, if the network address to which the packet is addressed is "110.23.43.17," then processor 201 cannot learn from routing table cache 203 how to direct the packet and must query routing table 104 to learn that the packet is to be transmitted via output port 102-4 (see Table 1). It will be clear to those skilled in the art how to perform step 503.

At step 504, processor 201 transmits each packet and the information on how it should be routed (i.e., the output port to which it should be routed) to switching fabric 103, which transports it to the appropriate port. It will be clear to those skilled in the art how to perform step 504.

At step 505, processor 201 continually compiles statistics on the temporal succession of packets. In particular, processor 201 advantageously counts how many times each entry is needed in a short time interval, such as 2 milliseconds, over a longer time horizon, such as 1 second. For example, processor 201 advantageously knows how many times each entry was needed in each 2 millisecond interval during the prior 1 second. Therefore, processor 201 retains a data set (i.e., 500 data points) for each destination address. Table 3 depicts an illustrative portion of the information compiled and retained in step 505.

Exhibit C - Page 13

TABLE 3

| | | Address | Address | |
|---|---|---|---|---|
| Time | ... | 110.23.43.17 | 110.23.43.18 | ... |
| t = 0 | ... | 5 | 1 | ... |
| t = −2 ms | ... | 0 | 3 | ... |
| t = −4 ms | ... | 5 | 0 | ... |
| t = −6 ms | ... | 0 | 0 | ... |
| t = −8 ms | ... | 5 | 2 | ... |
| t = −10 ms | ... | 0 | 0 | ... |
| t = −12 ms | ... | 5 | 14 | ... |
| t = −14 ms | ... | 0 | 4 | ... |
| | | ... | ... | |
| t = −998 ms | ... | 5 | 12 | ... |
| t = −1000 ms | ... | 0 | 5 | ... |

500 Data Points for Destination Addresses

The purpose of step 505 is to compile data on the need for each needed entry so as to determine if patterns can be discerned that can be exploited. For example, an examination of Table 3 reveals a clear pattern of the need for the entry for network address 110.23.43.17 (i.e., it is needed in alternating 2 millisecond intervals) but no such clear pattern is immediately apparent for the entry for network address 110.23.43.18. But merely because no such pattern is immediately apparent does not mean that a real pattern does not exist, and, therefore, the illustrative embodiment employs mathematical tools to reveal the patterns.

As part of step 505, processor 201 periodically or sporadically determines the autocorrelation for each data set because it provides useful insight into the existence of temporal patterns within each data set. When the autocorrelations for each destination address are computed, a strong correlation is revealed to exist in some of the patterns, which only a weak correlation is indicated in others. The utility of this difference will be revealed in step 601, which is discussed below. The illustrative embodiment computes the autocorrelation for each destination address with a lag of k=n/4=125. The autocorrelation for a data set of n data points, with lag k, is given by:

$$r_k = \frac{\sum_{i=1}^{N-k} (x_i - \bar{x})(x_{i+k} - \bar{x})}{\sum_{i=1}^{N} (x_i - \bar{x})^2} \quad \text{(Eq. 1)}$$

At step 506, processor 201 periodically or sporadically builds a temporal model for the data set associated with each destination address. In accordance with the illustrative embodiment, and as shown in FIG. 6, the building of the temporal model comprises two stages:

1. the segregation stage, and
2. the determination stage.

At step 601, the segregation stage, the illustrative embodiment determines which of the data sets (whose autocorrelation was computed in step 505) are highly correlated and which are not. To do this, processor 201 determines a confidence band equal to

$$2\left(\frac{\pm 2}{\sqrt{n}}\right),$$

where n is the number of data points (e.g., 500) in each data set. After the autocorrelation function for all lags are computed, then the mean of the autocorrelation functions is

also computed. If the mean for a data set is greater than or equal to the confidence band, the illustrative embodiment considers that data set to be highly correlated; otherwise it considers it to be not highly correlated.

At step 602, the determination stage, the illustrative embodiment selects a temporal model structure for each data set associated with each destination address. In other words, the illustrative embodiment seeks to select the temporal model structure for each data set that best predicts the future occurrence of the destination address associated with the data set. In accordance with the illustrative embodiment of the present invention, processor 201 builds one temporal model based on the highly correlated data sets to predict the occurrence of all destination addresses whose data sets are highly correlated and builds one temporal model based on the not-highly correlated data sets to predict the occurrence of all destination addresses whose data sets are not-highly correlated.

For the highly correlated data sets, the illustrative embodiment uses the autoregressive moving-average model (1, 2) structure

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} + a_t \quad \text{(Eq. 2)}$$

and for the not highly correlated data sets, the illustrative embodiment uses the autoregressive moving-average model (1, 3) structure

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} - \Theta_3 a_{t-3} + a_t \quad \text{(Eq. 3)}$$

where $W_t$ is the value of the data point in a series after subtracting the mean of the series, $\Phi$ is the autoregressive parameter, which describes the effect of unit change in $W_{t-1}$ on $W_t$, $\Theta$ is the moving average parameter, the number (2 or 3) refers to the number of moving average parameters, and $a_t$ is the white noise error.

It will be clear to those skilled in the art, however, that in alternative embodiments of the present invention other temporal model structures can be used. For example, one temporal model structure can be used for all of the data sets which obviates the necessity for computing autocorrelation of each data set and of categorizing each data set based on its correlation value. Furthermore, it will be clear to those skilled in the art how to categorize each data set into two or more categories and to select different temporal model structures for each category. And still furthermore, it will be clear to those skilled in the art how to choose different temporal model structures than those shown above.

Next, processor 201 builds a temporal model for each of a randomly selected number (e.g., 10 to 20) of destination addresses that have highly correlated data sets and for each of a randomly selected number (e.g., 10 to 20) of destination addresses that do not have highly correlated data sets. The reason that only a few models are built is because can be too computationally burdensome for processor 201 to build a different temporal model for each data set, and at least one of the temporal models that are built are likely to provide an acceptable model for the other data sets. In alternative embodiments of the present invention, processor 201 builds a unique temporal model for each data set. It will be clear to those skilled in the art how to determine the number of models built given the computational resources available.

Next, processor 201 selects one temporal model from the dozen or so that were built in step 602 to use with all of the data sets that are highly correlated and one temporal model from the dozen or so that were built in step 602 to use with all of the data sets that are not highly correlated. To chose the best model for each group of data sets, the illustrative

Exhibit C - Page 14

US 6,816,457 B1

9                                                                          10

embodiment advantageously uses the mean absolute error (MAE). This is done by determining which model does the best job of predicting the occurrence of not only its own future addresses, but also the best job of predicting the occurrence of the future addresses of the other addresses for which models were built in step **602**. The best model is the one that in general has the lower values of mean absolute error for the data of the other addresses.

At the end of step **506**, one temporal model is advantageously selected for predicting the occurrence of addresses associated with highly correlated data sets and a second temporal model is advantageously selected for predicting the occurrence of addresses associated with not highly correlated data sets.

At step **507**, processor **201** periodically or sporadically repopulates routing table cache **203** based on the temporal models built in step **506** and on the entries in routing table **104**. To accomplish this, processor **201** advantageously uses the model for the highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (i.e., 2 milliseconds). If the model predicts that the destination address will be needed in the next time interval, processor **201** retrieves the entry for that destination address from routing table **104** and populates routing table cache **203** with that entry. If the model does not predict the occurrence of that destination address in the next time interval, then processor **201** does nothing.

If, after processor **201** has predicted the occurrence of each destination address associated with the highly correlated data, there is space in routing table cache **203** processor **201** next uses the model for the not highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (i.e., 2 milliseconds). If the model predicts that the destination address will be needed in the next time interval, processor **201** retrieves the entry for that destination address from routing table **104** and populates routing table cache **203** with that entry. If the model does not predict the occurrence of that destination address in the next time interval, then processor **201** does nothing. The reason processor **201** populates routing table cache **203** with the highly correlated data first is because if there isn't room in routing table cache **203** for both the highly correlated data and the not highly correlated data, the highly correlated data sets should have priority.

To ameliorate interruptions, routing table cache **203** should comprises two portions, one of which is active and being used for routing packets and the other which is inactive and being populated in accordance with step **507**. This enables the predicted entries to be populated in the inactive portion and to switch that portion to active at the appropriate time.

After step **507**, control returns to step **502**.

It is to be understood that the above-described embodiments are merely illustrative of the present invention and that many variations of the above-described embodiments can be devised by those skilled in the art without departing from the scope of the invention. It is therefore intended that such variations be included within the scope of the following claims and their equivalents.

What is claimed is:

1. A router comprising:

an input port for receiving a succession of packets, wherein each of said packets comprises a destination address;

a plurality of output ports;

a switching fabric for interconnecting said input port to each of said plurality of output ports; and

a processor for building a temporal model of the occurrence of said destination addresses at said input port, for populating said routing table cache based on said temporal model and at least one entry that is stored in a routing table, and for routing at least one of said packets from said input port to one of said output ports through said switching fabric based on said entry that is stored in said routing table cache;

wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.

2. A method comprising:

receiving a temporal succession of packets at an input port, wherein each of said packets comprises a destination address;

generating a temporal model based on the occurrence of said destination addresses;

populating a routing table cache based on said temporal model and at least one entry that is stored in a routing table; and

forwarding at least one of said packets from said input port to one of a plurality of output ports based on said entry that is stored in said routing table cache;

wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.

* * * * *

Exhibit C - Page 15

A.A. Bahattab 1

JC813 U.S. PTO
09/633754
08/07/00

# IN THE UNITED STATES
# PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION**

**INVENTOR** Abdullah Ali Bahattab

**CASE** 1

**TITLE** Predictive Routing Table
Cache Population

> "Express Mail" mailing label number EK594326170US;
> Date of Deposit: August 7, 2000.
>
> I hereby certify that this application is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to "Box PATENT APPLICATION, Assistant Commissioner of Patents, Washington, D.C. 20231".
> Jason Paul DeMont

**ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231**

SIR:

Enclosed are the following papers relating to the above-named application for patent:

1. Transmittal Letter — 2 Pages (3x)
2. Executed PTO/SB/09 Statement Claiming Small Entity Status — 1 Page (1x)
3. Specification — 14 Pages (1x)
4. Informal Drawings — 5 Sheets (1x)
5. Declaration and Power of Attorney — 2 Pages (1x)
6. Information Disclosure Statement Cover Sheet — 1 Page (1x)
7. Information Disclosure Statement PTO-1449 Substitute — 1 Page (1x)
8. Two References Accompanying Information Disclosure Statement — 1 Page (1x)
9. Check for $345.00 to Cover Filing Fee

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| | NO. FILED | NO. EXTRA | RATE | CALCULATIONS |
| Total Claims | 4 - 20 = | 0 | x $9 = | 0 |
| Independent Claims | 2 - 3 = | 0 | x $39 = | 0 |
| Multiple Dependent Claim(s), if applicable | | | x $270 = | 0 |
| Basic Fee | | | | $345 |
| | | | TOTAL FEE: | $345 |

**The Applicant is a Small Entity.** Please file the application and find a check enclosed in the amount of $345 to cover the filing fee.

Duplicate copies of this letter are enclosed. In the event of non-payment or improper payment of a required fee, the Commissioner is authorized to charge or to credit **Jason Paul DeMont Deposit Account No. 50-1045** as required to correct the error.

Please address all correspondence to:

**Customer Number 22897**

- 1 of 2 -

Exhibit C - Page 16

A.A. Bahattab 1

Pursuant to 37 C.F.R. 1.136(a)(3), please treat this and any concurrent or future reply in this application that requires a petition for an extension of time for its timely submission as incorporating a petition for extension of time for the appropriate length of time.

Respectfully,

By _Jason Paul DeMont_
Jason Paul DeMont
Attorney for Applicants
Reg. No. 35,793
908-903-1255

Date: _August 7, 2000_
DeMont & Breyer, L.L.C.
P.O. Box 437
Basking Ridge, NJ 07920-0437

- 2 of 2 -

Exhibit C - Page 17

A.A. Bahattab 1

# PREDICTIVE ROUTING TABLE CACHE POPULATION

## Cross-Reference to Related Applications

This application claims the benefit of U.S. Provisional Application No. 60/208,888, filed June 2, 2000, which provisional application is incorporated by reference.

## Field of the Invention

5

The present invention relates to telecommunications and computer networks in general, and, more particularly, to the design of a router for use in a packet network.

## Background of the Invention

In a packet network, the finite speed of light and the finite speed at which a router can operate
10  precludes the traversal of a packet from one side of the network to another instantaneously. Therefore, there is always some delay between when a transmitting network terminal transmits a packet and when the receiving network terminal receives the packet.

In some cases, this delay is unimportant. For example, some data (*e.g.*, most e-mail messages, *etc.*) is not perishable or highly time-sensitive and the sender and receiver of the data might consider it
15  unimportant whether the packet takes 5 milliseconds, 5 seconds or even 5 minutes to traverse the network. In contrast, other data (*e.g.*, voice, full-motion video, instant messaging, *etc.*) is perishable or highly time-sensitive, and, therefore, the sender and receiver of the data might consider it very important that the packets traverse the network quickly.

When packet networks were originally conceived and designed and constructed, little or no
20  consideration was given to ensuring that a fixed number of packets could be sent across a packet network with a maximum delay. Average delays were considered, and packet networks were engineered to consider average delays, but little or no consideration was given to engineering the maximum delay. Increasingly, however, packet networks are being considered for carrying time-sensitive data for applications such as Internet telephony and television broadcasting.

25  Perhaps the most significant source of delay in a packet network is due to the speed at which the routers operate. It is well known in the prior art how to make and use fast routers, but their extra speed comes at a price, and, therefore, it is not typically economical to build them. In fact, it is well known in the prior art how to trade cost for performance when designing and building routers.

Nevertheless, the need exists for a router that is more powerful than comparatively expensive
30  routers in the prior art.

Exhibit C - Page 18

A.A. Bahattab 1

## Summary of the Invention

The present invention is a router and routing table cache population technique that avoids some of the costs and disadvantages associated with techniques in the prior art. In particular, the illustrative embodiment routes packets through it more quickly than comparatively expensive routers
5    in the prior art.

The present invention recognizes that a router with a small routing table cache can be fast if the routing table cache has a high hit ratio, and that a high hit ratio can be achieved by predicting which entries will be needed in the routing table cache in the future and by populating the routing table cache with those entries before they are needed. In accordance with the illustrative embodiment of the
10    present invention, this is accomplished by: (i) building one or more temporal models of the occurrence of needed entries based on empirical data, (ii) by using the temporal model(s) to predict which entries are most likely to be needed at some time in the future, and (iii) by populating the router table cache with those entries before they are needed.

The illustrative embodiment of the present invention comprises: an input port for receiving a
15    succession of packets, wherein each of the packets comprises a destination address; a plurality of output ports; a switching fabric for interconnecting the input port to each of the plurality of output ports; a processor or building a temporal model of the occurrence of the destination addresses at the input port, for populating the routing table cache based on the temporal model and at least one entry that is stored in a routing table, and for routing at least one of the packets from the input port to one of
20    the output ports through the switching fabric based on the entry that is stored in the routing table cache.

## Brief Description of the Drawings

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention.
25    FIG. 2 depicts a block diagram of the salient components of input port 101, which is a component of the router in FIG. 1.

FIG. 3 is a graph that depicts the relationship of the hit ratio of routing table cache 203 as a function of the number of entries in routing table cache 203.

FIG. 4 is a graph that depicts the relationship of the average search time for routing table
30    cache 203 as a function of the number of entries in routing table cache 203.

Exhibit C - Page 19

3

A.A. Bahattab 1

FIG. 5 depicts a flowchart of the salient steps performed by router 100 each time it receives and routes a packet.

FIG. 6 depicts a flowchart of the steps involved in periodically or sporadically generating a temporal model, as depicted in FIG. 5.

5                                    **Detailed Description**

FIG. 1 depicts a block diagram of the salient components of a router in accordance with the illustrative embodiment of the present invention. Because the nomenclature of packet networking is not well standardized, a router is sometimes called a "packet switch," a "datagram switch," a "cell switch," an "ATM switch," a "gateway," a "firewall," or a "bridge" depending on the purpose for

10    which the router is being used and on the educational and industrial background of the person using the term. However, for the purposes of this specification, a **"router"** is defined as a switch that is capable of receiving one or more packets, each of which comprises a destination address, and of routing each packet to an output port based on that destination address.

Router 100 comprises: input port 101, a plurality of output ports, output port 102-1 through

15    102-$j$, switching fabric 103, and router table 104, all interconnected as shown. Some embodiments of the present invention have more than one input port, and in those cases each input port works in the same manner as input port 101 and each contends with the others for access to routing table 104.

As is clear to those skilled in the art, switching fabric 103 is a space-division switch or a time-division switch or any combination of space-division switches and time-division switches (e.g., a

20    space-time-space-division switch, etc.) that is capable of transporting a packet from input port 101 to one of output ports 102-1 through 102-$j$ under the direction of input port 101. It will be clear to those skilled in the art how to make and use switching fabric 103.

Routing table 104 is a table that contains a plurality of entries. For the purpose of this specification, an **"entry"** is defined as a mapping of one or more network addresses to one or more

25    output ports of a router. When an entry maps a network address to more than one of a router's output ports, the entry might implicitly or explicitly prioritize those output ports so that, for example, if one is congested, another might be used. Table 1 depicts an illustrative portion of routing table 104 that contains five illustrative entries, wherein the destination addresses are depicted in IPv4 dotted-decimal notation. The first four illustrative entries (i.e., 110.23.43.15/102-73, 110.23.43.16/102-13,

30    110.23.43.17/102-44, and 110.23.43.18/102-26) are illustrative of individual network addresses. The fifth illustrative entry (i.e., 112.7.111.x/102-15) is illustrative of an entry in which more than one network address is mapped to one of a router's output ports. It will be clear to those skilled in the art

- 3 of 14

Exhibit C - Page 20

A.A. Bahattab 1

how to make and use embodiments of the present invention with other network addresses in other formats such as IPv6.

| Network Address | Output Port |
|---|---|
| ... | ... |
| 110.23.43.15 | 102-73 |
| 110.23.43.16 | 102-13 |
| 110.23.43.17 | 102-44 |
| 110.23.43.18 | 102-26 |
| ... | ... |
| 112.7.111.x | 102-15 |
| ... | ... |

**Table 1 — Portion of Routing Table 104**

Routing table 104 can comprise a large number of entries (*e.g.*, thousands, millions, billions, *etc.*), and

5    therefore, whether routing table 104 resides in random access memory (*e.g.*, semiconductor memory, *etc.*) or not (*e.g.*, hard disk, *etc.*), the shear number of entries in routing table 104 can cause the process of looking up a needed entry to be slow regardless of the data structure employed for storing the entries. Furthermore, when an embodiment of the present invention comprises more than one input port, the contention among the input ports can exacerbate the average latency associated with the

10    process of looking up a needed entry in routing table 104. It will be clear to those skilled in the art how to make and use routing table 104.

Output ports 102-1 through 102-*j* comprises the interface circuitry for receiving packets from switching fabric 103 and for transmitting the departing packets on the appropriate output. It will be clear to those skilled in the art how to make and use output ports 102-1 through 102-*j*.

15    FIG. 2 depicts a block diagram of the salient components of input port 101, which comprises: processor 201 and memory 202, which itself comprises routing table cache 203. Processor 201 is a special-purpose processor or a general-purpose processor whose instructions are stored in memory 202 or a combination of the two. Memory 202 is advantageously a small, fast semiconductor memory that holds the instructions and data for processor 201.

20    To ameliorate the latency associated with looking up routing information in routing table 104, input port 101 advantageously comprises routing table cache 203. Routing table cache 203 is a cache memory that advantageously holds the most frequently accessed entries of routing table 104. Table 2 depicts an illustrative portion of routing table cache 203.

25

- 4 of 14

5

Exhibit C - Page 21

A.A. Bahattab 1

| Network Address | Output Port |
|---|---|
| ... | ... |
| 110.23.43.15 | 102-73 |
| 110.23.43.18 | 102-26 |
| ... | ... |

Table 2 — Portion of Routing Table Cache 203

Typically, it is faster for processor 201 to retrieve an entry from routing table cache 203 than it is for processor 201 to retrieve the same entry from routing table 104 for three reasons. First, because routing table cache 203 is smaller than routing table 104, routing table cache 203 is typically stored in a physically faster memory than is routing table 104 (*e.g.*, semiconductor RAM vs. hard disk, *etc.*). Second, processor 201 does not have to contend with other processors for access to routing table cache 203, whereas processor 201 would have to contend for access to routing table 104 when router 100 comprises a plurality of input ports. And third, because the number of entries in routing table cache 203 is typically orders of magnitude smaller than the number of entries in routing table 104, the process of searching through routing table cache 203 for a needed entry is typically much smaller than is the process of searching through routing table 104 for the same entry, regardless of the data structure employed.

It will be clear to those skilled in the art how to decide how many entries routing table cache 203 should contain. In deciding this number, there are two factors that are advantageously considered.

First, as shown in FIG. 3, as the number of entries in routing table cache 203 increases, the hit ratio also increases, albeit with diminishing returns. This suggests that router 100 can be made faster by increasing the number of entries in routing table cache 203. For the purposes of this specification, the phrase "hit ratio" is defined as the ratio of the number of entries that processor 201 finds in routing table cache 203 divided by the total number of entries that processor 201 needs.

Second, as shown in FIG. 4, as the number of entries in routing table cache 203 increases, the time it takes processor 201 to search through routing table cache 203 to find a needed entry also increases. This suggests that router 100 can be made faster by decreasing the number of entries in routing table cache 203.

Although these two factors might seem to cancel each other, in general, the speed of router 100 is improved by having a small cache that is populated so as to have as high a hit ratio as possible.

The illustrative embodiment of the present invention seeks to have a high hit ratio by proactively populating routing table cache 203. In particular, the illustrative embodiment populates routing table cache 203 by: (i) building a temporal model of the occurrence of needed entries based on

Exhibit C - Page 22

A.A. Bahattab 1

empirical data, (ii) by using the temporal model to predict which entries are most likely to be needed at some time in the future, and (iii) by populating router table cache 203 with those entries before they are needed. This is in contrast to routing table cache population techniques in the prior art that are either: (i) random, or (ii) reactive.

5       A brief discussion of how router 100 would be populated in accordance with some routing table cache population techniques in the prior art will facilitate an understanding of how it is populated in accordance with the illustrative embodiment and will also assist in understanding the difference between the prior art and the illustrative embodiment.

       One routing table cache population technique in the prior art is the "random population

10    technique." In accordance with the random population technique, routing table cache 203 would be populated with entries from routing table 104 that were selected at random. In other words, if routing table 104 contained $n$ entries, the probability that routing table cache 203 would be populated with any given entry would be $1/n$. Furthermore, in accordance with the random population technique, once routing table cache 203 was populated, its contents would not be changed in response to empirical data

15    on which entries were actually needed. The advantage of the random population technique is that it requires little processing overhead, but the disadvantage is that it has a very low hit ratio — so low, in fact, that the random population technique is not much better than, and is possibly worse than, having no routing table cache at all.

       Another routing table cache population technique in the prior art is the "random replacement

20    technique." In accordance with this technique, routing table cache 203 would be initially populated with entries from routing table 104 that were selected at random. Thereafter, when processor 201 accessed a particular entry in routing table cache 203 (i.e., a cache hit), processor 201 would do nothing to routing table cache 203, but when processor 201 did not find a needed entry in routing table cache 203 (i.e., a cache fault) and had to resort to routing table 104 for the entry, processor 201 would

25    randomly replace an entry in routing table cache 203 with the entry just retrieved from routing table 104. The theory underlying this technique is based on the recognition that an entry that has been needed once is more likely to be needed again than is a randomly-chosen entry, and, therefore, this technique seeks to improve the hit ratio (in comparison to the random population technique) by seeking to anticipate what entries will be needed in the future. The advantages of the random

30    replacement technique are that it requires little processing overhead and that it usually has a higher hit ratio than the random population technique. It is disadvantageous, however, in that it does not take into consideration what entries are deleted and might delete a commonly needed entry. Furthermore,

Exhibit C - Page 23

A.A. Bahattab 1

in contrast to the illustrative embodiment of the present invention, the random replacement technique is reactive, which means that it would only populate routing table cache 203 with an entry in reaction to a need for that entry. That is, it only populates routing table cache 203 with an entry after than entry has been needed, in contrast to the present invention which populates routing table cache 203

5   with entries before they are needed. The random replacement technique is advantageous in that it requires little processing overhead, which decreases the average delay through router 100.

A third replacement technique in the prior art is the "least-recently-used" or "LRU" technique. In accordance with the least-recently-used technique, routing table cache 203 would be initially populated with entries from routing table 104 that were selected at random. Thereafter, processor 201

10  would keep track of how recently each entry in routing table cache 203 was accessed. When processor 201 accesses a particular entry in routing table cache 203 (*i.e.*, a cache hit), that entry would be marked as having been recently used, but when processor 201 did not find a needed entry in routing table cache 203 (*i.e.*, a cache fault) and was forced to resort to routing table 104 for the entry, processor 201 would replace the least-recently-used entry in routing table cache 203 with the entry just

15  retrieved from routing table 104. The theory underlying this technique is based on the recognition that an entry that has been recently used is more likely to be needed again than is the least-recently-used entry. The least-recently-used technique is advantageous in that it has a high hit ratio relative to all known routing table cache replacement techniques in the prior art. The least-recently-used technique is disadvantageous in that it requires that processor 201 spend a great deal of time keeping track of

20  how recently each entry in routing table cache 203 is accessed, which increases the average delay through router 100. But like the random population technique and the random replacement technique, and in contrast to the illustrative embodiment, the least-recently-used technique is reactive.

FIG. 5 depicts a flowchart of the operation of the illustrative embodiment of the present invention, which seeks to have a high hit ratio by predictively populating routing table cache 203.

25  At step 501, processor 201 initially populates routing table cache 203 with entries from routing table 104 that are selected at random. It will be clear to those skilled in the art how to perform step 501.

At step 502, as input port 101 receives a temporal succession of packets, each of which comprises a destination address. As part of step 502, processor 201 examines each packet to

30  determine the network address to which the packet is addressed. It will be clear to those skilled in the art how to perform step 502.

- 7 of 14

Exhibit C - Page 24

A.A. Bahattab 1

At step 503, processor 201 retrieves the routing information for each destination address from routing table cache 203, if possible, and from routing table 104, if necessary. For example, if the network address to which the packet is addressed is "110.23.43.18," then processor 201 only need look in routing table cache 203 to determine that the packet is to be transmitted via output port 102-6 (see

5    Table 2). Alternatively, if the network address to which the packet is addressed is "110.23.43.17," then processor 201 *cannot* learn from routing table cache 203 how to direct the packet and must query routing table 104 to learn that the packet is to be transmitted via output port 102-4 (see Table 1). It will be clear to those skilled in the art how to perform step 503.

At step 504, processor 201 transmits each packet and the information on how it should be

10    routed (*i.e.*, the output port to which it should be routed) to switching fabric 103, which transports it to the appropriate port. It will be clear to those skilled in the art how to perform step 504.

At step 505, processor 201 continually compiles statistics on the temporal succession of packets. In particular, processor 201 advantageously counts how many times each entry is needed in a short time interval, such as 2 milliseconds, over a longer time horizon, such as 1 second. For example,

15    processor 201 advantageously knows how many times each entry was needed in each 2 millisecond interval during the prior 1 second. Therefore, processor 201 retains a data set (*i.e.*, 500 data points) for each destination address. Table 3 depicts an illustrative portion of the information compiled and retained in step 505.

| Time | ... | Address 110.23.43.17 | Address 110.23.43.18 | ... |
|------|-----|----------------------|----------------------|-----|
| t = 0 | ... | 5 | 1 | ... |
| t = -2 ms | ... | 0 | 3 | ... |
| t = -4 ms | ... | 5 | 0 | ... |
| t = -6 ms | ... | 0 | 0 | ... |
| t = -8 ms | ... | 5 | 2 | ... |
| t = -10 ms | ... | 0 | 0 | ... |
| t = -12 ms | ... | 5 | 14 | ... |
| t = -14 ms | ... | 0 | 4 | ... |
| ... | ... | ... | ... | ... |
| t = -998 ms | ... | 5 | 12 | ... |
| t = -1000 ms | ... | 0 | 5 | ... |

20    **Table 3 — 500 Data Points for Destination Addresses**

The purpose of step 505 is to compile data on the need for each needed entry so as to determine if patterns can be discerned that can be exploited. For example, an examination of Table 3 reveals a

- 8 of 14

Exhibit C - Page 25

A.A. Bahattab 1

clear pattern of the need for the entry for network address 110.23.43.17 (*i.e.*, it is needed in alternating 2 millisecond intervals) but no such clear pattern is immediately apparent for the entry for network address 110.23.43.18. But merely because no such pattern is immediately apparent does not mean that a real pattern does not exist, and, therefore, the illustrative embodiment employs mathematical tools to

5    reveal the patterns.

As part of step 505, processor 201 periodically or sporadically determines the autocorrelation for each data set because it provides useful insight into the existence of temporal patterns within each data set. When the autocorrelations for each destination address are computed, a strong correlation is revealed to exist in some of the data points, which only a weak correlation is indicated in others. The

10    utility of this difference will be revealed in step 601, which is discussed below. The illustrative embodiment computes the autocorrelation for each destination address with a lag of $k = n/4 = 125$. The autocorrelation for a data set of $n$ data points, with lag $k$, is given by:



$$r_k = \frac{\sum_{t=1}^{N-k}(x_t - \bar{x})(x_{t+k} - \bar{x})}{\sum_{t=1}^{N}(x_t - \bar{x})^2} \qquad \text{(Eq. 1)}$$

At step 506, processor 201 periodically or sporadically builds a temporal model for the data

15    set associated with each destination address. In accordance with the illustrative embodiment, and as shown in FIG. 6, the building of the temporal model comprises two stages:

1. the segregation stage, and

2. the determination stage.

At step 601, the segregation stage, the illustrative embodiment determines which of the data

20    sets (whose autocorrelation was computed in step 505) are highly correlated and which are not. To do this, processor 201 determines a confidence band equal to $2\left(\frac{\pm 2}{\sqrt{n}}\right)$, where $n$ is the number of data points (*e.g.*, 500) in each data set. After the autocorrelation function for all lags are computed, then the mean of the autocorrelation functions is also computed. If the mean for a data set is greater than or equal to the confidence band, the illustrative embodiment considers that data set to be highly

25    correlated; otherwise it considers it to be not highly correlated.

At step 602, the determination stage, the illustrative embodiment selects a temporal model structure for each data set associated with each destination address. In other words, the illustrative embodiment seeks to select the temporal model structure for each data set that best predicts the future

- 9 of 14

Exhibit C - Page 26

occurrence of the destination address associated with the data set. In accordance with the illustrative

embodiment of the present invention, processor 201 builds one temporal model based on the highly

correlated data sets to predict the occurrence of all destination addresses whose data sets are highly

correlated and builds one temporal model based on the not-highly correlated data sets to predict the

5    occurrence of all destination addresses whose data sets are not-highly correlated.

For the highly correlated data sets, the illustrative embodiment uses the autoregressive

moving-average model (1, 2) structure

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} + a_t \qquad \text{(Eq. 2)}$$

and for the not highly correlated data sets, the illustrative embodiment uses the autoregressive moving-

10   average model (1, 3) structure

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} - \Theta_3 a_{t-3} + a_t \qquad \text{(Eq. 3)}$$

where $W_t$ is the value of the data point in a series after subtracting the mean of the series, $\Phi$ is the

autoregressive parameter, which describes the effect of unit change in $W_{t-1}$ on $W_t$, $\Theta$ is the moving

average parameter, the number (2 or 3) refers to the number of moving average parameters, and $a_t$ is

15   the white noise error.

It will be clear to those skilled in the art, however, that in alternative embodiments of the

present invention other temporal model structures can be used. For example, one temporal model

structure can be used for all of the data sets which obviates the necessity for computing autocorrelation

of each data set and of categorizing each data set based on its correlation value. Furthermore, it will

20   be clear to those skilled in the art how to categorize each data set into two or more categories and to

select different temporal model structures for each category. And still furthermore, it will be clear to

those skilled in the art how to choose different temporal model structures than those shown above.

Next, processor 201 builds a temporal model for each of a randomly selected number (e.g., 10

to 20) of destination addresses that have highly correlated data sets and for each of a randomly

25   selected number (e.g., 10 to 20) of destination addresses that do not have highly correlated data sets.

The reason that only a few models are built is because can be too computationally burdensome for

processor 201 to build a different temporal model for each data set, and at least one of the temporal

models that are built are likely to provide an acceptable model for the other data sets. In alternative

embodiments of the present invention, processor 201 builds a unique temporal model for each data set.

30   It will be clear to those skilled in the art how to determine the number of models built given the

computational resources available.

- 10 of 14

Exhibit C - Page 27

A.A. Bahattab 1

Next, processor 201 selects one temporal model from the dozen or so that were built in step 602 to use with all of the data sets that are highly correlated and one temporal model from the dozen or so that were built in step 602 to use with all of the data sets that are not highly correlated. To chose the best model for each group of data sets, the illustrative embodiment advantageously uses the mean 5 absolute error (MAE). This is done by determining which model does the best job of predicting the occurrence of not only its own future addresses, but also the best job of predicting the occurrence of the future addresses of the other addresses for which models were built in step 602. The best model is the one that in general has the lower values of mean absolute error for the data of the other addresses.

At the end of step 506, one temporal model is advantageously selected for predicting the 10 occurrence of addresses associated with highly correlated data sets and a second temporal model is advantageously selected for predicting the occurrence of addresses associated with not highly correlated data sets.

At step 507, processor 201 periodically or sporadically repopulates routing table cache 203 based on the temporal models built in step 506 and on the entries in routing table 104. To accomplish 15 this, processor 201 advantageously uses the model for the highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (*i.e.*, 2 milliseconds). If the model predicts that the destination address will be needed in the next time interval, processor 201 retrieves the entry for that destination address from routing table 104 and populates routing table cache 203 with that entry. If the model does not predict the occurrence of that destination address in the next 20 time interval, then processor 201 does nothing.

If, after processor 201 has predicted the occurrence of each destination address associated with the highly correlated data, there is space in routing table cache 203 processor 201 next uses the model for the not highly correlated data sets to predict the number of occurrences of each destination address in the next time interval (*i.e.*, 2 milliseconds). If the model predicts that the destination address will be 25 needed in the next time interval, processor 201 retrieves the entry for that destination address from routing table 104 and populates routing table cache 203 with that entry. If the model does not predict the occurrence of that destination address in the next time interval, then processor 201 does nothing. The reason processor 201 populates routing table cache 203 with the highly correlated data first is because if there isn't room in routing table cache 203 for both the highly correlated data and the not 30 highly correlated data, the highly correlated data sets should have priority.

To ameliorate interruptions, routing table cache 203 should comprises two portions, one of which is active and being used for routing packets and the other which is inactive and being populated

- 11 of 14

Exhibit C - Page 28

A.A. Bahattab 1

in accordance with step 507. This enables the predicted entries to be populated in the inactive portion and to switch that portion to active at the appropriate time.

After step 507, control returns to step 502.

It is to be understood that the above-described embodiments are merely illustrative of the
5     present invention and that many variations of the above-described embodiments can be devised by those skilled in the art without departing from the scope of the invention. It is therefore intended that such variations be included within the scope of the following claims and their equivalents.

What is claimed is:

13

Exhibit C - Page 29

A.A. Bahattab 1

1    **1.** A router comprising:

2        an input port for receiving a succession of packets, wherein each of said packets comprises a

3    destination address;

4        a plurality of output ports;

5        a switching fabric for interconnecting said input port to each of said plurality of output ports;

6        a processor or building a temporal model of the occurrence of said destination addresses at

7    said input port, for populating said routing table cache based on said temporal model and at least one

8    entry that is stored in a routing table, and for routing at least one of said packets from said input port to

9    one of said output ports through said switching fabric based on said entry that is stored in said routing

10   table cache.

1        **2.** The router of claim 1 wherein said temporal model is based on the autoregressive moving

2    average of the occurrence of said destination addresses.

1        **3.** A method comprising:

2        receiving a temporal succession of packets at an input port, wherein each of said packets

3    comprises a destination address;

4        generating a temporal model based on the occurrence of said destination addresses;

5        populating a routing table cache based on said temporal model and at least one entry that is

6    stored in a routing table; and

7        forwarding at least one of said packets from said input port to one of a plurality of output ports

8    based on said entry that is stored in said routing table cache.

1        **4.** The method of claim 3 wherein said temporal model is based on the autoregressive moving

2    average of the occurrence of said destination addresses.

- 13 of 14

Exhibit C - Page 30

A.A. Bahattab 1

## **Abstract**

1      A router and method for routing table cache population technique is disclosed.  In particular,

2    the illustrative embodiment routes packets through it more quickly than comparatively expensive

3    routers in the prior art. The present invention recognizes that a fast router has small routing table cache

4    that has a high hit ratio and that a high hit ratio can be achieved with a small routing table cache by

5    predicting which entries will be needed in the routing table cache in the future and by populating the

6    routing table cache with those entries before they are needed.  The illustrative embodiment of the

7    present invention comprises: an input port for receiving a succession of packets, wherein each of the

8    packets comprises a destination address; a plurality of output ports; a switching fabric for

9    interconnecting the input port to each of the plurality of output ports; a processor or building a

10    temporal model of the occurrence of the destination addresses at the input port, for populating the

11    routing table cache based on the temporal model and at least one entry that is stored in a routing table,

12    and for routing at least one of the packets from the input port to one of the output ports through the

13    switching fabric based on the entry that is stored in the routing table cache.

Exhibit C - Page 31

A.A. Bahattab 1

# IN THE UNITED STATES
## PATENT AND TRADEMARK OFFICE

Declaration and Power of Attorney

As the below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled **PREDICTIVE ROUTING TABLE CACHE POPULATION** the specification of which is attached hereto.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by an amendment, if any, specifically referred to in this oath or declaration.

I acknowledge the duty to disclose all information known to me which is material to patentability as defined in Title 37, Code of Federal Regulations, 1.56.

I hereby claim the benefit under Title 35, United States Code, 119(e) of any United States provisional application(s) identified below:

Provisional application No. 60/208,888, filed on June 2, 2000.

I hereby claim foreign priority benefits under Title 35, United States Code, 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

None

I hereby claim the benefit under Title 35, United States Code, 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, 112, I acknowledge the duty to disclose all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

None

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint the following attorneys with full power of substitution and revocation, to prosecute said application, to make alterations and amendments therein, to receive the patent, and to transact all business in the Patent and Trademark Office connected therewith:

Jason Paul DeMont        (Reg. No. 35,793)
Wayne S. Breyer          (Reg. No. 38,089)

- 1 of 2 -

Exhibit C - Page 32

FROM : Abdullah Bahattab IIT Chicago    PHONE NO. : 312 3264529    Aug. 06 2000 12:12PM P3

A.A. Bahattab 1

Full name of sole inventor: Abdullah Ali Bahattab

Inventor's signature_____ Date 8-6-2000

Residence: Chicago, Cook County, Illinois

Citizenship: Saudi Arabia

Post Office Address:    3100 S. Michigan Avenue, Apt. #902
                        Chicago, IL 60616

Telephone calls should be made to Jason Paul DeMont at:

    Phone No.:    908-903-1255

    Fax No.:    908-903-1256

Please address all correspondence to:

| Customer Number 22897 |

Jason Paul DeMont
DeMont & Breyer, L.L.C.
P.O. Box 437
Basking Ridge, NJ 07920-0437
908-903-1255

- 2 of 2 -

Exhibit C - Page 33

FROM : Abdullah Bahattab IIT Chicago    PHONE NO. : 312 3264529    Aug. 06 2000 12:11PM P1

PTO/SB/09 (12 97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

| STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))--INDEPENDENT INVENTOR | Docket Number (Optional) A.A. Bahattab 1 |

Applicant, Patentee, or Identifier: Abdullah Ali Bahattab

Application or Patent No.: Not Yet Assigned

Filed or Issued: Not Yet Assigned

Title: PREDICTIVE ROUTING TABLE CACHE POPULATION

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

☑ the specification filed herewith with title as listed above.

☐ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☑ No such person, concern, or organization exists.

☐ Each such person, concern, or organization is listed below.

Separate statements are required from each named person, concern, or organization having rights to the invention stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

Abdullah Ali Bahattab
NAME OF INVENTOR          NAME OF INVENTOR          NAME OF INVENTOR

Signature of inventor       Signature of inventor      Signature of inventor

8-6-2000
Date                        Date                       Date

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Exhibit C - Page 34

PRINT OF DRAWINGS
AS ORIGINALLY FII



Fig. 1



A.A. Banatab 1

Exhibit C - Page 35

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 2

Packets Arrive

110

Input Port

Processor

201

To/From
Routing Table 104

112

Memory

Routing Table Cache

203

202

101

111

To Switching Fabric 103

A. A. Bahattab 1

Exhibit C - Page 36

PRINT OF DRAWINGS
AS ORIGINALLY FI□

H.A. BAHATTAB 1



Fig. 4



Exhibit C - Page 37

PRINT OF DRAWINGS
AS ORIGINALLY FII

M.A. BAHATTAB 1



Exhibit C - Page 38

PRINT OF DRAWINGS
AS ORIGINALLY FI

A. Bahattab 1





FROM STEP 505

MODEL BUILDING

SEGREGATION STAGE            ~601

DETERMINATION STAGE          ~602

506

TO STEP 507

Exhibit C - Page 39

6816457



Fig. 1

A.A. BAHATTAB 1

Exhibit C - Page 40



FIG. 2



Exhibit C - Page 41

FIG. 3

A.A. BAHATTAB 1



HIT RATIO

SIZE OF
ROUTING TABLE
CACHE

FIG. 4

AVERAGE
SEARCH TIME

SIZE OF
ROUTING TABLE
CACHE

Exhibit C - Page 42

FIG. 5

H.A. BAHATTAB 1



START

INITIALIZE ROUTING TABLE CACHE ~501

RECEIVE TEMPORAL SUCCESSION OF PACKETS, EACH OF WHICH COMPRISES A DESTINATION ADDRESS ~502

RETRIEVE ROUTING INFORMATION FROM ROUTING TABLE CACHE, IF POSSIBLE, OR ROUTING TABLE, IF NECESSARY ~503

TRANSMIT PACKET AND ROUTING INFORMATION TO SWITCHING FABRIC ~504

COMPILE STATISTICS ON TEMPORAL SUCCESSION OF PACKETS ~505

PERIODICALLY OR SPORADICALLY GENERATE TEMPORAL MODEL BASED ON TEMPORAL SUCCESSION OF PACKETS ~506

PERIODICALLY OR SPORADICALLY REPOPULATE ROUTING TABLE CACHE BASED ON TEMPORAL MODEL AND ROUTING TABLE ~507

22-141  50 SHEETS
22-142  100 SHEETS
22-144  200 SHEETS

Exhibit C - Page 43

FIG. 6

M. A. BAHATTAB 1



FROM STEP 505

MODEL BUILDING

SEGREGATION STAGE    ~601

DETERMINATION STAGE    ~602

506

TO STEP 507



Exhibit C - Page 44

Serial No. Not Yet Assigned

*#2*

A.A. Bahattab 1

jce13 U.S. PTO
09/633754
08/07/00

# IN THE UNITED STATES
# PATENT AND TRADEMARK OFFICE

**Patent Application**

| | |
|---|---|
| **Inventors:** | Abdullah Ali Bahattab |
| **Case:** | 1 |
| **Serial No.:** | Not Yet Assigned |
| **Filing Date:** | 08/07/00 |
| **Examiner:** | Not Yet Assigned |
| **Group Art Unit:** | Not Yet Assigned |
| **Title:** | Predictive Routing Table Cache Population |

"Express Mail" mailing label number <u>EK594326170US</u>;
Date of Deposit: August 7, 2000.

I hereby certify that this application is being deposited with
the United States Postal Service "Express Mail Post Office to
Addressee" service under 37 CFR 1.10 on the date indicated
above and is addressed to "Box PATENT APPLICATION,
Assistant Commissioner of Patents, Washington, D.C. 20231".
Jason Paul DeMont

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

SIR:

## INFORMATION DISCLOSURE STATEMENT

In accordance with 37 CFR 1.97(b), the enclosed Information Disclosure Statement, with attached reference(s), is submitted for consideration in the above-identified application.

Copies of the listed documents are enclosed.

NO FEE IS REQUIRED.

In the event of non-payment or improper payment of a required fee, the Commissioner is authorized to charge or credit **Jason Paul DeMont Deposit Acount No. 50-1045** as required to correct the error.

Pursuant to 37 C.F.R. 1.136(a)(3), please treat this and any concurrent or future reply in this application that requires a petition for an extension of time for its timely submission as incorporating a petition for extension of time for the appropriate length of time.

Respectfully,

By
Jason Paul DeMont
Attorney for Applicants
Reg. No. 35,793
908-903-1255

Date: August 7, 2000
DeMont & Breyer, L.L.C.
P.O. Box 437
Basking Ridge, NJ 07920-0437

- 1 of 1 -

Exhibit C - Page 45

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/633,754 | 08/07/2000 | Abdullah Ali Bahattab | 1 | 3383 |

| 22897        7590        12/18/2003 | EXAMINER |
|---|---|
| DEMONT & BREYER, LLC | SCHULTZ, WILLIAM C |
| SUITE 250 | |

| 100 COMMONS WAY | ART UNIT | PAPER NUMBER |
|---|---|---|
| HOLMDEL, NJ  07733 | 2664 | |

DATE MAILED: 12/18/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

|  | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/633,754 | BAHATTAB, ABDULLAH ALI |
|  | Examiner | Art Unit |
|  | William C. Schultz | 2664 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>07 August 2000</u>.

2a) ☐ This action is **FINAL**.  2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-4</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>1 and 3</u> is/are rejected.

7) ☒ Claim(s) <u>2 and 4</u> is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☒ The drawing(s) filed on <u>07 August 2000</u> is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. §§ 119 and 120**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All b) ☐ Some * c) ☐ None of:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____.

        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

13) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application) since a specific reference was included in the first sentence of the specification or in an Application Data Sheet. 37 CFR 1.78.

    a) ☐ The translation of the foreign language provisional application has been received.

14) ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121 since a specific reference was included in the first sentence of the specification or in an Application Data Sheet. 37 CFR 1.78.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .

4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .

5) ☐ Notice of Informal Patent Application (PTO-152)

6) ☐ Other:

Application/Control Number: 09/633,754                                    Page 2
Art Unit: 2664

## DETAILED ACTION

### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(e) the invention was described in a patent granted on an application for patent by another filed in the
United States before the invention thereof by the applicant for patent, or on an international application
by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this
title before the invention thereof by the applicant for patent.

The changes made to 35 U.S.C. 102(e) by the American Inventors Protection Act

of 1999 (AIPA) and the Intellectual Property and High Technology Technical

Amendments Act of 2002 do not apply when the reference is a U.S. patent resulting

directly or indirectly from an international application filed before November 29, 2000.

Therefore, the prior art date of the reference is determined under 35 U.S.C. 102(e) prior

to the amendment by the AIPA (pre-AIPA 35 U.S.C. 102(e)).

Claims 1,3 are rejected under 35 U.S.C. 102(e) as being anticipated by Zaumen

et al. [U.S. Pat. 6,118,760].

Regarding claim 1, Zaumen et al. discloses a router comprising:

an input port for receiving a succession of packets, wherein each of said packets

comprises a destination address; **(fig. 1, part 110; col. 4, line 68 – col. 5, line 5; col.**

**5, lines 40-44)**

a plurality of output ports; **(fig. 1, parts 120 and on)**

a switching fabric for interconnecting said input port to each of said plurality of

output ports; **(fig. 1, part 141; col. 5, lines 16-18)**

Exhibit C - Page 48

Application/Control Number: 09/633,754                                    Page 3
Art Unit: 2664

a processor for building a temporal model **(col. 8, lines 21-28 – a timer is a temporal model)** of the occurrence of said destination addresses at said input port, **(fig. 1, part 130; col. 5, lines 18-21; col. 5, lines 46-48 – packets contain headers which are evaluated against entries in a forwarding memory; col. 6, lines 2-6 – discloses flow entries include destination addresses obtained from packets; col. 8, lines 8-11 – entry is created; col. 8, lines 18-20 – associated with the entry is a aged destination field)** for populating said routing table cache based on said temporal model and at least one entry that is stored in a routing table **(col. 8, lines 8-11 – entry is created; col. 8, lines 18-20 – associated with the entry is a aged destination field)**, and for routing at least one of said packets from said input port to one of said output ports through said switching fabric based on said entry that is stored in said routing table cache. **(col. 7 ,lines 39-44 – packets are forwarded that match an entry in the table)**

Regarding claim 3, Zaumen et al. discloses a method comprising:

receiving a temporal succession of packets at an input port, wherein each of said packets comprises a destination address; **(fig. 1, part 110; col. 4, line 68 – col. 5, line 5; col. 5, lines 40-44)**

generating a temporal model **(col. 8, lines 21-28 – a timer is a temporal model)** based on the occurrence of said destination addresses; **(col. 5, lines 18-21; col. 5, lines 46-48 – packets contain headers which are evaluated against entries in a forwarding memory; col. 6, lines 2-6 – discloses flow entries include destination**

Exhibit C - Page 49

Application/Control Number: 09/633,754                              Page 4
Art Unit: 2664

**addresses obtained from packets; col. 8, lines 8-11 – entry is created; col. 8, lines**

**18-20 – associated with the entry is a aged destination field)**

populating a routing table cache based on said temporal model and at least one

entry that is stored in a routing table; and table **(col. 8, lines 8-11 – entry is created;**

**col. 8, lines 18-20 – associated with the entry is a aged destination field)**

forwarding at least one of said packets from said input port to one of a plurality of

output ports based on said entry that is stored in said routing table cache. **(col. 7 ,lines**

**39-44 – packets are forwarded that match an entry in the table)**


### Allowable Subject Matter

Claims 2,4 are objected to as being dependent upon a rejected base claim, but

would be allowable if rewritten in independent form including all of the limitations of the

base claim and any intervening claims.

### Conclusion

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to William C. Schultz whose telephone number is 703-305-

2367. The examiner can normally be reached on M-F(7-4)(first bi-week) M-Th(7-

4)(second bi-week).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Wellington Chin can be reached on 703-305-4366. The fax phone number

for the organization where this application or proceeding is assigned is 703-872-9314.

Exhibit C - Page 50

Application/Control Number: 09/633,754                                    Page 5
Art Unit: 2664

     Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 703-305-

3900.

William Schultz
December 11, 2003

WELLINGTON CHIN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

Exhibit C - Page 51

| | | | |
|---|---|---|---|
| ***Notice of References Cited*** | **Application/Control No.**<br>09/633,754 | **Applicant(s)/Patent Under Reexamination**<br>BAHATTAB, ABDULLAH ALI | |
| | **Examiner**<br>William C. Schultz | **Art Unit**<br>2664 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-6,118,760 | 09-2000 | Zaumen et al | 370/229 |
| | B | US-5,488,608 | 01-1996 | Flammer, III, George H | 370/400 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 3



Exhibit C - Page 52

PTO-1449 (Substitute)

| | Case: 1 | Serial No. NYA |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | Applicant: A.A. Bahattab | |
| | Filing Date: 8/7/00 | Group: NYA |

Examiner: Initial box if reference is considered, whether or not citation is in conformance with
MPEP 609.  Draw a line through citation if not in conformance and not considered.  Include a copy of this
form with next communication to applicant.

## U.S. PATENT DOCUMENTS

☐ AA:

☐ AB:

☐ AC:

## FOREIGN PATENT DOCUMENTS

☐ AL:

☐ AM:

☐ AN:

## OTHER DOCUMENTS

 AR: "Improving Gateway Performance With A Routing-Table Cache," D.C. Feldmeier, IEEE
CH2534-6/88/0000-0298 (1988)

AS: "Improving the Routing and Addressing of IP," Peter Ford et al., IEEE Network,
0890-8044/92 (May 1993)

☐ AT:

Att: References as noted above

| Examiner: | Date Considered: 12/11/2003 |
|---|---|

Exhibit C - Page 53

Serial No. 09/633754

Attorney Docket: 520-001US

OIPE
FEB 0 2 2004
PATENT & TRADEMARK OFFICE

# IN THE UNITED STATES
# PATENT AND TRADEMARK OFFICE

**Patent Application**

| | |
|---|---|
| **Inventor:** | Abdullah Ali Bahattab |
| **Serial No.:** | 09/633754 |
| **Filing Date:** | 8/7/2000 |
| **Art Unit:** | 2664 |
| **Examiner:** | William C. Schultz |
| **Docket No.:** | 520-001US |
| **Title:** | Predictive Routing Table Cache Population |

Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450 on 29 January 2004.

Name of person signing this certificate: Carole Kalman.

Signature _____

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

RECEIVED

FEB 0 6 2004

Technology Center 2600

## A M E N D M E N T

Exhibit C - Page 54



Serial No. 09/633754                                    Attorney Docket: 520-001US

The following claims are presented for examination:

**Claim 1 (currently amended):**  A router comprising:

an input port for receiving a succession of packets, wherein each of said packets comprises a destination address;

a plurality of output ports;

a switching fabric for interconnecting said input port to each of said plurality of output ports; and

a processor ~~or~~ for building a temporal model of the occurrence of said destination addresses at said input port, for populating said routing table cache based on said temporal model and at least one entry that is stored in a routing table, and for routing at least one of said packets from said input port to one of said output ports through said switching fabric based on said entry that is stored in said routing table cache;

<u>wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.</u>



**Claim 2 (canceled)**

**Claim 3 (currently amended):**  A method comprising:

receiving a temporal succession of packets at an input port, wherein each of said packets comprises a destination address;

generating a temporal model based on the occurrence of said destination addresses;

populating a routing table cache based on said temporal model and at least one entry that is stored in a routing table; and

forwarding at least one of said packets from said input port to one of a plurality of output ports based on said entry that is stored in said routing table cache;

<u>wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.</u>

**Claim 4 (canceled)**

- 2 -

14

Exhibit C - Page 55

Serial No. 09/633754                                Attorney Docket: 520-001US

# R E M A R K S

Claims 1 through 4 were presented for examination.  Claims 1 and 3 were rejected. Claims 2 and 4 were objected to.

Claims 1 and 3 have been amended to clarify the distinction between the present invention and the prior art.  Claim 1 has been also amended to correct inadvertent typographical errors.

Claims 2 and 4 been canceled, and the limitations in those claims have been incorporated into claims 1 and 3, respectively, to bring the claims into an allowable state.

The applicant respectfully requests reconsideration in light of the amendments and the following comments.

### 35 U.S.C. 102 Rejection of Claims 1 and 3

Claims 1 and 3 were rejected under 35 U.S.C. 102(e) as being anticipated by W. T. Zaumen et al., U.S. Patent 6,118.760, issued September 12, 2000 (hereinafter "Zaumen"). The applicant respectfully submits that the claims, as amended, overcome the rejection.

Claim 1, as amended, recites:

> **1.** A router comprising:
>
> an input port for receiving a succession of packets, wherein each of said packets comprises a destination address;
>
> a plurality of output ports;
>
> a switching fabric for interconnecting said input port to each of said plurality of output ports; and
>
> a processor for building a temporal model of the occurrence of said destination addresses at said input port, for populating said routing table cache based on said temporal model and at least one entry that is stored in a routing table, and for routing at least one of said packets from said input port to one of said output ports through said switching fabric based on said entry that is stored in said routing table cache;
>
> *wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.*
>
> [*emphasis supplied*]

Nowhere does Zaumen teach or suggest, alone or in combination with the other references, what claim 1 recites – namely that the temporal model is based on the autoregressive moving average of the occurrence of the destination addresses.  For this reason, the applicant respectfully submits that the rejection of claim 1 is overcome.

- 3 -

Exhibit C - Page 56

Serial No. 09/633754                                    Attorney Docket: 520-001US

Claim 3, as amended, recites:

> **3.** A method comprising:
>
> receiving a temporal succession of packets at an input port, wherein each of said packets comprises a destination address;
>
> generating a temporal model based on the occurrence of said destination addresses;
>
> populating a routing table cache based on said temporal model and at least one entry that is stored in a routing table; and
>
> forwarding at least one of said packets from said input port to one of a plurality of output ports based on said entry that is stored in said routing table cache;
>
> *wherein said temporal model is based on the autoregressive moving average of the occurrence of said destination addresses.*
>
> [*emphasis supplied*]

Nowhere does Zaumen teach or suggest, alone or in combination with the other references, what claim 3 recites – namely that the temporal model is based on the autoregressive moving average of the occurrence of the destination addresses.  For this reason, the applicant respectfully submits that the rejection of claim 3 is overcome.

**Allowable Subject Matter**

Claims 2 through 4 were objected to as being dependent upon rejected base claims.  The limitations in claims 2 and 4 have been incorporated into claims 1 and 3, respectively, placing claims 1 and 3 in an allowable state.

**Request for Reconsideration Pursuant to 37 C.F.R. 1.111**

Having responded to each and every ground for objection and rejection in the Office action mailed December 18, 2003, the applicant requests reconsideration of the instant application pursuant to 37 CFR 1.111 and requests that the Examiner allow all of the pending claims and pass the application to issue.

Should there remain unresolved issues the applicant respectfully requests that Examiner telephone the applicant's attorney at 732-578-0103 x11 so that those issues can be resolved as quickly as possible.

Respectfully,
DeMont & Breyer, LLC

By _____
Wayne S. Breyer

- 4 -

Exhibit C - Page 57

Serial No. 09/633754                                      Attorney Docket: 520-001US

Reg. No. 38,089
Attorney for Applicants
732-578-0103 x12

Date ___*1/29/08*___

DeMont & Breyer, L.L.C.
Suite 250
100 Commons Way
Holmdel, NJ  07733
United States of America

- 5 -

Exhibit C - Page 58

*26 64*

Serial No. 09/633754                                      Attorney Docket: 520-001US



# IN THE UNITED STATES
# PATENT AND TRADEMARK OFFICE

**Patent Application**

| | |
|---|---|
| **Inventor:** | Abdullah Ali Bahattab |
| **Serial No.:** | 09/633754 |
| **Filing Date:** | 8/7/2000 |
| **Art Unit:** | 2664 |
| **Examiner:** | William C. Schultz |
| **Docket No.:** | 520-001US |
| **Title:** | Predictive Routing Table Cache Population |

Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450 on 29 January 2004.

Name of person signing this certificate: Carole Kaiman.

Signature

**RECEIVED**

FEB 0 6 2004

Technology Center 2600

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Enclosed are the following papers related to the above-identified patent application:

1. Transmittal Letter with Certificate of Mailing – 1 Page (1x)
2. Amendment with Certificate of Mailing – 5 Pages (1x)

Pursuant to 37 CFR 1.136(a)(3), please treat this and any concurrent or future reply in this application that requires a petition for an extension of time for its timely submission as incorporating a petition for extension of time for the appropriate length of time.

Respectfully,
DeMont & Breyer, LLC

By _____
Wayne S. Breyer
Reg. No. 38,089
Attorney for Applicants
732-578-0103 x12

Date _____1/29/04_____

DeMont & Breyer, L.L.C.
Suite 250
100 Commons Way
Holmdel, NJ  07733
United States of America

- 1 -

Exhibit C - Page 59

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/633,754 | BAHATTAB, ABDULLAH ALI |
| | Examiner | Art Unit |
| | William C. Schultz | 2664 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *2/2/2004*.

2. ☒ The allowed claim(s) is/are *1,3 renumbered as 1,2 respectively*.

3. ☒ The drawings filed on *8/7/2000* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some*   c)☐ None  of the:

    1. ☐ Certified copies of the priority documents have been received.

    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

    3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

  **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

*Aji Patel*
*Primary Examiner*

Attachment(s)

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____.

Exhibit C - Page 60



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 22897 | 7590 | 04/29/2004 |
|---|---|---|

DEMONT & BREYER, LLC
SUITE 250
100 COMMONS WAY
HOLMDEL, NJ 07733

| EXAMINER |
|---|
| SCHULTZ, WILLIAM C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2664 | |

DATE MAILED: 04/29/2004

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/633,754 | 08/07/2000 | Abdullah Ali Bahattab | 1 | 3383 |

TITLE OF INVENTION: PREDICTIVE ROUTING TABLE CACHE POPULATION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $665 | $0 | $665 | 07/29/2004 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above; or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.

Exhibit C - Page 61

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or <u>Fax</u>    (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

22897    7590    04/29/2004

DEMONT & BREYER, LLC
SUITE 250
100 COMMONS WAY
HOLMDEL, NJ 07733

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/633,754 | 08/07/2000 | Abdullah Ali Bahattab | 1 | 3383 |

TITLE OF INVENTION: PREDICTIVE ROUTING TABLE CACHE POPULATION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $665 | $0 | $665 | 07/29/2004 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SCHULTZ, WILLIAM C | 2664 | 370-232000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent):    ❑ individual    ❑ corporation or other private group entity    ❑ government

| 4a. The following fee(s) are enclosed: | 4b. Payment of Fee(s): |
|---|---|
| ❑ Issue Fee | ❑ A check in the amount of the fee(s) is enclosed. |
| ❑ Publication Fee | ❑ Payment by credit card. Form PTO-2038 is attached. |
| ❑ Advance Order - # of Copies _____ | ❑ The Director is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

Director for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/633,754 | 08/07/2000 | Abdullah Ali Bahattab | 1 | 3383 |

22897     7590     04/29/2004

DEMONT & BREYER, LLC
SUITE 250
100 COMMONS WAY
HOLMDEL, NJ 07733

| EXAMINER |
|---|
| SCHULTZ, WILLIAM C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2664 | |

DATE MAILED: 04/29/2004

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 802 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 802 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (703) 305-1383. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 3 of 3

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.

Exhibit C - Page 63



**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or **Fax**    (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

22897    7590    04/29/2004

DEMONT & BREYER, LLC
SUITE 250
100 COMMONS WAY
HOLMDEL, NJ 07733

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Kelly Kline _____ (Depositor's name)

_____ (Signature)

May 25, 2004 _____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/633,754 | 08/07/2000 | Abdullah Ali Bahattab | | 3383 |

TITLE OF INVENTION: PREDICTIVE ROUTING TABLE CACHE POPULATION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $665 | $0 | $665 | 07/29/2004 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SCHULTZ, WILLIAM C | 2664 | 370-232000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  DeMont & Breyer, LLC

2  _____

3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

· PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Director for Patents is requested to apply the Issue F

_____ (Authorized Signature)    _____ (Date)

Jason Paul DeMont (reg. 35793) May 25, 2004

06/01/2004 WABRHAH2 00000102 09633754

01 FC:2501    665.00 OP

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (Rev. 11/03) Approved for use through 04/30/2004.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Exhibit C - Page 64

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/17/2000 JWASHING 00000001 09633754

01 FC:201                    345.00 OP

PTO-1556
(5/87)

*U.S. GPO: 1999-459-082/19144

Exhibit C - Page 65

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective December 29, 1999

Application or Docket Number

63375A

## CLAIMS AS FILED - PART I

| | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|

| | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE | FEE | | RATE | FEE |
|---|---|---|---|---|---|---|---|
| OR BASIC FEE | | | | 345.00 | OR | | 690.00 |
| TOTAL CLAIMS | 4 minus 20= | * 1 | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | 2 minus 3 = | * | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | ✓ | OR | +260= | |
| | | | TOTAL | | OR | TOTAL | |

If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|---|

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * 2 | Minus ** 20 | = | X$ 9= | | OR | X$18= | |
| Independent | * 2 | Minus *** 3 | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
|  |  |  |  |
| FEE DETERMINATION | *illegible* | 7S331 |  |
| O.I.P.E. CLASSIFIER | *illegible* |  | 8/19 |
| FORMALITY REVIEW | *illegible* | 68608 | 10/3/2002 |
| RESPONSE FORMALITY REVIEW | *illegible* |  |  |
|  |  |  |  |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✔ | ................................ Rejected | N | ................................ Non-elected |
| = | ................................ Allowed | I | ................................ Interference |
| — | (Through numeral)... Canceled | A | ................................ Appeal |
| ÷ | ................................ Restricted | O | ................................ Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | | Final | Original | | Final | Original | |
| 1 | 1 | | | 51 | | | 101 | |
| 2 | 2 | | | 52 | | | 102 | |
| 3 | 3 | | | 53 | | | 103 | |
| | 4 | | | 54 | | | 104 | |
| | 5 | | | 55 | | | 105 | |
| | 6 | | | 56 | | | 106 | |
| | 7 | | | 57 | | | 107 | |
| | 8 | | | 58 | | | 108 | |
| | 9 | | | 59 | | | 109 | |
| | 10 | | | 60 | | | 110 | |
| | 11 | | | 61 | | | 111 | |
| | 12 | | | 62 | | | 112 | |
| | 13 | | | 63 | | | 113 | |
| | 14 | | | 64 | | | 114 | |
| | 15 | | | 65 | | | 115 | |
| | 16 | | | 66 | | | 116 | |
| | 17 | | | 67 | | | 117 | |
| | 18 | | | 68 | | | 118 | |
| | 19 | | | 69 | | | 119 | |
| | 20 | | | 70 | | | 120 | |
| | 21 | | | 71 | | | 121 | |
| | 22 | | | 72 | | | 122 | |
| | 23 | | | 73 | | | 123 | |
| | 24 | | | 74 | | | 124 | |
| | 25 | | | 75 | | | 125 | |
| | 26 | | | 76 | | | 126 | |
| | 27 | | | 77 | | | 127 | |
| | 28 | | | 78 | | | 128 | |
| | 29 | | | 79 | | | 129 | |
| | 30 | | | 80 | | | 130 | |
| | 31 | | | 81 | | | 131 | |
| | 32 | | | 82 | | | 132 | |
| | 33 | | | 83 | | | 133 | |
| | 34 | | | 84 | | | 134 | |
| | 35 | | | 85 | | | 135 | |
| | 36 | | | 86 | | | 136 | |
| | 37 | | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |

If more than 150 claims or 10 actions
staple additional sheet here

Exhibit C - Page 67

(LEFT INSIDE)

| SEARCHED | | | | SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|---|---|---|---|
| Class | Sub. | Date | Exmr. | | Date | Exmr. |
| 570 | 229 | 12/9/03 | WCS | uspat, Epo, Jpo NPL (IEEE) | 12/9/03 | WCS |
|  | 230 |  |  | | | |
|  | 230.1 |  |  | | | |
|  | 231 |  |  | | | |
|  | 232 |  |  | | | |
|  | 234 |  |  | | | |
|  | 235 |  |  | | | |
|  | 389 |  |  | | | |
|  | 392 |  |  | | | |
|  | 395.7 |  |  | | | |
|  | 428 |  |  | | | |
|  | 429 |  |  | | | |
| 370 | 395.2 | 2/20/04 | WCS | | | |
|  | 395.21 |  |  | | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 370 | 232 | 2/10/04 | WCS |
|  | 234 |  |  |

Exhibit C - Page 68

# EXHIBIT D

Proceedings of the

# APPLIED

# TELECOMMUNICATION

# SYMPOSIUM (ATS'00)

### EDITED BY

## BOHDAN BODNAR

## ARIEL SHARON

## 2000 Advanced Simulation
## Technologies Conference

Washington, D.C.

April 16–20, 2000

Wyndham City Center Hotel



ISBN: 1-56555-196-6

SPONSORED BY THE SOCIETY FOR COMPUTER SIMULATION INTERNATIONAL

© 2000 SIMULATION COUNCILS, INC.

Responsibility for the accuracy of all statements in each paper rests solely with the author(s). Statements are not necessarily representative of nor endorsed by The Society for Computer Simulation International.

Permission is granted to photocopy portions of this publication for personal use and for the use of students providing credit is given to the conference and publication. Permission does not extend to other types of reproduction nor to copying for incorporation into commercial advertising nor for any other profit-making purpose. Other publications are encouraged to include 300- to 500-word abstracts or excerpts from any paper contained in this book, provided credits are given to the author and the conference. For permission to publish a complete paper write: The Society for Computer Simulation International (SCS), P.O. Box 17900, San Diego, CA 92177, U.S.A.

Additional copies of the Proceedings are available from:

The Society for Computer Simulation International
P.O. Box 17900
San Diego, CA 92177 U.S.A.

ISBN: 1-56555-196-6

PRINTED IN THE UNITED STATES

# CONTENTS                                                    PAGE   AUTHOR(S)

## Plenary
E-Commerce and the Web-Enabled Call Center                    3      Howard G. Bernett

## Track 1: Wireless

## Wireless I
Call Admission Control by Optimized Sectoring - A Novel CDMA   11     Aftab Ahmad
Network Architecture

Hidden Issues in the Simulation of Fixed Wireless Systems      16     Dan Avidor
                                                                     Sayandev Mukherjee

Radio Coverage Prediction Optimized in Computation Time for   26     Y. Pousset
Mobile Application                                                   R. Vauzelle

## Wireless II
Performance of Mobile Multimedia Communication in Hybrid Networks   35     Shakil Akhtar

## Wireless III
An Analytical Study of the Effects of Retrials on Channel Allocation   43     Shekhar Srivastava
Schemes                                                                  M. N. Umesh
                                                                         G. Maheedhar

## Track 2: Network Management and Security

## Network Management I
Explicit Rate Allocation for ABR Service with a RAM/DAM Switching   49     X. J. Yuan
Mechanism                                                                 Z. G. Li
                                                                          B. H. Soong
                                                                          C. Y. Wen

Improving the Calculation of the Packet Marking Probability in Red   55     Mutlu Arpaci
                                                                          Randal Abler
                                                                          John A. Copeland

Bandwidth Requirements for Voice Over Packet Network          61     Lev B. Sofman
                                                                     Rajiv Shah

Network Management System Architecture for Enhancement of     65     Joongsoo Lee
Network Survivability: The Structured Approach to be Tolerant to a         Pyeongdong Cho
Manager Failure                                                            Namhoon Kim
                                                                          Young Hee Lee
                                                                          Chi Hang Park

# CONTENTS

|  | PAGE | AUTHOR(S) |

## Network Management II

Performance Evaluation of a Java-Based Networking Application Programming Interface (API) — 73 — S. Zeadally, X. Chen

The Study and Implementation for the VPN Service Management — 81 — Qiu Xuesong, Xiong Ao, Meng Luoming

Improving Efficiency of Simulating Communications Networks — 87 — Guanhua Yan, Yuehui Jin, Yulu Ma, Shiduan Cheng, Jian Ma

## Network Management III

A Chaos-Based Stream Cipher Algorithm for High Speed Networks and Real Time Applications — 95 — Kamel Hussein Rahouma

An Architecture for Agent Based Intelligent Internet — 100 — Arun Benjamin Mathew, Sandeep Prabhakar

## Track 3: Modeling Techniques

## Modeling I

Comparison of the Rate Based Simulation and the Packet Based Simulation — 109 — Stefan Butenweg, Martin Tichatschek

Measurement Techniques and Results of Cell Transfer Delay and Cell Delay Variation in ATM Based WAN — 115 — Timo Hämäläinen

An Empirical Study of End-to-End Jitter in Data Networks — 121 — Mihai Lazar, Oliver Yang

A Simulator for IPv6-Over-ATM Networks — 127 — Jorge Sá Silva, Sérgio Duarte, Nuno Veiga, Fernando Boavida

## Modeling II

Robust Offered Load Estimation for Dynamic Bandwidth Management in Contention-Based Mutiple Access Networks — 135 — Firass Abi-Nassif, Whay Chiou Lee, Ioannis Stavrakakis

Modeling Teletraffic Demand and Resource Management for Mobile Networks — 142 — Jinwie Jung, Teresa A. Dahlberg

# CONTENTS

PAGE   AUTHOR(S)

**The SEAMLSS Approach to Network Simulation**   148

Gary Warren
Aaron Budgor
Shawn Chou
Trevor Cooke
Shalini Gupta
Scott Hansen
Chris Heydemann
Chris Kostas
Larry Longtin
Sam Soheili
Aaron Steigerwald
George Cathey
Jerome Plun
Adam Sulesky
Rajive Bagrodia
Julian Shu
Ed Sigler

**New Scheduling Mechanism to Guarantee QoS: Dynamic-WFQ**   154

Rachid R. Laalaoua
Tülin T. Atmaca
Piotr P. Pecka

## Track 4: Telecommunications Business & Regulation

### Business & Regulation I

**Performance Optimization of a Telecommunication Call Center**   163   Ahmad Ridley

**Considerations for Achieving Successful Service Level Agreements**   168   John Ma
Satish Chandra

**Multiple Award Contracts with Minimum Revenue Guarantees: Service Assignment**   175   A. M. Girard

**Towards a Scalable System for Per-Flow Charging in the Internet**   182   Gabriel Dermler
Manuel Günter
Torsten Braun
Burkhard Stiller

**Simulation of an Open Network Marketplace with Real-Time Agents Brokerage**   188   David Chieng
Alan Marshall
Ivan Ho
Gerard Parr

**Placing Value on Customer Satisfaction for Call Centers**   194   Richard B. Swerdlow

# CONTENTS

PAGE    AUTHOR(S)

## Track 5: Networks and Multimedia

### Multimedia I

| | | |
|---|---|---|
| Performance and Quality of Service of a Multimedia System Based on an ATM Network | 201 | Henri Tobiet<br>Pascal Lorenz |
| Predicting IP Addresses to Speed Up Routing Lookup | 207 | Bohdan Bodnar<br>Abdullah Ali Bahattab<br>George Kraft<br>Martha Evens |
| Performance of a Multiservice Network Switch Using Stochastic Automata Network | 214 | Halima H. Elbiaze<br>Joanna J. Tomasik<br>Tülin T. Atmaca |
| Performance of Shared Output Queuing in ATM Switches Under Self-Similar Traffic | 220 | Yunkai Zhou<br>Harish Sethu |

### Multimedia II

| | | |
|---|---|---|
| A Simulation Study of Relationships Between Delay Jitter and Properties of a Switching Network | 227 | Yunkai Zhou<br>Harish Sethu |
| Proposition for Extra High Value Communication | 232 | Budi Rachmanto<br>Yasushi Hibino |
| OPNET Simulations of IntServ/ATM Edge Devices | 238 | Yuxin Zhou<br>Klara Nahrstedt |
| Effects of Statistical Adaptation of Accepted Drop Precedence in a Differentiated Services Interior Node: A Simulation Study | 244 | Avadora Dumitrescu<br>Jarmo Harju |

### Multimedia III

| | | |
|---|---|---|
| Performance Analysis of ALOHA Channels with Self Similar Input Traffic | 255 | Tamarasi Dias<br>W. W. L. Keerthipala<br>Iain Murray |
| Simulation of Multimedia Transmission Over Packet Networks | 263 | W. Wang<br>K. R. Subramanian<br>L. Zhang<br>J. H. He |
| Medical Imaging Transmission for Telemedicine Over ATM Networks | 267 | W. Wang<br>K. R. Subramanian<br>L. Zhang<br>J. H. He |

# CONTENTS

PAGE   AUTHOR(S)

## Multimedia IV

**VRD Traffic Model in Simulation of a Campus Network**   275   Yulu Ma
Yuehui Jin
Guanhua Yan
Shiduan Cheng
Jian Ma

**Double Rooted Core Based Tree for Fault Tolerant Core**   281   YoonKeun Oh
Pyeongdong Cho
NamHoon Kim
YoungHee Lee
Chi Hang Park

**Simulation Modeling of Telephony Access**   287   Denise Masi
Howard G. Bernett

## Applied Telecommunication Symposium '99

**On a Class of Location Decision Problems in Inter-Domain Routing**   295   Daniel O. Awduche

# PREFACE

The Applied Telecommunication Symposium (ATS) was conceived in 1997 as an information exchange mechanism for engineers, software developers, managers, and others interested in current events in packet switching, cellular operation, and telecommunication networks. The symposium was designed so that specialists and non-specialists could appreciate the technical work that was presented -- work which often encompasses topics which are usually not seen at telecommunication-oriented symposia. Thus, previous ATSs have had papers on novel simulation methods, intelligent highways, traffic modeling, network operation, data encryption and decryption. The second ATS introduced a track dedicated to telecommunication business and a tutorial on fractal traffic modeling. This year's ATS has an expanded business track, an updated version of the fractal traffic modeling tutorial, and a tutorial on third-generation wireless. Unlike the first two Applied Telecommunication Symposia, this year's ATS is operated mostly in a refereed manner.

The continuous increase in the number of papers submitted to the Applied Telecommunication Symposium shows that a strong interest in a "non-traditional" telecommunication-oriented technical symposium exists. This strictly increasing growth is a testament to the hard work put in by the volunteers who chair the tracks and, often, review the submitted papers. The non-traditional approach also makes paper selection difficult. The papers submitted to the ATS are of exceptionally high quality; reviewing them and recommending tracks or track changes is no mean task.

As you read the papers in this year's Proceedings of the Applied Telecommunication Symposium, we hope you will not only enjoy them but that you will also gain knowledge which may be of personal use and that you will appreciate the work which went into setting up this symposium. If the ATS is to your liking, and if you are interested in assisting in furthering this symposium, please feel free to contact us.

Dr. Bohdan Bodnar
bbodnar@lucent.com

Dr. Ariel Sharon
asharon@lucent.com

# PREDICTING IP ADDRESSES TO SPEED UP ROUTING LOOKUP

Bohdan Bodnar
Lucent Technologies Inc
2000 N. Naperville Rd.
Naperville, IL 60566
bbodnar@lucent.com

Abdullah Ali Bahattab
Computer Science Department
Illinois Institute of Technology
Chicago, IL 60616
bahaabd@charlie.cns.iit.edu

George Kraft
Stuart School of Business
Illinois Institute of Technology
Chicago, IL 60661
kraft@stuart.iit.edu

Martha Evens
Computer Science Department
Illinois Institute of Technology
Chicago, IL 60616
mwe@math.nwu.edu

**KEYWORDS**

Prediction, IP addresses, Hit ratio, and Routers.

## ABSTRACT

One of the main tasks that routers carry out is packet forwarding. The continuously increasing number of users connected to the Internet has caused network traffic to grow rapidly. Researchers are paying a great deal of attention to router development to cope with current applications such as video conferencing, long distance learning, and Internet telephony. All of these need high-speed packet forwarding to overcome increasing network delay. In our study, we look at the IP address streams. We built two models to predict the IP addresses. These models can be plugged into the cache system to pre-fetch the IP addresses prior to the router requests. Hence, we will have a high hit-ratio, and small cache size and therefore a low search time.

## INTRODUCTION

Each router uses a routing table (database) and a cache table (in the RAM). The routing table is initialized by receiving information from the neighborhood routers and is updated every 30 seconds (Slattery and Burton 1999). It contains all the next-hop routes, which are stored in nonvolatile storage. The architecture of a high-end (typically, backbone) router is shown in Figure 1. It consists of the line cards (which accept input traffic), the switching fabric (which sends datagrams from the line cards to the output cards), the output cards (which aggregate traffic and send it out on selected output ports), and a centralized controller, which holds the entire routing table. The forwarding function is moved from the central controller to the line cards in order to obtain high speed. Each line card has a small forwarding table cache. The cache contains a small part of the IP addresses of the routing table, and its function is to speed the lookup for IP addresses since the search in the local RAM is much faster than in the centralized routing table. When a packet comes, a router checks its destination IP address in the cache table. If it is found, then it will continue the process to forward the packet. In case the destination IP address was not in the cache table, the router will search in the routing table, which takes more time. Thus, it is desirable to have a high hit-ratio, which means that most of the IP addresses are found in the cache table rather than in the routing table (cache hits/cache accesses). The IP address that has been fetched must be replaced in the cache table. Therefore, one of the IP addresses must be removed from the cache table in order to make room for the new one.

A large forwarding cache table size (up to a certain point) implies a high hit-ratio. However, it also means a high search time in the cache table, which incurs more delay in the routing packets. Furthermore, if a cache miss occurs, a query is sent to the central database for an update. The database updates the cache and forwarding can then continue (another option is to have the central database do the forwarding and, concurrently, update the cache). Although the cache will eventually operate with a high hit ratio (Feldmeier 1988), the on-demand nature of the updating results in poor transient response of the cache. That is, a long time is spent updating the cache. Also, during this updating, it is probable that several of the line cards are experiencing cache misses. This results in the central database being subjected to a high load condition with the attendant queueing for processing the updates. Therefore, during the cache updating, datagrams queued in the line cards because of the (temporary) lack of forwarding information will be delayed by, possibly, a long time. Although this excessive queueing may be tolerable for certain types of data, real-time sensitive data (e.g., packetized voice used in voice-over-IP applications) may be excessively queued to the point that the performance of the application using this data may suffer. Moreover, the appropriate replacement algorithm will reduce the need for frequently fetching the IP addresses into the cache and produce a better hit-ratio since it will replace an IP address that will not be needed in the near future. Therefore, there is a trade-off between the hit-ratio and the search time. The intention of our ongoing study is to have a high hit-ratio and, at the same time, a small cache size. Having a small cache size, we can use a simple search algorithm, hence, the search time will be low,

so routers can cope with the huge traffic that may be encountered. We believe that this can be achieved by predicting IP addresses and pre-fetching them for router requests. Also, by predicting the unneeded IP addresses, we can remove them from the cache table

Our prediction models will be converted to a C language program and plugged into the ordinary cache system. Then it should be placed in each line card since each line card provides forwarding packet service for particular customers (companies, schools, etc.) to which they are connected. The slope of the correlation function for each IP address must be calculated to assign the IP address to the appropriate prediction model. After a certain time, the correlation function must be recalculated again since each IP address stream may change, and its correlation becomes weak or strong depending on the traffic characteristics. Then we predict for each certain time-period (e.g. 5ms) all the IP addresses. The result contains positive and zero numbers. The positive numbers each represent the frequency of a certain IP address (e.g. 5, 6, 9, 16, etc.). This mean that the IP addresses will show up in the next time-period 5, 6, 9, or 16 times, respectively. If any of these IP addresses is not in the cache, it should be pre-fetched. On the other hand, the zeros mean that the IP addresses will not show up in the next time-period.

## RELATED WORK

Recent studies have shown that the traffic in computer communications has a long-range dependence (self-similarity) in the packet interarrival time (Erramilli et al. 1996). Also, in the literature many studies look at the traffic as flows, packet trains, conversations, or HTTP traffic (Web objects), but no recent studies have examined the IP address streams at a backbone router combining all types of traffic to predict the IP addresses. Our goal is to be able to predict IP addresses.

CacheOS, the patent-pending operating system embedded within CacheFlow's family of Internet accelerators, (CacheFlow 1999) was built to improve Web page response time. It has emerged as the foundation of the world's fastest Internet accelerators. An Internet accelerator must keep its temporary store of content up to date because the content on Web servers changes. To keep the content fresh, it must send a "refresh check" to the origin server; however, it must do so before the user requests. Otherwise, the user will experience round-trip delays. One function of CacheOS, which is related to our research, is the adaptive refresh algorithm. This algorithm selectively refreshes Web

objects (e.g., text, pictures, documents, applets) based upon their need to be refreshed, and its occurrence is asynchronous to actual user requests. By understanding object behaviors, it can be determined what objects must be refreshed. Thus, the adaptive refresh algorithm develops a "model of change" for every Web object in its store. Also, it develops a "model of use" based on the history of object that requested by users. Accordingly, it combines these two pieces of information to determine the refresh pattern appropriate to that object (CacheFlow 1999). The prediction for Web objects is employed by CacheOS to make the response time as quick as possible. In our research, we perform prediction for the IP addresses to make them available for the router before it requests them.

## DATA COLLECTION

We downloaded backbone routers' file traces from the National Laboratory for the Applied Network Research site (www.nlanr.net). More information about their network architecture is available on their site.

We picked one file and downloaded it and converted it to ASCII using their Perl scripts. Although the IP addresses were encrypted for privacy reasons, there was a mapping between these IP addresses, and even the IP classes were preserved. Thus, our analysis is not affected by the IP address encryption.

## DATA ANALYSIS

We are interested in examining the IP address streams. Therefore, we chose an IP address one at a time, and we counted its frequency in each 5 ms. When we sample using lower frequencies (e.g. 15ms, 30ms, etc.), we miss the information resolution about the data behavior, and the model will not observe the data changes. On the other hand, high frequency sampling (e.g. 1ms, 2ms) would take into account small changes in the information that would make the modeling process complex. We did this analysis for 18 random IP addresses. The time series has 23,000 values; each value represents a 5 ms time period. Then, we plotted the data for each IP address; the plots for four of these IP addresses appear in Figures 2-5. The plots show that most of the data is stationary (has constant mean and variance). Also, we plotted the sample autocorrelation functions for each IP address, but in this paper we plotted the sample autocorrelation function for the above IP addresses, see Figures 6-9. We found out that most of the IP addresses have a strong autocorrelation except for a few of them,

which have weak autocorrelation. These results gave us the confidence to pursue our research.

## BUILDING THE MODEL

It is difficult to build a particular model for each IP address. The ideal is to build one model to predict all IP addresses. The practical solution is to build a model for each group of IP addresses that have the same behavior in their autocorrelation functions.

Generally, in the modeling process, three basic stages must be carried out. First comes the identification stage where we select the forecast model that seems most appropriate to the time series under study. This can be achieved by determining whether or not to difference the data and by obtaining initial orders for p and q, where p and q are the number of parameters. Second comes the fitting stage where we estimate all p and/or q parameters. The final stage is the diagnostic checking where we check the residuals of the fitted model by examining the autocorrelation function of the residual errors (Thomopoulos 1989).

We have decided to have two models, one for the data that has strong correlation and another one for the data that has weak correlation. This decision was made after we noticed that changing the order of the model for some IP addresses, which have a weak correlation, does not make a significant change in the Akaike Information Criterion (AIC) and variance values. Thus, we divided our data into two groups.

### The Identification Stage

To identify the ARMA (Autoregressive Moving Average) model (for IP addresses, which have strong autocorrelation), we used two techniques, the Akaike Information Criterion (AIC) and the variance error. Thus, we end up with the following mathematical model:

$$W_t = \sum_{i=1}^{p} \Phi_i W_{t-i} - \sum_{j=1}^{q} \Theta_i a_{t-j} + a_t,$$

where $W_t$ are the IP address frequencies in each 5ms after subtracting the mean of the series. $\Phi$ is the Autoressive parameter, which describes the effect of unit change in $W_{t-1}$ on $W_t$. $p$ refers to the number of autoregressive parameters (model order). $\Theta$ is the Moving average

parameter, and q refers to the number of moving average parameters. $a_t$ is the white noise error, and it is assumed to be normally and independently distributed with mean zero, constant variance, and independent of $W_{t-i}$. In our model p=20 and q=15.

To identify the AR (Autoregressive) model (for IP addresses, which have weak autocorrelation), we used the same techniques, the AIC and the variance error. Thus, we end up with the following mathematical model:

$$W_t = \sum_{i=1}^{p} \Phi_i W_{t-i} + a_t, \text{ where p=36.}$$

### The Fitting Stage

We built the model in the above stage using the computer software package MATLAB. The ARMA(20,15) model has 20 parameters (coefficients) for the Autoregressive (AR) process and 15 parameters for the Moving Average (MA) process that are solved by MATLAB. Also, the AR(36) model has 36 parameters for the Moving Average process that are solved by MATLAB.

### The Diagnostic Checking Stage

We used two techniques to test the models. The first technique is residual error, which is defined by
Residual = Observation – Fitted value.
The fitted value is the one-step-ahead forecast so that the residual is one-step-ahead forecast error (Chatfield 1989).

The second technique is, the Mean Absolute Error (MAE), which is defined by

$$MAE = \frac{\sum_{t=\frac{n}{2}+1}^{n} \left| w_t - \hat{w}_t \right|}{n/2}$$

where $w_t$ is the observation, and $\hat{w}_t$ is the forecast value.

**The Diagnostic Checking of The ARMA Model.** Our testing is a little bit complicated because we would like to choose one set of data time series, which belong to a particular IP address streams (IP1, IP2, etc.), and fit its model on the rest of the data for the IP addresses streams that belong to the same group. Thus, we built the model

on a particular data of IP address streams, and calculated the MAE. Then we ran the same model, but with the data of the other IP address streams one at a time calculating the MAE. The best model is the one that in general has lower values of MAE for the data of the other different IP address streams. We found out that IP2 is the model that can best predict the rest of the IP addresses that have a strong correlation. We plotted the residuals for the best model using its own second half data, as well as using the data from an other IP, for example, see Figure 10. We did the same for another two models. Then, we compared the residuals. We found out that the residual plotting matches the results of MAE.

**The Diagnostic Checking of The AR Model.** We carried out the same techniques used in the previous section to test the AR model. We found out that the IP7 is the best model to predict the rest of the IP addresses that have weak correlation. Also, we did the comparison between the residual plotting of IP7, see Figure 11, and another two models. We found that the residuals match the results of MAE.

## OPTIMIZATION AND ANALYSIS

Building the models using 11,500 points (57.5 seconds) makes the order of the model high. According to Tables 1, 2, and 3, we decided to build the model based on 500 points (2.5 seconds) for both high and low correlated IP addresses, which enables us to have two simple models, ARMA(1,3) and ARMA(1,2).

In Tables 1, 2 and 3, we built the models using different sizes of the data sets. Then the prediction test performed using the following 1000 actual data points except in Table 3 where we started the prediction test at point 22000. The prediction is based on one step ahead prediction (next 5ms). For example, in Table 1, we built the model using 60 points of the actual data vector of each seven selected IP addresses. We pretended that the current time is 61. The model took the value at time 61 (position 61) in the actual vector and predicted one step ahead to produce the predicted value for future time 62 (position 62), and kept this value in the prediction vector at position 2 (since we did not perform prediction before time 61; thus, the prediction vector at position 1 is 0). When we reached time 62, the model took the value at position 62 in the actual data vector and made a prediction. The produced predicted value of future time 63 is kept in the prediction vector at position 3. This process continues for 1000 points of data range. At the end we

compared the actual data vector (position 62 to 1060) with the predicted vector (2 to 1000). Table 1 shows the results, which are represented in the form of the number of hits and misses. The number of hits represents the total number of pre-fetches executed according to the prediction vector that match the actual data. The number of misses represents the total number of pre-fetches executed according to the prediction vector that do not match the actual data. The table shows the results for seven selected IP addresses. IP1, IP2, IP3, and IP4 are high correlated while IP5, IP6, and IP7 are low correlated. For example, hit1 = 973 means that according to the prediction vector we pre-fetched IP1 973 times and all pre-fetches were correct according to the actual data. Miss1=3 means that three pre-fetches were wrong. The reader might notice that the number of hits plus the number of misses is not equal to 999 points. This is because the rest of the 23 points were zeros in both vectors where pre-fetching is not required. We do not consider the first value in the prediction vector because it is always zero; therefore, we consider 999 points instead of 1000. Thus, the IP address could be removed from the cache in theses 23 periods of time if it was in the cache. In Table 3, the results show that the model, which we built at the beginning, provides excellent prediction results when we started the prediction test at 22000 (time 110 seconds).

## CONCLUSION

Previous studies looked at the IP packets in terms of flows, conversations, packet trains, or HTTP traffic (Web objects), but no recent studies have examined the IP address streams combining all types of traffic to predict the IP addresses. We have found that studying the IP address streams leads to a precise model that will optimize the routing operation in a cache table.

We started this research by looking at the file traces in the Web site of the National Laboratory for Applied Network Research (www.nlanr.net). We started the data analysis by writing our own script file to accept from the user one IP address at a time, and count the frequency for that particular IP address in each 5 ms period. This process was repeated for up to 18 IP addresses. Then, we plotted the data and we found that most of the IP addresses have a strong correlation while the rest are weakly correlated.

We divided the data into two groups, and built a particular model for each group. We chose the ARMA model for the IP addresses that are strong correlated. But, we chose the AR model for the IP addresses that are weakly correlated.

Reducing the time series to 500 points instead of 11,500 points, we have two simple models, the ARMA(1,3) and the ARMA(1,2). In this case, we perform forecasting based on 2.5 seconds of data history while in the previous model, ARMA(20,15), we perform forecasting based on 57.5 seconds of data history that made the model complex.

The final step in our research will be to show the improvements in the performance of a router using our intelligent algorithm by comparing it with the current cache system.

## Acknowledgements

We would like to thank Ayman Al-Qattan, Chemical Engineering Department, Illinois Institute of Technology, for bringing to our attention the prediction concept and for his continuing help. Also, we are grateful to Nick Thomopoulos, Stuart School of Management and Finance, Illinois Institute of Technology, for his continuing help in explaining the basic forecasting concepts. Moreover, we would like to thank David Afshartous, Lucent Technology, Jeffery Russel, University of Chicago, and Thomas Knowles, Stuart School of Business, Illinois Institute of Technology for their long discussions. Finally, we are grateful to the National Science Foundation and the National Laboratory for Applied Network Research who made the file traces available on their site (www.nlanr.net).

## References

*CacheFlow group white paper.* 1999. "CacheOS technology overview." www.cacheflow.com, April 20.

Chatfield, C. 1989. *The analysis of time series: An introduction.* Chapman and Hall, London and New York.

Erramilli, A.; Narayan, O.; and Willinger, W. 1996. "Experimental queueing analysis with long-range dependent packet traffic." *IEEE/ACM Transactions on Networking*, Vol.4, No.2, April, 209-223.

Feldmeier, D. 1988. "Improving gateway performance with a routing-table cache." *in Proc. IEEE INFOCOM'88*, March 1988, 298-307.

Slattery, T.; and Burton, B. 1999. *Advanced IP routing in Cisco networks.* McGraw-Hill, New York.

Thomopoulos, N. 1989. *Applied forecasting methods.* Harold Leonard School of Management and Finance, Illinois Institute of Technology, Chicago.



Figure1. The architecture of a high-end router



Figure 2. The data of IP1



Figure 3. The data of IP2



Figure 4. The data of IP6

Figure 5. The data of IP7

Figure 6. The sample autocorrelation function for IP1 with lag=5000

Figure 7. The sample autocorrelation function for IP2 with lag=5000

Figure 8. The sample autocorrelation function for IP6 with lag=5000

Figure 9. The sample autocorrelation function for IP7 with lag=5000



Figure 10. The residual for IP1 using the model of IP2 with lag=100

| The prediction test based on the following 1000 points. | | |
|---|---|---|
| hit1 = 973 | miss1 = | 0 |
| hit2 = 889 | miss2 = | 8 |
| hit3 = 869 | miss3 = | 6 |
| hit4 = 670 | miss4 = | 17 |
| hit5 = 15 | miss5 = | 2 |
| hit6 = 63 | miss6 = | 5 |
| hit7 = 120 | miss7 = | 17 |

Table 2. Building the model using 200 points for IP1 to IP7.



Figure 11. The residual for IP6 using the model of IP7 with lag=100

| The prediction test started at 22000. | | |
|---|---|---|
| hit1 = 970 | miss1 = | 0 |
| hit2 = 941 | miss2 = | 1 |
| hit3 = 891 | miss3 = | 4 |
| hit4 = 718 | miss4 = | 13 |
| hit5 = 2 | miss5 = | 1 |
| hit6 = 0 | miss6 = | 0 |
| hit7 = 26 | miss7 = | 1 |

Table 3. Building the model using 500 points for IP1 to IP7.

| The prediction test based on the following 1000 points. | | |
|---|---|---|
| hit1 = 973 | miss1 = | 3 |
| hit2 = 881 | miss2 = | 24 |
| hit3 = 863 | miss3 = | 20 |
| hit4 = 650 | miss4 = | 67 |
| hit5 = 4 | miss5 = | 21 |
| hit6 = 5 | miss6 = | 67 |
| hit7 = 23 | miss7 = | 113 |

Table 1. Building the model using 60 points for IP1 to IP7.

# EXHIBIT E

# Producing a High Hit Ratio and Low Search Time in Forwarding Routing Tables by Predicting IP Addresses

Abdullah Ali Bahattab
Computer Technology Department
Jeddah College of Electronic Tech.
Jeddah, Saudi Arabia
abahattab@gotevot.edu.sa

Bohdan Bodnar[*]
Motorola Inc.
1475 Shure Dr.
Arlington Heights, IL 60004
BBODNAR1@motorola.com

George Kraft
Stuart School of Business
Illinois Institute of Technology
Chicago, IL 60661
kraft@stuart.iit.edu

Martha Evens
Computer Science Department
Illinois Institute of Technology
Chicago, IL 60616
evens@iit.edu

ABSTRACT-In computer networks, fast routing is one of the main factors to speed up the transmission of the IP packets from the source to the destination computers. A router has a forwarding table (cache table) and a routing table. The forwarding table is derived from the routing table, which is maintained constantly by the router using one of the common routing protocols. There are two factors that affect the speed of the forwarding decisions. First, when a forwarding table holds a huge number of IP addresses, a complicated search algorithm is needed, which implies a high search time. If a complicated search algorithm is not used, then the forwarding table has to be set up in a manner to reduce search time; this implies that the table must be set up by a processor that has a substantial computing power. Second, the availability of the incoming IP address in the forwarding table (hit rate) reduces the extended search in the routing table. Our study examines the IP address streams. Two models were built to predict IP addresses. These models are plugged into the cache system simulation to pre-fetch the IP addresses prior to the router requests. The prediction scheme produces a higher hit ratio in comparison with the current cache schemes. Also, it reduces the cache table size, which implies low search time.

## I. INTRODUCTION

Each router uses a routing table (database) and a cache table (in the RAM). The routing table is initialized by receiving information from the neighborhood routers and is updated every 30 seconds [1]. It contains all the next-hop routes. The (high-level) architecture of a high-end (typically, backbone) router is shown in Fig. 1. It consists of the line cards (which accept input traffic), the switching fabric (which sends datagrams from the input cards to the output cards), the output cards (which aggregate traffic and send it out on selected output ports), and a centralized controller, which holds the entire routing table. The forwarding function has been moved from the central controller to the line cards in order to obtain high speed. Each input line card has a forwarding table cache. The cache contains a small part of the IP addresses from the routing table; its function is to speed the lookup for IP addresses since the search in the local RAM is much faster than in the centralized routing table. When a packet arrives, the router checks its destination IP address in the cache table. If it is found, then it will continue the process to forward the packet. In case the destination IP address is not in the cache table, the router searches the routing table, which takes more time. Thus, it is desirable



Fig. 1. The architecture of a high-end backbone router

to have information about the most frequently used IP addresses in the line card's routing cache; this implies a high cache hit ratio, which means that most of the IP addresses are found in the cache table rather than in the routing table. In the event that the information for the incoming packet is not in the routing cache, it has to be fetched from the (central) routing table. The IP address that has been fetched must be placed in the cache table; thus, if the routing table is full, one of the IP addresses in the table must be removed in order to make room for the new one.

A large forwarding cache table size (up to a certain point) implies a high hit ratio. However, it also means a high search time in the cache table, which incurs more delay in the routing packets or a very complex table preprocessing to reduce search time (this implies highly computation-intensive specialized software and/or hardware). Furthermore, this cache is loaded on demand; that is, if a cache miss occurs, a query is sent to the central database for an update. The database updates the cache and forwarding can then continue (another option is to have the central database do the forwarding and, concurrently, update the cache). Although the cache will eventually operate with a high hit ratio [2], the on-demand nature of the updating may result in poor transient response of the cache. That is, a long time is spent updating the cache. Also, during this updating, it is probable that several of the line cards are experiencing cache misses. This results in the central database being subjected to a high load condition with the attendant queuing for processing the

---

[*] The work was done while Bodnar was at Lucent in 2000

updates. Therefore, during the cache updating, datagrams queued in the line cards because of the (temporary) lack of forwarding information, will be delayed, possibly, a long time. Although this excessive queueing may be tolerable for certain types of data, real-time sensitive data (e.g., packetized voice used in voice-over-IP applications) may be excessively queued to the point that the performance of the application using this data may suffer. Moreover, the appropriate replacement algorithm will reduce the need for frequently fetching the IP addresses into the cache and produce a better hit ratio since it will replace an IP address that will not be needed in the near future. Therefore, there is a trade-off between the hit ratio and the search time. The intention of our study is to produce a high hit ratio and, at the same time, a small cache size by predicting the IP addresses. A small cache size allows the use of a simple search algorithm, hence, the search time will be low, so routers can cope with the huge traffic that may be encountered. In this paper, we show that this can be achieved by predicting IP addresses and pre-fetching them for router requests.

This paper is organized as follows: Section II, describes the Adaptive Refresh Algorithm, which refreshes Web objects by prediction. Section III deals with IP packet information. Section IV explains the statistical data representation, and Section V discusses the plotting of the data and the auto correlation function. Section VI presents two models, one for high and one for low correlated data. Section VII then carries out the analysis of high and low correlated data using these models. Section VIII compares commonly used algorithms. Section IX presents a comparative study with the prediction algorithm. Section X proposes a new design for backbone routers. Section XI contains our conclusions and Section XII presents some suggestions for future works.

## II. RELATED WORK

Recent studies have shown that the traffic in computer communications has a long-range dependence (self-similarity) in the packet interarrival time [3, 4]. Also, in the literature many studies examine the traffic as flows, packet trains, conversations, or HTTP traffic (Web objects), but no recent studies have examined the IP address streams at a backbone router combining all types of traffic to predict the IP addresses [5,6].

CacheOS, the patent-pending operating system embedded within CacheFlow's family of Internet accelerators [7], was built to improve Web page response time. It has emerged as the foundation of the world's fastest Internet accelerators. An Internet accelerator must keep its temporary store of content up to date because the content on Web servers changes. To keep the content fresh, it must send a "refresh check" to the origin server; however, it must do so before the user requests. Otherwise, the user will experience excessive delays. One function of CacheOS, which is related to our research, is the adaptive refresh algorithm. This algorithm selectively refreshes Web objects (e.g., text, pictures, documents,

applets) based upon their need to be refreshed, and its occurrence is asynchronous to actual user requests. By understanding object behaviors, it can be determined what objects must be refreshed. Thus, the adaptive refresh algorithm develops a "model of change" for every Web object in its store. Also, it develops a "model of use" based on the history of objects that are requested by users. Accordingly, it combines these two pieces of information to determine the refresh pattern appropriate to that object [7]. The prediction for Web objects is employed by CacheOS to make the response time as quick as possible. Our new algorithm obtains a high level of performance by predicting the IP addresses to make them available for the router before it requests them.

## III. DATA COLLECTION

The file traces of the backbone routers were downloaded from the National Laboratory for the Applied Network Research site (www.nlanr.net). More information about their network architecture is available on this site.

The files were chosen randomly, and downloaded, and converted to ASCII using Perl scripts. Although the IP addresses were encrypted for privacy reasons, there was a mapping between these IP addresses, and even the IP classes were preserved. Thus, our analysis is not affected by the IP address encryption.

## IV. DATA ANALYSIS

The current research is based on the examination of the IP address streams. Therefore, an IP address was chosen one at a time, and its frequency was counted in each 2 ms interval. This analysis was performed for 18 random IP addresses. The time series has 23,000 values; each value represents a 2ms time period. Then, the data for each IP address was plotted; the plots for four of these IP addresses appear in Figures 2-5. In the plots, the x-axis represents the number of points in the time series (23,000 values), and the y-axis (each value) represents the frequency of the IP address in each 2ms. The plots show that most of the data is stationary (has constant mean and variance). Also, the sample autocorrelation functions were plotted for each IP address. In this paper we show the sample autocorrelation function for four IP addresses with lag=5000, see Figures 6-9. The x-axis represents the number of lags, and the y-axis represents the percentage of the correlation. We found that most of the IP addresses have a strong correlation except for a few of them, which have weak correlation, but a long-range dependency. Thus, we also found significant self-similarity in our data.

## V. DETERMINING THE SAMPLING RATE

The sampling time T =5ms (sampling period) was chosen arbitrarily at the start of our research. To make sure that it was the correct sampling time, we applied the sampling theorem. The sampling theorem states that the signal can be constructed from the original one if the signal is sampled at



Fig 2. The data of IP1



Fig. 3. The data of IP2



Fig. 4. The data of IP3

A frequency rate($F_s$) greater than or equal twice the bandwidth (B). Thus:

$$F_s \geq 2B \text{ or } T < \frac{1}{2B}, \text{ where } F_s = \frac{1}{T}.$$

The definition of the bandwidth is the range of frequencies over which the power or energy density spectrum of the signal is concentrated [8]. Finding the bandwidth (B) under a signal can be achieved by measuring 50%, 90%, or 99% of the power of the signal. The empirical evidence shows that the optimal sampling size is between 1ms (the signal power is measured at 99%) and 2ms (the signal power is measured at 50%) for low correlated data. Simulation showed that 1ms sampling adds insignificant improvement to the results, while



Fig.5. The data of IP4



Fig. 6. The sample autocorrelation function for IP1 with lag=5000

the 2ms sampling does not require hardware/software performance requirements as stringent as those at faster sampling frequency. Thus, the 2ms sampling size was chosen.

This test was conducted using different sampling times (i.e., 2ms, 3ms, 4ms, 5ms, 6ms, 7ms, and 10ms). Then a Fourier Transform was applied to one of the low correlated data vectors using the FFT program in the MATLAB package. Then the total power under the signal was measured. The next step was to measure a portion of the power under the signal, which corresponds to the bandwidth (B) in such a way that when this value (B) is divided by the total power the

result is 50%    (result=B/total). Now, we can use the value of B in our equation $T < \dfrac{1}{2B}$ to find T. This calculation shows that the sampling time has to be 2ms. This test was performed on all the signals that had been sampled at different sampling times (2ms, 3ms, 4ms, etc.). All results show T=2ms or close to 2ms; therefore, the sampling time was lowered from 5ms to 2ms.



Fig. 7. The sample autocorrelation function for IP2 with lag=5000



Fig. 8. The sample autocorrelation function for IP3 with lag=5000

## VI. BUILDING THE MODELS

It is difficult to build a particular model for each IP address. The ideal is to build one model to predict all IP addresses. The practical solution is to build a model for each group of IP addresses that have the same behavior in their autocorrelation functions.

We decided to build two models, one for the data that has strong correlation and another one for the data that has weak correlation. To obtain a small order model, 500 points were used. We came up with the following models:
Autoregressive Moving Average, ARMA(1,2) for IP addresses that have high data correlation:



Fig. 9. The sample autocorrelation function for IP4 with lag=5000

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} + a_t$$

and ARMA(1,3) for IP addresses that have low data correlation:

$$W_t = \Phi_1 w_{t-1} - \Theta_1 a_{t-1} - \Theta_2 a_{t-2} - \Theta_3 a_{t-3} + a_t$$

where $W_t$ are the IP address frequencies in each 2ms after subtracting the mean of the series. $\Phi$ is the Autoregressive parameter, which describes the effect of unit change in $W_{t-1}$ on $W_t$. Number 1 refers to the number of autoregressive parameters (model order). $\Theta$ is the moving average parameter, and the number (2 or 3) refers to the number of moving average parameters. $a_t$ is the white noise error, and it is assumed to be normally and independently distributed with mean zero, constant variance, and independent of $W_{t-i}$.

Each of the above models must use one set of data for a particular IP address (time series) to predict the rest of sets of the IP addresses for the next 2ms. Since we divided the IP addresses into two groups, we have to choose one set of IP address data from each group and apply the appropriate model to that data set. Mean Absolute Error (MAE) enables us to choose the best data set for each group (high/low correlated data). This is done by building the model using a particular set of IP address data from the IP address stream for that group, and calculated the MAE. Then the same model was run with the data from the other IP address streams (of the same group) one at a time, calculating the MAE. The best model is the one that in general has the lowest values of MAE for the data of the other different IP address streams. The other group is treated the same way. We do not need to involve all IP addresses to find out the best data set. A group of IP addresses will be enough to build each model.

$$MAE = \frac{\sum_{t=1}^{n} \left| w_t - \hat{w}_t \right|}{n}$$

where $w_t$ is the observation, and $\hat{w}_t$ is the forecast value.

## VII. DETERMINING THE THRESHOLD OF HIGH AND LOW CORRELATED DATA

There is no rule to check if the data is highly correlated or not, but a standard method for checking a non-zero correlations in the data is to look at the confidence band ($\frac{\pm 2}{\sqrt{n}}$, where n is the length of the series) of the autocorrelation functions of the residual. In our study, to determine if the data shows high or low correlation, the confidence band was multiplied by two (we use this value as a threshold to distinguish between the high and low correlated data). Then, the autocorrelation functions were calculated for all lags (k=n/4). After that, the mean of the autocorrelation functions was computed. If the mean is greater than or equal to the threshold, we say the data is highly correlated; otherwise, it has low correlation.

## VIII. SOME OF THE COMMONLY USED CACHE SCHEMES

Some of the commonly used replacement algorithms are the Random, the Round Robin, and the Least Recently Used (LRU) Algorithms. These algorithms have been tested and compared with our new prediction cache system as described in the next section.

With the Random Replacement Algorithm, when a datagram (IP packet) arrives, its destination IP address is looked up in the cache table (forwarding table). If the IP address is found, the hit ratio is incremented; otherwise, we simply generate a random number not greater than the cache size, and we place the IP address in the cache with this random number as the offset. The previous IP address, which is in the same location, will be deleted.

With the Round Robin replacement algorithm, when a datagram (IP packet) arrives, its destination IP address is looked up in the cache table (forwarding table). If the IP address is found the hit ratio is incremented; otherwise, it is stored at the first location in the cache, where the current IP address will be deleted. When the following IP datagram arrives and its destination IP address is not in the cache (a miss), the IP address is stored in the second location in the cache, and so on, until the end of the cache is reached. After that, the storage process starts again, putting the IP address at the first location if a miss occurs.

With the LRU Replacement Algorithm, when a datagram arrives, its destination IP address is looked up in the cache table (forwarding table). If the IP address is found, the hit ratio is incremented, and the IP address, which is found in the

cache, is placed at the top of the cache and the rest of the IP addresses are pushed down until the original location of the currently located IP address is reached. If the IP address is not found, the IP addresses will be pushed down, eliminating the last one, and the current IP address will be placed at the top of the cache.

We experimented with all three replacement algorithms. Fig. 10 shows the performance of those replacement algorithms. The best results were from the LRU Replacement Algorithm. The results from the Random and Round Robin Algorithms are distinctly inferior. The Round Robin Algorithm is easier to implement than the Random Algorithm, and yields results that are virtually identical to those given by random replacement. The most difficult algorithm to implement is the LRU Algorithm.

## IX. A COMPARISON BETWEEN THE PREDICTION, RANDOM, AND LRU ALGORITHMS

The last step in this research is testing the performance of our Prediction Algorithm. We compared it with the current cache algorithms. As we expected, we found out that the proposed algorithm performs better than all the current algorithms.

From a design perspective, we chose the first 32 unique IP addresses in the file traces (containing more than a million transactions), and only those 32 unique IP addresses entered our simulation test and databases were created for each one of the 32 IP addresses. We tested the simulation using the LRU Algorithm and we recorded the results in a text file. Then, we ran the simulation using the Prediction Algorithm and recorded the data in another text file. The number of IP addresses that were read from the file trace was 67000 IP addresses for both tests. Only the first 32 IP addresses were chosen and filtered from the incoming 67000 IP addresses.



Fig. 10. The Cache Size Versus the Hit Ratio for the Replacement Algorithms.

In the Prediction Algorithm, we first started using the LRU Algorithm until the data was ready. Then, the prediction took place. In this test, the result of the prediction was affected by the misses that had occurred by using the LRU Algorithm in

the initialization process. The hit ratio when applying the LRU Algorithm is 0.851, while the hit ratio when using the Prediction Algorithm (using the LRU Algorithm at the initialization time) is 0.911. We plotted the number of fetches (incoming IP addresses) versus the hit ratio for the LRU Replacement Algorithm and the Prediction Algorithm, see Fig. 11. The figure shows that the upper curve is for the Prediction Algorithm, which implies that our algorithm's performance is better than the LRU Algorithm.

We did the same test, but now the comparison was with the Random Replacement Algorithm.

The hit ratio when using the Random Replacement Algorithm is 0.808, while the hit ratio when using the Prediction Algorithm (using the Random Algorithm at the initialization time) is 0.908. Also, the number of fetches (incoming IP addresses) was plotted against the hit ratio for the Random Replacement Algorithm and for the Prediction Algorithm, as shown in Fig. 12. The upper curve in the figure represents the Prediction Algorithm, which implies that the performance of our algorithm is better than the Random Algorithm. Furthermore, the test was certainly fair since the calculation of the hit ratio began when the prediction started not taking into account the previous misses or hits, coming from the LRU or the Random Algorithms. Also, the IP address counter was recorded when 5047 IP addresses have already entered the simulation, at which the prediction starts. Once the test of the Prediction Algorithm was completed, we



Fig. 11. The Prediction System Versus the LRU Using Cache Size=8 and Tested IP Addresses=32.

started calculating the hit ratio for the Random Algorithm after 5047 IP addresses entered the simulation. We did the same for the LRU Algorithm. This test gives a clear view of the difference in the hit ratio of the three algorithms where the hit ratio for the Random Algorithm is 0.776, for the LRU Algorithm is 0.806, and for the Prediction Algorithm is 0.931, shown in Fig. 13.

## X. PROPOSED IMPLEMENTATION IN BACKBONE ROUTER

In Fig. 1, the router has input line cards, output line cards, a central routing table (database), and the switch fabric. Each input line card has a forwarding engine and a forwarding

table. Our prediction models should be placed in each line card since each line card provides forwarding packet service for a particular customer (companies, schools, etc.) to which



Fig. 12. The Prediction System Versus the Random Using Cache Size=8 and Tested IP Addresses=32

they are connected. When the router is turned on the ordinary replacement algorithm will be used until we



Fig. 13. The Prediction, the Random, and the LRU Algorithms Using Cache Size=8 and Tested IP Addresses=32.

finish collecting the information about the incoming IP addresses, which will take 1 second (500 points * 2ms), where each point in a particular IP address data set represents the frequency of that IP address in a 2ms time period. Once the data is ready, the slope of the correlation function for each IP address will be calculated. The high and low correlated IP addresses will be determined. Then two models are built, one for the high correlated data and the other for the low correlated data. The data set used to build each model is chosen by calculating the MAE. We do not involve all IP addresses in building the models. A group of IP addresses is enough to build each model, for example 20 IP addresses for each group. Once we build the model, we predict all the IP addresses for the next 2ms. The processor has to pre-fetch the predicted IP address into the cache. To prevent interruptions for the router, we must have two caches, an active cache and

an inactive cache. The predicted IP addresses should be prepared in the inactive cache and once the 2ms period is finished, the router will switch to the inactive cache, which becomes the active cache at that moment. The other cache becomes inactive; the IP addresses for the next 2ms will be pre-fetched in this cache. After a certain time, the correlation functions must be recalculated again since each IP address stream may change, and its correlation becomes weak or strong depending on the traffic characteristics. The numerical calculations required can be done either via Digital Signal Processors (DSPs) or Application Specific Integrated Circuits (ASICs); the latter would probably be preferred [9].

## XI. CONCLUSION

Previous studies looked at the IP packets in terms of flows, conversations, packet trains, or HTTP traffic (Web objects), but no recent studies have examined the IP address streams combining all types of traffic to predict the IP addresses. We have found that studying the IP address streams leads to a precise model that can predict incoming addresses and can be used to optimize the routing operation in a cache table by reducing cache size and/or increasing the cache hit ratio.

We started this research by looking at the file traces in the Web site of the National Laboratory for Applied Network Research (www.nlanr.net). We started the data analysis by writing a script file to accept from the user one IP address at a time, and count the frequency for that particular IP address in each 2ms period. This process was repeated for up to 18 IP addresses. Then, we plotted the data and we found that most of the IP addresses have a strong correlation while the rest are weakly correlated.

We divided the data into two groups, and built a particular model for each group. We chose the ARMA(1,2) model for the IP addresses that are strong correlated, and we chose the ARMA(1,3) model for the IP addresses that are weakly correlated.

Finally, we showed the improvement of the performance of a cache system in a router using our intelligent algorithm by comparing it with the current cache system.

## XII. FUTURE RESEARCH

There is a good scope for future work in the current field. The first one is the choice of optimal cache that can be used for prediction algorithm as well as for search algorithm. The next step is to analyze the power of processor needed to perform the prediction task in the said time. And finally, if DSP or other special hardware is deployed to perform the prediction task, the prediction algorithm can be implemented in a real time environment.

## ACKNOWLEDGMENT

We would like to thank Ayman Al-Qattan, Chemical Engineering Department, Illinois Institute of Technology, for bringing to our attention the prediction concept and for his continuing help. Also, we are grateful to Nick Thomopoulos, Stuart School of Management and Finance, Illinois Institute of Technology, for his continuing help in explaining the basic forecasting concepts. Moreover, we would like to thank David Afshartous, Lucent Technology, Jeffery Russell, University of Chicago, and Thomas Knowles, Stuart School of Business, Illinois Institute of Technology for their long discussions. We thank James Dunn and Charles Byers of Bell Laboratories, Lucent Technologies, for their comments on the implementation aspects of this work. Many thanks to Shakeel Ahmed, Issam El-Naqa, Ertan Ozturk, and Mohamed El-Dessouki for their help. Finally, we are grateful to the National Science Foundation and the National Laboratory for Applied Network Research who made the file traces available on their site (www.nlanr.net).

## REFERENCES

[1] T. Slattery and B. Burton. *Advanced IP routing in Cisco networks.* New York: McGraw-Hill. 1999.

[2] D.Feldmeier. "Improving gateway performance with a routing-table cache." *Proc. IEEE INFOCOM'88*, March 1988, 298-307.

[3] A. Erramilli, O. Narayan, and W. Willinger. "Experimental queueing analysis with long-range dependent packet traffic." *IEEE/ACM Transactions on Networking*, Vol.4, No.2, April, 1996. 209-223.

[4] K. Thompson, G. Miller, and R. Wilder. "Wide-area internet traffic patterns and characteristics", *IEEE Network*, Vol.11, No.6, Nov./Dec. 1997, pp.10-23.

[5] C. Partridge, P. Carvey, E Burgess, I. Castineyra, T. Clarke, L. Graham, M. Halthaway, P. Herman, A. King, S. Kohalmi, T. Ma, J. Mcallen, T. Mendez, C. Milliken, R. Pettyjohn, J. Rokosz, J., Seeger, M. Sollins, S. Stroch, B. Tober, G. Troxel, D. Waitzman, and S. Winterble. "A 50-Gb/s IP router", *IEEE/ACM Transactions on Networking*, Vol.6, No.3, June 1998, pp.237-248.

[6] P. Newman, G. Minshall, T. Lyon, and L. Huston, "IP switching and gigabit routers", *IEEE Communications Magazine.* Vol.35, No.1, Jan. 1997, pp.64 –69.

[7] *CacheFlow group white paper.* "CacheOS technology overview" www.Cacheflow .com , April 20, 1999.

[8] J. Proakis, and D. Manolakis, *Digital signal processing*, Upple Saddle River, NJ: Prentice Hall. 1996.

[9] Private discussion with Mr. Charles Byers of Bell Laboratories, Lucent Technologies, May 18, 2000.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**JUNIPER NETWORKS, INC.,**            )
                                       )
                                       )
            Plaintiff,                 )
                                       )
      **v.**                           )      Civil No. 1:07cv1771-PLF
                                       )
**ABDULLAH ALI BAHATTAB**,             )
                                       )
                                       )
            Defendant.                 )
_____ )

## <u>ORDER</u>

       This matter came before the Court on Defendant's Motion for Partial Summary Judgment as to Part of Count I and all of Count II of the Complaint. Upon due consideration of the pleadings and the entire record herein, the Court finds that genuine issues of material fact exist precluding summary judgment, and further finds that Juniper is entitled to take discovery regarding these issues. Accordingly, Defendant's Motion for Summary Judgment is DENIED.

SO ORDERED.

Date: _____            _____
                                       PAUL L. FRIEDMAN
                                       UNITED STATES DISTRICT JUDGE