REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: E

| CAUSE OF ACTION: | Patent Infringement | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-1771 | DATE REFERRED:<br>5/30/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Management of all pretrial matters, including issuing scheduling orders, R&R on dispositive motions, determination of any claim construction/Markman issues that arise | JUDGE:<br>Paul L. Friedman | MAG. JUDGE |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| Juniper Networks, Inc. | Abdullah Ali Bahattab |

ENTRIES: