UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

   Plaintiff,

v.

ABDULLAH ALI BAHATTAB,

   Defendant.

Civil Action No. 07-1771 (PLF)(AK)

**SCHEDULING ORDER**[1]

After considering the proposals set forth in the Joint Report of Counsel Pursuant to LCvR 16.3 [20] and the arguments presented during the telephonic scheduling conference, it is this 16th day of June, 2008, hereby

**ORDERED** that the Court adopts the following schedule:

| | |
|---|---|
| Deadline for Joinder / Amendment of Pleadings | December 12, 2008 |
| Fact Discovery Closes | January 30, 2008 |
| Expert Reports Due | December 15, 2008 |
| Rebuttal Expert Reports Due | January 15, 2009 |
| Expert Discovery Closes | March 13, 2009 |
| Post-Discovery Telephone Conference | March 20, 2009 (10:00 am) |
| Claim Construction / *Markman* | |
|    Parties exchange proposals | January 9, 2009 |
|    Meet and Confer | January 16, 2009 |
|    Opening *Markman* Briefs Due | February 2, 2009 |
|    Responsive *Markman* Briefs Due | February 23, 2009 |

---

[1] United States District Judge Paul Friedman referred this matter to the undersigned for Full Case Management, including among other things, the issuance of all scheduling orders. (*See* Referral Order [22].)

|  |  |
|---|---|
| *Markman* Hearing | March 13, 2009 (10:00 am) |
| Dispositive Motions | |
|     Motions Due | April 17, 2009 |
|     Oppositions Due | May 8, 2009 |
|     Replies Due | May 22, 2009 |
|     Hearing | June 5, 2009 (10:00 am) |
| Pre-Trial Conference | July 31, 2009 (10:00 am) |
| Trial | T.B.D (by Judge Friedman) |

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE