UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>ABDULLAH ALI BAHATTAB, )<br>  )<br>    Defendant. )<br>  ) | Civil Action No. 07-1771 (PLF) |

ORDER

This matter was referred to Magistrate Judge Alan Kay for management of all pre-trial matters, including for the purpose of issuing reports and recommendations on any dispositive motion filed in this case.  Judge Kay filed a Report and Recommendation with respect to defendant's motion for partial summary judgment on June 30, 2008.  No objections were timely filed.  See LCvR 72.3(b) (providing that "[a]ny party may file written objections . . . within ten days" and that "[f]ailure to file timely objections may waive appellate review of a District Court order adopting the magistrate judge's report.").   Accordingly, upon consideration of the Report and Recommendation and the entire record herein, it is hereby

ORDERED that the Court ADOPTS and APPROVES the Report and Recommendation of Judge Kay in its entirety; it is

FURTHER ORDERED that defendant's motion for partial summary judgment [18] is DENIED without prejudice to allow the parties to conduct discovery; and it is

FURTHER ORDERED that plaintiff is granted leave to amend Count I of its

Complaint to incorporate paragraphs 20-26 by reference.

       SO ORDERED.

                                                _____/s/_____
                                                PAUL L. FRIEDMAN
                                                United States District Judge

DATE: July 22, 2008