UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

    Plaintiff,

v.

ABDULLAH ALI BAHATTAB,

    Defendant.

_____/

Case No.: 1:07-cv-01771-PLF

JURY TRIAL DEMANDED

## ANSWER TO AMENDED COMPLAINT

Defendant, Dr. Abdullah Ali Bahattab ("Dr. Bahattab"), by and through his undersigned counsel, hereby files his Answer to Juniper Networks, Inc.'s ("Juniper") Amended Complaint for Declaratory Judgment, and states:

### THE PARTIES

1.     Defendant admits that Juniper Networks Inc. has represented itself as a Delaware corporation having its principal place of business at 1194 North Mathilda Avenue, Sunnyvale, CA 94089.

2.     Defendant admits the allegations contained in paragraph 2.

3.     Defendant admits that he is the lawful owner of U.S. Patent No. 6,816,457. Defendant denies that U.S. Patent No. 6,816,457 has been assigned.

### JURISDICTION AND VENUE

4.     Defendant admits the allegations contained in paragraph 4.

5.     Defendant admits that this Court may declare the rights and legal relations of the parties pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202 because

1

there is a case of actual controversy within the Court's jurisdiction to provide a declaratory judgment. Defendant denies remaining allegations.

6. Defendant admits the allegations contained in paragraph 6.

7. Defendant admits the allegations contained in paragraph 7.

## THE PRESENCE OF AN ACTUAL CONTROVERSY

8. Defendant admits the allegations contained in paragraph 8.

9. Defendant admits that on January 29, 2005 Dr. Bahattab sent Juniper Networks (Middle East) an email advising them of the '457 Patent. Defendant lacks sufficient knowledge of remaining allegations and therefore denies the same.

10. Defendant admits the allegations contained in paragraph 10.

11. Defendant admits the allegations contained in paragraph 11.

12. Defendant admits the allegations contained in paragraph 12.

13. Defendant admits that there is an actual controversy between Juniper and Dr. Bahattab regarding the '457 patent. Defendant lacks sufficient knowledge of remaining allegations and therefore denies the same.

## COUNT I DECLARATORY JUDGMENT OF INVALIDITY

14. The responses to the allegations in paragraphs 1 through 13 and 20 through 26 are incorporated by reference as if fully set forth herein.

15. The allegations contained in paragraph 15 are denied.

16. The allegations contained in paragraph 16 are denied.

## COUNT II DECLARATORY JUDGMENT OF UNENFORCEABILITY

17. The responses to the allegations in paragraphs 1 through 16 are incorporated by reference as if fully set forth herein.

18. The allegations contained in paragraph 18 are denied.

19. The allegations contained in paragraph 19 are denied.

20. Defendant admits the allegations contained in paragraph 20.

21. Defendant admits the allegations contained in paragraph 21.

22. Defendant admits the allegations contained in paragraph 22.

23. Defendant denies the allegations contained in paragraph 23. Dr. Bahattab identified the article "IP addresses to speed up Routing Look Up" at page 123 of 127 of his provisional patent application No. 60/208888.

24. Defendant admits the allegations contained in paragraph 24.

25. Defendant admits the allegations contained in paragraph 25.

26. The allegations contained in paragraph 26 are denied.

27. The allegations contained in paragraph 27 are denied.

## COUNT III DECLARATORY JUDGMENT OF NONINFRINGMENT

28. The responses to the allegations in paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

29. The allegations contained in paragraph 29 are denied.

30. Defendant admits that Juniper is seeking a declaration of non-infringement with respect to its activity and the '457 patent, but defendant does not admit that Juniper is not infringing the '457 Patent.

## AFFIRMATIVE DEFENSE
### (Other Action Pending)

On information and belief, Dr. Bahattab asserts the following affirmative defense to Plaintiff's Complaint for Declaratory Judgment.

31.   This action for declaratory judgment of non-infringement is barred by a prior action pending in the Dubai Court of First Instance, which involves the same transactions, issues, parties, and property that are the subject of the complaint. The other action presently pending is Case No. 291/2007, in the Dubai Court of First Instance, filed by Dr. Bahattab against Juniper Networks (Middle East). Defendant requests that the Court take judicial notice of the other action. A copy of this action, filed on April 18, 2007, is attached to Plaintiff's Complaint as Exhibit D.

## DEMAND FOR JURY TRIAL

Dr. Bahattab hereby demands a trial by jury in this action.

Dated: August 26, 2008                    Respectfully submitted,

DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005-4213
hasbill@dl.com
Tel: 202-986-8141
Fax: 202-956-3263

By:  s/Henry W. Asbill
Henry W. Asbill (DC Bar No. 938811)

FERRELL LAW, P.A.
34th Floor, Miami Center
201 South Biscayne Blvd.
Miami, FL 33131
gmahfood@ferrellworldwide.com
Tel: 305-371-8585
Fax: 305-371-5732

By:  s/George G. Mahfood
George G. Mahfood (Fl. Bar No. 0077356)
*Appearing pro hac vice*

*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUNIPER NETWORKS, INC.,

    Plaintiff,

    v.                                                                    Case No.: 1:07-cv-01771-PLF

ABDULLAH ALI BAHATTAB,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

    Respectfully submitted,
    DEWEY & LEBOEUF LLP
    1101 New York Avenue, N.W., Suite 1100
    Washington, D.C. 20005-4213
    hasbill@dl.com
    Tel: 202-986-8141
    Fax: 202-956-3263

    By: _s/Henry W. Asbill_____
        Henry W. Asbill (DC Bar No. 938811)

SERVICE LIST

JUNIPER NETWORKS, INC. v. ABDULLAH ALI BAHATTAB

CASE NO.: Case No.: 1:07-cv-01771-PLF
United States District Court for the District Of Colombia

Alan M. Fisch
E-mail: afisch@kayescholer.com
Jason F. Hoffman
E-mail: jahoffman@kayescholer.com
David L. Cousineau
E-mail: dcousineau@kayescholer.com
Kay Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W.
Washington, DC 20005
Tel: 202-682-3500 / Fax: 202-682-3580
Attorneys for Plaintiff